UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity,<br><br>Defendants. | Case No. 25 Civ. 6568 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65, and having reviewed Plaintiff's Proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, Plaintiff's supporting Memorandum of Law with attached declarations and exhibits, and any response thereto, the Court HEREBY ORDERS that:

1) Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is granted because Plaintiff has demonstrated that they will suffer irreparable harm if the Court does not issue relief; that he is substantially likely to prevail on their claims that Defendants' actions in subjecting individuals detained at 26 Federal Plaza in

Manhattan ("26 Fed") to unconstitutional conditions of confinement and denying them access to attorneys violates the First and Fifth Amendments, that the balance of equities and public interest tip in favor of a temporary restraining order; and that a preliminary injunction is an appropriate and necessary remedy;

2) Defendants are enjoined to ensure that:

   a. hold rooms are not filled beyond their maximum capacity (defined as 50 square feet per person);

   b. clean bedding mats are provided for sleeping for all detained individuals held overnight, and such individuals are provided with sufficient space to lie down to sleep, without having to sleep in a toilet or bathroom area;

   c. nutritious meals that meet acceptable dietary standards are provided three times per day at six-hour intervals;

   d. hold rooms and bathrooms are safe and clean;

   e. bathrooms are in a separate room from where detained individuals are sleeping;

   f. detained individuals have access to basic, adequate hygiene products; and

   g. detained individuals have access to prescribed medication as necessary.

3) Defendants are enjoined to open 26 Federal Plaza in Manhattan ("26 Fed") for legal visitation seven days per week, eight hours per day on business days and four hours per day on weekends and holidays;

4) Defendants are enjoined to permit individuals detained at 26 Fed to make outgoing confidential, unmonitored, unrecorded, free legal calls to counsel within 12 hours of

being detained at 24 Fed and at least once during each subsequent 12-hour period while they are detained, with accommodations for interpretation;

5) Defendants are enjoined to permit attorneys to schedule legal calls with individuals detained at 26 Fed within 6 hours of a request made during business hours and within 12 hours of a request made at other times;

6) Defendants are enjoined to accurately update the location of individuals detained at 26 Fed in Defendant Immigration and Customs Enforcement's ("ICE") Online Detainee Locator System within 24 hours of their transfer to the facility.

7) Defendants are enjoined to maintain publicly available information regarding protocols for attorney-client communication via Defendant ICE's website.

8) Defendants are enjoined to provide written information regarding protocols for attorney-client communication in English, Spanish, Haitian Creole, French, Wolof, and Mandarin to all people detained by Defendants at 26 Fed.

9) Defendants are enjoined from retaliating in any form against Plaintiff in his immigration proceedings or in any other capacity for asserting his constitutional rights.

10) The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

IT IS SO ORDERED.

Dated: _____, 2025

New York, New York

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I served by electronic mail this Proposed Temporary Restraining Order upon the following counsel:

Jeffrey Oestericher, Jeffrey.Oestericher@usdoj.gov and
Brandon Waterman, Brandon.Waterman@usdoj.gov

DATED:  New York, New York
August 8, 2025

    /s/ Heather Gregorio
Heather Gregorio