UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>Defendants. | Case No. 25 Civ. 6568 |

**DECLARATION OF HEATHER GREGORIO
IN SUPPORT OF PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING ORDER**

I, Heather Gregorio, declare as follows:

    1.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

    2.    I am a Partner at Wang Hecker LLP and am admitted to practice law in the State of New York and before this Court.

    3.    I submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order in the above-captioned matter.

4. A true and correct copy of U.S. Immigration and Customs Enforcement, Directive 11087.2, "Operations of ERO Holding Facilities" is attached as **Exhibit 1**.

5. A true and correct copy of cited excerpts of the U.S. Immigration and Customs Enforcement, National Detention Standards is attached as **Exhibit 2**.

6. A true and correct copy of ICE's Non-Dedicated Intergovernmental Service Agreement Standards is attached as **Exhibit 3**.

7. A true and correct copy of ICE's "Nationwide Hold Room Waiver" Memorandum is attached as **Exhibit 4**.

8. A true and correct copy of the article by Luis Ferré-Sadurní, *Video Taken by Migrant Shows Overcrowded ICE Holding Cell in Manhattan*, N.Y. Times, July 22, 2025, available at https://www.nytimes.com/2025/07/22/nyregion/video-immigration-holding-cells-overcrowded-unsanitary.html, is attached as **Exhibit 5**.

9. A true and correct copy of the article by Alice Gainer, *Video Shows Conditions Inside NYC's ICE Processing Center at 26 Federal Plaza*, CBS News, July 23, 2025, available at https://www.cbsnews.com/newyork/news/nyc-ice-processing-center-26-federal-plaza-video/, is attached as **Exhibit 6**.

10. A true and correct copy of the article by Joe Torres, *NYC Leaders Call for Inspection After Video Shows Poor Conditions at Federal Plaza Detention Center*, ABC News, July 23, 2025, available at https://abc7ny.com/post/nyc-leaders-call-inspection-video-shows-poor-conditions-26-federal-plaza-detention-center-manhattan/17262378/, is attached as **Exhibit 7**.

11. A true and correct copy of the article by Arya Sundaram, *'They're Killing Us': Immigrants Complain of Inhumane Conditions Inside NYC Holding Site*, Gothamist, July 9,

2025, available at https://gothamist.com/news/theyre-killing-us-immigrants-complain-of-inhumane-conditions-inside-nyc-holding-site, is attached as **Exhibit 8**.

12. A true and correct copy of the article by Emily Ngo, *Is 26 Fed a Detention Facility?*, Politico, July 22, 2025, available at https://www.politico.com/newsletters/new-york-playbook-pm/2025/07/22/ice-federal-plaza-detention-facility-00467839, is attached as **Exhibit 9**.

13. A true and correct copy of the article by Luis Ferré-Sadurní, *Immigrants File Class-Action Lawsuit to Stop Courthouse Arrests*, N.Y. Times, July 16, 2025, available at https://www.nytimes.com/2025/07/16/nyregion/trump-ice-arrests-lawsuit-immigrants.html, is attached as **Exhibit 10**.

14. I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York
August 8, 2025

    /s/ Heather Gregorio
Heather Gregorio

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I served by electronic mail this Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order upon the following counsel:

Jeffrey Oestericher, Jeffrey.Oestericher@usdoj.gov and
Brandon Waterman, Brandon.Waterman@usdoj.gov

DATED:  New York, New York
        August 8, 2025

      /s/ Heather Gregorio
Heather Gregorio