DECLARATION OF <u>SERGIO ALBERTO BARCO MERCADO</u>

I, Sergio Alberto <u>Barco Mercado</u>, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I am a citizen of <u>Peru</u> and currently reside in ~~New York City, New York~~ New Jersey.

3. I am scheduled to attend ~~an ICE check-in appointment /~~ court date at 26 Federal Plaza in New York City, New York on August 8, 2025.

4. If, as a result of my appearance, I am taken into custody at 26 Federal Plaza, I want to be able to timely communicate with an attorney to find out my rights and options.

5. I also want to have access to basic necessities while in custody, including food; showers; beds; and hygiene products.

6. If I am taken into custody at 26 Federal Plaza and subjected to the conditions there, I authorize the ACLU, NYCLU, MRNY, and Wang Hecker LLP to file suit on my behalf, and for any others who are also denied access to legal counsel and subjected to inhumane conditions. I am aware of the requirements to serve as a class representative in any such lawsuit and am willing to actively do so to the best of my ability.

Executed on August 8, 2025

/s/ _[signature]_

Sergio Alberto Barco Mercado

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Rachel Levenson, certify that I am fluent in both English and Spanish. On August 8, 2025, I personally spoke with Sergio Alberto Barco Mercado and read the foregoing declaration to him, translated into Spanish, faithfully and accurately, in person ~~over the phone~~. Sergio Barco Mercado affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

*[signature]*
Rachel Levenson
8/8/2025