DECLARATION OF MARLON GARCIA MOLARES

I, Marlon Garcia Morales, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Ecuador in December 2022.

3. Before I was detained I lived in the Bronx with my partner and our two children. Our youngest is only 6 months old and was born here in the U.S. I worked in construction; applied for asylum; and attended my court dates.

4. On July 3, I attended immigration court at 26 Federal Plaza. The judge gave me a new date to come back in February 2026 and I got a paper with the new date. As I left, there were agents outside detaining people and they handcuffed me. In total I saw around 20 or 25 people detained that day, all men.

5. We were all taken and put into an area we called the "hielera" or icebox. We called it that because it was very cold. People there sleeping on the floor, there are no beds. Many have to sleep sitting up due to the lack of space. At night it was freezing.

6. The bathrooms are right there and it smells terrible. We were not given a toothbrush, change of clothes or any means to wash.

7. They gave us one call the day we were detained. After that, we got calls only at night and for a few minutes. The guards would yell at us to hurry up: they would say "move it," "hurry up" and "talk fast." I heard one who spoke Spanish say "it's not your house, talk quickly."

8. From what I could tell, there were three cells for men and one cell for women. It was a lot of people. Some rooms had around 70 or 80 people inside. There were only four telephones and people would be brought out from the cells to make their calls in the evening. The calls were monitored. Next to each phone there was a guard listening to everything we said and hurrying us along. It made me fearful and powerless and I did not speak freely.

9. We received food twice a day. It was inedible. I had never seen something like this; it came in plastic bags that are heated up. In the whole five days I was there I did not eat it. I weighed 160 pounds when I was free but now I weigh 142 pounds. Even here where I am at Delaney Hall, it has been difficult to eat the food.

10. I never tried to call a lawyer while at 26 Federal Plaza.  They never said we had a right to a lawyer or to call a lawyer. We did not get any notice about legal calls or the right to call a lawyer.

11. After 5 days, I was transferred to Delaney Hall in New Jersey and finally given a change of clothes and place to sleep.

12. I have decided to be deported when I cannot take the conditions in detention. I cannot take the injustice that I have suffered here.

Executed on 25 of July, 2025

/s/    Marlon Garcia Morales
Marlon Garcia Morales

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Paige Austin, certify that I am fluent in both English and Spanish. On July 25, 2025, I personally spoke with Marlon Garcia Morales and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Garcia Morales affirmed that he understood my translation and that the information in the above declaration is true and accurate.

      Due to Mr. Garcia Morales's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Garcia Morales also gave me verbal consent to sign on his behalf.

      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237
paige.austin@maketheroadny.org
Office: (718) 565-8500 ext. 4139