DECLARATION OF HUGO SANCHEZ TRILLOS

I, Hugo Elias Sanchez Trillos, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Colombia in March 2024. I came seeking safety, asylum, and a better future for myself and my family.

3. I have lived in the New York City area, first in New Rochelle then the Bronx, since then. I attended immigration court and was scheduled to have my next hearing in October 2025. I worked in delivery; construction; and gardening.

4. On June 26, I was detained by Immigration and Customs Enforcement ("ICE") at home. I rented the basement room in a house with other people. Around 5:30 in the morning, I heard a loud boom that I now believe was ICE agents breaking down the door. When I came out of my room, they handcuffed and detained me. They were there looking for one of the people that lived in the house but he was not home at the time. Instead, they detained me and two other people who lived there. Later the officers told me that I was not the person they were looking for in the raid.

5. I have no criminal history in any country.

6. After I was detained, I was taken to 26 Federal Plaza in Manhattan. Except for three days that I spent at Nassau County, I was at 26 Federal Plaza from June 26 until July 14. The three days I spent in Nassau were about a week after I was detained—then I was returned to 26 Federal Plaza for another 8 days. In total, I was in the same clothes for 19 days, without ever having an opportunity to bathe.

7. It was a nightmare. ICE treats the people at 26 Federal Plaza like animals. What I experienced was a severe trauma.

8. At times there were as many as 90 people in the room where I was detained. The room was around 20 square meters; it was not large. Sometimes there was not enough time for people to lay down.

9. There were interior windows into the rooms so we could see into them. From what I saw, there were two rooms for men. I was in the larger one and there was a smaller one with up to 50 or 60 men. Another even smaller room, which I believe was around six square meters, there were several dozen women.

10. In total I think at times there were more than 150 men detained at 26 Federal Plaza, plus the women. The exact number changed every day. The Monday after my arrest, around June 30, there were around 90 people in one room. A few days later, around 30 taken out

so we were around 60. Some days they would take out 15 or 20 people, but every day many more would arrive also—even on the weekends.

11. There are no beds; we slept on the floor each night. The guards provided us only aluminum blankets. They never turned off the lights so it was difficult to sleep. At most I slept a few hours per night, in short bursts because it was so uncomfortable and painful sleeping on the floor that I would awaken and have to adjust my position. It hurt my arms, my back, my shoulders.

12. There was a wooden bench against the wall but no chairs. We were not given changes of clothes and we could not bathe. We were not given soap or any way to bathe or clean ourselves. We were not given toothpaste or toothbrushes. I was in the same clothes for the entire 18 days, including underwear. I asked if my family could bring me clothes and the guards said no; the gaurds said "no, even lawyers cannot come here." When I got to Orange County Jail on July 14 and was finally given a uniform, my clothing was extremely dirty and smelled terrible.

13. Inside the holding area in 26 Federal Plaza smells awful. All of these people have not bathed. Many people are held there a long time—I did know anyone held as long as me but I know people who were there a week, 10 days, 15 days. The toilets are also in the same area.

14. We were served food only twice a day, once around 8 in the morning and again at 8 or 9 at night. The food was processed and awful; it was difficult to eat. It came inside plastic bags that were usually cold. The food was also very small in quantity, so we were always hungry. The guards would eat their own food in front of us, things like pizza and hamburgers. It felt like a **burla** against us—we were so hungry and it felt they were jeering at us.

15. We got water only when the guards felt like it. We got water with our food and sometimes in the midday if people asked. But other times people asked and the guards did not bring water.

16. During the day, it was very hot because they turned off the air conditioning and would only turn it on again in the middle of the afternoon.

17. I did not have an immigration lawyer so I did not request a legal call but I do not think it was possible to call attorneys. At most we were given one call a day for about two minutes and the calls took place late in the day, after business hours when one could call an attorney. Sometimes I called my family around 9:00 p.m. and one time I was not given a turn to call until 1:30 a.m. The guards make you provide the name and phone number of whom you are calling and a guard is next to you listening when you speak. At times they made me put the phone on speaker phone.

18. The availability of calls were not consistent. The first day they permitted me call. The next day it was the same. But another time I was not permitted a call for three days.

19. At one point, when people were demanding phone calls, an official came and told us they are not obligated to provide us any calls except for the day we were detained. We asked him, how can that be? Our families are worried.

20. After I was detained, I quickly decided that I wanted to take voluntary departure and go back to my country. My family even bought a ticket for me while I was still at 26 Federal Plaza. I was not pressured—I told them from the beginning that I wanted to take voluntary departure. But other people described the guards pressuring them to accept deportation even if they did not want to. One person told me he was applying for a U visa but the guards told him they could not see any U visa in their system and he should sign documents accepting deportation. He also said the paperwork they presented to him was only in English.

21. I saw several people began to get sick with symptoms of flu. Some people began to have trouble speaking because their throats were so sore or showed difficulty breathing. When they asked for help, the guards would tell us to wait or say they would put our names on a list. Sometimes people would be called out for a medical visit but many people were not.

22. On Thursday afternoon,  July 10, I began to get sick. I had been detained for two weeks at that point in these horrible conditions. I felt like I had the flu and by the next day, Friday, I had a fever. I had a terrible headache, I was dizzy, I could not regulate my temperature. I asked the guards for medical treatment because But they did not provide me any help.

23. Finally, on Sunday, July 13, another person in the room began to yell at the guards that I was very sick. The guards took me to an infirmary for about 15 minutes and I got some pills. The nurse was surprised when I shared how long I had been there, that I had not bathed or changed clothes. She told me that it was illegal.

24. The next day, July 14, I was transferred to Orange County Jail in the evening.

25. At 26 Federal Plaza, I was never told that I had a right to speak to a lawyer. I was not told that there was any way to request a confidential legal call, and I am not aware of anyone else there having made a confidential legal call. I never saw any indication that such a call was possible. We only got the 2-minute call a day to family, usually late at night, and some days we did not even get that.

26. I do not want what happened to me to happen to anyone else. I am still suffering from the effects. I weighed 182 pounds when I was detained and when I got to Orange County I weighed 158 pounds. It was due to the lack of food, my sickness, and not sleeping. When I finally got a toothbrush at Orange County, my gums were sensitive and bleeding.

Executed on 24 of July 2025, at Goshen, NY

NAME: Hugo Elias Sanchez Trillos

## CERTIFICATE OF TRANSLATION

I, Paige Austin, certify that I am fluent in both English and Spanish. On July 24, 2025, I personally spoke with Hugo Sanchez and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Sanchez affirmed that he understood my translation and that the information in the above declaration is true and accurate.


Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237
paige.austin@maketheroadny.org
Office: (718) 565-8500 ext. 4139