DECLARATION OF JOSELYN CHIPANTIZA SISALEMA

I, Joselyn Chipantiza Sisalema, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States in May 2024 because of threats to my life in Ecuador. I have lived with my family in Queens since then and I enrolled in high school. I also volunteered with my church and spent time with friends and my younger brother.

3. On June 24, 2025, I went to an immigration court hearing at 26 Federal Plaza in Manhattan. The immigration judge gave me another court date to continue with my case but then as I left the courtroom I was surrounded and detained by Immigration and Customs Enforcement ("ICE") officers in masks.

4. From June 24 until July 4, I was held in a holding cell at 26 Federal Plaza.

5. The conditions at 26 Federal Plaza were awful. I was in a small room with more than 20 other women. I had to sleep on the floor, often while sitting upright, because there were too many people and no beds. There were not even a chair to sit in. The room smelled terrible because no one had bathed. There was a bathroom in that room that smelled of urine and feces. There was no bathroom paper, and the guards would throw only a few paper napkins into our room every 5 days. Sometimes there was not enough paper napkins that I would just have to hold it in. Other times, the toilet would not flush and we were not able to use it because it was filled with water and paper all the way to the top.

6. I was in the same clothes the whole time. I could not bathe or brush my teeth the entire time I was there. While I was there, I had my period for 5 days. During those five days, guards only gave our whole room 2 pads for all the women who were there. I was not able to get a pad, and my underwear and pants got stained with a lot of blood.

7. I was extremely hungry because we were not given inadequate food. At most, we received food only once a day and there we days did get any food. The days that we did get food, it was just a single cookie for the whole day. I was also very thirsty because we were also only given a small 8 ounce bottle for the whole day. I have gastritis which was exacerbated due to the lack of food and I experienced stomach pain. I asked the guards for medicine but they said there were too many people and I would need to wait.

8. I was extremely cold at night sleeping on the floor because we did not get real blankets.

9. I was able to call my family only three times during the nine and a half days I spent at 26 Federal Plaza but only for one or two minutes each time. I was told by workers that I had to the whole names, address, and relationship of the people we were trying to call to

make the call and I was told we could only call family. There was always a guard next to us monitoring the calls.

10. I asked to speak with an attorney but was told by ICE officers that was not allowed until my hearing.

11. The whole time that I was at 26 Federal Plaza, I was never told that I had a right to speak to a lawyer. I was also not told that I could use my one- or two-minute call to call a lawyer—from what I understood, I could only call family. I was not told that there was any way to request a confidential legal call, and I never saw any forms that could be used to do this. I never saw any indication that I could call legal non-profits or a legal referral line to try to find a lawyer.

12. I learned later that a legal representative at a nonprofit called Central American Legal Assistance, Ana Ortiz, had requested a legal call with me but I did not speak with her until after I was transferred to Louisiana.

13. I felt hopeless because I was not able to have a legal call. I did not know what was going to happen with me, where I was going to be taken, nor what was going to happen. I was relieved when I was finally able to speak with my family, but it would have been helpful to speak with a legal representative. If would have been able to tell the legal representative about the conditions we were in and I would have been able to know what was going to happen or what I should do in my case.

14. On July 4, the day that I was transferred to another detention facility in Louisiana, I was taken with about 20 other women in a small vehicle early in the morning. We were in transit for an entire day and I remained handcuffed and chained at my feet and waist the entire time. It was painful and my wrists became bruised. We were not given food or water the whole day. We were parked in an airport parking for a whole day and the AC broke, so it was extremely hot. Officers did not give us the opportunity to stand up or use the bathroom. When anyone would ask to use the bathroom, they would just say that the plane was "arriving," This continued the whole day. I felt that we were treated like animals.

15. When I arrived to Louisiana, officers injected me with something in my arm. They did not tell me what they injected me with and I still have a bruise in my arm from this injection. At the South Louisiana ICE Processing Center, where I was detained next, I could have legal calls. I had two legal calls while I was there. There were also phones in my unit that I could use to call my family, and there were also tablets that I could use for video calls with my family.

16. My time at 26 Federal Plaza affected me very negatively emotionally. I feel horrible remembering all of this. I have nightmares because of everything I have experienced, and I try to avoid the news when they talk about people being detained. I also had back pain from sleeping on the floor until I was released in Louisiana. Additionally, my gastritis has worsened due to the horrible detention conditions at 26 Federal Plaza.

17. On July 14, I was released from custody because of a habeas petition filed for me in New York.

Executed on 21 of July, 2025 *[signature: Joselyn Charpentier]*
Joselyn

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Ana Ortiz Juan, certify that I am fluent in both English and Spanish. On July 22nd, I personally spoke with Joselyn Chipantiza Sisalema and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. Joselyn Chipantiza Sisalema affirmed that she understood my translation and that the information in the above declaration is true and accurate.

_____
Ana Ortiz Juan
Central American Legal Assistance
240 Hooper St.
Brooklyn, NY 11211
Telephone: (718) 486-6800
Fax: (718) 486-5287
aortiz@centrallegal.org