# DECLARATION OF DANIEL QUEVEDO

I, Daniel Quevedo, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Venezuela in December 2023 because of the political landscape and my fear for my life. I have lived with my family in Manhattan since then.

3. On June 25, 2025, I went to an immigration court hearing at 26 Federal Plaza in Manhattan. The immigration judge gave me another court date on March 18, 2026 to continue with my case, but then as I left I was surrounded and detained by Immigration and Customs Enforcement ("ICE") officers in masks.

4. From June 25 until July 4, I was held in a holding cell at 26 Federal Plaza with about 70 men. It was a cell that was approximately 20 square meters. We did not have a way to shower or clean ourselves in any capacity. There was only one small urinary bowl and everyone used it. There were no beds; we slept on the floor. The officers gave us aluminum-type blankets but I was freezing the entire time. We were all bunched up. There was an intense smell of sweat, urine and feces. There were no windows to the outside and the lights were kept on during our entire time there. I was in the same clothes the whole time. I felt horrible. I did not know what was going to happen.

5. They gave us food to eat but I could not call it food. I can only call it slop. It was a mixture of different food together like leftovers. We were supposed to eat that twice a day. I cannot tell you what the food was because it was worse than animal food. It was unappetizing and smelled awful.

6. I was able to call my family only five times during the nine and a half days I spent at 26 Federal Plaza but only for one or two minutes each time. I had to give my wife's phone number and name to make the call. There was always a guard next to us monitoring the call and it had to be on speaker.

7. The whole time that I was at 26 Federal Plaza, I was never told that I had a right to speak to a lawyer. I was also not told that I could use my short calls to call a lawyer—to my knowledge I could only call family. I was not told that there was any way to request a confidential legal call, and I never saw any forms that could be used to do this. I never saw any indication that I could call legal non-profits or a legal referral line to try to find a lawyer.

8. An officer told me that I needed to buy my flight to leave the U.S. in three days. But when my wife did and tried to send me the flight information, the officers instead put me on a bus to another detention facility in New Jersey. I felt confusion throughout my entire time at 26 Federal Plaza. I had no idea what was going to happen to me and what my

   options were. The officers said confusing and contradictory things and I was not able to contact any attorney to help me clarify the situation.

9. Before I wanted to fight my case but I am now extremely traumatized. I did not even go through something like this in my home country. The officers said that all of this was because I crossed the border. I told them that I was fearful of my home country and that I thought that I had rights but now I know that I do not.

10. On July 4, the day that I was transferred to another detention facility, I was taken with a couple of the other men. We were in transit for an entire day and I remained handcuffed and chained at my feet the entire time. It was painful and my wrists became bruised. We were not given food or water the whole time.

11. I am now at the Jackson Parish Correctional Center in Louisiana, and have an attorney in New York who I have spoken to over the phone. I have had legal calls while in detention. I have access to a phone here and the officers actually speak to me and tell me that I have the right to seek counsel.

12. My time at 26 Federal Plaza affected me very negatively. I have back pain from sleeping on the floor. I have nightmares about the lights being kept on for hours. I had never been treated that way, which was worse than an animal. I was in constant fear that I would disappear and no one would know where I was.

13. I followed all the rules in the U.S. and attended my court dates. The least I hoped for was access to food, water, and a bathroom. I've learned that this is not the case at 26 Federal Plaza.

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Deisy Flores, certify that I am fluent in both English and Spanish. On July 23, 2025, I personally spoke with Daniel Quevedo and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Daniel Quevedo affirmed that he understood my translation and that the information in the above declaration is true and accurate.

   Due to Daniel Quevedo's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Daniel Quevedo also gave me verbal consent to sign on his behalf.

   I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Deisy Flores
104-19 Roosevelt Avenue

Corona, NY 11368
Deisy.Flores@maketheroadny.org