UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>Defendants. | Case No. 25 Civ. 6568 |

**MOTION FOR CLASS CERTIFICATION**

**PLEASE TAKE NOTICE** that Plaintiff hereby moves this Court for an order certifying the following class pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure: "all immigration detainees who are detained and those who will be detained in the future by U.S. Immigration and Customs Enforcement at 26 Federal Plaza, New York, NY." Plaintiff also requests that Plaintiff's counsel be appointed to represent the certified class pursuant to Rule 23(g).

In support of this motion for class certification, Plaintiff serves a Memorandum of Law in Support of the Motion for Class Certification (dated August 8, 2025), the Declaration of Heather

Gregorio (dated August 8, 2025), and the Declaration of Sergio Alberto Barco Mercado (dated August 8, 2025).

Dated: August 8, 2025                                                         Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Eunice Cho*
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
echo@aclu.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Kyle Virgien*
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm**
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP

s/ Heather Gregorio
Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan**
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com


MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

\* Application for admission *Pro hac vice pending*
\*\* *SDNY Admission Pending*

*Attorneys for Plaintiffs and proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I will serve by electronic mail this Notice of Motion for Class Certification upon the following counsel:

Jeffrey Oestericher, Jeffrey.Oestericher@usdoj.gov and
Brandon Waterman, Brandon.Waterman@usdoj.gov

DATED:   New York, New York
         August 8, 2025

                                                /s/ Heather Gregorio
                                                Heather Gregorio