# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 53711 |
| OF | ) | **CERTIFICATE** |
| EUNICE HYUNHYE CHO | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**EUNICE HYUNHYE CHO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 14, 2018, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 5th day of August, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Eunice Hyunhye Cho*

*was duly qualified and admitted on March 28, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 05, 2025.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***EUNICE HYUNHYE CHO***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that EUNICE HYUNHYE CHO, #266417, was on the 3rd day of December 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of August 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:____________________
*T. Ma, Deputy Clerk*

State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Ms. Eunice Hyunhye Cho**
**American Civil Liberties Union**
**915 15th Street NW**
**Washington, DC 20005**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Inactive Member- Good Standing** |
| **DATE OF ADMISSION:** | **6/8/2015** |
| **BAR NUMBER:** | **632669** |
| **TODAY'S DATE:** | **08/06/2025** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**