UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SERGIO ALBERTO BARCO MERCANDA, etc.,

            Plaintiff,

-against-                                                              25-cv-6568 (LAK)

KRISTI NOEM, Secretary of the U.S. Department of
Homeland Security, etc., et al.,

            Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

    1.    Defendants shall file any papers in opposition to the plaintiff's motion for a temporary restraining order at or before 5 p.m. today.

    2.    The Court will hear oral argument on plaintiff's motion for a temporary restraining order at 10:00 a.m. on August 12, 2025. The argument will be conducted by video conference. Counsel shall cooperate with the Court's deputy clerk, Mr. Mohan, in making arrangements for the video conference.

    3.    The Court notes for the information of counsel that Molly Biklen, Esq., served as one of the Court's law clerks in 2004-05.

    SO ORDERED.

Dated:    August 11, 2025

                                                  _____
                                                       Lewis A. Kaplan
                                                    United States District Judge