AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-6568 |
| NOEM, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiffs                                                                                                                .

Date:    08/11/2025                                    /s/Robert Hodgson
                                                           *Attorney's signature*

                                            Robert Hodgson, Bar No. 5169727
                                                   *Printed name and bar number*

                                            New York Civil Liberties Union Foundation
                                                            125 Broad St.
                                                         New York, NY 10004
                                                              *Address*

                                                        rhodgson@nyclu.org
                                                          *E-mail address*

                                                          (212) 607-3300
                                                         *Telephone number*

                                                          (212) 607-3318
                                                            *FAX number*