UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BARCO MERCADO, etc.,

                Plaintiff

        -against-                                    25-cv-6568 (LAK)

KRISTI NOEM, Secretary of the U.S. Department of
Homeland Security, etc., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.      Further papers, if any, on behalf of defendants in opposition to the plaintiff's motion for a preliminary injunction and any reply papers on behalf of plaintiff in support thereof shall be filed no later than August 18 and August 21, respectively, in each case by 5 p.m.

        2.      Defendants' papers in opposition to the plaintiff's motion for class certification, if any, and any reply papers on behalf of plaintiff in support thereof shall be filed no later than August 20 and August 22, respectively, in each case by 5 p.m.

        SO ORDERED.

Dated:      August 12, 2025

                                                  /s/      Lewis A. Kaplan
                                                                  Lewis A. Kaplan
                                                          United States District Judge