UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BARCO MARCHED. Etc.,

                Plaintiff

      -against-                                    25-CV-6568 (LAW)

CHRIST NEEM, etc., et al.,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER WITH RESPECT TO MOTIONS TO STAY
### AND MODIFY TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge*.

      Having considered the parties' respective submissions to stay and/or modification of aspects of the Temporary Restraining Order previously entered (the "TRO"), it is hereby

      **ORDERED** as follows:

1.    The TRO is modified as follows:

    (a)    Paragraph 1(e) is modified to read, in its entirety, as follows:

        From which Detainees are not provided with means of making confidential, unmonitored, unrecorded, temporally restricted, and free telephone calls to counsel, which means allow for connection with outside interpretation services during the call, within 24 hours after being detained and at least once during each subsequent 12 hour period while they are detained together with the ability to schedule legal calls with counsel within 6 hours of a request made within the period 9 a.m. to 4 p.m. and within 16 hours of a request made thereafter;

    (b)    Paragraph (2g) is modified to read, in its entirety, as follows:

>  To (i) retain personal inhaled medication in their possession at the time of arrest and to receive and retain in their possession such inhaled medication brought for them by family members or their attorney(s) to the ICE field office, and (ii) have prompt access to other such prescribed medication from ICE medical personnel, one or more of whom, as necessary for the well being of Detainees, shall be on the premises at 26 Federal Plaza at all times of the day or night.

2  The parties' respective applications to stay or modify the TRO (Dkts 67, 69) Both are granted to the extent set forth above and otherwise denied in all respects.

3. The partial stay contained in the Court's memo endorsement dated August 14, 2005 (Dkt 68) is vacated.

SO ORDERED.

Dated:     August 17, 2025
Issued at: 11:00 a.m.

_____
Lewis A. Kaplan
United States District Judge