UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO. on his own behalf and on behalf of others similarly situated,

*Plaintiff,*

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executie Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; and LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity,

*Defendants.*

No. 25 Civ. 6568 (LAK)

**NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 08/19/25

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of the State of New York's motion for leave to file an amicus curiae brief, nonparty the State of New York shall move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, 1005, at a date and time to be determined by the Court, for leave to file the attached Proposed Brief of Amicus Curiae the State of New York.

Plaintiff consents to the filing of the State's proposed amicus brief; defendants take no position on the filing of the proposed amicus brief.

Dated: New York, New York
August 18, 2025

Respectfully submitted,

LETITIA JAMES
*Attorney General*
*State of New York*

By: */s/ Ester Murdukhayeva*
ESTER MURDUKHAYEVA
Deputy Solicitor General

28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

BARBARA D. UNDERWOOD
*Solicitor General*
ESTER MURDUKHAYEVA
*Deputy Solicitor General*
*of Counsel*

GRANTED.

08/19/25