

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

August 20, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *Barco Mercado v. Noem*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

    This Office represents the Defendants in the above-referenced matter. I am writing to notify the Court that Defendants do not anticipate the need to take evidence in connection with Plaintiff's motion for a preliminary injunction.

    We thank the Court for its consideration of this submission.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2695
    E-mail: jeffrey.oestericher@usdoj.gov