# Wang Hecker LLP

111 Broadway, Suite 1406
New York, NY 10006

**Heather Gregorio**
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

August 21, 2025

**By ECF**

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  *Barco Mercado v. Noem et al.,* 25 Civ. 6568 (LAK) (KHP)

Your Honor:

      This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado in the above-entitled action.  We write to respond to the Court's August 12 directive to inform the Court by August 21 if either party is requesting an evidentiary hearing in connection with Plaintiff's motion for a Preliminary Injunction, ECF No. 9.

      Like Defendants, *see* ECF No. 78, Plaintiff does not anticipate the need to take evidence in connection with Plaintiff's Preliminary Injunction motion.

      Plaintiff thanks the Court for its attention to this matter,

                                                  Respectfully submitted,

                                                  Heather Gregorio

cc:    All counsel by ECF