## DECLARATION OF OSCAR PASCUAL-LOPEZ

I, Oscar Pascual Lopez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Guatemala on December 3, 2024. I came here fleeing for my life because I will be killed in Guatemala.

3. I have lived in Ossining, New York since then. I have no criminal history in any country.

4. On Sunday, August 3, I was at a small park in a residential area of Ossining when immigration officers appeared and began detaining people. Officers detained me and placed me into a car. They did not ask my name or any other questions; they just detained me. I was fingerprinted and held at an office, I believe in Newburgh, until about 5 p.m. and then I was taken to 26 Federal Plaza in Manhattan.

5. I was at 26 Federal Plaza from August 3 until August 11, 2025.

6. The conditions at 26 Federal Plaza were very bad. The entire time I was there I could not bathe and I could not change clothes. I was in a very crowded room, which sometimes held as many as 70 people.

7. There were no beds. I slept on the floor with just an aluminum blanket. There were 3 toilets and some people would sleep in the toilet area because there was not enough space for everyone to lay down.

8. At times it was very cold with the air conditioning.

9. We received food only twice a day and it was not good. It was not food that I was accustomed to; it was in bags that the guards would heat up. I saw some people around me begin to lose weight from the lack of decent food.

10. The entire time I was at 26 Federal Plaza, I was able to make only two calls. I called my family but could only speak for a few minutes each time. I think that a guard was listening both times and could hear everything. I felt very nervous to speak. I felt afraid for my family members and did not want them to get in trouble.

11. During my time there, I never spoke to a lawyer. ICE did not tell me I could speak with a lawyer or how to do so. I did not know anything about my case or what would happen to me, so I would have liked to speak with a lawyer. But I did not have a phone number or any way to reach a lawyer.

12. Many of the people I spoke with at 26 Federal Plaza had agreed to be deported. One told me that he had been there too long and could not take it. It was a very difficult situation to be in.

13. I began to get sick with a cold while I was there and I also felt I needed psychological help. I was extremely worried and fearful not knowing what would happen to me. But I did not get any medical help at 26 Federal Plaza; it was not until I was transferred that I was finally attended to, got medicine, and began to feel better. During my time at 26 Federal Plaza, I also saw people who were sick—with a cold or the flu and with stomach pains from the food—and asked for help but did not get medicine.

14. The experience of being at 26 Federal Plaza was very traumatic. It affected me very negatively.

15. At around noon on Monday August 11, I was loaded into a van along with most of the people on the 10th floor and driven to an airport in New Jersey. I believe that there were between six and eight vans and that each had about 14 people in it. There were some women in the group.

16. From there we were loaded onto a flight. I was with a group of people who got off at the first stop, which I believe was in Ohio, and from there we were transferred to the detention center where I am now in Michigan.

17. From what I saw, I think that most of the people detained at 26 Federal Plaza on Monday, August 11, were moved out as part of the group I was in.

Executed on 15 of August, 2025

/s/ Oscar Pascual Lopez
Oscar Pascual Lopez

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Paige Austin, certify that I am fluent in both English and Spanish. On August 15, I personally spoke with Oscar Pascual Lopez and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Oscar Pascual Lopez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Oscar Pascual Lopez's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Oscar Pascual Lopez also gave me verbal consent to sign on he behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, New York 11237
Paige.austin@maketheroadny.org
(718) 565-8500 ext. 4139