DECLARATION OF DULYS ARGUETA GARCIA

I, Dulys Argueta Garcia, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the U.S. from Honduras in 2012. I have lived on Long Island since then. I have three children all born here in the U.S.

3. I was detained by immigration authorities on August 6 at the jail in Suffolk County. From there I was taken to Central Islip, then the Nassau County Jail. On Saturday, August 9, I was moved to 26 Federal Plaza in Manhattan. I was there until Monday morning, August 11 when I was moved to a detention center in Texas.

4. It is very tough at 26 Federal Plaza. One feels so desperate to be in the situation one is in there.

5. We did not have beds to sleep in. There were a lot of people – I think there were around 80 men in two small rooms. There was another room with women too. I spoke with people who had been detained there for six or seven days.

6. It was very uncomfortable. At times it was very cold but other times it was hot. I had only an aluminum blanket to try to keep warm.

7. We got food in bags twice a day, still cold, but I could not eat it because it was so bad. I lost around 10 pounds just in the time between when I was detained and when I got to Texas.

8. I had a severe headache during my time there but I had to wait a day to receive pills for the pain. I saw other people also ask for medical help and also face a wait similar to me.

9. From the time I was detained, I was not able to bathe until I got to Texas. I stayed in the same clothes the whole time; these were the clothes returned to me when I was released from criminal custody. I also could not brush my teeth until I was moved to Texas.

10. While at 26 Federal Plaza, I was only able to call my family for three or five minutes each time. I got a call each day; there was always a guard listening. It made me nervous. They asked for the information for the person I wanted to call.

11. I did not ask for a legal call but I do not think it was possible to make a legal call that was unrecorded and lasted for more than a few moments. I never saw anyone else make a legal call and the guards never mentioned that it was possible to do so. I would have liked to call a lawyer to understand my case and options but it was not possible.

12. On Monday August 11, we left 26 Federal Plaza around 10 a.m. to go to New Jersey. The majority of the people in the room that I was in were moved, although not everyone. We were taken in vans with around 12 people in each and I recall seeing around 5 vans. There were also women in the group. In New Jerseyw, we boarded a plane that stopped in Michigan and then in Texas.

13. I think that around 40 of us got off the plane in Texas. We went to different detention centers.

14. I did not know why they were moving so many people out of 26 Federal Plaza on that date.

15. When I got to the jail in Texas, the conditions were better than at 26 Federal Plaza. I was finally able to change clothes and to bathe.

Executed on 19 of August, 2025


/s/ Dulys Argueta Garcia
Dulys Argueta Garcia




### ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Paige Austin, certify that I am fluent in both English and Spanish. On August 19, I personally spoke with Dulys Argueta Garcia and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Dulys Argueta Garcia affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Dulys Argueta Garcia's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Argueta Garcia also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Paige Austin
Make The Road New York
301 Grove St.
Brooklyn, New York 11237
paige.austin@maketheroadny.org
Office: (718) 565-8500 ext. 4139