UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BARCO MERCADO. etc.,

                Plaintiff

        -against-                                    25-cv-6568 (LAK)

KRISTI NOEM, etc., et al.,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER EXTENDING
TEMPORARY RESTRAINING ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff moved on August 8, 2025 for a temporary restraining order ("TRO") and a preliminary injunction as well as for class certification. The Court afforded the government an opportunity to file papers on the TRO application, heard oral argument on the TRO application and set an expedited briefing schedule on the preliminary injunction and class action motions on August 12, 2025, and issued a TRO on the same date which, by its terms, expires on August 26, 2025. Briefing on the pending motions was completed on August 22, 2025.

        The Court requires additional time to absorb and properly consider the submissions on the pending motions and come to a decision in this significant and complex case. Accordingly, the TRO, as modified and corrected, is hereby extended from August 26, 2025 until 11:59 p.m. on September 9, 2025.

        SO ORDERED.

Dated:        August 25, 2025

                                                          Lewis A. Kaplan
                                                    United States District Judge