UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>       *Plaintiff,*<br><br> v.<br><br>KRISTI NOEM, et al.,<br><br>       *Defendants*. | MOTION FOR ADMISSION PRO HAC VICE<br><br>Case No. 1:25-cv-06568-LAK |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kyle Virgien hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing in the bar of the Supreme Court of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 26th day of August 2025.   Respectfully Submitted,

                */s/ Kyle Virgien*
                Kyle Virgien
                American Civil Liberties Union Foundation
                National Prison Project
                425 California St., 7th Floor
                San Francisco, CA 94104
                Phone: 415-343-0770
                kvirgien@aclu.org