

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KYLE A MITCHELL VIRGIEN*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that KYLE A MITCHELL VIRGIEN, #278747, was on the 2nd day of December 2011 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 13th day of August 2025.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
P. Tang, Deputy Clerk