**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>                      *Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                      *Defendants.* | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE<br><br>Case No. 1:25-cv-06568-LAK |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/25

    The motion of Kyle Virgien, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

    Mr. Virgien has certified that he is a member in good standing in the bar of the Supreme Court of the state of California, and that his contact information is as follows:

Kyle Virgien
American Civil Liberties Union
National Prison Project
425 California St., 7th Floor
San Francisco, CA 94104
Phone: 415-343-0770
kvirgien@aclu.org

    Mr. Virgien having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

    IT IS HEREBY ORDERED that Mr. Virgien is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: 8/27/25

_____
The Honorable Lewis A. Kaplan
United States District Judge