UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SERGIO ALBERTO BARCO MERCADO. etc.,

                Plaintiff,

-against-                        25-cv-6568 (LAK)

KRISTI NOEM, etc., et al.,

                Defendants
------------------------------------x

### ORDER DIRECTING FURTHER BRIEFING AND EXTENDING TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge.*

      "[F]ederal courts have an independent obligation to . . . raise and decide jurisdictional questions that the parties either overlook or elect not to press." *Henderson ex rel. Henderson, Shinseki,* 562 U.S. 428, 434 (2011). The Court notes that the plaintiff in this putative class action was transferred from 26 Federal Plaza to the Orange County Jail and thus appears not now to be detained in the holding rooms at the former location. While defendants have not contested the subject matter jurisdiction of this Court, the Court is obliged to raise the issue *sua sponte* and requires the parties to brief the issue before rendered decisions on the pending motions. Accordingly, parties shall brief the questions whether the Court has subject matter jurisdiction over the claims of plaintiff Mercado and, if not, whether it nevertheless has such jurisdiction over the claims asserted on behalf of the putative class.

      Plaintiff's brief shall be filed at or before 5 p.m. on September 8, 2025, defendants' response at or before 5 p.m. on September 11, 2025, and plaintiff's reply brief at or before 5 p.m. on September 13, 2025.

      In view of the need for this further briefing, the temporary restraining order, as previously extended, is hereby further extended to and including 11:59 p.m. on September 18, 2025.

      SO ORDERED.

Dated:    September 4, 2025

                                                  Lewis A. Kaplan
                                            United States District Judge