|  |  |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; and LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity,<br><br>         Defendants. | Case No. 25 Civ. 6568 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lily Sawyer-Kaplan of Wang Hecker LLP hereby appears as counsel for Plaintiff Sergio Alberto Barco Mercado in the above-entitled action and requests that all filings and correspondence be served as follows:

> Lily Sawyer-Kaplan
> Wang Hecker LLP
> 111 Broadway, Suite 1406
> New York, New York 10006
> 212-620-2620 (telephone)
> lsawyerkaplan@wanghecker.com

Dated: September 8, 2025
   New York, NY

                                                      WANG HECKER LLP

                                                      By:   <u>/s/ Lily Sawyer-Kaplan</u>
                                                             Lily Sawyer-Kaplan

                                                      111 Broadway, Suite 1406
                                                      New York, New York 10006
                                                      212-620-2620

                                                      *Attorney for Plaintiff*

To:   All Counsel of Record by ECF