# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>                    Defendants. | Case No. 25 Civ. 6568 (LAK)<br><br><br>**AFFIRMATION OF SERVICE** |

I am over 18 years of age and not a party to this action. I am an attorney at Wang Hecker LLP, which, along with co-counsel, represents Plaintiff Sergio Alberto Barco Mercado in this action.

On August 11, 2025 at 11:38 a.m. Eastern Time, I served the **Summonses and Complaint**, along with the **Court's Scheduling Order**, ECF No. 54, on Defendants Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs Enforcement, Marcos Charles, and LaDeon Francis (together "Defendants"), by causing these documents to be delivered by email to Defendants' counsel Jeffrey Oestericher at Jeffrey.Oestericher@usdoj.gov and Brandon Waterman at Brandon.Waterman@usdoj.gov, and asking whether counsel accepted service by email. At 1:47 p.m. Eastern Time the same day, Mr. Oestericher confirmed that he accepted service of these documents by email.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           September 18, 2025

_Heather Gregorio_
Heather Gregorio