

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *Barco Mercado v. Noem*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

    This Office represents the Defendants in the above-referenced matter. I am writing respectfully to request a two-week extension of Defendants' time to respond to the Complaint, from October 10 to October 24, 2025. Defendants require this additional time to confer with Plaintiff's counsel about a potential settlement and otherwise to prepare their responsive pleading. Plaintiff's counsel has kindly consented to this request. This is Defendants' first request for an extension of the date to respond to the Complaint.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2695
    E-mail: jeffrey.oestericher@usdoj.gov