**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-25
```

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re:   *Barco Mercado v. Noem*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants in the above-referenced matter. I am writing respectfully to request a two-week extension of Defendants' time to respond to the Complaint, from October 10 to October 24, 2025. Defendants require this additional time to confer with Plaintiff's counsel about a potential settlement and otherwise to prepare their responsive pleading. Plaintiff's counsel has kindly consented to this request. This is Defendants' first request for an extension of the date to respond to the Complaint.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
10/7/25