# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10006

Heather Gregorio
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

October 13, 2025

*By ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Barco Mercado v. Noem et al.,* 25 Civ. 6568 (LAK) (KHP)
           Discovery Plan

Your Honor:

    This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class in the above-entitled action. We write jointly with counsel for Defendants to submit a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f).

    The parties held a Rule 26(f) phone conference on September 29, 2025 and discussed *inter alia* a proposed discovery plan, including arranging for the exchange of initial disclosures, preservation of discoverable information, and the prospects of settling this case. We had a follow up conversation on October 10, 2025 regarding possible settlement, and will continue to confer on that subject.

    The parties have agreed to preserve all discoverable information.

    In the meantime, the parties have agreed to the following discovery schedule, which we request that the Court So-Order:

    Deadline to exchange initial disclosures: October 20, 2025

    Deadline to serve initial document demands and interrogatories: November 7, 2025

    Deadline to amend pleadings and add additional parties: December 15, 2025

    Deadline for depositions: February 20, 2026

    Deadline for all fact discovery: February 20, 2026

Deadline for all expert discovery: April 7, 2026

Deadline for dispositive motions: April 21, 2026

The parties stand ready to provide any other information at the Court's request.

Respectfully submitted,

Heather Gregorio

cc:   All counsel by ECF