```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SERGIO ALBERTO BARCO MERCADO, etc.,

                    Plaintiff,

         -against-                                25-cv-6568 (LAK)

KRISTI NOEM, etc., et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MODIFIED AND SUPPLEMENTED
## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge*.

        1.     The scheduling order inherent in the Court's approval of the parties' proposed discovery plan (Dkt 102) is modified and supplemented in the following respects:

               (a)     Any applications for letters rogatory or other requests for foreign judicial assistance in obtaining testimony or other evidence shall be filed no later than December 15, 2025.

               (b)     All materials required to be disclosed by Fed. R. Civ. P. 26(a)(2) shall be served no later than February 27, 2026.

               (c)     All depositions of proposed expert witnesses shall be concluded no later than March 27, 2026.

               (d)     A proposed joint pretrial order in the form attached as Annex A to the Individual Practices of the Undersigned (the "Practices") and any dispositive motions shall be filed no later than April 17, 2026.

               (e)     In the event the case is to be tried in whole or in part to a jury, (a) a joint proposed special verdict form or, in the event the parties cannot agree, their respective proposed special verdict forms, and (b) the parties' requested jury instructions both shall be filed no later than April 24, 2026.

               (f)     The case is set for trial commencing on May 4, 2026.

        2.     The parties' attention is invited to the Practices' provisions concerning bench trials.

2

         3.      Either party at any time may request a conference with the Court concerning the possibility of trying the case either on a stipulated record or, alternatively, on a stipulation of facts. In any case, the parties shall meet and confer concerning the possibility of doing so and shall inform the Court promptly, and in no event later than March 27, 2026, as to the terms of any such agreement or, in the absence of full agreement, of issues that remain between them.

         4.      Documents to be offered as exhibits shall be premarked (plaintiff's with numerals and defendants' with letters) and exchanged sufficiently in advance of April 17, 2026 to permit preparation of the joint pretrial order. Plaintiff and defendants each shall provide the Court with memory sticks containing PDF images of their respective exhibits listed in the joint pretrial order.

         SO ORDERED.

Dated:      October 22, 2025

                                                         Lewis A. Kaplan
                                                       United States District Judge