UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SERGIO ALBERTO BARCO MERCADO,

       Plaintiff,

   v.

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security, *et al.*,

       Defendants.

-----------------------------------------------------------x

25 Civ. 6568 (LAK)

**NOTICE OF APPEAL**

    All defendants appeal to the United States Court of Appeals for the Second Circuit from the Opinion entered on September 17, 2025 [ECF No. 96], and the preliminary injunction order entered on September 17, 2025 [ECF No. 97].

Dated:   New York, New York
           November 14, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   */s/ Jeffrey Oestericher*
      JEFFREY OESTERICHER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2695
      Email: jeffrey.oestericher@usdoj.gov