UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>Defendants. | Case No. 25 Civ. 6568 (LAK) |

## **NOTICE OF MOTION FOR CONTEMPT AND SANCTIONS**

**PLEASE TAKE NOTICE** that Plaintiff Sergio Alberto Barco Mercado, on his own behalf and on behalf of the provisionally certified class ("Plaintiffs") hereby moves this Court for an order holding Defendants in civil contempt for their noncompliance with the Court's Temporary Restraining Order, ECF No. 65, and Preliminary Injunction, ECF No. 97, and requesting the imposition of sanctions including without limitation monitoring, conditional coercive fines, and attorneys' fees.

In support of this motion, Plaintiffs serve a Memorandum of Law in Support of the Motion for Contempt and Sanctions (dated November 25, 2025), the Declaration of Heather

Gregorio (dated November 25, 2025), with Exhibits 1–5, the Declaration of Nathan Yaffe (dated September 9, 2025), with Exhibits 1–2, the Declaration of Matthew Bray (dated September 10, 2025), with Exhibit 1, the Declaration of Diana Yanguas Rosen in Support of Amended Petition for Writ of Habeas Corpus (dated October 1, 2025), the Declaration of Deisy Flores (dated October 29, 2025), the Declaration of Carlos Chalco Chango (dated November 20, 2025), the Declaration of Jose Javier Cuy Cumes (dated November 20, 2025), and the Declaration of Zoey Jones (dated November 25, 2025).

Dated: November 25, 2025                                             Respectfully submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Eunice Cho<br>915 15th Street, N.W.<br>Washington, DC 20005<br>202-548-6616<br>echo@aclu.org<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Kyle Virgien<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770<br>kvirgien@aclu.org<br><br>NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher<br>Robert Hodgson<br>Claire Molholm<br>Molly K. Biklen<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300<br>abelsher@nyclu.org<br>rhodgson@nyclu.org<br>cmolholm@nyclu.org<br>mbiklen@nyclu.org | WANG HECKER LLP<br><br>s/ Heather Gregorio<br>Heather Gregorio<br>Mariann Meier Wang<br>Alice Reiter<br>Daniel Mullkoff<br>Lily Sawyer Kaplan<br>111 Broadway, Suite 1406<br>New York, New York 10006<br>(212) 620-2600<br>hgregorio@wanghecker.com<br>mwang@wanghecker.com<br>areiter@wanghecker.com<br>dmullkoff@wanghecker.com<br>lsawyerkaplan@wanghecker.com<br><br>MAKE THE ROAD NEW YORK<br>Harold A. Solis<br>Paige Austin<br>301 Grove Street<br>Brooklyn, NY 11237<br>Tel. (718) 418-7690<br>Fax (866) 420-9169<br>harold.solis@maketheroadny.org<br>paige.austin@maketheroadny.org<br><br>*Attorneys for Plaintiff and the provisionally certified class* |