# EXHIBIT 2



Harold Solis <harold.solis@maketheroadny.org>

## Legal Call Request: Maria Jose Tumba Huamani
6 messages

---

**Harold Solis** <harold.solis@maketheroadny.org>      Wed, Oct 1, 2025 at 10:49 AM
To: "NYCDetaineeInquiry," <NYCDetaineeInquiry@ice.dhs.gov>
Cc: Rodman Serrano <rodman.serrano@maketheroadny.org>

Good morning,

Our office represents Maria Jose Tumba Huamani (A ███████). I understand she is currently detained at 26 Federal Plaza. We would like to schedule a legal call with her today. Please advise.

**Harold A. Solis**
Co-Legal Director
[Make the Road New York](https://maketheroadny.org)
301 Grove Street, Brooklyn NY 11237
Tel: 718-418-7690 ext. 4114

*This communication is from an attorney and may be privileged and confidential. If you have received it in error, please delete it immediately and contact the sender. Thank you.*

---

**NYCDetaineeInquiry,** <NYCDetaineeInquiry@ice.dhs.gov>      Wed, Oct 1, 2025 at 2:18 PM
To: Harold Solis <harold.solis@maketheroadny.org>
Cc: Rodman Serrano <rodman.serrano@maketheroadny.org>

Hello,

Good afternoon. Please send in a signed G-28 form to show legal representation of the subject in question to schedule a call.

**Respectfully,**

**AH**

**"It always seems impossible until its done."- Nelson Mandela**

---

**From:** Harold Solis <harold.solis@maketheroadny.org>
**Sent:** Wednesday, October 1, 2025 10:49 AM
**To:** NYCDetaineeInquiry, <NYCDetaineeInquiry@ice.dhs.gov>
**Cc:** Rodman Serrano <rodman.serrano@maketheroadny.org>
**Subject:** Legal Call Request: Maria Jose Tumba Huamani

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or

trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[Quoted text hidden]

---

**Harold Solis** <harold.solis@maketheroadny.org>  Wed, Oct 1, 2025 at 2:46 PM
To: "NYCDetaineeInquiry," <NYCDetaineeInquiry@ice.dhs.gov>
Cc: Rodman Serrano <rodman.serrano@maketheroadny.org>

The attached g28 was just e-filed using the online ERO system. Please let me know when is the next available time to speak with my client. Thank you.

**Harold A. Solis**
Co-Legal Director
**Make the Road New York**
301 Grove Street, Brooklyn NY 11237
Tel: 718-418-7690 ext. 4114

*This communication is from an attorney and may be privileged and confidential. If you have received it in error, please delete it immediately and contact the sender. Thank you.*

[Quoted text hidden]

 **2025.10.01_g28.pdf**
525K

---

**NYCDetaineeInquiry,** <NYCDetaineeInquiry@ice.dhs.gov>  Wed, Oct 1, 2025 at 3:22 PM
To: Harold Solis <harold.solis@maketheroadny.org>
Cc: Rodman Serrano <rodman.serrano@maketheroadny.org>

Hello,

There is no availability this week.   We have available 0800- 0900 from Tuesday to Friday of next week and 0900-1000 from Wednesday to Friday of next week.  Please let me know which time and day works best for you.

[Quoted text hidden]

---

**Harold Solis** <harold.solis@maketheroadny.org>  Wed, Oct 1, 2025 at 8:23 PM
To: "NYCDetaineeInquiry," <NYCDetaineeInquiry@ice.dhs.gov>
Cc: Rodman Serrano <rodman.serrano@maketheroadny.org>

Good evening,

As you may be aware, a recent court order in Barco Mercado v. Noem requires that our client have access to a legal call within 24 hours of being detained at 26 Federal Plaza. Please advise on whether such a call will be scheduled.
[Quoted text hidden]

---

**Calidonio, Carla** <Carla.Calidonio@ice.dhs.gov>  Thu, Oct 2, 2025 at 2:13 PM
To: "harold.solis@maketheroadny.org" <harold.solis@maketheroadny.org>

Afternoon,

Your client is no longer at 26 Federal Plaza.

Please check the detainee locator for an updated location.

**Carla Calidonio**

Assistant Field Office Director

Transportation and Removal Operations, Enforcement and Removal Operations

New York City Field Office, U.S Immigration and Customs Enforcement

[Quoted text hidden]
[Quoted text hidden]