DECLARATION OF CARLOS CHALCO CHANGO

I, Carlos Chalco Chango, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My son and I came to the United States in January 2023 from Ecuador. We applied for asylum and have lived together in Queens, New York since then. I am blind and I relied on my son for day-to-day assistance.

3. On November 4, 2025, I was leaving for work when agents approached me on the sidewalk outside my home and detained me. I was taken in a vehicle to Manhattan where I was reunited with my son, who was also detained an hour or two after me. We were held together in a holding area in Manhattan and then taken by van to New Jersey on Tuesday evening. In New Jersey, my son got out and was processed but I was not processed in. After some time, my son and I and another person were all put back into the van and taken back to Manhattan to 26 Federal Plaza.

4. I was at 26 Federal Plaza from Tuesday November 4 until Saturday November 8 when I was taken to Orange County Jail. My son was with me until Friday night, November 7, when he was taken to Delaney. He is now detained in Texas.

5. While we were at 26 Federal Plaza, there were usually around 8 to 11 people in the room we were in. There was a lot of coming and going—many people would come for only a few hours. My son and I were there for the longest.

6. I was able to call my sister once a day for around 5 to 7 minutes. There was always a guard there when I did so. No one ever mentioned that legal calls were available or any possibility for private calls.

7. Some guards there were very rude. They threatened to withhold people's calls. I asked guard to speak with ICE, and he yelled at me and said no.

8. We stayed in the same clothes we had on when we were detained throughout our time at 26 Federal Plaza—except that I had on a vest when I was stopped and that was taken away, so I was just in a shirt and pants. The guards never offered us clothes. Someone told me that it was written on a window "you have the option to request food, clothes and a private room to change clothes." But the guards never offered us clothes.

9. There was one person who spoke English well and he asked for clothes, but he was not given any. I don't know why that was written there since they do not provide clothes when people ask.

10. We received a thin mattress and aluminum blanket to sleep on the floor. It was very cold. I tried to stay beneath the aluminum blanket whenever possible but even so my arms ached from the cold.

11. We were given toothbrush, toothpaste, and toilet paper but not soap. Twice we were given small wet towels; they were cold and I did not smell any kind of soap on them. We all wanted to wash ourselves but we weren't given anything to do it with.

12. We got the same food every day and the portion sizes were very small. We got a donut or roll in the morning, a sandwich at midday, and then a bag of beans with some crackers and chocolate at night. We were always hungry. I barely ate anything; I would give my portion to my son and tell him to eat it instead because I knew how hungry he was.

DATED: Nov. 20, 2025
Queens, New York

_____
Carlos Chalco Chango