DECLARATION OF JOSE JAVIER CUY CUMES

I, Jose Javier Cuy Cumes, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I live in Queens, New York. I was detained by immigration agents outside my home on November 4, 2025.

3. From the night of November 4 until late on Thursday, November 6 I was in the holding room at 26 Federal Plaza. From what I saw there were two room for men, which each held around 10 people at a time, and there was another small space for women. Many of the people detained with me had been attending court or were applying for asylum.

4. I never heard any guards at 26 Federal Plaza mention legal calls or private calls. I was able to call my family once a day but there were always guards listening. I remember a guard was standing right next to me and I felt uncomfortable. The guards also did not offer calls easily—I had to demand a call.

5. After I had been there for two days, I noticed a small paper in the window there. It said we had a right to a call of 10 minutes each day. I was cut off in less.

6. I was given a toothbrush but I had to ask for it. At first I did not know that. Another man detained with us had spend several years in prison and he was the one who told us we should get toothbrushes. He asked the guards and they gave him one. After that I also asked and got one, but that was not until Thursday.

7. I was in the same clothes the whole time I was there. I was not allowed to wear my jacket even though it was very cold. We just had aluminum blankets. The same man who had told us to ask for toothbrushes asked a guard and got me a sweater.

8. I was given one but when others after me asked they only got very thin long-sleeved shirts, so I think that I was lucky because they do not have enough sweats.

9. We got food three times a day. Breakfast was a small bread; lunch was a small sandwich and for dinner we got an aluminum bag of rice and beans that we had to add water to and some crackers. I was hungry in the mornings and overall I lost six pounds while I was detained from November 4 to November 14.

10. We were not given soap or any way to clean ourselves. We could only wash our hands with water.

11. We had a medical check when we arrived. But one man detained with us had a cough and we asked the guard if he could get medicine, since we all worried about getting sick. But he never got medicine that I saw.

DATED: Nov. 20, 2025
Queens, New York

Jose Javier Cuy Cumes