USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SERGIO ALBERTO BARCO MERCADO, etc.,

                Plaintiff,

-against-    25-cv-6568 (LAK)

KRISTI NOEM, etc., et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court will hold a conference concerning plaintiff's contempt motion in Courtroom 26B on December 9, 2025 at 11:00 a.m.

      SO ORDERED.

Dated:    December 4, 2025

                                        _____
                                            Lewis A. Kaplan
                                          United States District Judge