**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2025
```

December 4, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

MEMO ENDORSED

Re:   *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants in the above-referenced matter. I write respectfully to request that (1) the conference concerning Plaintiff's Motion for Contempt and Sanctions currently scheduled for Tuesday, December 9 at 11:00 a.m. (ECF No. 118) be rescheduled, and (2) the date for the submission of Defendants' opposition to Plaintiff's Motion for Contempt and Sanctions be extended by three days, from Tuesday, December 9 to Friday, December 12.

I am respectfully requesting that the conference be rescheduled because I have to attend a time sensitive medical appointment on the morning of December 9. I have conferred with counsel for the Plaintiff and all parties are generally available for a conference on December 8 or 10, or on another date convenient for the Court.

In addition, Defendants respectfully request a three-day extension for the filing of their opposition to Plaintiff's Motion for Contempt and Sanctions, from December 9 to December 12. Defendants require the additional time to complete their papers. Plaintiff's counsel kindly consents to this extension. This is Defendants' first request for an extension of this deadline.

Finally, for the Court's information, undersigned counsel will be out of the office (and out of the country) due to a family obligation from the afternoon of Wednesday, December 24 through the afternoon of Tuesday, January 7.

The conference is adjourned to 12/8/25 at 11 a.m. Defendants' opposition papers shall be filed at or before 5 pm on 12/5/25. Reply papers shall be filed at or before 5 pm on 12/12/2025.

SO ORDERED
/s/ Kaplan
12/5/25