# EXHIBIT A

**Labriute Meals LLC**
**520 james St**
**Lakewood,NJ 08701**
**Tel: 732-905-1555**

**Date:** 07/18/25 07:49:43

Cardholder: Rebecca Murray
Card Number: xxxxxxxxxxxxx1573
Card Type: Visa
AVS Street:
AVS Zip: 12550
Type: Credit Card Sale
Ref #: 4095738423
Auth Code: 089585
Description:

===============
**TOTAL:  10,000.00**

X_____
    Rebecca Murray

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT

# EXHIBIT B

# Quote

From: LaBriute Meals

520 James St Unit 1C

Lakewood, NJ 08701


To: Rebecca (ICE)

We are pleased to offer the following quote for our Kosher self-heating shelf-stable meals:

| Item Description | Quantity | Unit Price | Total |
|---|---|---|---|
| Kosher Self-Heating Shelf-Stable Meals (Case of 12) - Delivered | 2 | $108.00 | $108.00 |

Note: Credit card payments are accepted, and the 3% processing fee will be waived for this order.


Please let us know if you'd like to proceed.


Best regards,

Joe Rabinowitz

joe@labriutemeals.com

# EXHIBIT C





# EXHIBIT D







# EXHIBIT E





# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



# EXHIBIT J

