UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | 25 Civ. 6568 (LAK) |

## JOINT STIPULATION TO ADJOURN
## MOTION FOR CONTEMPT & SANCTIONS BRIEFING SCHEDULE

**WHEREAS,** this is the first request for an adjournment on this Motion for Contempt & Sanctions, ECF No. 108, which is made by Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class ("Plaintiffs") with the consent of Defendants Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs Enforcement, Marcos Charles, and LaDeon Francis ("Defendants");

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the schedule for Plaintiffs' Reply to Defendants' Opposition to the Motion for Contempt & Sanctions is adjourned as follows:

>Pursuant to the Court's Rules, the Parties agree to adjourn the Reply Date from **December 12, 2025** as set forth in the Court's Order, ECF No. 120, to **January 16, 2026.**

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, this Stipulation may be signed in counterparts and that a facsimile and/or e-mail signature on this Stipulation shall have the effect of an original signature.

Dated: December 10, 2025
New York, New York

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Eunice Cho<br>915 15th Street, N.W.<br>Washington, DC 20005<br>202-548-6616<br>echo@aclu.org<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Kyle Virgien<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770<br>kvirgien@aclu.org<br><br>NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher<br>Robert Hodgson<br>Claire Molholm<br>Molly K. Biklen<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300<br>abelsher@nyclu.org<br>rhodgson@nyclu.org<br>cmolholm@nyclu.org<br>mbiklen@nyclu.org | WANG HECKER LLP<br><br>*/s/ Heather Gregorio*<br>Heather Gregorio<br>Mariann Meier Wang<br>Alice Reiter<br>Daniel Mullkoff<br>Lily Sawyer Kaplan<br>111 Broadway, Suite 1406<br>New York, New York 10006<br>(212) 620-2600<br>hgregorio@wanghecker.com<br>mwang@wanghecker.com<br>areiter@wanghecker.com<br>dmullkoff@wanghecker.com<br>lsawyerkaplan@wanghecker.com<br><br>MAKE THE ROAD NEW YORK<br>Harold A. Solis<br>Paige Austin<br>301 Grove Street<br>Brooklyn, NY 11237<br>Tel. (718) 418-7690<br>Fax (866) 420-9169<br>harold.solis@maketheroadny.org<br>paige.austin@maketheroadny.org |

*Attorneys for Plaintiff and the provisionally certified class*

*/s/ Jeffrey Oestericher*
Jeffrey Oestericher
Assistant United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Attorney for Defendants*

**SO ORDERED:**

_____
HON. LEWIS A. KAPLAN
United States District Judge

Dated: _____