USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Defendants.

25 Civ. 6568 (LAK)

## JOINT STIPULATION TO ADJOURN
## MOTION FOR CONTEMPT & SANCTIONS BRIEFING SCHEDULE

**WHEREAS,** this is the first request for an adjournment on this Motion for Contempt & Sanctions, ECF No. 108, which is made by Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class ("Plaintiffs") with the consent of Defendants Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs Enforcement, Marcos Charles, and LaDeon Francis ("Defendants");

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, that the schedule for Plaintiffs' Reply to Defendants' Opposition to the Motion for Contempt & Sanctions is adjourned as follows:

> Pursuant to the Court's Rules, the Parties agree to adjourn the Reply Date from **December 12, 2025** as set forth in the Court's Order, ECF No. 120, to **January 16, 2026.**

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** this Stipulation may be signed in counterparts and that a facsimile and/or e-mail signature on this Stipulation shall have the effect of an original signature.

Dated:    December 10, 2025
          New York, New York

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Eunice Cho
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
echo@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP

Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiff and the provisionally certified class*

Jeffrey Oestericher
Assistant United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Attorney for Defendants*

SO ORDERED

LEWIS A. KAPLAN, USDJ

2

**SO ORDERED:**

_____
HON. LEWIS A. KAPLAN
United States District Judge

Dated: _____