

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

December 22, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:    *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

      This Office represents the Defendants (the "Government") in the above-referenced matter. We write respectfully to request a one-week extension of the deadline for the Government to complete its expedited discovery document production pursuant to the Court's December 11, 2025 Order. *See* ECF No. 126 (Order); *see also* ECF No. 129 (Order on Reconsideration). Plaintiff's counsel kindly consents to this extension request.

      As Your Honor is aware, on December 11, 2025, the Court granted Plaintiff's motion for expedited discovery and ordered the Government to provide, "by December 22, (1) full responses to Plaintiffs' Interrogatories, and (2) documents responsive to Plaintiffs' document demands, as limited to a date range of August 12, 2025, to the date of production." ECF No. 129 at 3 (internal quotation marks omitted). The Government served its responses to Plaintiff's interrogatories on December 12 (ten days early) and will make a production of documents tonight in response to Plaintiff's document requests. However, despite making a concerted effort, the Government requires an additional week to complete its production.

      This is the Government's first request for an extension of this deadline. I apologize for failing to submit this request two business days before the scheduled time.

2

Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney for the
                                              Southern District of New York

By:    /s/ *Jeffrey Oestericher*
           JEFFREY OESTERICHER
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Telephone: (212) 637-2695
           E-mail: jeffrey.oestericher@usdoj.gov