AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  25 Civ. 6568 (LAK) |
| KRISTI NOEM, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants                                                                                                              .

Date:    12/29/2025                                              /s/ Rachel Kroll
                                                                        *Attorney's signature*

                                                                        Rachel Kroll
                                                                        *Printed name and bar number*

                                                                        86 Chambers Street, 3rd Floor
                                                                        New York, NY 10007

                                                                        *Address*

                                                                        rachel.kroll@usdoj.gov
                                                                        *E-mail address*

                                                                        (212) 637-2765
                                                                        *Telephone number*

                                                                        *FAX number*