

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 29, 2025

<u>By ECF</u>
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

    This Office represents the Defendants (the "Government") in the above-referenced matter. We write respectfully to request a second extension of the deadline for the Government to complete its expedited discovery document production pursuant to the Court's December 11, 2025 Order. *See* ECF No. 126 (Order); *see also* ECF No. 129 (Order on Reconsideration). The Court ordered document productions to be made by December 22, 2025, and the Government respectfully requests an extension of that deadline to January 2, 2026. *See* ECF No. 126 (Order); *see also* ECF No. 129 (Order on Reconsideration); ECF No. 132 (first consent extension request).

    The Government has made a concerted, good faith effort to comply with Court's document production deadline and has made substantial progress. The Government made an initial production of over 10,000 pages on December 22, 2025, an additional production on December 24, 2025, and anticipates making another production this evening. In the course of making its rolling productions, the Government has met and conferred with Plaintiff's counsel regarding its anticipated production schedule and has collaborated on search terms to identify further responsive documents.

    The Government requires an additional four days (one of which is a federal holiday), *i.e.*, until January 2, 2026, to complete the production. Plaintiff consents to the request made herein.

    Thank you for your consideration of this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Rachel Kroll*
    RACHEL KROLL
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2765
    E-mail: rachel.kroll@usdoj.gov