UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | 25 Civ. 6568 (LAK) |

## JOINT STIPULATION TO ADJOURN MOTION FOR CONTEMPT & SANCTIONS BRIEFING AND DISCOVERY SCHEDULE

**WHEREAS**, on November 25, 2025, Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class ("Plaintiffs") filed a Motion for Sanctions and for Contempt against Defendants Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs Enforcement, Marcos Charles, and LaDeon Francis ("Defendants") (ECF No. 108) ("Contempt Motion");

**WHEREAS**, on December 10, 2025, Plaintiffs requested that the Court order Defendants to produce certain document discovery in connection with the Contempt Motion by December 22, 2025, to permit depositions in connection with the Contempt Motion during the week of January 6, 2026, and for an extension of Plaintiffs' time to file their reply brief or alternatively withdraw their motion without prejudice by January 16, 2026, with Defendants consenting only to the extension request (ECF No. 125);

**WHEREAS**, the Court granted the requested discovery and extension requests in full (ECF Nos. 126 & 129);

**WHEREAS**, Defendants have twice requested extensions of their time to produce document discovery, both times with Plaintiffs' consent (ECF Nos. 132 & 134);

**WHEREAS**, Defendants now require more time to complete their document productions, and Plaintiffs again consent to this request:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the discovery and briefing schedule be modified as follows:

- By **January 16, 2026**, Defendants will produce all remaining responsive documents in connection with the Contempt Motion (*i.e.* all documents responsive to Plaintiffs' discovery demands with a modified date range of August 12, 2025 to the present);

- By **February 6, 2026**, Plaintiffs will conduct all depositions in connection with the Contempt Motion and will either file their reply brief or alternatively withdraw their Contempt Motion without prejudice; and

- By **February 13, 2026**, Defendants will file their sur-reply, if any.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, this Stipulation may be signed in counterparts and that a facsimile and/or e-mail signature on this Stipulation shall have the effect of an original signature.

Dated: January 2, 2026
New York, New York

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Eunice Cho
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
echo@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov

*Attorney for Defendants*

WANG HECKER LLP

_____
Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiff and the provisionally certified class*

3

**SO ORDERED**:

_____
HON. LEWIS A. KAPLAN
United States District Judge

Dated: _____