**WANG HECKER LLP**

111 BROADWAY, SUITE 1406
NEW YORK, NY 10006

HEATHER GREGORIO
212.620.2608 TEL
212.620.2609 FAX

HGREGORIO@WANGHECKER.COM

January 2, 2026

*By ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re*:  Plaintiffs' Motion for Contempt and Sanctions
           *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

      This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs") in the above-entitled action. We write to update the Court on the status of discovery in connection with Plaintiffs' motion for sanctions and contempt ("Contempt Motion"), ECF No. 108, and jointly to request an extended, updated Contempt Motion discovery and briefing schedule, *see* ECF No. 129.

      Defendants have been producing documents on a rolling basis since December 22, 2025, and the parties have been actively conferring and negotiating search terms for the identification of additional responsive documents.

      Defendants require additional time to complete their document productions; Plaintiffs consent. The parties thus jointly request a modified schedule pursuant to which:

- By **January 16, 2026**, Defendants will produce all remaining responsive documents in connection with the Contempt Motion (*i.e.* all documents responsive to Plaintiffs' discovery demands with a modified date range of August 12, 2025 to the present);
- By **February 6, 2026**, Plaintiffs will conduct all depositions in connection with the Contempt Motion and will either file their reply brief or alternatively withdraw their Contempt Motion without prejudice; and
- By **February 13, 2026**, Defendants will file their sur-reply, if any.

      This is Defendants' third request for an extension of time to serve responsive documents, and Plaintiffs' second request for an adjournment of their Contempt Motion reply brief deadline.

SO ORDERED

LEWIS A. KAPLAN, USDJ

WANG HECKER LLP
PAGE 2 OF 2

    In accordance with Your Honor's individual rules, we attach a stipulation because these adjournment requests are upon consent.

    We appreciate the Court's attention to these matters and are available to discuss them at the Court's request.

Respectfully submitted

*/s/ Heather Gregorio*

Heather Gregorio

Encl.