# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10006

**Heather Gregorio**
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

January 28, 2026

*By ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*  Request for Electronic Device Usage
            *Barco Mercado v. Noem et al.,* 25 Civ. 6568 (LAK) (KHP)

Your Honor:

      This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs") in the above-entitled action. We write to respectfully request an order permitting counsel and the court reporter to bring electronic devices into the U.S. District Court for the Southern District of New York in order to conduct depositions from January 28, 2026 until February 20, 2026. We have conferred with opposing counsel and obtained their consent. A proposed order is attached.

      We appreciate the Court's attention to these matters and are available to discuss them at the Court's request.

                                                     Respectfully submitted

                                                     <u>/s/ Heather Gregorio</u>

                                                     Heather Gregorio