UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>Defendants. | Case No. 25 Civ. 6568 (LAK) |

**[PROPOSED] ORDER AUTHORIZING ELECTRONIC DEVICES**

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

Upon submission of written application to this Court, it is hereby **ORDERED** that the following attorney(s) and court reporting services are authorized to bring the Personal Electronic Devices, General Purpose Computing Devices, and Stenographic Equipment (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the above-captioned action.

And it is further **ORDERED** that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided January 28, 2026 through February 20, 2026.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Heather Gregorio | hgregorio@wanghecker.com | Phone, Laptop | Conference Spaces | Yes |
| Mariann Meier Wang | mwang@wanghecker.com | Phone, Laptop | Conference Spaces | Yes |
| Alice Reiter | areiter@wanghecker.com | Phone, Laptop | Conference Spaces | Yes |
| Daniel Mullkoff | dmullkoff@wanghecker.com | Phone, Laptop | Conference Spaces | Yes |
| Lily Sawyer-Kaplan | lsawyerkaplan@wanghecker.com | Phone, Laptop | Conference Spaces | Yes |
| Paige Austin | paige.austin@maketheroadny.org | Phone, Laptop | Conference Spaces | Yes |
| Harold Solis | harold.solis@maketheroadny.org | Phone, Laptop | Conference Spaces | Yes |
| Robert Hodgson | rhodgson@nyclu.org | Phone, Laptop | Conference Spaces | Yes |
| Amy Belsher | abelsher@nyclu.org | Phone, Laptop | Conference Spaces | Yes |
| Molly Biklen | mbiklen@nyclu.org | Phone, Laptop | Conference Spaces | Yes |
| Eunice Cho | echo@aclu.org | Phone, Laptop | Conference Spaces | Yes |
| Kyle Virgien | kvirgien@aclu.org | Phone, Laptop | Conference Spaces | Yes |

| Court Reporting Service | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Veritext | efuller@veritext.com | Stenographic equipment, Phone, Laptop | Conference Spaces | Yes |

  The attorney(s) and court reporting services identified in this Order must present a paper or electronic copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney or court reporting service that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED

Dated: _____

                _____
                United States District Judge