# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10006

**Heather Gregorio**
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

February 4, 2026

***By ECF***

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:*  Plaintiffs' Motion for Contempt and Discovery Extension Requests
             *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

     This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs") in the above-entitled action. We write jointly with Defendants to request extensions of the deadlines relating to Plaintiffs' Motion for Contempt and Sanctions, ECF No. 108 ("Contempt Motion"), as well as the discovery deadlines in this case. ECF Nos. 102, 105, 136.

     In accordance with the Court's Order, ECF No. 136, Plaintiffs obtained the last of thousands of contempt-related documents from Defendants on January 16, 2026 and obtained amended interrogatory responses from Defendants on February 2, 2026. Plaintiffs deposed ICE Deportation Officers on January 28 and 30, 2026, and deposed Deputy Field Office Director William Joyce on February 3, 2026. The Parties request a final extension of Plaintiffs' Contempt Motion reply deadline and Defendants' sur-reply deadline to provide sufficient time for the Parties to obtain the deposition transcripts, and for Plaintiffs to prepare their Contempt Motion reply while simultaneously exploring with Defendants whether there is any possibility of resolving outstanding concerns regarding compliance.

     In the meantime, the Parties also respectfully request additional time to conduct discovery. The Parties have been focused on Plaintiffs' Contempt Motion and related compliance-focused discovery throughout December and January. We have continued to move forward vis-à-vis overall discovery in the case; Plaintiffs served a discovery deficiency letter on December 22, 2025 and the parties have been conferring regarding a stipulation that we hope will narrow the issues in dispute and therefore the issues upon which we would require document discovery and additional depositions. We are also conferring regarding privilege disputes and Plaintiffs' Notice to Inspect and

are determining whether additional Court intervention is required on those subjects. Despite this progress, Defendants have not yet produced any documents beyond the targeted compliance-focused productions, and we anticipate needing to take additional depositions once document discovery is complete.

The parties thus jointly request a modified schedule pursuant to which:

- By **February 27, 2026**, Plaintiffs will either file their reply brief or alternatively withdraw their Contempt Motion without prejudice;
- By **March 13, 2026**, Defendants will file their sur-reply, if any;
- By **September 30, 2026**, the parties will complete fact discovery, including all document discovery and depositions;
- By **October 9, 2026**, the parties shall disclose all materials required to be disclosed by Fed. R. Civ. P. 26(a)(2);
- By **November 13, 2026**, the parties will complete expert discovery;
- By **November 30, 2026**, the parties will file any dispositive motions and submit a proposed joint pretrial order in accordance with the Court's practices.

This is the Parties' third request for an adjournment of the Contempt Motion Reply deadline, and the Parties' first request for an adjournment of the discovery schedule.

In accordance with Your Honor's individual rules, we attach a stipulation because these adjournment requests are upon consent.

We appreciate the Court's attention to these matters and are available to discuss them at the Court's request.

Respectfully submitted,

*[signature]*

Heather Gregorio

Encl.