UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | 25 Civ. 6568 (LAK) |

**JOINT STIPULATION TO ADJOURN MOTION FOR CONTEMPT & SANCTIONS BRIEFING SCHEDULE AND DISCOVERY SCHEDULE**

**WHEREAS**, on November 25, 2025, Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class ("Plaintiffs") filed a Motion for Sanctions and for Contempt against Defendants Kristi Noem, Department of Homeland Security, Todd Lyons, Immigration and Customs Enforcement, Marcos Charles, and LaDeon Francis ("Defendants") (ECF No. 108) ("Contempt Motion");

**WHEREAS**, on December 12, 2025, the Court granted Plaintiffs' requests for certain discovery in connection with the Contempt Motion and for an extension of time to file their Reply to January 16, 2026, with Defendants to file any sur-reply by January 23, 2026 (ECF No. 129);

**WHEREAS**, Defendants twice requested extensions of their time to produce document discovery, both times with Plaintiffs' consent (ECF Nos. 132 & 134);

**WHEREAS**, on January 5, 2026, the Court granted the Parties' request for an extension of Plaintiffs' time to file their Contempt Reply and for Defendants' time to file a sur-reply to February 6, 2026 and February 13, 2026, respectively (ECF No. 136);

**WHEREAS**, the Parties require more time to finalize the Contempt Motion briefing and to complete discovery:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the discovery and briefing schedule be modified as follows:

- By **February 27, 2026**, Plaintiffs will either file their reply brief or alternatively withdraw their Contempt Motion without prejudice;
- By **March 13, 2026**, Defendants will file their sur-reply, if any;
- By **September 30, 2026**, the parties will complete fact discovery, including all document discovery and depositions;

- By **October 9, 2026**, the parties shall disclose all materials required to be disclosed by Fed. R. Civ. P. 26(a)(2);
- By **November 13, 2026**, the parties will complete expert discovery;
- By **November 30, 2026**, the parties will file any dispositive motions and submit a proposed joint pretrial order in accordance with the Court's practices.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, this Stipulation may be signed in counterparts and that a facsimile and/or e-mail signature on this Stipulation shall have the effect of an original signature.

Dated:   February 4, 2026
            New York, New York

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Eunice Cho<br>915 15th Street, N.W.<br>Washington, DC 20005<br>202-548-6616<br>echo@aclu.org | WANG HECKER LLP<br><br>_/s/ Heather Gregorio_<br>Heather Gregorio<br>Mariann Meier Wang<br>Alice Reiter<br>Daniel Mullkoff<br>Lily Sawyer Kaplan<br>111 Broadway, Suite 1406<br>New York, New York 10006<br>(212) 620-2600<br>hgregorio@wanghecker.com<br>mwang@wanghecker.com<br>areiter@wanghecker.com<br>dmullkoff@wanghecker.com<br>lsawyerkaplan@wanghecker.com |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Kyle Virgien<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770<br>kvirgien@aclu.org | |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher<br>Robert Hodgson<br>Claire Molholm<br>Molly K. Biklen<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300<br>abelsher@nyclu.org<br>rhodgson@nyclu.org<br>cmolholm@nyclu.org<br>mbiklen@nyclu.org | MAKE THE ROAD NEW YORK<br>Harold A. Solis<br>Paige Austin<br>301 Grove Street<br>Brooklyn, NY 11237<br>Tel. (718) 418-7690<br>Fax (866) 420-9169<br>harold.solis@maketheroadny.org<br>paige.austin@maketheroadny.org |

*Attorneys for Plaintiff and the provisionally certified class*

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: JEFFREY OESTERICHER
RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov

*Attorney for Defendants*

**SO ORDERED**:

_____
HON. LEWIS A. KAPLAN
United States District Judge

Dated: _____