UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SERGIO ALBERTO BARCO MERCADO, etc.,

                Plaintiff,

-against-                               25-cv-6568 (LAK)

KRISTI NOEM, etc., et al.,

                Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2026
```

## SECOND MODIFIED AND SUPPLEMENTED
## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        Having conferred with the parties regarding their request to extend deadlines relating to plaintiff's contempt motion and discovery deadlines (Dkt 138), it is hereby

        **ORDERED** as follows:

        1.     Plaintiff either shall file his reply brief or withdraw his contempt motion (Dkt 108) without prejudice by February 27, 2026. Defendants shall file their sur-reply, if any, by March 6, 2026.

        2.     Defendants shall complete document production by March 16, 2026.

        3.     The Court otherwise adheres to its previously issued scheduling order (Dkt 105).

        SO ORDERED.

Dated:     February 9, 2026

                                                                    Lewis A. Kaplan
                                                                    United States District Judge