# Wang Hecker LLP

111 Broadway, Suite 1406
New York, NY 10006

**Heather Gregorio**
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

February 27, 2026

*By ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:*  Stipulation Resolving Motion for Contempt and Sanctions
             *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

      This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs") in the above-entitled action. We enclose the attached fully executed stipulation ("Stipulation"), which the Parties request that the Court So-Order.

      This Stipulation resolves Plaintiffs' Motion for Contempt and Sanctions, ECF No. 108 ("Contempt Motion"). Upon the So-Ordering of the Stipulation, Plaintiffs request that the Contempt Motion be withdrawn without prejudice.

                                             Respectfully submitted

                                             Heather Gregorio

Encl.