# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own
behalf and on behalf of others similarly situated,

Plaintiff,

v.

KRISTI NOEM, Secretary of the U.S. Department of
Homeland Security, in her official capacity;
DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS, Acting Director, Immigration and Customs
Enforcement, in his official capacity;
IMMIGRATION AND CUSTOMS ENFORCEMENT;
MARCOS CHARLES, Acting Executive Associate
Director, Immigration and Customs Enforcement,
Enforcement and Removal Operations, in his official
capacity; LADEON FRANCIS, Acting Field Office
Director of New York, Immigration and Customs
Enforcement, in his official capacity;

Defendants.

Case No. 25 Civ. 6568 (LAK)

**PLAINTIFFS' FIRST REQUEST FOR INSPECTION**

Plaintiff, by undersigned counsel, pursuant to Rules 26 and 34 of the Federal Rules of

Civil Procedure, serves this request for entry onto the premises of 26 Federal Plaza, New York,

New York 10278 ("26 Fed") for inspection and requests that Defendants permit Plaintiff entry

1

onto the premises of 26 Fed at a date and time mutually agreed upon by the Parties, consistent with this Court's order granting discovery, ECF No. 102.[1]

Specifically, Plaintiff requests to inspect:

1. The hold rooms and any other room, cell, or space used to detain individuals for any length of time ("Hold Rooms"); and

2. Any space used by or for detained persons in any other manner, including without limitation those spaces used for: personal hygiene, receiving medical care or medical evaluation (including mental health care), communicating (including areas for making and/or receiving phone calls with attorneys, family members, and/or friends), attending court (in person and remotely), and processing or waiting for transport (including vehicles) to areas in or outside of 26 Fed, including without limitation any hallways or paths of travel within 26 Fed ("Detention-Associated Areas").

Plaintiff requests access to inspect, measure, photograph, and/or videotape the Hold Rooms and Detention-Associated Areas at 26 Fed, for a duration of two days, unless the Parties agree otherwise. Plaintiff's counsel, assisted by Plaintiff's expert, will participate in the inspection.

Plaintiff's counsel and Plaintiff's expert reserve the right to document their observations with photographs, video recordings, written notes, and/or other necessary means. Throughout

---

[1] Courts have regularly ordered facility inspections by experts in other detention, prison, and jail cases. *See, e.g., Chunn v. Edge*, No. 1:20-cv-01590, 2020 WL 1872523, at *1 (E.D.N.Y. April 15, 2020) (authorizing expert witness's facility inspection); *Gayle v. Meade*, No. 20-21553, 2020 WL 1949737, at *4 (S.D. Fla. Apr. 22, 2020) (directing the parties to pick a "neutral, Court-appointed expert" to inspect the three facilities), *report and recommendation adopted in part*, No. 20-21553-CIV, 2020 WL 2086482 (S.D. Fla. Apr. 30, 2020), *order clarified*, No. 20-21553-CIV, 2020 WL 2203576 (S.D. Fla. May 2, 2020); *Costa v. Bazron*, No. 19-3185 (RDM), Dkt. 68 (D.D.C. May 1, 2020) (appointing experts for facility inspections); *Banks v. Booth*, No. 1:20-cv-849, Dkt. 34 (D.D.C. Apr. 9, 2020) (same); *Wilson v. Ponce*, No. 2:20-cv-04451-MWF-MRW, Dkt. 58 (C.D. Cal. July 14, 2020) ("[t]he parties are ordered to schedule a site visit at FCI Terminal Island").

the inspection Plaintiff's expert will ask questions of both staff and detained persons, and

Defendants will make no attempt to stop anyone from speaking freely with Plaintiff's expert.[2]


DATED:  New York, New York
        November 7, 2025

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Eunice Cho
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
echo@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP

s/ Heather Gregorio
Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org


*Attorneys for Plaintiff and provisionally certified Class Counsel*

---

[2] *See United States v. Erie County*, No. 09-CV-849S, 2010 WL 986505, at *3 (W.D.N.Y. Mar. 17, 2010); *Coleman v. Schwarzenegger*, No. C01-1351 TEH, 2007 WL 3231706, at *4 (E.D. Cal. Oct. 30, 2007).

To:

Jeffrey Oestericher
Assistant United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Attorneys for Defendants*

**By Email and U.S. Mail**