UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SERGIO ALBERTO BARCO MERCADO, etc.,

                Plaintiff,

      -against-                              25-cv-6568 (LAK)

JOHN or JANE DOE, Acting Secretary of the
Department of Homeland Security, et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      This class action concerns the conditions of confinement of Immigration and Customs Enforcement ("ICE") detainees at ICE's facilities at 26 Federal Plaza. Plaintiff is to carry out a Rule 34 inspection of those facilities on March 9, 2026. In some respects the parties have agreed on the parameters of that inspection. They disagree as to others. Plaintiff therefore moved late last night for an order to permit plaintiff to bring a camera and take photographs during the inspection, to permit plaintiff's expert to speak with staff and detained individuals during the inspection, and to permit plaintiff to visit and inspect the fifth floor of 26 Federal Plaza in view of recent reports that families with children are detained there.

      The Court has considered written submissions from both sides and heard argument this morning. Accordingly, it resolves plaintiff's motion as follows:

      1.    Defendants shall permit plaintiff to bring a photographer to the inspection and to photograph the facilities. Unless otherwise ordered, all photographs taken shall be marked as confidential and attorneys' and experts' eyes only pursuant to the existing protective order. Plaintiff's counsel shall take possession of storage media containing all digital image files (or, in the highly unlikely event that analog rather than digital images are made, negatives or transparencies) created during the inspection, provide a copy of those files or analog media to defendants' counsel, and otherwise retain them pending further order of the Court.

      2.    Plaintiff's expert shall be permitted to speak with detained individuals provided that the persons spoken to first are advised that they have no obligation to answer any questions.

2

        3.      Plaintiff's expert shall not speak with members of ICE's staff except in the presence of and to the extent permitted by defendant's counsel. The Court does not contemplate substantive interviews of ICE staff, but anticipates that some questions about the facilities and related matters are likely to prove unobjectionable. In the event of material disputes that cannot be resolved by common sense and reason, the Court will endeavor to be available by telephone.

        4.      In all the circumstances, defendants shall permit the inspection of and photography on the fifth floor.

SO ORDERED.

Dated:      March 6, 2026

                                                    Lewis A. Kaplan
                                                    United States District Judge