# Wang Hecker LLP

111 Broadway, Suite 1406
New York, NY 10006

**Heather Gregorio**
212.620.2608 tel
212.620.2609 fax

hgregorio@wanghecker.com

March 17, 2026

***By ECF***

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> *Re:* Request to Extend Certain Discovery Deadlines
> *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs") in the above-entitled action. We write to request the extension of certain discovery deadlines, while aiming to press forward as expeditiously as possible toward a trial this spring. Defendants consent to these requests, and this would be the first extension of these deadlines.[1]

As brief background, Plaintiffs served initial discovery demands, including interrogatories, document demands, and a notice to inspect, on November 7, 2025 in accordance with the so-ordered discovery orders, ECF Nos. 101 and 105. Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants' Responses and Objections were due on December 8, 2025. Defendants did not produce documents on that date, and their Responses and Objections did not give a date certain by which they would produce documents (nor did they provide a date certain in response to the request for one in Plaintiffs' December 22, 2025 deficiency letter). Throughout December 2025 and January 2026, Defendants did produce documents in connection with Plaintiffs' Motion for Contempt and Sanctions per the Courts' Orders, ECF Nos. 126, 129 & 136.[2]

---

[1] The Parties previously requested a lengthier extension, ECF No. 138, before Plaintiffs knew when Defendants would complete document production. The Court denied that request at the February 9 conference and ordered Defendants to produce all documents by March 16. ECF No. 139.

[2] As a result of the contempt motion and discovery in connection with that motion, the Parties entered into a stipulation to resolve outstanding compliance issues, which was so-ordered on March 2, 2026. ECF No. 141.

However, prior to March 16, Defendants had not produced any documents apart from those connected to the Contempt Motion, which were limited to documents dated August 12, 2025 onward.

At the February 9 conference, the Court ordered Defendants to complete document production and allow an inspection of 26 Federal Plaza by March 16, 2026.  ECF No. 139.  At defense counsel's suggestion, on February 11, Plaintiffs promptly sent a list of proposed stipulated facts, in an attempt to narrow the issues upon which discovery would need to be taken.  Defendants never substantively responded.  The parties thereafter exchanged ESI protocols and were able to reach agreement on certain custodians and search terms, and Defendants made a document production late last night on March 16.  However, despite multiple attempts to confer over the past few weeks, a few disputes remain about the scope and parameters of the searches underlying this production.  We may need to bring some of these disputes to the Court shortly, but are first making final attempts to resolve them.  The facility inspection took place on March 12.

In light of the fact that Defendants never responded to our proposed stipulated facts, Plaintiffs served Requests to Admit ("RTAs") on March 13, 2026 in a further attempt to determine what material factual disputes remain between the Parties, if any, and to thereby focus the remaining scope of discovery.  Our hope is that once we receive Defendants' responses to those RTAs, we can significantly streamline what evidence we need to obtain from depositions.

In the meantime, we respectfully request the following revised discovery schedule:

- Close of fact discovery, including deadline for all depositions: April 24, 2026;
- Close of expert discovery: May 1, 2026;
- Deadline for submission of proposed joint pretrial order and dispositive motions: May 13, 2026;
- Parties to be ready for trial by May 26, 2026.

We appreciate the Court's attention to these matters and are available to discuss them at the Court's convenience.  Per the Court's rules, we are attaching a stipulation with the new schedule.

Respectfully submitted

Heather Gregorio

Encl.

cc:    All parties by ECF