UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>Defendants. | 25 Civ. 6568 (LAK) |

## JOINT STIPULATION TO ADJOURN DISCOVERY SCHEDULE

**WHEREAS**, the discovery schedule in this case was so-ordered in ECF Nos. 102 and 105;

**WHEREAS**, Defendants produced a significant quantity of documents in response to Plaintiffs' November 7, 2025 demands on March 16, 2026;

**WHEREAS**, the Parties require more time to complete discovery;

**WHEREAS**, this is the first extension of these deadlines;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the discovery schedule be modified as follows:

- By **April 24, 2026**, the parties will complete fact discovery, including all depositions;
- By **May 1, 2026**, the parties will complete expert discovery;
- By **May 13, 2026**, the parties will file any dispositive motions and submit a proposed joint pretrial order in accordance with the Court's practices;
- By **May 26, 2026**, the parties will be ready for trial.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, this Stipulation may be signed in counterparts and that a facsimile and/or e-mail signature on this Stipulation shall have the effect of an original signature.

Dated:    March 17, 2026
          New York, New York

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Carmen Iguina González
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
CIguinaGonzalez@aclu.org

*Pro Hac Vice Application Forthcoming*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP

Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiff and the provisionally certified class*

2

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: JEFFREY OESTERICHER
RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov
*Attorneys for Defendants*

**SO ORDERED**:

_____
HON. LEWIS A. KAPLAN
United States District Judge

Dated: _____

3