UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SERGIO ALBERTO BARCO MERCADO, etc.,

Plaintiff,

-against-                                                                25-cv-6568 (LAK)

KRISTI NOEM, Secretary of the
Department of Homeland Security, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/18/2026__

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

Having considered the parties proposed revised schedule, the Court has determined as follows:

1.      Rule 26(a)(2) disclosures shall be completed by April 1, 2026.

2.      All fact discovery, including depositions, shall be completed on or before April 24, 2026.

3.      All expert discovery shall be completed on or before May 1, 2026.

4.      The proposed joint pretrial order and any dispositive motions shall be filed no later than May 7, 2026. The joint pretrial order shall append the text of the injunction plaintiff seeks in the action.

5.      The parties shall be ready for trial by May 18, 2026. It is the Court's present intention to commence trial on that date.

6.      The parties' attention is invited to this Court's individual practices, available on the Court web site, with particular emphasis on the section on bench trials.

SO ORDERED.

Dated:          March 18, 2026

_____
Lewis A. Kaplan
United States District Judge