

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 19, 2026

By ECF
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

   Re: *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

  This Office represents the Defendants (the "Government") in the above-referenced matter. We write respectfully to request an extension of the date by which the parties shall be ready for trial. *See* ECF No. 147.

  On March 17, 2026, the parties jointly requested a discovery extension, including a proposed trial-ready date of May 26, 2026. *See* ECF No. 146.1. Yesterday, the Court issued a Scheduling Order requiring that the parties be ready for trial on May 18, 2026. (ECF No. 147). The Government respectfully requests a one-week extension of the trial-ready date to May 26, 2026 (May 25, 2026 is a federal holiday). The Government makes this request because the undersigned will be unavailable (and indeed out of the country) due to a family obligation through May 19, 2026. Plaintiff's counsel does not object to this request.

  I thank the Court for its consideration of this request.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney for the
       Southern District of New York

    By:  /s/ *Jeffrey Oestericher*
       JEFFREY OESTERICHER
       RACHEL KROLL
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone: (212) 637-2695/2765
       E-mail: jeffrey.oestericher@usdoj.gov