

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-26.

By ECF
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re:    *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants (the "Government") in the above-referenced matter. We write respectfully to request an extension of the date by which the parties shall be ready for trial. *See* ECF No. 147.

On March 17, 2026, the parties jointly requested a discovery extension, including a proposed trial-ready date of May 26, 2026. *See* ECF No. 146.1. Yesterday, the Court issued a Scheduling Order requiring that the parties be ready for trial on May 18, 2026. (ECF No. 147). The Government respectfully requests a one-week extension of the trial-ready date to May 26, 2026 (May 25, 2026 is a federal holiday). The Government makes this request because the undersigned will be unavailable (and indeed out of the country) due to a family obligation through May 19, 2026. Plaintiff's counsel does not object to this request.

I thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                              By:    /s/ *Jeffrey Oestericher*
                                        JEFFREY OESTERICHER
                                        RACHEL KROLL
                                        Assistant United States Attorneys
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2695/2765
                                        E-mail: jeffrey.oestericher@usdoj.gov

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/23/26