# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of other similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants.* | Case No.: 1:25-cv-6568 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, I, Eunice H. Cho, respectfully seek leave to withdraw my appearance as attorney for plaintiff Sergio Alberto Barco Mercado, because of my departure from the American Civil Liberties Union ("ACLU") Foundation. Sergio Alberto Barco Mercado will continue to be represented in this matter by experienced attorneys from ACLU, New York Civil Liberties Union, Make the Road New York, and Wang Hecker LLP, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Respectfully submitted,

/s/ Eunice H. Cho
Eunice H. Cho*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Eunice H. Cho, hereby certify that on March 25, 2026, I caused the foregoing document, filed through the CM/ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 25, 2026

/s/ Eunice H. Cho
Eunice H. Cho*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org
*admitted pro hac vice