**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of other similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> *Defendants.* | Case No.: 1:25-cv-6568 |

**PROPOSED ORDER GRANTING MOTION OF EUNICE H. CHO**

**TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff Sergio Alberto Barco Mercado, in the above-captioned action is hereby GRANTED.

**SO ORDERED.**

Dated: _____, 2026

_____
The Hon. Judge Lewis A. Kaplan
United States District Judge