**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,[1]<br><br>   *Defendants*. | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:25-cv-6568 |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Carmen Iguina Gonzalez hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active). There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit and certificates of good standing pursuant to Local Rule 1.3.

---

[1] *Pursuant to Federal Rule of Civil Procedure 25(d), when an officer ceases to hold office while the action is pending, the officer's successor is automatically substituted as a respondent. Accordingly, MarkWayne Mullin is automatically substituted in place and stead of Kristi Noem.*

Dated this 13th of April, 2026.

Respectfully Submitted,

*/s/ Carmen Iguina Gonzalez*

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org