# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of other similarly situated,

*Plaintiff,*

v.

MARKWAYNE MULLIN, et al.,[1]

*Defendants.*

**AFFIDAVIT OF CARMEN IGUINA GONZALEZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Case No.: 1:25-cv-6568

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Carmen Iguina Gonzalez, herby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff Sergio Alberto Barco Mercado, in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active).

---

[1] *Pursuant to Federal Rule of Civil Procedure 25(d), when an officer ceases to hold office while the action is pending, the officer's successor is automatically substituted as a respondent. Accordingly, MarkWayne Mullin is automatically substituted in place and stead of Kristi Noem.*

4. I have never convicted a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 11th date of April, 2026.

Respectfully submitted,

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org

Subscribed and sworn to or affirmed before me this

11th day of April in the year 2026.

NOTARY PUBLIC

LONGINUS NDUKUBA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2028