# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

*Plaintiff,*

v.

MARKWAYNE MULLIN, et al.,

*Defendants.*

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Case No. 1:25-cv-6568

The motion of Carmen Iguina Gonzalez, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Mrs. Iguina Gonzalez has certified that she is a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active); and that her contact information is as follows:

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org

Mrs. Iguina Gonzalez having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mrs. Iguina Gonzalez is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____
United States District Court Judge