**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 14, 2026

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: 4/15/2026           │
└─────────────────────────────────┘
```

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re:    *Barco Mercado v. Noem et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants (the "Government") in the above-referenced matter. The parties write respectfully to request an extension of fact discovery, with no impact on other dates in the Court's scheduling order. *See* ECF Nos. 147, 149.

The reason for this request is to accommodate the scheduling of Plaintiff's deposition on May 1, 2026. Plaintiff's counsel has scheduled 9 depositions between April 13, 2026 and April 24, 2026. The revised discovery schedule would be as follows:

1. All fact discovery, including depositions, shall be completed on or before May 1, 2026.

2. All expert discovery shall be completed on or before May 1, 2026

3. The proposed joint pretrial order and any dispositive motions shall be filed no later than May 7, 2026. The joint pretrial order shall append the text of the injunction plaintiff seeks in the action.

4. The parties shall be ready for trial by May 26, 2026.

We thank the Court for its consideration of this request.

*Granted*

*[signature]*
4/15/26