**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>   *Defendants.* | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:25-cv-6568 |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Carmen Iguina Gonzalez hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active). There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit and certificates of good standing pursuant to Local Rule 1.3.

Dated this 21ST of April, 2026.

Respectfully Submitted,

*/s/ Carmen Iguina Gonzalez*

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org