# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of other similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants.* | **AFFIDAVIT OF CARMEN IGUINA GONZALEZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No.: 1:25-cv-6568 |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Carmen Iguina Gonzalez, herby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff Sergio Alberto Barco Mercado, in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active).

4. I have never convicted a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 21st date of April, 2026.

Respectfully submitted,

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org

Subscribed and sworn to or affirmed before me this

21 day of APRIL in the year 2026.

NOTARY PUBLIC

District of Columbia

Signed and Sworn to (or affirmed) before me on 04/21/26 ____

by _____CARMEN IGUINA GONZALEZ_____
(Name(s) of Individual(s) Making Statement)

Signature of Notarial Officer _____

Title of Office ___NOTARY PUBLIC___

My Commission Expires ___10/31/2028___