# EXHIBIT A

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX1 | ICE 10923 | ICE 10926 | Email correspondence dated September 21, 2025, among Lige Hampton, Abdul Uddin, Kareem Johnson, Merlin Marcellin, Carla Calidonio, Nancy Zanello, Nadina Hammonds, Carol Green, and Mercedes Tejada regarding bed placement and the medical needs of a detained individual. | | |
| PX2 | ICE 11417 | ICE 11420 | Email correspondence from July 15, 2025 to October 12, 2025, among Lige Hampton, Mikel Watkins, John Carbone, Travis Charles, Christopher Chiauzzi, Merlin Marcellin, Carol Green, Nelson Mercado, and others regarding intake processes and the court's orders. | | |
| PX3 | ICE 11441 | ICE 11442 | Email correspondence dated August 12, 2025, among Lige Hampton, Merlin Marcellin, Joseph Pujol, Sarah Gillman, and others regarding a legal call request. | | |
| PX4 | ICE 11454 | ICE 11458 | Email correspondence dated August 12, 2025 and August 13, 2025, among Lige Hampton, Nelson Mercado, Nancy Zanello, Joseph Pujol, Michael Charles, Sarah Gillman, and others regarding a legal call request. | | |
| PX5 | ICE 11822 | ICE 11823 | Email correspondence dated September 20, 2025 and September 21, 2025, among Nancy Zanello, Carol Green, Lige Hampton, Merlin Marcellin, Nelson Mercado, William Joyce, and Andrea Hall regarding Hold Room operations and processing. | | |

1

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX6 | ICE 13809 | ICE 13812 | Email correspondence from August 6, 2025 to August 11, 2025, among Lige Hampton, Nelson Mercado, Carol Green, Merlin Marcellin, an ICE listserv, and Gianna Florentino regarding a legal call request. | | |
| PX7 | ICE 13827 | ICE 13830 | Email correspondence dated August 7, 2025 and August 8, 2025, among Carla Calidonio, Nenad Vuckovic, Kevin Chae, Carol Green, Lige Hampton, Abdul Uddin, Kareem Johnson, Merlin Marcellin, William Joyce, Carol Green, and Nancy Zanello regarding bed placement and transportation requests. | | |
| PX8 | ICE 14116 | ICE 14117 | Email correspondence dated August 11, 2025, among Nancy Zanello, Nelson Mercado, Merlin Marcellin, and Lige Hampton regarding the number of individuals detained over 72 hours. | | |
| PX9 | ICE 14163 | ICE 14166 | Email correspondence dated July 15, 2025 and July 16, 2025, among Lige Hampton, Merlin Marcellin, and Nancy Zanello regarding intake procedures. | | |
| PX10 | ICE 15498 | ICE 15504 | Email correspondence from August 2, 2025 to August 5, 2025, among Kevin Chae, Carla Calidonio, Joseph Pujol, Shantal Sparks, and others regarding a legal call request and a habeas petition. | | |
| PX11 | ICE 23237 | ICE 23237 | Email correspondence from Carol Green regarding Hold Room cell count on December 23, 2025. | | |
| PX12 | ICE 23238 | ICE 23238 | Email correspondence from Carol Green regarding Hold Room cell count on December 31, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX13 | ICE 23239 | ICE 23239 | Email correspondence from Carol Green regarding Hold Room cell count on January 1, 2026. | | |
| PX14 | ICE 23240 | ICE 23240 | Email correspondence from Carol Green regarding Hold Room cell count on January 6, 2026. | | |
| PX15 | ICE 23241 | ICE 23242 | Email correspondence from Carol Green regarding Hold Room cell count on January 8, 2026. | | |
| PX16 | ICE 23249 | ICE 23249 | Email correspondence dated March 11, 2026, among Lige Hampton, an ICE listserv, Yolanda Benites, Merlin Marcellin, Jean Lys, Carol Green, Nelson Mercado, and Leslie Wolff regarding a supply request and the inspection in this litigation. | | |
| PX17 | ICE 23250 | ICE 23250 | Attachment to PX16, Supply Request Form dated March 11, 2026. | | |
| PX18 | ICE 23273 | ICE 23274 | Email correspondence dated January 9, 2026, and January 11, 2026, among Jeffrey Geffrard, Carol Green, Ronald Romero, Lige Hampton, Merlin Marcellin, William Joyce, and an ICE listserv regarding, *inter alia*, staffing, intake, population count, and toilet repair. | | |
| PX19 | ICE 23284 | ICE 23285 | Email correspondence dated January 9, 2026, among Jason Richardson, Lige Hampton, and ICE listservs regarding capacity at the 10th floor Hold Rooms, the 9th floor hold room, and intake for an arrest. | | |
| PX20 | ICE 23290 | ICE 23290 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 31, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX21 | ICE 23291 | ICE 23292 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 30, 2025, and follow up correspondence from William Joyce dated December 31, 2025. | | |
| PX22 | ICE 23293 | ICE 23293 | Email correspondence from Lige Hampton regarding Hold Room cell count on December 31, 2025. | | |
| PX23 | ICE 27499 | ICE 27500 | Email correspondence from Carol Green regarding Hold Room cell count on January 6, 2026. | | |
| PX24 | ICE 17031 | ICE 17032 | Email correspondence dated July 10, 2025, between Nancy Zanello and Joseph Pujol regarding a form response to attorney inquiries. | | |
| PX25 | ICE 29790 | ICE 29792 | Email correspondence dated December 10, 2025, among Deisy Flores, an ICE listserv, Khristopher Dawson, Thomas Flynn, and Joseph Pujol regarding a legal call request. | | |
| PX26 | ICE 29822 | ICE 29822 | A document titled "ERO Holding Facilities Procedures" dated 2025. | | |
| PX27 | ICE 9869 | ICE 9869 | A document titled "ISHC Schedule" which includes a staff schedule for June 29, 2025 to July 26, 2025. | | |
| PX28 | ICE 9870 | ICE 9870 | A document titled "ISHC Schedule" which includes a staff schedule for July 27, 2025 to August 23, 2025. | | |
| PX29 | ICE 18003 | ICE 18003 | Email correspondence dated August 1, 2025, from Carol Green to William Joyce, Carla Calidonio, Nancy Zanello, Lige Hampton, Merlin Marcellin, and Nelson Mercado regarding a detained individual who had a seizure. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX30 | ICE 9866 | ICE 9866 | A document titled "ISHC Schedule" which includes a staff schedule for October 19, 2025 to November 15, 2025. | | |
| PX31 | ICE 9868 | ICE 9868 | A document titled "ISHC Schedule" which includes a staff schedule for December 14, 2025 to January 10, 2026. | | |
| PX32 | ICE 27316 | ICE 27319 | Email correspondence dated January 21, 2026, and January 22, 2026, among William Joyce, Josean Alvarez, ICE listservs, and others regarding a detained person with medical issues and his bed placement. | | |
| PX33 | ICE 11255 | ICE 11280 | Email correspondence from August 8, 2025 to August 18, 2025, among Mia Jacobs, Nancy Zanello, Dmitriy Zelikson, and others regarding this litigation and medical care. | | |
| PX33A | ICE 14814 | ICE 14818 | Email correspondence from February 19, 2025 to March 7, 2025, among William Joyce, Kevin Hegarty, Judith Almodovar, Sara Clark, Gabriel Hoke, Joanna Delgado, and Bryan Flanagan regarding, inter alia, ISH services at 26 Federal Plaza ("26 Fed"). | | |
| PX34 | ICE 14129 | ICE 14133 | A document containing draft post orders for the "Intake Floor" at 26 Fed. | | |
| PX35 | ICE 19520 | ICE 19521 | Email correspondence dated July 3, 2025, among Jamal Gwathney, William Joyce, LaDeon Francis, Judith Almodovar, and others regarding medical care and staffing. | | |
| PX36 | N/A | N/A | This document is CPB Form 2500, a Department of Homeland Security health interview questionnaire. | | |
| PX37 | ICE 14047 | ICE 14049 | A medical transfer summary dated August 9, 2025. | | |

