# EXHIBIT C

**Designations from the Deposition Transcript of Carla Calidonio, 4/21/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| 18:12-23 | | |
| 46:17-48:23 | | |
| 61:12-68:18 | | |
| 86:6-19 | | |
| 122:12-130:13 | | |
| 134:14-135:11 | | |
| | 135:12-20 | |
| 146:10-149:3 | | |
| 166:20-23 | | |
| 181:16-182:8 | | |
| 189:24-190:12 | | |

**Designations from the Deposition Transcript of John Carbone, 1/30/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| 12:24-14:20 | | |
| 17:3-24 | | |
| 42:17-43:23 | | |
| 56:19-22 | | |
| 57:19-24 | | |
| 60:8-61:20 | | |
| 66:4-14 | | |
| 71:15-24 | | |
| | 72:3-16 | |
| 76:8-15 | | |
| 80:8-20 | | |
| | 84:2-9 | |
| 86:16-87:7 | | |
| | 87:8-11 | |
| | 89:6-11 | |
| 89:12-90:18 | | |
| | 91:7-11 | |
| 91:12-19 | | |
| 93:5-9 | | |
| 100:11-101:5 | | |
| | 101:6-18 | |
| | 104:2-21 | |
| 105:2-5 | | |
| 112:4-114:5 | | |
| 124:13-125:10 | | |
| | 125:11-16 | |
| 131:10-14 | | |
| 132:2-6 | | |
| 140:8-19 | | |

**Designations for the Deposition Transcript of Christopher Chiauzzi, 1/28/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| | 14:25-15:3 | |
| 15:4-17:4 | | |
| | 17:5-17:7 | |
| 17:13-16 | | |
| 21:22-22:10 | | |
| 27:15-28:22 | | |
| 35:18-20 | | |
| | 35:21-36:12 | |
| | 37:16-22 | |
| 37:23-25 | | |
| | 38:1-9 | |
| 38:10-25 | | |
| 39:2-12 | | |
| | 39:16-19 | |
| 39:20-23 | | |
| 39:24-42:4 | | |
| | 42:5-20 | |
| 43:9-20 | | |
| | 48:17-49:2 | |
| 49:3-12 | | |
| | 49:13–50:6 | |
| | 51:19-54:23 | |
| 54:24-55:5 | | |
| 68:5-12 | | |
| 69:23-70:15 | | |
| 76:6-21 | | |
| 76:22-77:10 | | |
| | 78:10-15 | |
| 78:25-82:7 | | |
| | 82:12-15 | |
| 83:3-20 | | |
| | 101:6-23 | |
| 101:24-102:7 | | |
| | 102:8-103:6 | Plaintiffs object to the designation of 103:3-6 as beyond the permitted scope of providing context for Plaintiffs' designated testimony. |
| 103:14-23 | | |

| | | |
|---|---|---|
| 104:8-15 | | |
| 106:5-107:22 | | |
| | 108:14-20 | |
| 108:21-109:2 | | |

**Designations from the Deposition Transcript of Lige Hampton, 4/13/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
| --- | --- | --- |
|  | 11:14-21 |  |
| 11:22-12:4 |  |  |
|  | 22:14-23 |  |
| 24:24-25:3 |  |  |
| 28:18-29:3 |  |  |
|  | 29:8-12 |  |
| 31:2-9 |  |  |
| 32:3-5 |  |  |
|  | 32:6-9 |  |
|  | 52:18-21 |  |
| 52:22-55:3 |  |  |
|  | 55:16-56:12 |  |
| 56:13-17 |  |  |
|  | 58:14-59:20 |  |
| 59:21-61:22 |  |  |
|  | 61:23-62:14 |  |
|  | 63:7-10 |  |
| 63:11-18 |  |  |
|  | 71:8-16 |  |
| 71:17-72:3 |  |  |
|  | 78:11-79:21 |  |
|  | 84:4-21 |  |
| 94:21-95:19 |  |  |
|  | 95:20 |  |
|  | 100:20-102:12 |  |
| 102:13-107:3 |  |  |
|  | 107:11-16 |  |
| 107:17-20 |  |  |
|  | 107:21-109:20 |  |
| 109:21-110:12 |  |  |
|  | 110:13-22 |  |
|  | 111:13-20 |  |
| 112:10-114:24 |  |  |
| 114:25-115:19 |  |  |
| 116:21-119:22 |  |  |
|  | 121:19-23 |  |
| 121:24-122:11 |  |  |
| 124:4-13 |  |  |
|  | 125:6-126:17 |  |

