# EXHIBIT D

**Barco Mercado v. Noem et al., Case No. 25 Civ. 6568 (LAK) (SDNY)**

**Plaintiffs' Requested Relief**

1.     **Term**: A permanent injunction to be so-ordered by the Court ("Permanent Injunction").

2.     **Scope**: The terms apply to any room, cell, or other space where individuals are detained (held for any length of time during which they are not free to leave) by Defendants at 26 Federal Plaza, New York, New York ("26 Fed"), whether on the tenth floor or on any other floor, when any room, cell, or other space is used to detain individuals for any length of time.

**Rights and Procedures**:

3.     Defendants shall ensure that no person detained by ICE at 26 Fed (hereinafter "Detained Person"), is held or detained in any hold room or other room, cell or other space (collectively referred to as a "Hold Room"):

    a.   That has a floor area (exclusive of floor area within 8 feet from any toilet) less than 50 square feet multiplied by the number of such Detained Persons held therein;

        i.   For the 10th Floor Hold Rooms, per current conditions, this equates to the following occupancy caps: Room #1 = 11, Room #2 = 1, Room #3 = 1, Room #4 = 9;

        ii.   For the 9th Floor Cells in the "Sally Port" area, per current conditions, this equates to the following occupancy caps: Room #1 = 2, Room #2 = 1, Room #3 = 0, Room #4 = 0 (Room 1 does not have a toilet, so individuals detained there must have easy access to one);

b.  That is not furnished with a clean mattress, pillow, and blanket for sleeping for each Detained Person held overnight;

c.  That is not kept at a comfortable temperature;

d.  Where the lights are not dimmed between the hours of 9 p.m. and 7 a.m.;

e.  That is not cleaned thoroughly at least three times each day, including sanitizing mattresses and other bedding;

f.  That is not furnished with adequate supplies of soap, towels, toilet paper, oral hygiene products (including toothbrushes and toothpaste) and, in the case of a Hold Room containing one or more female Detained Persons, feminine hygiene products;

g.  From which Detained Persons are not provided with means of making confidential, unmonitored, unrecorded, temporally unrestricted, and free telephone calls to counsel or prospective counsel (which shall take place in a private, confidential room that is not subject to auditory monitoring), which allows for connection with outside interpretation services during the call, together with the ability to conduct legal calls with counsel within four (4) hours of a request made by either the Detained Person or their counsel (regardless of whether the attorney has filed a Form G-28) within the period 7 a.m. to 9:30 p.m. and within four (4) hours from the start of such hours for a request made thereafter, with Defendants to affirmatively offer Detained Persons the opportunity to make a call no later than one hour after arriving at the Hold Rooms and simultaneously to tell them that they have a right to call an attorney; or

h. For which there is less than one land line telephone dedicated solely to accommodating legal calls for each five or fewer Detained Persons in each Hold Room.

4.    Defendants shall ensure that every Detained Person held in a Hold Room shall, within one hour after his/her arrival in a Hold Room, be given a printed Notice of Rights, in the Form Attached as Exhibit D1 ("Notice of Rights"), stating that the Detained Person has the following rights, which Defendants shall ensure are respected and complied with:

a. To engage and consult with an attorney or attorneys.  Defendants shall not obstruct or impede a Detained Person's access to counsel, including, but not limited to, by conditioning such access on submission of a Form G-28, or any other equivalent form, signed by the Detained Person;

b. To have confidential, unmonitored, unrecorded, temporally unrestricted, and free legal telephone calls with counsel, which shall take place in a private, confidential room that is not subject to auditory monitoring, and which allows for connection with outside interpretation services during the call, within four (4) hours of a request made by either the Detained Person or their counsel within the period 7 a.m. to 9:30 p.m. and within four (4) from the start of such hours for a request made thereafter;

c. For any Detained Person held overnight, to be provided without charge with a clean change of clothes, including clean socks and undergarments, and with a private area for the purpose of changing clothing;

d. To request and, promptly upon request, to be provided without charge with additional clean clothing items as needed;

