UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SERGIO ALBERTO BARCO MERCADO, etc.,

                 Plaintiff,

         -against-

MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security, in his official
capacity, et al.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __5/8/2026__ |

25-cv-6568 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      1.     The Clerk shall amend the caption by substituting for former Secretary Noem as a defendant Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, in his official capacity.

      2.     On or before May 15, 2026, the parties shall provide to the Court's Deputy Clerk the following:

           a.     One digital file containing properly numbered PDF images of each of plaintiff's and defendants' respective proposed trial exhibits.

           b.     A hard copy of the designated portion(s) of the transcript of each witness that either side proposes to offer by deposition with the transcript marked with color codes to indicate the portion(s) designated by plaintiff and defendants, respectively. Any portion(s) as to which there is an outstanding objection shall be designated by distinct color codes indicating which side raises the objection.

      SO ORDERED.

Dated:      May 8, 2026

                                       Lewis A. Kaplan
                             United States District Judge