# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>Defendants. | 25 Civ. 6568 (LAK)<br><br>**DEFENDANTS INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A)** |

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants ("the Government"), by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, make the following disclosures. These disclosures do not include any individuals or materials that may be used solely for impeachment. By making these disclosures, the Government does not waive, and hereby expressly reserves, its right to assert any applicable privilege or objection, including, but not limited to, the attorney-client, work-product, law enforcement, and deliberative-process privileges. In addition, the Government's investigation is continuing, and these disclosures are based on information now reasonably available. The Government expressly reserves its right to supplement, clarify, revise, or correct any or all of the disclosures herein at any time.

A.    The following individuals are likely to have discoverable information that the Government may use to support its claims or defenses:

1. Deputy Field Office Director William P. Joyce, New York City Field Office of Enforcement and Removal Operations ("NYC ERO"), U.S. Customs and Immigration Enforcement, U.S. Department of Homeland Security, 26 Federal Plaza, New York, New York 10278

Subject:  The facts and circumstances regarding the allegations in the Complaint, including

conditions in the hold rooms at 26 Federal Plaza and the ability of individuals detained at 26 Federal Plaza to communicate with counsel.

    2.  Deputy Field Office Director Joanna Delgado, NYC ERO, 26 Federal Plaza, New York, New York 10278

Subject:  The facts and circumstances regarding the allegations in the Complaint, including conditions in the hold rooms at 26 Federal Plaza and the ability of individuals detained at 26 Federal Plaza to communicate with counsel.

    3.  Assistant Field Office Director Nancy Zanello, NYC ERO, 26 Federal Plaza, New York, New York 10278

Subject:  The facts and circumstances regarding the allegations in the Complaint, including conditions in the hold rooms at 26 Federal Plaza and the ability of individuals detained at 26 Federal Plaza to communicate with counsel.

    4.  Assistant Field Office Director Judith Almodovar, NYC ERO, 26 Federal Plaza, New York, New York 10278

Subject:  The facts and circumstances regarding the allegations in the Complaint, including conditions in the hold rooms at 26 Federal Plaza and the ability of individuals detained at 26 Federal Plaza to communicate with counsel.

In addition, the Government may use the following additional individuals to support its claims or defenses:  any individuals identified by Plaintiff in his initial disclosures or discovery responses and any individuals deposed by Plaintiff.  The Government also reserves the right call one or more expert witnesses.

B.    The following categories of documents and electronically stored information are in the Government's possession, custody, and control may be used by the Government to support one or more of its claims or defenses:  policy statements (including *Policy 11087.2: Operations of ERO Holding Facilities* and the *Nationwide Hold Room Waiver*), data (including data regarding book-in and book-out times for detainees and data showing daily populations at NYC ERO), emails (including emails arranging for calls between attorneys and detainees), and records (including records relating to cleaning services, medical services, and medication, and the

purchase, use, and/or provision of bedding mats, blankets, meals and snacks, hygiene products, and bottled water).  To the extent not identified above, the Government may rely on any document produced by any party in this case, any document a party files with the Court (*e.g.*, as an attachment to a brief or declaration), and any document produced by any third party in connection with this case.

C.      The requirements set forth in Rule 26(a)(1)(A)(iii) and 26(a)(1)(A)(iv) are not applicable to the Government.

Dated: October 20, 2025
          New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

/s/ Jeffrey Oestericher
JEFFREY S. OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov

3