# EXHIBIT 5

Hi Jeff,

We are going to hold off on deposing Mr. Marcellin for now. Do you have time for a call tomorrow (Friday) between 11:30 and 5? We'd like to touch base before Monday's conference.

Thanks,

Heather

Heather Gregorio
Wang Hecker LLP
111 Broadway, Suite 1406
New York, New York 10006

Tel:  212.620.2608
Fax: 212.620.2610
hgregorio@wanghecker.com

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 7:44 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Heather,

SDDO Marcellin has some availability for a deposition next week.  Please let us know if you still wish to proceed with that deposition and, if so, what might work for your schedule.  The best times for us are likely Monday or Tuesday in the early afternoon. We may also be able to make Wednesday work.  Thanks.

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Wednesday, February 4, 2026 4:18 PM

**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** [EXTERNAL] Re: Barco Mercado v. Noem, 25-cv-6568

Thanks for the quick response and turnaround. We will file.

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 3:38:04 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Heather,

Thanks for your email.  The letter looks fine and I have signed the stipulation.  We appreciate that you took the lead in drafting these.

All the best,

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Wednesday, February 4, 2026 3:20 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** [EXTERNAL] Re: Barco Mercado v. Noem, 25-cv-6568

Hi Jeff,

Please see attached draft letter and stipulation. Please let me know if you have any edits. If the stipulation looks ok, feel free to sign and send back. We'll need to file these by end of day under Judge Kaplan's rules.

Thanks,

Heather

Heather Gregorio
Wang Hecker LLP
111 Broadway, Suite 1406
New York, New York 10006

Tel:  212.620.2608
Fax: 212.620.2610
hgregorio@wanghecker.com

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Tuesday, February 3, 2026 5:20 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** Re: Barco Mercado v. Noem, 25-cv-6568

Thanks, Jeff. We consent to the sur-reply being due March 13. I'll draft the documents to the court and run by you.

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Tuesday, February 3, 2026 5:08 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Heather,

It was nice seeing you and your colleagues again today.  And I want to thank you again for agreeing to hold the depositions at the courthouse.  (We kind of liked that room.)

We consent to the joint requests listed below, except (subject to your consent) we would like two weeks to submit our sur-reply, until March 13.  Please let us know if you would consent to that additional time.

All the best,

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Tuesday, February 3, 2026 4:58 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** [EXTERNAL] Re: Barco Mercado v. Noem, 25-cv-6568

Jeff,

Good to see you all today.

Do you consent to joint requests for:
(a) an extension of our time to file our contempt reply to February 27 (with a corresponding extension for your sur-reply deadline), and
(b) an extension of the fact discovery deadline to September 30, 2026?

If so, I will draft a letter and stip and run by you.

Thank you,

Heather

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Monday, February 2, 2026 3:15:48 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** Re: Barco Mercado v. Noem, 25-cv-6568

Thank you for checking.

Heather Gregorio
Wang Hecker LLP
111 Broadway, Suite 1406
New York, New York 10006

Tel:  212.620.2608
Fax: 212.620.2610
hgregorio@wanghecker.com

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Monday, February 2, 2026 3:02 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Ok, I'm checking on the witness' schedule but I doubt that is going to work for us.  I'll let you know.

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Monday, February 2, 2026 2:57 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** [EXTERNAL] Re: Barco Mercado v. Noem, 25-cv-6568

If we could do Thursday afternoon or Friday morning that is our strong preference (Thurs better), as our response to the Court is due Friday and we would like to avoid asking for another extension.

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Monday, February 2, 2026 1:42:52 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Heather--  I'll check but that very likely will not work for us.  We need to meet with Mr. Marcellin before his deposition and our schedules are pretty full this week.

Would Friday or next week work for you if Mr. Marcellin were available?

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Monday, February 2, 2026 1:34 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** [EXTERNAL] Re: Barco Mercado v. Noem, 25-cv-6568

Thanks, Jeff. Is Mr. Marcellin available for a deposition Wednesday or Thursday this week?

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Monday, February 2, 2026 12:54 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

Heather,

I'm writing with a quick update.  A couple of week ago, you had asked about the availability of SDDO Merlin Marcellin.  I learned today that SDDO Marcellin has just returned from his detail and will presumably be working again at 26 Federal Plaza.

Jeff

---

**From:** Oestericher, Jeffrey (USANYS)
**Sent:** Monday, February 2, 2026 11:04 AM
**To:** 'Heather Gregorio' <hgregorio@wanghecker.com>
**Cc:** Eunice Cho <echo@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Subject:** RE: Barco Mercado v. Noem, 25-cv-6568

10:30 would be fine.  Thanks.