5

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX38 | ICE 11754 | ICE 11758 | Email correspondence dated September 17, 2025 and September 18, 2025, among Judith Almodovar, William Joyce, Mia Jacobs, and others regarding this litigation, medical care, and IHSC staffing. | | |
| PX39 | ICE 23562 | ICE 23564 | Email correspondence dated January 22, 2026, among Ronald Romero, Josean Alvarez, William Joyce, Mia Jacobs, Lige Hampton, and others regarding accommodations for a detained person. | | |
| PX40 | ICE 18047 | ICE 18050 | Redacted email correspondence dated July 25, 2025 and July 26, 2025, among Carla Calidonio, William Joyce, LaDeon Francis, Kareem Johnson, Judith Almodovar, and others regarding staffing, hospital runs for detained individuals, and the population count. | | |
| PX41 | ICE 17334 | ICE 17334 | Email correspondence dated June 27, 2025 and June 28, 2025, among Carla Calidonio, Merlin Marcellin, Kareem Johnson, Judith Almodovar, Kevin Chae, and Nelson Mercado regarding a detained person with medical needs. | | |
| PX42 | ICE 17335 | ICE 17338 | Attachment to PX41, ICE records for a detained person with medical needs. | | |
| PX42A | ICE 18173 | ICE 18177 | Email correspondence dated July 7, 2025, among William Joyce, Kevin Chae, Kevin King, and ICE listservs regarding a detained person's hospital admission. | | |
| PX43 | ICE 17183 | ICE 17187 | An ICE medical appointment form for a detained individual dated July 13, 2025. | | |
| PX44 | ICE 26387 | ICE 26396 | A declaration submitted by William Joyce in separate habeas litigation regarding a detained person at 26 Fed. | | |