| | | |
|---|---|---|
| 126:18-127:14 | | |
| | 127:22-128:13 | |
| 147:21-148:17 | | |
| 149:5-21 | | |
| | 149:22-150:16 | |
| 150:17-151:9 | | |
| | 151:10-13 | |
| 152:17-153:8 | | |
| | 153:9-15 | |
| 153:16-25 | | |
| | 154:2 | |
| 155:14-17 | | |
| | 155:18-156:5 | |
| 156:6-9 | | |
| | 156:10-20 | |
| 156:24-157:5 | | |
| | 157:6-158:20 | |
| 158:21-159:5 | | |
| | 159:12-160:14 | |
| 160:15-161:3 | | |
| 161:23-162:22 | | |
| | 162:23-25 | |
| | 164:15-165:10 | |
| 165:11-19 | | |
| | 165:20-166:18 | |
| 166:19-168:5 | | |
| | 168:17-20 | |
| | 168:25-169:1 | |
| 169:2-6 | | |
| | 170:14-172:2 | Plaintiffs object to the designation of this testimony as beyond the permitted scope of providing context for Plaintiffs' designated testimony. |
| 172:22-173:18 | | |
| | 173:19-174:25 | Plaintiffs object to the designation of this testimony as beyond the permitted scope of providing context for Plaintiffs' designated testimony. |

| | | |
|---|---|---|
| | 175:16-176:12 | |
| 176:19-23 | | |
| | 177:7-10 | |
| 177:11-180:15 | | |
| | 180:16-182:24 | |
| 182:25-183:4 | | |
| | 183:5-23 | |
| 189:4-14 | | |
| 193:17-194:13 | | |
| 197:24-198:3 | | |
| | 198:4-15 | |
| 204:21-206:3 | | |
| | 206:4-12 | |
| 206:13-18 | | |
| | 206:19-22 | |
| 206:23-208:23 | | |
| | 208:24-209:5 | |
| | 210:10-20 | |
| 210:21-212:23 | | |
| 213:10-214:22 | | |
| 215:21-216:9 | | |
| | 216:10-218:17 | |
| 218:18-21 | | |
| 226:17-228:3 | | |
| 238:12-239:7 | | |
| | 246:15-247:4 | |
| 247:5-248:12 | | |
| 256:16-24 | | |
| | 256:25-257:10 | |
| 257:11-17 | | |
| 260:21-263:17 | | |
| | 264:16-265:18 | |
| 265:19-272:25 | | |

**Designations from the Deposition Transcript of Mitchell Hutson, 4/20/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| | 13:9-22 | |
| 13:23-14:11 | | |
| | 19:2-8 | |
| 19:9-23:6 | | |
| | 23:17 | |
| 23:18-25:8 | | |
| | 27:19-28:14 | |
| 28:15-23 | | |
| | 28:24-29:4 | |
| 29:22-31:5 | | |
| 32:7-17 | | |
| | 37:9-18 | |
| | 39:2-16 | |
| 39:17-40:17 | | |
| | 41:16-24 | |
| 42:10-43:12 | | |
| 43:13-44:17 | | |
| | 44:18-22 | |
| 44:23-45:4 | | |
| 47:13-50:25 | | |
| | 53:17-21 | |
| 53:22-54:16 | | |
| | 54:17-55:5 | |
| 61:18-62:20 | | |
| | 63:9-64:14 | |
| 64:15-65:3 | | |
| | 71:16-72:11 | |
| 72:12-73:3 | | |
| 74:3-75:22 | | |
| | 80:7-12 | |
| 80:13-21 | | |
| 84:3-19 | | |
| | 84:20-21 | |
| 86:13-87:18 | | |
| 88:16-89:22 | | |
| 90:22-91:23 | | |
| 92:2-10 | | |
| 95:7-13 | | |
| 96:10-97:10 | | |

|  | 97:11-19 |  |
|---|---|---|
| 97:20-98:3 |  |  |
| 100:18-102:19 |  |  |
|  | 102:20-103:2 |  |
| 103:9-104:9 |  |  |
| 107:6-14 |  |  |
|  | 107:15-108:2 |  |
| 108:3-109:24 |  |  |
| 110:21-23 |  |  |
| 111:24-112:11 |  |  |
|  | 112:12-18 |  |
| 113:20-116:9 |  |  |
| 116:15-118:17 |  |  |
| 118:8-119:14 |  |  |
|  | 119:16-119:25 |  |
| 120:3-12 |  |  |