4

e. To request and – if sufficient requested materials are not available in the Hold Room – promptly to be provided without charge with soap, towels, toilet paper, oral hygiene products (including toothbrushes and toothpaste) and, in the case of Hold Rooms containing one or more female Detained Persons, feminine hygiene supplies;

f. To be provided without charge, twenty-four hours per day, seven days per week, with on-site professional services of medical personnel licensed as a registered nurse, nurse practitioner, physician's assistant, doctor of osteopathic medicine, or medical doctor;

g. To receive, prior to being placed in a holding cell, a basic medical screening by a licensed medical professional sufficient to identify and begin necessary treatment of those with mental or physical illness and injury, to provide access to prescription medication without interruption, to recognize, segregate, and treat those with communicable diseases, to provide medically necessary special diets, and to recognize and provide necessary services to people with disabilities;

h. To (i) retain throughout their detention personal inhaled medication in their possession at the time of arrest and to receive and retain in their possession throughout their detention such inhaled medication brought for them by family members or other attorney(s) to the ICE field office, or to have the same prescription immediately made available to keep in their possession after being prescribed by ICE medical personnel, and (ii) have prompt access to other required prescribed medication from licensed ICE medical personnel, one or more

of whom shall be on the premises of 26 Federal Plaza at all times of the day and night;

i.  To request and, promptly upon request, to be provided without charge with additional blankets and/or pillows;

j.  To request and, promptly upon request, to be provided without charge with bottled water; and

k.  To be provided without charge with three meals per day at six-hour intervals that meet the U.S. recommended dietary allowances, accompanied by one bottled water per meal, and upon request to be provided without charge additional food and/or specific alterations and substitutions based on dietary or religious restrictions.

5.  The Notice of Rights shall be posted in a semi-permanent fashion (drilled or securely attached, and laminated) in the processing room of the tenth floor and on any other floor where individuals are detained by Defendants for any length of time, and posted either inside each holding cell where individuals are detained for any length of time or on the outside see-through wall of each holding cell where individuals are detained for any length of time such that the Notice of Rights can be viewed by the individuals in the holding cell. Additionally, Defendants shall post a sign in each holding cell above the Notice of Rights, in English and Spanish, in the form attached as Exhibit D2.

6.  Defendants shall furnish the Notice of Rights to each Detained Person in English and Spanish, with text below in several other languages (including at a minimum Arabic, Bengali, French, Haitian Creole, Hindi, K'iche' (Quiché)/Kxlantzij, Mam, Portuguese, Pulaar, Punjabi, Q'eqchi' (Kekchí), Romanian, Russian, Simplified Chinese, Turkish, Vietnamese, and

6

Wolof) saying "this notice is available in other languages upon request," and the Notice of Rights shall immediately be made available without charge in these other languages;

7.       Defendants shall provide to each Detained Person who is not proficient in the above languages, without charge, access to and the services of an interpreter to translate the Notice of Rights into such Detained Person's native language;

8.       All Detained Persons will sign a copy of the Notice of Rights and such copy will be saved in their files. Upon Plaintiffs' request, Defendants shall either produce to Plaintiffs' counsel these signed Notices of Rights or a log confirming that every individual detained at 26 Fed has received such a Notice.

9.       Defendants shall ensure that when calls are made to (212) 436-9400, the number designated for attorneys to call to contact or schedule calls with Detained Persons at 26 Fed, such number will be answered by a Supervisory Detention and Deportation Officer ("SDDO") or, if an SDDO is not available, by another individual under the supervision of a SDDO, or if such individual likewise is not available, that the call be transferred to a call center where it is either answered by an individual instructed regarding the requirements of the Permanent Injunction or connected to a voicemail account. Defendants shall ensure that, if the call is not answered by an SDDO or a person under the supervision of an SDDO, there is an opportunity to leave a voicemail or verbal message and the attorney receives a response to any voicemail or message within four (4) hours within the period 7 a.m. to 9:30 p.m. and within four (4) hours from the start of such hours for a request made thereafter. The foregoing requirements shall apply to any other telephone number designated by Defendants to facilitate calls between attorneys and individuals detained at 26 Fed;