6

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|---------------------|
| PX45 | ICE 9871 | ICE 9871 | A document titled "IHSC Schedule" which includes a staff schedule for August 24, 2025 to September 20, 2025. | | |
| PX46 | ICE 9872 | ICE 9872 | A document titled "IHSC Schedule" which includes a staff schedule for September 21, 2025 to October 17, 2025. | | |
| PX47 | ICE 19091 | ICE 19093 | Email correspondence from August 4, 2025 to August 6, 2025, among Judith Almodovar, Nancy Zanello, and others regarding staffing and resources. | | |
| PX48 | ICE 14240 | ICE 14245 | Email correspondence dated July 19, 2025, among Lige Hampton, Nelson Mercado, Nancy Zanello, Carol Green, and others regarding an incident at the Hold Rooms. | | |
| PX49 | ICE 18047 | ICE 18050 | Unredacted email correspondence dated July 25, 2025 and July 26, 2025, among Carla Calidonio, William Joyce, LaDeon Francis, Kareem Johnson, Judith Almodovar, and others regarding staffing, hospital runs for detained individuals, and the population count. | | |
| PX50 | ICE 10979 | ICE 10992 | Email correspondence dated August 23, 2025, between Nancy Zanello and William Joyce regarding post orders for ICE staff and Paragon contractors and including the email attachments. | | |
| PX51 | ICE 16779 | ICE 16781 | Email correspondence dated July 7, 2025 and July 8, 2025, among Joseph Pujol, Nancy Zanello, William Joyce, LaDeon Francis, and others regarding staffing and the contractor. | | |
| PX52 | ICE 25451 | ICE 25459 | Attachment to PX102, A "Contract Discrepancy Report" regarding incidents at the Hold Rooms dated February 3, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX53 | ICE 14568 | ICE 14571 | Email correspondence from July 15, 2025 to July 18, 2025, among Joanna Delgado, Nancy Zanello, William Joyce, and ICE listservs regarding officers' duties and processes at the Hold Rooms. | | |
| PX54 | ICE 11408 | ICE 11409 | Email correspondence dated August 25, 2025 and August 26, 2025, among William Joyce, Alberto Morales, Nancy Zanello, and others regarding, *inter alia*, the 5th and 9th floors at 26 Fed, processing, and this litigation. | | |
| PX55 | ICE 11573 | ICE 11575 | Email correspondence from August 25, 2025 to August 27, 2025, among William Joyce, Alberto Morales, and Nancy Zanello regarding, *inter alia*, booking processes and the 10th, 5th, and 9th floors at 26 Fed. | | |
| PX56 | ICE 12212 | ICE 12215 | Email correspondence from August 25, 2025 to August 29, 2025, among Nancy Zanello, Christopher Chiauzzi, Travis Charles, and others regarding booking processes. | | |
| PX57 | ICE 11980 | ICE 11983 | Email correspondence from August 25, 2025 to August 27, 2025, among Nancy Zanello, Alberto Morales, William Joyce, and others regarding booking processes. | | |
| PX58 | ICE 17025 | ICE 17027 | Email correspondence dated June 29, 2025 and July 8, 2025, among Nancy Zanello, William Joyce, Thomas Giles, Francisco Madrigal, and ICE listservs regarding booking processes. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX59 | ICE 17016 | ICE 17021 | Email correspondence from June 30, 2025 to July 2, 2025, among Nancy Zanello, Joseph Pujol, Carla Calidonio, Kevin Chae, Kareem Johnson, Carlos Diaz, Nelson Mercado, Merlin Marcellin, Molly Lauterback, and others regarding attorney access and a detained individual's location and transportation. | | |
| PX60 | ICE 12216 | ICE 12220 | Email correspondence from August 25, 2025 to September 2, 2025, among Nancy Zanello, Joseph Pujol, and others regarding booking processes. | | |
| PX61 | ICE 16750 | ICE 16753 | Email correspondence dated July 16, 2025, among Nancy Zanello, Kevin Hegarty, Judith Almodovar, William Joyce, and others regarding hygiene and showers. | | |
| PX62 | ICE 16772 | ICE 16775 | Email correspondence dated July 11, 2025, among Nancy Zanello, Bryan Flanagan, Katherine Rey, Lige Hampton, Merlin Marcellin, Nelson Mercado, Khristopher Dawson, Joseph Pujol, an ICE listserv, and Luke Millar regarding, *inter alia*, an attorney's concerns for a detained person's health condition. | | |
| PX63 | ICE 17370 | ICE 17374 | Email correspondence from June 24, 2025 to July 2, 2025, among Michelle Doherty, Jospeh Pujol, Khristopher Dawson, Carlos Diaz, Carla Calidonio, and others regarding a detained person's location and a legal call request. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX64 | ICE 17375 | ICE 17378 | Email correspondence dated July 1, 2025 and July 2, 2025, among Lymari Casta, Joseph Pujol, Carla Calidonio, Carlos Diaz, and others regarding a legal call request. | | |
| PX65 | ICE 17028 | ICE 17030 | Email correspondence dated July 9, 2025, among Rebecca Press, an ICE listserv, and Nancy Zanello regarding a legal call request. | | |
| PX66 | ICE 15450 | ICE 15452 | Email correspondence from July 30, 2025 to August 1, 2025, among Nancy Zanello, Lige Hampton, Merlin Marcellin, Carol Green, Nelson Mercado, an ICE listserv, and Edward McCarthy regarding an attorney inquiry about a client's location and an attorney call. | | |
| PX67 | ICE 10965 | ICE 10968 | Email correspondence dated August 22, 2025, among Nathan Yaffe, Nancy Zanello, and an ICE listserv regarding a legal call request. | | |
| PX68 | ICE 16988 | ICE 16991 | Email correspondence from June 24, 2025 to June 30, 2025 among Nancy Zanello, Joseph Pujol, and others regarding incorrect information on the detainee locator. | | |
| PX69 | ICE 11635 | ICE 11635 | Unredacted email correspondence dated August 18, 2025, among Nancy Zanello, Judith Almodovar, Kevin Chae, Alberto Morales, William Joyce, and Kathy Perez regarding TRO compliance and the population count. | | |
| PX70 | ICE 16616 | ICE 16616 | Email correspondence dated August 11, 2025, between Nancy Zanello and Kathleen Sweeney regarding the fire marshal occupancy limits for 26 Fed. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX71 | ICE 18846 | ICE 18846 | Email correspondence dated August 11, 2025, among Jatinder Garcha, Judith Almodovar, and John Melecio regarding capacity on the 10th floor of 26 Fed. | | |
| PX72 | ICE 16763 | ICE 16764 | Email correspondence dated July 14, 2025, among William Joyce, Carla Calidonio, and Nancy Zanello regarding intake processes and meals. | | |
| PX73 | ICE 18216 | ICE 18217 | Email correspondence dated June 30, 2025 and July 1, 2025, between William Joyce and Nancy Zanello regarding potential expansion plans for 26 Fed and the courthouse arrests. | | |
| PX74 | ICE 16984 | ICE 16987 | Email correspondence dated June 30, 2025, among William Joyce, Nancy Zanello, Irving Aguilera, Bryan Flanagan, Gabriel Hoke, Alberto Morales, Judith Almodovar, LaDeon Francis, and others regarding arrest numbers, staffing, and crowding. | | |
| PX75 | ICE 17997 | ICE 18001 | Email correspondence from July 26, 2025 to August 1, 2025, among Judith Almodovar, Nancy Zanello, Joanna Delgado, LaDeon Francis, William Joyce, Irving Aguilera, Naeem Williams, Elliot Moran, Carla Calidonio, Merlin Marcellin, and ICE listservs regarding staffing, overtime, and emergency room runs. | | |
| PX76 | ICE 10980 | ICE 10985 | Attachment to PX79, A document containing draft post orders for the "Intake Floor" at 26 Fed. | | |
| PX77 | ECF No. 58 | N/A | Declaration of Nancy Zanello, dated August 11, 2025. | | |
| PX78 | ECF No. 74 | N/A | Supplemental Declaration of Nancy Zanello, dated August 18, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX79 | ICE 10979 | ICE 10979 | Email correspondence dated August 23, 2025, between Nancy Zanello and William Joyce regarding post orders for ICE staff and Paragon contractors. | | |
| PX80 | N/A | N/A | Defendants' Responses and Objections to Plaintiff's First Requests to Admit dated April 16, 2026. | | |
| PX81 | ICE A 222 | ICE A 222 | Log with entries from August 2025 through December 2025 containing information about phone calls, medical treatment, meals, extra blankets and clothes, and the cell count at 26 Fed. | | |
| PX82 | ICE A 223 | ICE A 223 | Log with entries from August and September 2025 containing information on phone calls, meals, and medical treatment at 26 Fed. | | |
| PX83 | ICE 15272 | ICE 15272 | A spreadsheet titled "Current Detainee Report" generated on July 8, 2025. | | |
| PX84 | ICE 19516 | ICE 19519 | Email correspondence dated June 30, 2025 and June 31, 2025, among LaDeon Francis, William Joyce, Judith Almodovar, and Thomas Giles regarding staffing, crowding, and the number of arrests. | | |
| PX85 | ICE 23114 | ICE 23114 | Spreadsheet of NYC Hold Room Detentions since January 1, 2025. | | |
| PX86 | ICE B 202 | ICE B 221 | Paragon log for May 2025. | | |
| PX87 | ICE B 171 | ICE B 201 | Paragon log for June 2025. | | |
| PX88 | ICE B 133 | ICE B 170 | Paragon log for July 2025. | | |
| PX89 | ICE B 101 | ICE B 132 | Paragon log for August 2025. | | |
| PX90 | ICE B 1 | ICE B 30 | Log documenting 15-minute cell checks from September 2025 to December 2025. | | |
| PX91 | ICE B 223 | ICE B 252 | Paragon log documenting 15-minute cell checks from July 2025 to August 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX92 | ICE 29828 | ICE 29828 | Text messages dated July 9 among Carla Calidonio, William Joyce, and others regarding moving detained individuals out of 26 Fed. | | |
| PX93 | ICE 29840 | ICE 29840 | Text messages dated June 12 between Carla Calidonio and an unknown sender regarding the number of detained individuals. | | |
| PX94 | ICE 18920 | ICE 18921 | Email correspondence dated June 1, 2025 and June 2, 2025, among Andrea Hall, Carla Calidonio, Kareem Johnson, Abdul Uddin, Jason Ricks, Kelly Carmack, Steven Haimowitz, Jatinder Garcha, Alberto Morales, and others regarding staffing and Paragon. | | |
| PX95 | ICE 19775 | ICE 19775 | Email correspondence dated June 3, 2025, among Carla Calidonio, Jatinder Garcha, and Alberto Morales regarding staffing and Paragon. | | |
| PX96 | ICE 18913 | ICE 18913 | Email correspondence dated June 14, 2025, among Carla Calidonio, Jatinder Garcha, and Alberto Morales regarding Paragon staffing and transportation needs. | | |
| PX97 | ICE 18914 | ICE 18914 | Email correspondence dated June 17, 2025, among Carla Calidonio, Jatinder Garcha, and Judith Almodovar regarding Paragon staffing and transportation needs. | | |
| PX98 | ICE 19755 | ICE 19756 | Attachment to PX318, Memorandum dated June 19, 2025, from Kareem Johnson, through Carla Calidonio, for Jatinder Garcha titled "Paragon Transportation Company's Inability to Meet Agency Transportation Needs." | | |