**Designations from the Deposition Transcript of Mia Jacobs, 4/15/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
| --- | --- | --- |
| 18:20-25 | | |
| | 19:1-15 | |
| 19:16-19 | | |
| 20:8-10 | | |
| 20:21-23 | | |
| | 20:24-21:2 | |
| 23:6-9 | | |
| | 23:10-19 | |
| 23:20-24:6 | | |
| | 24:7-25:3 | |
| 25:4-27:13 | | |
| 28:12-30:3 | | |
| 31:11-33:19 | 33:20-36:2 | |
| 36:3-8 | | |
| | 36:9-23 | |
| 36:24-37:14 | | |
| | 37:15-23 | |
| 37:24–38:23 | | |
| | 38:24 | |
| 40:25-41:11 | | |
| 42:3-46:4 | | |
| 46:17-47:18 | | |
| 50:21-52:2 | | |
| 53:21-56:11 | | |
| | 56:12-57:5 | |
| 59:20-61:3 | | |
| 61:15-24 | | |
| 63:21-64:7 | | |
| 64:24-65:5 | | |
| | 65:6-19 | |
| 65:20-67:15 | | |
| 69:3-20 | | |
| 70:12-20 | | |
| | 72:2-9 | |
| 72:10-24 | | |
| 73:3-7 | | |
| 73:19-74:4 | | |
| 76:13-20 | | |

| | | |
|---|---|---|
| | 76:21-25 | |
| 77:2-78:21 | | |
| 79:19-24 | | |
| 83:22-84:21 | | |
| 85:9-86:10 | | |
| 89:19-93:7 | | |
| | 93:23-94:17 | |
| 94:18-95:2 | | |
| 95:14-96:8 | | |
| 96:22-97:2 | | |
| 100:3-16 | | |
| 101:17-20 | | |
| 106:13-107:21 | | |
| | 107:22-108:5 | |
| 108:19-109:19 | | |
| 110:7-22 | | |
| | 111:14-21 | |
| 111:22-112:13 | | |
| | 112:14-113:9 | |
| | 114:23-115:12 | |
| 115:13-24 | | |
| 116:13-118:14 | | |
| 122:7-123:13 | | |
| 123:20-124:7 | | |
| 126:9-17 | | |
| 127:4-128:9 | | |
| | 128:10-132:19 | |
| 134:8-11 | | |
| | 134:12-23 | |
| 134:24-136:6 | | |
| 140:12-141:9 | | |
| 142:10-143:25 | | |
| 145:3-20 | | |
| 150:14–151:15 | | |
| 152:17-21 | | |
| 154:11-18 | | |
| 157:4-11 | | |
| 158:5-24 | | |
| | 162:9-20 | |
| 163:16-21 | | |
| 167:24-168:9 | | |
| 169:9-20 | | |
| 177:9-178:11 | | |

| | | |
|---|---|---|
| 179:8-180:4 | | |
| | 182:10-183:8 | |
| 185:11-23 | | |
| 188:11-15 | | |
| 189:16-194:17 | | |
| | 194:18-24 | |
| 197:16-198:15 | | |

**Designations from the Deposition Transcript of Robert Mitchell, 4/20/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| 21:13-22:3 | | |
| 26:20-27:3 | | |
| 29:8-30:22 | | |
| 37:15-38:14 | | |
| 49:2-9 | | |
| | 55:17-56:16 | |
| 56:17-25 | | |
| | 57:1-59:20 | |
| 68:15-17 | | |
| 77:12-80:11 | | |
| 82:18-84:5 | | |
| 95:7-96:2 | | |
| 97:3-15 | | |
| 97:25-98:8 | | |
| 99:8-100:4 | | |
| 104:18-23 | | |
| 106:17-24 | | |
| 118:14-119:20 | | |
| 127:4-13 | | |
| 130:3-22 | | |
| 131:11-132:21 | | |
| 133:16-23 | | |
| 137:21-139:14 | | |
| | 139:15-20 | |
| 140:3-9 | | |
| | 140:10-142:1 | |
| 142:2-143:3 | | |
| | 143:4-10 | |
| 145:5-25 | | |
| 150:14-22 | | |
| | 153:3-21 | |
| 153:22-154:15 | | |
| 156:15-20 | | |
| 167:8-19 | | |
| | 167:20-25 | |
| 168:6-10 | | |
| 173:5-22 | | |