10.     Defendants shall ensure that the Online Detainee Locator System of defendant Immigration and Customs Enforcement ("ICE") accurately identifies the location of each Detained Person in real time or as close thereto as is reasonably possible, and no later than three (3) hours after a Detained Person is transferred into or out of 26 Fed. The (212) 436-9400 number shall be displayed on the Online Detainee Locator and identified as the number to call to reach someone being held at 26 Federal Plaza. This provision excludes those protected from disclosure under 8 U.S.C. § 1367, but where disclosure falls within this provision, ICE shall indicate on the Online Detainee Locator System that (a) it has custody of the individual; (b) display the phone number that can be used by attorneys to contact the affected individual; and (c) without listing the person's location at 26 Federal Plaza, include language that confirms the individual is confined within the jurisdiction of federal district court for the Southern District of New York.

11.     Defendants shall ensure that:

    a.  Protocols for attorneys to schedule telephone calls with Detained Persons, including a telephone numbers for attorneys to call, are conspicuously displayed on a page for 26 Fed on the ICE internet web site, available at ice.gov/detention-facilities;

    b.  The aforementioned telephone number is monitored and answered without undue delay from 9 a.m. until 5 p.m., and Defendants comply with the requirements identified in Paragraph 9 above when answering and responding to such calls;

    c.  A call with the relevant Detained Person is scheduled for the date and time requested by the attorney or as soon thereafter as is reasonably possible and no later than four (4) hours after the request is made;

d.  The relevant Detained Person is informed of the requested call and the scheduled date and time fixed for the call and is provided with the means necessary to conduct a confidential, unmonitored, unrecorded, temporally unrestricted attorney call in the required private, confidential room, as scheduled; and

e.  Phone numbers for pro bono legal service providers are posted next to the phones in the Hold Rooms and handed out to individuals with the Notice of Rights when they arrive at the Hold Rooms.

12.   Defendants shall ensure that each Detained Person who is not able to read the written material provided to such Detained Person (including the Notice of Rights and all ICE- and facility-related information and communications), whether because the Detained Person is illiterate or because he/she speaks a language in which the written material has not been translated, is promptly provided, without charge, with an in-person or telephonic oral translation of such written material into a language the person understands.

13.   Defendants shall not retaliate in any manner against Plaintiff Barco Mercado or any other member of the certified class, or any witness or declarant (including in his or her immigration proceedings or in any other context) for reporting or complaining about any alleged violation of this Permanent Injunction or any conditions of confinement or attorney access issues at 26 Fed.

**Reporting/Enforcement:**

14.   Every thirty (30) days, Defendants shall provide to Plaintiffs' counsel:

a.   Logs with (i) the number of individuals who have been held each day at 26 Fed, providing separate numbers for each floor (i.e. 10th, 9th, 5th, and any other floor where Detained Persons are held) during the preceding thirty (30) days; and (ii)

the name, A-number, country of origin, dates of entry (and if applicable, departure) from 26 Fed, of each individual who has been held at 26 Fed during the preceding thirty (30) days.

b.  Scans of contractors' logbooks (or if such logbooks are ever discontinued, an equivalent/comparable documentation system) documenting the count and other information for the prior 30 days.

c.  A sworn declaration affirming that the terms of the Permanent Injunction have been complied with and providing details regarding any instances of non-compliance. If Defendants are unable to certify such compliance or Plaintiffs otherwise believe that Defendants are not in compliance, Plaintiffs shall notify Defendants in writing and the Parties shall then meet and confer within 48 hours. In the event they are not able to reach a resolution, Plaintiffs may immediately seek relief from Judge Kaplan, who shall have authority to order such relief as may be appropriate to address the non-compliance, including without limitation granting relief to individuals affected by the non-compliance, regardless of whether they are still confined at 26 Fed, and/or granting relief to address any pattern of non-compliance that is capable of repetition yet evading review.