13

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX99 | ICE 17023 | ICE 17023 | Email correspondence dated July 7, 2025, among Carla Calidonio, Nancy Zanello, and William Joyce regarding staffing and 10th floor operations. | | |
| PX100 | ICE 16916 | ICE 16920 | Email correspondence from July 26, 2025 to August 1, 2025, among Carla Calidonio, William Joyce, Nancy Zanello, Judith Almodovar, Irving Aguilera, Merlin Marcellin, and others regarding staffing, overtime, and emergency room runs. | | |
| PX101 | ICE 16803 | ICE 16804 | Email correspondence dated August 8, 2025 and August 9, 2025, among Judith Almodovar, Xiao Chen, William Joyce, Carla Calidonio, Nancy Zanello, Nenad Vuckovic, and others regarding this litigation. | | |
| PX102 | ICE 25449 | ICE 25450 | Email correspondence from January 23, 2026 to February 3, 2026, among William Joyce, Amanda Stought, Jatinder Garcha, Carla Calidonio, and Judith Almodovar regarding contractor-related incidents. | | |
| PX103 | ICE 18556 | ICE 18559 | Email correspondence from February 20, 2025 to February 28, 2025, among William Joyce, Carla Calidonio, Judith Almodovar, Bryan Flanagan, Joanna Delgado, Angela Campoverde, Monica Burke, Darius Robinson, Craig Morse, Lyle Carlen, and others regarding a waiver for the 12-hour detention limit directive. | | |
| PX104 | ICE 18560 | ICE 18561 | Attachment to PX103, Memorandum dated February 20, 2025 from William Joyce, through Francisco Madrigal and Craig Morse, for Monica Burke titled "ERO New York City Field Office Hold Room – Waiver Request." | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX105 | ICE 18540 | ICE 18545 | Email correspondence from February 19, 2025 to February 25, 2025, among William Joyce, Sarah Clark, Judith Almodovar, and others regarding, *inter alia*, projected detention numbers in New York and capacity at 26 Fed. | | |
| PX106 | ICE 13516 | ICE 13519 | Email correspondence from July 15, 2025 to September 7, 2025, among Carla Calidonio, William Joyce, Nancy Zanello, Judith Almodovar, Carol Green, Alberto Morales, Joanna Delgado, Lige Hampton, Merlin Marcellin, Nelson Mercado, and ICE listservs regarding 10th floor intake procedures. | | |
| PX107 | ICE 14077 | ICE 14081 | Email correspondence dated July 13, 2025, among Lige Hampton, Nadina Hammonds, William Joyce, Carla Calidonio, and others regarding detention placement for an individual with medical needs. | | |
| PX108 | ICE 25482 | ICE 25485 | Email correspondence from February 9, 2026 to February 13, 2026, among Kenneth Genalo, Judith Almodovar, William Joyce, Whitney McGriff, and others regarding 9th floor measurements and a floor plan. | | |
| PX109 | ICE 25460 | ICE 25465 | Email correspondence from August 11, 2025 and February 11, 2026, among Judith Almodovar, Jatinder Garcha, and John Melecio regarding cell dimensions and occupancy limits on the 9th and 10th floors. | | |
| PX110 | ICE 23587 | ICE 23587 | Email correspondence dated March 10, 2026 between Judith Almodovar and Kevin Hegarty regarding weekend HVAC and custodial services at 26 Fed. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX111 | ICE 23300 | ICE 23300 | Email correspondence dated February 4, 2026, among Judith Almodovar, William Joyce, Kenneth Genalo, and Joanna Delgado regarding cell measurement restrictions under the court's orders and the Notice of Rights. | | |
| PX112 | ICE 20008 | ICE 20009 | Email correspondence dated February 18, 2025 and February 19, 2025, among Judith Almodovar, Sara Clark, Darlene Jones, Monica Burke, Stewart Smith, and others regarding medical care and length of detentions at 26 Fed. | | |
| PX113 | ICE 12187 | ICE 12196 | Email correspondence and attachments from August 11, 2025 to August 22, 2025, among Nancy Zanello, William Joyce, Rochelle-Anne Khalil, Johanna Narvaez, ICE listservs, and others regarding a FOIA search. | | |
| PX114 | ICE 29823 | ICE 29824 | Text messages dated July 11 and July 12 between William Joyce and an unknown sender regarding detained individuals with medical issues. | | |
| PX115 | ICE 29829 | ICE 29835 | Text messages from July 13 to July 17 between Nancy Zanello and an unknown sender regarding transportation and medical issues at the Hold Rooms. | | |
| PX116 | ICE 29843 | ICE 29844 | Text messages dated July 8 and July 13 between Nelson Mercado and William Joyce regarding meals and other processes. | | |
| PX117 | ICE 29845 | ICE 29845 | Text messages dated July 7 between Nancy Zanello and William Joyce regarding staffing and a hospital run. | | |
| PX118 | ICE 29847 | ICE 29848 | Text messages dated July 6 between William Joyce and Judith Almodovar regarding food and water for the 10th floor. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX119 | ICE B 431 | ICE B 440 | Paragon log containing entries regarding phone calls from June 2025 to July 2025. | | |
| PX120 | ICE 16838 | ICE 16842 | Email correspondence dated July 11, 2025 and July 12, 2025, between Nancy Zanello and William Joyce regarding 10th floor processes. | | |
| PX121 | ICE 14626 | ICE 14626 | Email correspondence dated June 4, 2025 among Carla Calidonio, Joanna Delgado, Judith Almodovar, Alberto Morales, Vanessa Collado, Kevin Chae, and others regarding a supply request. | | |
| PX122 | ICE 15616 | ICE 15618 | Email correspondence dated February 27, 2025 and February 28, 2025, among William Joyce, Judith Almodovar, ICE listservs, and others regarding IHSC policies. | | |
| PX123 | ICE 23588 | ICE 23588 | Email correspondence dated June 10, 2025, among Kevin Hegarty, Dionne Johnson, Jay Wu, and others regarding HVAC and custodial support on the 5th, 9th, and 10th floors. | | |
| PX124 | ICE 11214 | ICE 11215 | Notice of Rights in English and Spanish provided by Defendants per the court's orders. This document was previously marked as Exhibit 1 in the depositions of Christopher Chiauzzi and John Carbone. | | |