**Designations from the Deposition Transcript of Alberto Morales, 4/23/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| | 28:4-7 | |
| 28:8-30:6 | | |
| 35:6-12 | | |
| 57:20-23 | | |
| 63:15-20 | | |
| 65:10-20 | | |
| 73:23-75:5 | | |
| 92:9-93:23 | | |
| | 92:24-93:6 | |
| 94:5-10 | | |
| 95:16-97:13 | | |
| 106:16-108:25 | | |
| 110:14-20 | | |
| 119:22-121:25 | | |
| | 122:1-22 | |
| 122:23-125:6 | | |
| 131:10-132:3 | | |
| 135:17-138:6 | | |
| 139:14-142:13 | | |
| 149:13-156:17 | | |
| 159:8-160:17 | | |
| 164:23-167:18 | | |
| | 167:19-168:22 | |
| 168:23-169:11 | | |
| 170:12-174:15 | | |
| 177:16-24 | | |
| 179:25-180:21 | | |
| 192:6-194:17 | | |
| | 194:18-196:15 | |
| 196:16-21 | | |
| 208:23-212:14 | | |
| | 213:10-216:5 | |
| 216:6-15 | | |
| | 216:16-218:13 | |
| 218:14-21 | | |
| 222:4-10 | | |
| | 222:11-223:9 | |
| 226:14-227:4 | | |
| 230:24-232:6 | | |

| | | |
|---|---|---|
| 238:6-239:9 | | |
| 256:5-257:4 | | |
| 263:8-264:15 | | |
| | 264:19-23 | |
| 269:10-24 | | |
| 271:11-272:16 | | |
| 273:4-274:7 | | |
| | 284:2-22 | |
| 284:23-285:3 | | |
| 286:23-287:6 | | |
| 289:3-290:20 | | |
| | 290:21-24 | |
| 292:18-293:2 | | |
| 297:12-298:21 | | |
| 299:13-22 | | |
| 305:16-19 | | |
| 308:4-309:2 | | |
| | 318:11-19 | |
| 318:20-320:8 | | |
| 326:22-327:3 | | |
| 333:2-19 | | |
| 335:24-336:20 | | |

**Designations from the Deposition Transcript of Nancy Zanello, 4/17/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| 17:25-19:2 | | |
| 25:23-26:9 | | |
| 27:7-28:11 | | |
| 33:19-34:8 | | |
| 38:7-13 | | |
| 39:16-20 | | |
| 40:4-41:3 | | |
| 53:10-23 | | |
| 65:7-66:17 | | |
| 67:6-69:21 | | |
| 71:6-10 | 71:21-73:1 | |
| | | |
| 73:2-75:14 | | |
| 78:7-15 | | |
| 81:25-83:11 | | |
| 86:20-87:8 | | |
| 91:13-15 | | |
| 92:16-94:9 | | |
| 96:6-103:20 | | |
| | 103:21-23 | |
| 105:8-121:10 | | |
| 123:3-126:8 | | |
| 132:4-15 | | |
| 133:2-134:3 | | |
| 137:8-21 | | |
| 144:21-145:23 | | |
| 157:18-22 | | |
| 159:13-168:23 | | |
| | 168:24 | |
| | 169:24-170:9 | |
| 170:10-172:10 | | |
| 172:20-175:23 | | |
| 178:18-22 | | |
| | 178:23-179:13 | |
| 181:21-184:11 | | |
| 186:21-188:20 | | |
| | 188:21-190:20 | |
| 190:21-25 | | |
| | 191:1-5 | |

| | | |
|---|---|---|
| 191:6-193:8 | | |
| | 193:9-194:7 | |
| 194:8-25 | | |
| | 195:1-16 | |
| 196:6-199:3 | | |
| | 199:13-18 | |
| | 200:3-11 | |
| | 200:22- 201:13 | |
| 201:22-202:25 | | |
| | 203:8-23 | |
| 204:3-8 | | |
| 205:7-9 | | |
| 206:24-212:16 | | |
| | 212:17-213:12 | |
| 213:13-23 | | |
| 214:9-215:25 | | |
| 222:25-223:24 | | |
| | 223:25-224:17 | |
| 227:2-239:22 | | |
| 242:6-243:24 | | |
| | 243:25-244:4 | |
| 244:5-246:12 | | |
| 255:4-256:18 | | |
| 257:7-261:6 | | |