15.  Plaintiffs' counsel, and/or any experts or representatives they so designate, and a photographer (with photographic equipment) shall be permitted, with four (4) hours' notice by Plaintiffs' counsel, to inspect, survey, and photograph areas of 26 Fed where individuals in ICE custody may be found to ensure compliance with the Permanent Injunction. Defendants may not interfere with such inspections or photography or impede access to the portions of the building at 26 Fed that are used to detain immigrants.

16.     The Parties reserve all rights to pursue additional discovery regarding compliance with the Permanent Injunction, with prior authorization from the Court.

17.     **Dispute Resolution Mechanism**: Except as otherwise provided in Paragraph 14(c) above, in the event that Plaintiff believes there is an issue of non-compliance with the Permanent Injunction, or that either party believes a change in Permanent Injunction is warranted, the Parties shall meet and confer within five (5) business days of notice to the other Parties of the alleged non-compliance. In the event the meet and confer fails to resolve the matter, the Parties agree to refer the dispute to Judge Kaplan for resolution. Plaintiffs reserve the right to seek relief on an emergency or expedited basis.

18.     **Attorneys' Fees and Costs:**  Plaintiffs request that the Court award reasonable incurred attorneys' fees and costs to them as a prevailing party, including without limitation for ongoing monitoring at periodic intervals.

19.     **Retention of Jurisdiction:** The Court shall retain jurisdiction over the Permanent Injunction for enforcement purposes.

# EXHIBIT D1

**NOTICE OF COURT ORDER REGARDING CONDITIONS AND ATTORNEY ACCESS AT 26 FEDERAL PLAZA**

**BARCO MERCADO V. NOEM ET AL.,**
**Case No. 25 Civ. 6568 (LAK)**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**TO**:    All current and future individuals who are or will be held by ICE at 26 Federal Plaza ("26 Fed") in Manhattan.

On [DATE], the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York issued a Permanent Injunction in this class action lawsuit requiring U.S. Immigration and Customs Enforcement ("ICE") to implement certain requirements at 26 Fed (described below).

**Background on the Lawsuit**:

This class action lawsuit asserted that ICE and other government entities and officials were not providing constitutionally adequate conditions of confinement and access to attorneys for immigrants detained at 26 Fed.  Specifically, the lawsuit asserted that ICE was violating the constitutional rights of detained individuals by failing to provide them with sufficient food, hygiene supplies, bedding, space, and medical care, among other issues, and by failing to allow them confidential, free access to speak to attorneys.  Judge Kaplan initially issued a Temporary Restraining Order on August 12, 2025, a Preliminary Injunction on September 17, 2025, and most recently a Permanent Injunction on [DATE].

**Description of the Permanent Injunction**:

Below is a summary of the provisions in the Permanent Injunction.

1.  **ICE must ensure the following conditions are maintained in any hold room or other room, cell or other space (collectively referred to as a "Hold Room") at 26 Fed, whether on the tenth floor or on any other floor**:

    a.  The largest Hold Room on the 10th floor of 26 Fed may not hold more than eleven (11) individuals, the next largest Hold Room may not hold more than nine (9) individuals, and the two smallest Hold Rooms may hold only one (1) individual each. The largest Hold Room on the 9th floor of 26 Fed may not hold more than two (2) individuals, the next largest Hold Room may hold only one (1) individual, and the other two rooms cannot be used to detain people.  These capacity limits reflect that a Hold Room must have a floor area (exclusive of floor area within 8 feet from any

toilet) no less than 50 square feet multiplied by the number of individuals held therein.  Any other or future Hold Rooms at 26 Fed must comply with that capacity limitation.

b.  Each individual must be provided with a clean mattress, pillow, and blanket for sleeping if held overnight.

c.  The Hold Rooms must be cleaned thoroughly at least three times each day, including sanitizing mattresses and other bedding.