| PX125 | ECF No. 97 | N/A | Preliminary Injunction, dated September 17, 2025. This document was previously marked as Exhibit 5 in the deposition of Christopher Chiauzzi, as Exhibit 6 in the deposition of John Carbone, and as Exhibit Joyce 1 in the first deposition of William Joyce. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX126 | ICE A 221 | ICE A 221 | 15-minute cell check log with entries from September 2025 through December 2025. An excerpt of this document was previously marked as Exhibit 3 in the deposition of John Carbone. | | |
| PX127 | ICE 11635 | ICE 11635 | Heavily redacted version of email correspondence dated August 18, 2025, among Nancy Zanello, Judith Almodovar, Kevin Chae, Alberto Morales, William Joyce, and Kathy Perez regarding TRO compliance and the population count. This document was previously marked as Exhibit 2 in the first deposition of William Joyce. After Plaintiffs challenged the improper redactions, Defendants re-produced this document unredacted (see PX69). | | |
| PX128 | N/A | N/A | Defendants' Amended Supplemental Responses and Objections to Plaintiff's First Combined Discovery Requests and Plaintiff's First Request for Inspection. This document was previously marked as Exhibit Joyce 3 in the first deposition of William Joyce. | | |
| PX129 | N/A | N/A | Plaintiffs' correspondence to Defendants dated November 12, 2025, raising noncompliance issues. This document was previously marked as Exhibit Joyce 4 in the first deposition of William Joyce. | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX130 | ICE 11364 | ICE 11373 | Email correspondence dated August 22, 2025, among Xiao Chen, Judith Almodovar, William Joyce, Nancy Zanello, Nathan Yaffe and others regarding a legal call request. This document was previously marked as Exhibit Joyce 5 in the first deposition of William Joyce. | | |
| PX131 | ICE 10770 | ICE 10771 | Email correspondence dated August 22, 2025, between Nathan Yaffe and an ICE listserv regarding a legal call. This document was previously marked as Exhibit Joyce 6 in the first deposition of William Joyce. | | |
| PX132 | ICE 4856 | ICE 4857 | Email correspondence dated September 9, 2025, between Matthew Bray and an ICE listserv regarding a legal call. This document was previously marked as Exhibit Joyce 7 in the first deposition of William Joyce. | | |
| PX133 | ICE 10655 | ICE 10658 | Email correspondence dated October 1, 2025 and October 2, 2025, among Kareem Johnson, Joseph Pujol, Carla Calidonio, Kevin Chae, Harold Solis, and others regarding a legal call. This document was previously marked as Exhibit Joyce 8 in the first deposition of William Joyce. | | |
| PX134 | ECF No. 114 | N/A | Declaration of Deisy Flores. This document was previously marked as Exhibit Joyce 9 in the first deposition of William Joyce. | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX135 | ECF No. 115 | N/A | Declaration of Carlos Chalco Chango. This document was previously marked as Exhibit Joyce 10 in the first deposition of William Joyce. | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX136 | ECF No. 123 | N/A | Declaration of William Joyce. This document was previously marked as Exhibit Joyce 11 in the first deposition of William Joyce. | | |
| PX137 | ICE 167 | ICE 169 | Email correspondence dated November 26, 2025, between Rebecca Press and an ICE listserv regarding a legal call. This document was previously marked as Exhibit Joyce 12 in the first deposition of William Joyce. | | |
| PX138 | ICE 157 | ICE 157 | Email correspondence dated November 25, 2025, between Stella Park and an ICE listserv regarding a legal call. This document was previously marked as Exhibit Joyce 13 in the first deposition of William Joyce. | | |
| PX139 | ICE 177 | ICE 178 | Email correspondence dated November 26, 2025 and December 1, 2025, between Stella Park and ICE listservs regarding a legal call. This document was previously marked as Exhibit Joyce 14 in the first deposition of William Joyce. | | |
| PX140 | ICE 212 | ICE 212 | Email correspondence dated December 10, 2025, from Deisy Flores to an ICE listserv regarding a legal call. This document was previously marked as Exhibit Joyce 15 in the first deposition of William Joyce. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX141 | P000001 | P000005 | Luis Ferré-Sadurní, "ICE Must Improve Conditions in N.Y.C. Migrant Holding Cells, Judge Rules," *New York Times* (updated August 13, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX142 | P000006 | P000011 | Luis Ferré-Sadurní, "Immigrants File Class-Action Lawsuit to Stop ICE Courthouse Arrests," *New York Times* (July 16, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX143 | P000012 | P000014 | Emily Ngo, "Is 26 Federal Plaza a Detention Facility?," *Politico* (July 22, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX144 | P000015 | P000017 | Joe Torres, "NYC Leaders Call for Inspection After Video Shows Poor Conditions at Federal Plaza Detention Center," *ABC7* (July 23, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX145 | P000018 | P000023 | Alice Gainer & Adi Guajardo, "Video Shows Conditions Inside NYC's ICE Processing Center at 26 Federal Plaza," *CBS News* (July 23, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX146 | P000024 | P000026 | Luis Ferré-Sadurní, "Video Taken by Migrant Shows Overcrowded ICE Holding Cell in Manhattan," *New York Times* (July 22, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX147 | P000027 | P000032 | Luis Ferré-Sadurní, "What's Inside a 10th Floor ICE Office? New York Democrats Want to Know.," *New York Times* (June 20, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX148 | P000033 | P000043 | Haidee Chu & Gwynne Hogan, "'Like Dogs in Here' – Videos Expose ICE Lockup Inside 26 Federal Plaza," *The City* (July 22, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |

22

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX149 | P000044 | P000052 | Arya Sundaram, "'They're Killing Us': Immigrants Complain of Inhumane Conditions Inside NYC Holding Site," *Gothamist* (July 9, 2025). | Objection (Hearsay) | This document is being offered to show Defendants were on notice of these issues, not for the truth of the statements therein. |
| PX150 | P000053 | P000067 | Operations of ERO Holding Facilities, Policy Number 11087.2. | | |
| PX151 | P000068 | P0000299 | ICE National Detention Standards, revised 2025. | | |
| PX152 | PX000300 | P0000301 | ICE Nationwide Hold Room Waiver, dated June 24, 2025. | | |
| PX153 | PX000302 | P0000321 | ICE Performance Based National Detention Standards, 5.6 & 5.7. | | |
| PX154 | ICE B 1151 | ICE B 1151 | Paragon log excerpt dated September 11, 2025. | | |
| PX155 | ICE B 1216 | ICE B 1216 | Paragon log excerpt dated November 18, 2025 and November 19, 2025. | | |
| PX156 | ICE B 1250 | ICE B 1250 | Paragon log excerpt dated December 30, 2025. | | |
| PX157 | ICE 13609 | ICE 13610 | Email correspondence dated August 13, 2025, among Lee Faulcon, Kurt Simard, Nancy Zanello, William Joyce, and others regarding the court's order. | | |
| PX158 | ICE 17148 | ICE 17149 | Email correspondence dated August 10, 2025, from Merlin Marcellin regarding conditions and attorney access at the Hold Rooms. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX159 | ICE 17319 | ICE 17320 | Email correspondence dated June 26, 2025, among Andrea Cooper, Kareem Johnson, Yolanda Benites, Merlin Marcellin, Nelson Mercado, Kevin Chae, Carla Calidonio, and others regarding meals and water. | | |
| PX160 | ICE 17327 | ICE 17329 | Email correspondence dated June 26, 2025, among Andrea Cooper, Kareem Johnson, Yolanda Benites, Merlin Marcellin, Nelson Mercado, Kevin Chae, Carla Calidonio, and others regarding, *inter alia*, meals and water. | | |
| PX161 | ICE 18549 | ICE 18856 | Email correspondence from July 13, 2025 to July 15, 2025, among Judith Almodovar, Amanda Stought, Jatinder Garcha, William Joyce, and others regarding, *inter alia*, Paragon, transportation, and staffing. | | |
| PX162 | ICE 19353 | ICE 19354 | 26 Fed floor plans for the 10th floor with occupancy limits. | | |
| PX163 | ICE 19383 | ICE 19398 | 26 Fed floor plans. | | |
| PX164 | ICE 20593 | ICE 20593 | Email correspondence dated June 6, 2025, among Khristopher Dawson, Joseph Pujol, and others regarding a legal call and a detained person's location. | | |
| PX165 | ICE 20610 | ICE 20611 | Email correspondence from June 5, 2025 to June 10, 2025, between Stefan Garcia and an ICE listserv regarding a detained person's location and a legal visit. | | |
| PX166 | ICE 20850 | ICE 20851 | Email correspondence from July 1, 2025 to July 3, 2025, among Anjelica Mantikas and ICE listservs regarding a detained person's disability and a medical release. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX167 | ICE 20900 | ICE 20903 | Email correspondence dated June 16, 2025, among Evan Fagan, Joseph Pujol, and others regarding the location of detained individuals who were at 26 Fed. | | |
| PX168 | ICE 21767 | ICE 21773 | Email correspondence from July 2, 2025 to July 7, 2025, among Sarah Borsody and others regarding a client's location and a legal call request. | | |
| PX169 | ICE 21774 | ICE 21776 | Email correspondence from July 2, 2025 to July 7, 2025, among Liora Cohen-Fraade, Joseph Pujol, and an ICE listserv regarding, *inter alia*, a legal call request and a detained person's medical issues. | | |
| PX170 | ICE 22302 | ICE 22307 | Email correspondence from June 13, 2025 to June 15, 2025, among Ala Amoachi and ICE listservs regarding, *inter alia*, regarding a detained person's medical issues and custody status. | | |
| PX171 | ICE 23580 | ICE 23586 | Email correspondence from January 6, 2025 to January 8, 2025, among Merlin Marcellin, Lige Hampton, and others regarding bed placement for a detained person with medical and mental health issues. | | |
| PX172 | ICE 25464 | ICE 25465 | Ninth floor layout and capacity limits. | | |
| PX173 | ICE 29803 | ICE 29804 | Email correspondence dated December 18, 2025, among an ICE listserv and Anastasia Didaskalou regarding, inter alia, a client's detention location, memory issues, and a legal call request. | | |
| PX174 | ICE 32912 | ICE 32913 | Email correspondence dated April 22, 2026 and April 23, 2026, among William Joyce, Lige Hampton, and others regarding individual cell capacity limits. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX175 | Paragon 326 | Paragon 371 | Paragon time sheets for Mitchell Hutson dated June 29, 2025 to August 8, 2025. | | |
| PX176 | ICE 31766 | ICE 31766 | Email correspondence from Lige Hampton regarding Hold Room cell count on September 3, 2025. | | |
| PX177 | ICE 31057 | ICE 31058 | Email correspondence from Carol Green regarding Hold Room cell count on September 16, 2025. | | |
| PX178 | ICE 30934 | ICE 30935 | Email correspondence from Carol Green regarding Hold Room cell count on September 18, 2025. | | |
| PX179 | ICE 31192 | ICE 31193 | Email correspondence from Carol Green regarding Hold Room cell count on September 19, 2025. | | |
| PX180 | ICE 31059 | ICE 31059 | Email correspondence from Lige Hampton regarding Hold Room cell count on September 22 or 23, 2025. | | |
| PX181 | ICE 31203 | ICE 31204 | Email correspondence from Lige Hampton regarding Hold Room cell count on September 24, 2025. | | |
| PX182 | ICE 31651 | ICE 31651 | Email correspondence from Lige Hampton regarding Hold Room cell count on September 25, 2025. | | |
| PX183 | ICE 31724 | ICE 31725 | Email correspondence from Carol Green regarding Hold Room cell count on September 26, 2025. | | |
| PX184 | ICE 31795 | ICE 31795 | Email correspondence from Carol Green regarding Hold Room cell count on October 1, 2025. | | |
| PX185 | ICE 31190 | ICE 31190 | Email correspondence from Carol Green regarding Hold Room cell count on October 2, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX186 | ICE 31146 | ICE 31146 | Email correspondence from Carol Green regarding Hold Room cell count on October 7, 2025. | | |
| PX187 | ICE 31395 | ICE 31395 | Email correspondence from Carol Green regarding Hold Room cell count on October 8, 2025. | | |