**Designations from the Deposition Transcripts of William Joyce, 2/3/26 & 4/22/26**

| Plaintiffs' Designations | Defendants' Counter-Designations | Objections |
|---|---|---|
| 16:10-17:12 | | |
| 24:16-26:24 | | |
| 31:16-33:8 | | |
| 34:5-12 | | |
| | 34:13-14 | |
| | 34:24-35:21 | |
| 35:22-36:5 | | |
| | 37:21-38:17 | |
| 38:18-39:13 | | |
| 40:5-41:5 | | |
| | 41:6-23 | |
| 46:9-47:19 | | |
| 51:18-22 | | |
| 54:13-58:7 | | |
| 59:12-60:14 | | |
| 62:12-63:14 | | |
| 65:18-66:13 | | |
| 70:2-71:4 | | |
| | 71:5-16 | |
| | 72:16-19 | |
| 74:16-75:24 | | |
| | 76:1-77:8 | |
| 78:16-80:17 | | |
| | 85:7-86:23 | |
| 86:24-87:8 | | |
| | 87:9-89:3 | |
| | 89:13-90:6 | |
| 88:17-89:22 | | |
| | 91:15-93:9 | |
| 93:10-95:7 | | |
| 95:17-104:10 | | |
| 109:5-15 | | |
| 110:23-113:11 | | |
| 115:4-11 | | |
| | 115:12-116:11 | |
| 116:12-120:17 | | |
| | 120:18-22 | |
| 120:23-121:21 | | |
| 122:3-126:4 | | |

| | | |
|---|---|---|
| | 126:5-9 | |
| 126:10-129:3 | | |
| | 129:8-132:11 | Plaintiffs object to the designation of 129:23-132:11 because the testimony is beyond the permitted scope of providing context for Plaintiffs' designated testimony. |
| 134:9-22 | | |
| | 135:12-136:2 | |
| 142:3-143:10 | | |
| | 145:5-13 | |
| 145:14-22 | | |
| 147:10-149:19 | | |
| 150:2-152:23 | | |
| 153:15-163:12 | | |
| 163:21-177:19 | | |
| 179:24-184:23 | | |
| 192:14-229:9 | | |
| 229:21-230:22 | | |
| 231:2-232:15 | | |
| 232:21-236:6 | | |
| 236:17-238:16 | | |
| | | |
| 260:17-261:24 | | |
| 263:22-264:14 | | |
| 267:14-18 | | |
| 274:4-277:17 | | |
| 278:5-10 | | |
| 280:4-10 | | |
| 282:6-11 | | |
| 283:5-285:17 | | |
| 291:11-15 | | |
| | 291:16-292:16 | |
| 292:13-16 | | |
| 293:8-300:3 | | |
| 301:23-307:5 | | |
| | 307:6-311:18 | |
| 311:19-318:24 | | |
| 322:25-324:14 | | |
| | 324:15-325:6 | |
| 325:7-328:6 | | |

| | | |
|---|---|---|
| | 328:7-329:8 | |
| 329:13-331:9 | | |
| | 331:10-332-25 | |
| 333:12-337:17 | | |
| 338:5-10 | | |
| 338:23-346:17 | | |
| 349:24-350:14 | | |
| 352:20-353:15 | | |
| 358:20-359:12 | | |
| 361:17-362:2 | | |
| | 362:3-8 | |
| 362:9-363:25 | | |
| | 364:23-365:6 | |
| 365:7-10 | | |
| 408:8-24 | | |
| 409:12-24 | | |
| 410:4-8 | | |
| | 412:9-413:4 | |
| 413:5-414:5 | | |
| 416:11-418:11 | | |
| 419:2-19 | | |
| 420:6-423:23 | | |
| 431:10-434:20 | | |
| 435:24-436:9 | | |
| 438:12-19 | | |
| | 442:11-446:13 | |
| 446:14-18 | | |
| 449:5-20 | | |
| | 449:21-25 | |
| 450:1-24 | | |
| | 450:25-451:5 | |
| 451:6-452:11 | | |
| 454:15-458:23 | | |
| 459:3-460:14 | | |
| 461:21-466:12 | | |
| | 467:10-21 | |
| 467:22-468:8 | | |
| 469:9-12 | | |
| 472:3-475:18 | | |
| 475:22-476:12 | | |
| 476:22-25 | | |
| | 478:13-479:6 | |
| 479:7-18 | | |

| | | |
|---|---|---|
| 482:7-12 | | |
| 483:9-484:19 | | |
| 486:24-489:2 | | |
| 491:9-25 | | |
| 493:3-24 | | |
| 495:10-13 | | |
| 497:12-14 | | |
| 499:10-19 | | |
| 500:17-502:5 | | |
| 502:16-503:17 | | |
| 507:3-6 | | |
| 509:19-25 | | |
| | 516:4-22 | |