d.  The Hold Rooms must be kept at a comfortable temperature.

e.  The lights must be dimmed in the Hold Rooms between the hours of 9 p.m. and 7 a.m.

f.  The Hold Rooms must be furnished with adequate supplies of soap, towels, toilet paper, oral hygiene products including toothbrushes and toothpaste, and in the case of a Hold Room containing one or more female detainees, feminine hygiene products.

g.  If such hygiene supplies are not sufficiently available, individuals have the right to request, and promptly upon request, to be provided with requested hygiene supplies.

h.  If individuals are held overnight, they have the right to be provided without charge with a clean change of clothing, including clean socks and undergarments, and with a private area for the purpose of changing clothing.

i.  Individuals have the right to request and, promptly upon request, to be provided without charge with additional clean clothing items as needed.

j.  Individuals have the right to request and, promptly upon request, to receive additional blankets and/or pillows.

k.  Individuals have the right to request and, promptly upon request, to be provided without charge with bottled water.

l.  Individuals have the right to be provided without charge with three meals per day at six-hour intervals that meet the U.S. recommended dietary allowances, and with one bottled water per meal, and upon request to be provided without charge with additional food and/or specific alterations and substitutions based on dietary or religious restrictions.

m.  Individuals have the right to request and to be provided without charge with on-site professional services of licensed medical personnel twenty-four hours per day, seven days per week.

n.  Individuals have the right to receive a basic medical screening by a licensed medical professional prior to being placed in a holding cell.

o.  Individuals have the right to retain or immediately access necessary prescription medications.

2.  **ICE must provide for confidential legals calls at 26 Fed**:

a.  Individuals have the right to engage and consult with an attorney or attorneys.

b.  ICE may not obstruct access to counsel by conditioning such access on submission of a Form G-28, or any other equivalent form.

c.  Individuals have the right to make confidential, unmonitored, unrecorded, and free

3

calls to counsel or prospective counsel (which shall take place in a private, confidential room), with interpreters for non-English speaking detainees, and such calls may not be time restricted.

d. Individuals have the right to schedule confidential legal calls with counsel within four (4) hours of a request made by either the detained individual or their counsel (regardless of whether the attorney has filed a Form G-28) between 7 a.m. and 9:30 p.m. and within four (4) hours from the start of those hours for a request made thereafter.

e. ICE must affirmatively offer detained individuals the opportunity to make a phone call no later than one (1) hour after they arrive at the Hold Rooms and must tell them that they have a right to call an attorney.

f. ICE must provide one landline telephone dedicated solely to legal calls for every five individuals held in a Hold Room.

3. **ICE must allow attorneys to schedule legal calls with individuals detained at 26 Fed**:

Attorneys must have the ability to schedule confidential legal calls with detained individuals promptly upon request or as soon thereafter as is reasonably possible and no later than four (4) hours after the request is made, and the individuals must promptly be informed of such scheduled calls.

4. **<u>ICE may not retaliate against or punish anyone for reporting or complaining about any violations of the Court's Order or any conditions of confinement or attorney access issues at 26 Fed.</u>**

\* \* \*

**To report a violation of any of these requirements, please contact:**

(718) 418-7690

This number is for reporting violations of the above requirements.  Please do not call this number to request legal representation for individual cases.

| | |
|---|---|
| This notice is available in other languages upon request. [translated in Arabic] | [translated in Pulaar] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in Bengali] | [translated in Punjabi] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in French] | [translated in Q'eqchi' (Kekchí)] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in Haitian Creole] | [translated in Romanian] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in Hindi] | [translated in Russian] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in K'iche' (Quiché)] | [translated in Simplified Chinese] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in Mam] | [translated in Turkish] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. [translated in Portuguese] | [translated in Vietnamese] This notice is available in other languages upon request. |
| This notice is available in other languages upon request. | [translated in Wolof] |

4

**NOTIFICACIÓN SOBRE LA ORDEN JUDICIAL RELATIVA A LAS CONDICIONES Y EL ACCESO A ABOGADOS EN 26 FEDERAL PLAZA**

**BARCO MERCADO V. NOEM ET AL.,**
**N.º de caso 25 Civ. 6568 (LAK)**
**ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO SUR DE NUEVA YORK**

**PARA**:        Todas las personas que actualmente o en el futuro se encuentren detenidas por el ICE en 26 Federal Plaza ("26 Fed") en Manhattan.