| PX188 | ICE 31396 | ICE 31396 | Email correspondence from Carol Green regarding Hold Room cell count on October 9, 2025. | | |
| PX189 | ICE 31161 | ICE 31161 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 10, 2025. | | |
| PX190 | ICE 31065 | ICE 31065 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 11, 2025. | | |
| PX191 | ICE 31346 | ICE 31346 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on October 15, 2025. | | |
| PX192 | ICE 31135 | ICE 31135 | Email correspondence from Carol Green regarding Hold Room cell count on October 16, 2025. | | |
| PX193 | ICE 31713 | ICE 31713 | Email correspondence from Carol Green regarding Hold Room cell count on October 16, 2025. | | |
| PX194 | ICE 31066 | ICE 31066 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 17, 2025. | | |
| PX195 | ICE 31497 | ICE 31497 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 18, 2025. | | |
| PX196 | ICE 31067 | ICE 31067 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 19, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|---------------------|
| PX197 | ICE 31069 | ICE 31069 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 21, 2025. | | |
| PX198 | ICE 31561 | ICE 31561 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 21, 2025. | | |
| PX199 | ICE 31070 | ICE 31071 | Email correspondence from Carol Green regarding Hold Room cell count on October 22, 2025. | | |
| PX200 | ICE 31698 | ICE 31698 | Email correspondence from Carol Green regarding Hold Room cell count on October 23, 2025. | | |
| PX201 | ICE 31145 | ICE 31145 | Email correspondence from Carol Green regarding Hold Room cell count on October 24, 2025. | | |
| PX202 | ICE 31256 | ICE 31256 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on October 24, 2025. | | |
| PX203 | ICE 31072 | ICE 31072 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 26, 2025. | | |
| PX204 | ICE 31937 | ICE 31938 | Email correspondence from Carol Green regarding Hold Room cell count on October 26, 2025. | | |
| PX205 | ICE 31257 | ICE 31257 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on October 27, 2025. | | |
| PX206 | ICE 31450 | ICE 31450 | Email correspondence from Carol Green regarding Hold Room cell count on October 27, 2025. | | |
| PX207 | ICE 31471 | ICE 31472 | Email correspondence from Carol Green regarding Hold Room cell count on October 28, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX208 | ICE 31477 | ICE 31479 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 28, 2025. | | |
| PX209 | ICE 31073 | ICE 31073 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 30, 2025. | | |
| PX210 | ICE 31150 | ICE 31150 | Email correspondence from Lige Hampton regarding Hold Room cell count on October 30, 2025. | | |
| PX211 | ICE 31265 | ICE 31265 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on November 4, 2025. | | |
| PX212 | ICE 31266 | ICE 31266 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on November 6, 2025. | | |
| PX213 | ICE 31441 | ICE 31441 | Email correspondence from Ronald Romero regarding Hold Room cell count on November 10, 2025. | | |
| PX214 | ICE 31476 | ICE 31476 | Email correspondence from Ronald Romero regarding Hold Room cell count on November 11, 2025. | | |
| PX215 | ICE 31443 | ICE 31443 | Email correspondence from Ronald Romero regarding Hold Room cell count on November 13, 2025. | | |
| PX216 | ICE 31449 | ICE 31449 | Email correspondence from Ronald Romero regarding Hold Room cell count on November 15, 2025. | | |
| PX217 | ICE 31416 | ICE 31416 | Email correspondence from Carol Green regarding Hold Room cell count on November 16, 2025. | | |
| PX218 | ICE 31483 | ICE 31483 | Email correspondence from Carol Green regarding Hold Room cell count on November 20, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX219 | ICE 31431 | ICE 31431 | Email correspondence from Lige Hampton regarding Hold Room cell count on December 7, 2025. | | |
| PX220 | ICE 31268 | ICE 31269 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 11, 2025. | | |
| PX221 | ICE 31426 | ICE 31427 | Email correspondence from Carol Green regarding Hold Room cell count on December 14, 2025. | | |
| PX222 | ICE 31433 | ICE 31433 | Email correspondence from Carol Green regarding Hold Room cell count on December 15, 2025. | | |
| PX223 | ICE 31428 | ICE 31428 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 16, 2025. | | |
| PX224 | ICE 31425 | ICE 31425 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 17, 2025. | | |
| PX225 | ICE 31279 | ICE 31280 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 18, 2025. | | |
| PX226 | ICE 31434 | ICE 31434 | Email correspondence from Carol Green regarding Hold Room cell count on December 18, 2025. | | |
| PX227 | ICE 32451 | ICE 32451 | Email correspondence from Lige Hampton regarding Hold Room cell count on December 20, 2025. | | |
| PX228 | ICE 32896 | ICE 32896 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 20, 2025. | | |
| PX229 | ICE 32466 | ICE 32467 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 22, 2025. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX230 | ICE 32427 | ICE 32427 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 23, 2025. | | |
| PX231 | ICE 32428 | ICE 32428 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 23, 2025. | | |
| PX232 | ICE 32430 | ICE 32430 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 23, 2025. | | |
| PX233 | ICE 32431 | ICE 32431 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 24, 2025. | | |
| PX234 | ICE 32432 | ICE 32432 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 24, 2025. | | |
| PX235 | ICE 31261 | ICE 31261 | Email correspondence from Merlin Marcellin regarding Hold Room cell count on December 31, 2025. | | |
| PX236 | ICE 32902 | ICE 32902 | Email correspondence from Nelson Mercado regarding Hold Room cell count on December 31, 2025. | | |
| PX237 | ICE 32087 | ICE 32087 | Email correspondence from Carol Green regarding Hold Room cell count on January 2, 2026. | | |
| PX238 | ICE 32832 | ICE 32834 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 5, 2026, with follow up correspondence among William Joyce, Merlin Marcellin, and others. | | |
| PX239 | ICE 32448 | ICE 32449 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 6, 2026. | | |