El [FECHA], el Honorable Juez Lewis A. Kaplan del Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York dictó una orden judicial permanente en el marco de esta demanda colectiva por la que ordenó al Servicio de Inmigración y Control de Aduanas ("ICE", por sus siglas en inglés) de los Estados Unidos que cumpla con determinados requisitos en 26 Fed (descritos a continuación).

**Antecedentes de la demanda:**

Esta demanda colectiva afirmó que ICE y otros organismos y funcionarios del Gobierno no brindaban acceso a abogados y condiciones de detención adecuadas desde el punto de vista constitucional a los inmigrantes detenidos en 26 Fed.  En concreto, la demanda afirmó que ICE estaba violando los derechos constitucionales de las personas detenidas al no proporcionarles suficiente comida, artículos de higiene, ropa de cama, espacio y atención médica, entre otras cosas, y al no permitirles el acceso gratuito y confidencial a un abogado.  Inicialmente, el 12 de agosto de 2025, el juez Kaplan dictó una orden de restricción temporal; una orden judicial preliminar el 17 de septiembre de 2025; y más recientemente una orden judicial permanente el [FECHA].

**Descripción de la orden judicial permanente:**

A continuación, se presenta un resumen de las disposiciones de la orden judicial permanente.

1.  **ICE debe garantizar las siguientes condiciones en cualquier centro de detención u otro centro, celda u otro espacio (denominados colectivamente "Celdas de Detención") en 26 Fed, si en el décimo piso o en cualquier otro piso.:**

    a.  La Celda de Detención más grande del décimo piso de 26 Fed no puede albergar más que once (11) personas, la siguiente Celda de Detención más grande no puede albergar más que nueve (9) personas, y las dos Celdas de Detención más pequeños sólo pueden albergar a una (1) persona cada uno.  La Celda de

Detención más grande en el noveno piso de 26 Fed no puede albergar más que dos (2) personas, la siguiente más grande sólo puede albergar a una (1) persona, y las otras dos Celdas de Detención en el noveno piso no se pueden usar albergar a ninguna persona. Estas capacidades máximas son conforme al requisito de tener una superficie (sin incluir el espacio a menos de 8 pies de cualquier inodoro) no inferior a 50 pies cuadrados multiplicados por la cantidad de personas detenidas. Cualquier otra o futra Celda de Detención debe cumplir con este requisito de espacio.

b. A cada persona se le debe proporcionar un colchón, una almohada, y una manta limpios para dormir si permanecerá detenida durante la noche.

c. Las Celdas de Detención deben limpiarse por completo al menos tres veces al día, incluso desinfectar los colchones y otra ropa de cama.

d. Las Celdas de Detención deben mantenerse a temperatura confortable.

e. Las luces en las Celdas de Detención deben atenuarse de las 9:00 p.m. y las 7:00 a.m.

f. Las Celdas de Detención deben estar equipados con suministros adecuados de jabón, toallas, papel higiénico, productos de higiene bucal, incluidos cepillos de dientes y pasta dental, y, en el caso de una celda de detención en el que haya una o más mujeres detenidas, productos de higiene femenina.

g. Si dichos suministros de higiene no se encuentran disponibles en una cantidad suficiente, las personas tienen derecho a solicitar y a recibir de inmediato los suministros de higiene solicitados.

h. Si se detienen a personas por la noche, las personas tienen derecho a recibir sin cargo alguno una muda de ropa limpia, incluso medias y ropa interior limpias, y un lugar privado para cambiarse de ropa.