31

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX240 | ICE 32450 | ICE 32450 | Email correspondence from Carol Green regarding Hold Room cell count on January 6, 2026. | | |
| PX241 | ICE 32718 | ICE 32719 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 6, 2026. | | |
| PX242 | ICE 32261 | ICE 32261 | Email correspondence from Carol Green regarding Hold Room cell count on January 7, 2026. | | |
| PX243 | ICE 32368 | ICE 32369 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 7, 2026. | | |
| PX244 | ICE 32818 | ICE 32819 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 7, 2026. | | |
| PX245 | ICE 32373 | ICE 32374 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 8, 2026. | | |
| PX246 | ICE 32820 | ICE 32821 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 8, 2026. | | |
| PX247 | ICE 32485 | ICE 32485 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 9, 2026. | | |
| PX248 | ICE 32612 | ICE 32612 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 9, 2026. | | |
| PX249 | ICE 32264 | ICE 32264 | Email correspondence from Carol Green regarding Hold Room cell count on January 10, 2026. | | |
| PX250 | ICE 32265 | ICE 32265 | Email correspondence from Carol Green regarding Hold Room cell count on January 11, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX251 | ICE 32093 | ICE 32093 | Email correspondence from Carol Green regarding Hold Room cell count on January 12, 2026. | | |
| PX252 | ICE 32392 | ICE 32392 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 12, 2026. | | |
| PX253 | ICE 32094 | ICE 32094 | Email correspondence from Carol Green regarding Hold Room cell count on January 13, 2026. | | |
| PX254 | ICE 32394 | ICE 32394 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 13, 2026. | | |
| PX255 | ICE 32397 | ICE 32397 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 14, 2026. | | |
| PX256 | ICE 32096 | ICE 32096 | Email correspondence from Carol Green regarding Hold Room cell count on January 15, 2026. | | |
| PX257 | ICE 32354 | ICE 32354 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 16, 2026. | | |
| PX258 | ICE 32814 | ICE 32815 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 16, 2026. | | |
| PX259 | ICE 32251 | ICE 32251 | Email correspondence from Carol Green regarding Hold Room cell count on January 17, 2026. | | |
| PX260 | ICE 32619 | ICE 32619 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 17, 2026. | | |
| PX261 | ICE 32252 | ICE 32252 | Email correspondence from Carol Green regarding Hold Room cell count on January 18, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---------|-------------|-----------|-------------|-----------|----------------------|
| PX262 | ICE 32366 | ICE 32366 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 19, 2026. | | |
| PX263 | ICE 32325 | ICE 32325 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 20, 2026. | | |
| PX264 | ICE 32494 | ICE 32494 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 21, 2026. | | |
| PX265 | ICE 32623 | ICE 32623 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 21, 2026. | | |
| PX266 | ICE 32097 | ICE 32097 | Email correspondence from Carol Green regarding Hold Room cell count on January 21, 2026. | | |
| PX267 | ICE 32104 | ICE 32105 | Email correspondence from Carol Green regarding Hold Room cell count on January 22, 2026. | | |
| PX268 | ICE 32332 | ICE 32332 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 22, 2026. | | |
| PX269 | ICE 32737 | ICE 32738 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 22, 2026. | | |
| PX270 | ICE 32089 | ICE 32089 | Email correspondence from Carol Green regarding Hold Room cell count on January 23, 2026. | | |
| PX271 | ICE 32333 | ICE 32333 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 23, 2026. | | |
| PX272 | ICE 32335 | ICE 32335 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 23, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX273 | ICE 32336 | ICE 32336 | Email correspondence from Ronald Romero regarding Hold Room cell count on January 24, 2026. | | |
| PX274 | ICE 32101 | ICE 32101 | Email correspondence from Carol Green regarding Hold Room cell count on January 28, 2026. | | |
| PX275 | ICE 32260 | ICE 32260 | Email correspondence from Carol Green regarding Hold Room cell count on January 29, 2026. | | |
| PX276 | ICE 32347 | ICE 32347 | Email correspondence from Lige Hampton regarding Hold Room cell count on January 29, 2026. | | |
| PX277 | ICE 32110 | ICE 32110 | Email correspondence from Carol Green regarding Hold Room cell count on February 3, 2026. | | |
| PX278 | ICE 32229 | ICE 32230 | Email correspondence from Carol Green regarding Hold Room cell count on February 4, 2026. | | |
| PX279 | ICE 32637 | ICE 32637 | Email correspondence from Ronald Romero regarding Hold Room cell count on February 4, 2026. | | |
| PX280 | ICE 32311 | ICE 32312 | Email correspondence from Ronald Romero regarding Hold Room cell count on February 5, 2026. | | |
| PX281 | ICE 32067 | ICE 32068 | Email correspondence from Carol Green regarding Hold Room cell count on February 6, 2026. | | |
| PX282 | ICE 32639 | ICE 32640 | Email correspondence from Ronald Romero regarding Hold Room cell count on February 6, 2026. | | |
| PX283 | ICE 32319 | ICE 32319 | Email correspondence from Ronald Romero regarding Hold Room cell count on February 7, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX284 | ICE 32071 | ICE 32071 | Email correspondence from Carol Green regarding Hold Room cell count on February 10, 2026. | | |
| PX285 | ICE 32239 | ICE 32239 | Email correspondence from Carol Green regarding Hold Room cell count on February 11, 2026. | | |
| PX286 | ICE 32272 | ICE 32273 | Email correspondence from Carol Green regarding Hold Room cell count on February 12, 2026. | | |
| PX287 | ICE 32073 | ICE 32073 | Email correspondence from Carol Green regarding Hold Room cell count on February 13, 2026. | | |
| PX288 | ICE 32079 | ICE 32080 | Email correspondence from Carol Green regarding Hold Room cell count on February 19, 2026. | | |
| PX289 | ICE 32504 | ICE 32504 | Email correspondence from Lige Hampton regarding Hold Room cell count on February 19, 2026. | | |
| PX290 | ICE 32221 | ICE 32222 | Email correspondence from Carol Green regarding Hold Room cell count on February 22, 2026. | | |
| PX291 | ICE 32403 | ICE 32404 | Email correspondence from Carol Green regarding Hold Room cell count on February 23, 2026. | | |
| PX292 | ICE 32111 | ICE 32112 | Email correspondence from Carol Green regarding Hold Room cell count on February 26, 2026. | | |
| PX293 | ICE 32113 | ICE 32114 | Email correspondence from Carol Green regarding Hold Room cell count on February 27, 2026. | | |
| PX294 | ICE 32134 | ICE 32134 | Email correspondence from Ronald Romero regarding Hold Room cell count on February 28, 2026. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX295 | ICE 32214 | ICE 32214 | Email correspondence from Carol Green regarding Hold Room cell count on March 3, 2026. | | |
| PX296 | ICE 32778 | ICE 32779 | Email correspondence from Ronald Romero regarding Hold Room cell count on March 9, 2026. | | |
| PX297 | ICE 32117 | ICE 32118 | Email correspondence from Carol Green regarding Hold Room cell count on March 10, 2026. | | |
| PX298 | ICE 32131 | ICE 32131 | Email correspondence from Ronald Romero regarding Hold Room cell count on March 10, 2026. | | |
| PX299 | ICE 32158 | ICE 32159 | Email correspondence from Ronald Romero regarding Hold Room cell count on March 12, 2026. | | |
| PX300 | ICE 32892 | ICE 32892 | Email correspondence from Nelson Mercado regarding Hold Room cell count on March 13, 2026. | | |
| PX301 | P000323 | P001538 | Selection of photographs from the March 12, 2026 inspection of 26 Fed. | | |
| PX302 | ICE B 901 | ICE B 925 | Rescanned Paragon log excerpts from May 2025. | | |

37

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX303 | N/A | N/A | Exhibits to Witness Statement of Caroline Asnes comprised of calculations, charts, and depictions summarizing documents and data produced by Defendants in this litigation. | Objection (Hearsay). Defendants preserve additional objections based on the substance and accuracy of the summary documents once disclosed. | These exhibits are admissible, *inter alia*, as a "summary, chart, or calculation offered to prove the content of voluminous admissible writings, recordings, or photographs that cannot be conveniently examined in court," *see* Fed. R. Evid. 1006(a), |
| PX304 | ICE 20756 | ICE 20757 | Email correspondence dated June 16, 2025 and June 18, 2025, between Alexandra Dudas and an ICE listserv regarding a legal call. | | |
| PX305 | ICE 20550 | ICE 20550 | Email correspondence dated July 15, 2025 and July 16, 2025, between Alexandra Dudas and an ICE listserv regarding an attorney inquiry. | | |
| PX306 | ICE 19049 | ICE 19053 | Email correspondence from July 15, 2025 to July 17, 2025, among Judith Almodovar, John Guerra, and others regarding the location of a detained individual. | | |
| PX307 | ICE 18857 | ICE 18858 | Email correspondence dated July 14, 2025 and July 15, 2025, between William Joyce and LaDeon Francis regarding, *inter alia*, the number of detained people in the Hold Rooms. | | |

| Exhibit | Begin Bates | End Bates | Description | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| PX308 | ICE 14182 | ICE 14184 | Email correspondence dated July 3, 2025, among Daniel Kim, Joseph Pujol, and others regarding a legal call request and the location of a detained individual. | | |
| PX309 | ICE 15456 | ICE 15457 | Email correspondence dated August 7, 2025, among Ji Jahng, Lige Hampton, and others regarding a detained person's location. | | |
| PX310 | ICE 28613 | ICE 28615 | Email correspondence from February 15, 2026 to February 17, 2026, between Stephanie Cordero and an ICE listserv regarding a legal call. | | |
| PX311 | ICE 11471 | ICE 11471 | Email correspondence dated December 8, 2025 and December 9, 2025, between Robert Wang and an ICE listserv regarding a legal call. | | |
| PX312 | ECF No. 106 | N/A | Defendants' Answer, dated October 24, 2025. | | |
| PX313 | ICE B 855 | ICE B 858 | Rescanned Paragon log excerpts from June 2, 2025. | | |
| PX314 | ICE B 859 | ICE B 900 | Rescanned Paragon log excerpts from June 2025. | | |
| PX315 | ICE B 774 | ICE B 809 | Rescanned Paragon log excerpts from July 2025. | | |
| PX316 | ICE B 810 | ICE B 854 | Rescanned Paragon log excerpts from July 2025. | | |
| PX317 | ICE B 668 | ICE B 732 | Rescanned Paragon log excerpts from August 2025. | | |
| PX318 | ICE 19749 | ICE 19749 | Email correspondence among Jatinder Garcha, Carla Calidonio, and others regarding contractor issues; cover email to PX98. | | |