i. Las personas tienen derecho a solicitar y recibir de inmediato sin cargo alguno ropa limpia adicional como necesiten.

j. Las personas tienen derecho a solicitar y recibir de inmediato una o varias mantas y/o almohadas adicionales.

k. Las personas tienen derecho a solicitar y recibir de inmediato agua embotellada sin cargo alguno.

l. Las personas tienen derecho a recibir tres comidas al día a intervalos de seis (6) horas sin cargo alguno que cumplen con las recomendaciones dietéticas de los Estados Unidos, y con una botella de agua con cada comida, y a solicitar y recibir sin cargo alguno comida adicional y/o alteraciones y substituciones especificas basadas en restricciones dietéticas o religiosas.

m. Las personas tienen derecho a solicitar y recibir sin cargo alguno los servicios profesionales de personal médico allí mismo 24 horas por día, siete días por semana.

n. Las personas tienen derecho a recibir un examen médico básico por un profesional médico con licencia antes de ponerse en un centro de detención.

o. Las personas tienen derecho a retener o tener acceso inmediatamente a medicamentos recetados necesarios.

2

2. **ICE debe facilitar llamadas legales confidenciales en 26 Fed.:**
    a. Las personas tienen derecho a contratar y consultar a uno o varios abogados.
    b. ICE no debe obstruir al acceso a un abogado condicionando dicho acceso a la presentación de un formulario G-28 o cualquier otro formulario equivalente.
    c. Las personas tienen derecho a realizar llamadas legales confidenciales, sin supervisión, no grabadas, y gratuito a su abogado o un posible abogado (las cuales se deben realizar en una sala privada y confidencial), con intérpretes disponibles para los detenidos que no hablen inglés, y dichas llamadas no pueden tener restricciones de tiempo.
    d. Las personas tienen derecho a programar llamadas legales confidenciales, sin supervisión, no grabadas, y gratuito a un abogado dentro de las cuatro (4) horas siguientes a una solicitud de o la persona o su abogado (a pesar de que el abogado haya presentado un formulario G-28) realizada entre las 7:00 a.m. y las 9:30 p.m., y dentro de las cuatro (4) horas siguientes al inicio de esas horas para una solicitud realizada en otros momentos del día.
    e. ICE debe ofrecer de manera afirmativa a las personas la oportunidad de realizar una llamada dentro de una (1) hora siguiente sus llegadas a las celdas de detención, y debe decirles que tienen el derecho a llamar a un abogado.
    f. ICE debe proporcionar un teléfono fijo dedicado exclusivamente para las llamadas legales por cada cinco personas detenidas en un celdas de detención.

3. **El ICE debe permitir que los abogados programen llamadas legales a las personas detenidas en 26 Fed.:**
    Los abogados deben tener la posibilidad de programar llamadas legales confidenciales a las personas detenidas cuando lo soliciten, o lo más pronto razonablemente posible y en cualquier caso dentro de las cuatro (4) horas siguientes a la solicitud, y estas personas deben ser informadas sin demora de dichas llamadas programadas.

4. **ICE no puede tomar represalias ni castigar a nadie por reportar o denunciar sobre cualquier violación de la orden judicial o sobre cualquier cuestión de condiciones de detención o acceso a abogados en 26 Fed.**

**Para denunciar una violación de cualquiera de estos requisitos, llame al:**

(718) 418-7690

Este número de teléfono es para denunciar violaciones de los requisitos antedichos.  Por favor, no llame a este número para solicitar representación legal para casos individuales.

3

# EXHIBIT D2

Is this cell too crowded?

Are you too cold or too hot?

Were you able to call your lawyer with privacy?

Are you hungry?

Have you been mistreated?

Please read your notice of rights below!

¿Está esta celda demasiada llena de gente?

¿Tiene usted demasiado frio o demasiado calor?

¿Pudo llamar a su abogado con privacidad?

¿Tiene hambre?

¿Ha sido maltratado?

¡POR FAVOR lea su notificación de derechos a continuación!