# EXHIBIT 6

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Wednesday, April 22, 2026 10:39 AM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** [EXTERNAL] Re: Barco Mercado v Noem, 25-cv-6568

Thanks, Jeff.


Heather Gregorio

Wang Hecker LLP

111 Broadway, Suite 1406

New York, New York 10006



Tel:  212.620.2608

Fax: 212.620.2610

hgregorio@wanghecker.com

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 10:23 AM
**To:** Heather Gregorio <hgregorio@wanghecker.com>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** RE: Barco Mercado v Noem, 25-cv-6568

Heather,

We can confirm that we will agree not to call Joanna Delgado as a witness based on your commitment that you will not depose her or call her as a witness.

I apologize for the delay this morning.  We expect that Mr. Joyce will be arriving shortly.

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Tuesday, April 21, 2026 5:15 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** [EXTERNAL] Re: Barco Mercado v Noem, 25-cv-6568

Thank you; we can cancel Ms. Almodovar's deposition based on that representation. Please let us know your answer re Ms. Delgado by end of day tomorrow so that we have sufficient time to notice and plan for her deposition if necessary.

---

**From:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Sent:** Tuesday, April 21, 2026 4:27:47 PM
**To:** Heather Gregorio <hgregorio@wanghecker.com>; Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** RE: Barco Mercado v Noem, 25-cv-6568

Heather,

We can confirm that we will agree not to call Judith Almodovar as a witness based on your commitment that you will not depose her or call her as a witness.  We will get back to you about Joanna Delgado.  Thanks.

Jeff

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Tuesday, April 21, 2026 4:19 PM
**To:** Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** [EXTERNAL] Re: Barco Mercado v Noem, 25-cv-6568

Hi Jeff and Rachel,

Just following up on the email below in light of our conversation today. If you can confirm that neither Judith Almodovar nor Joanna Delgado will be witnesses at trial, including for rebuttal purposes, we can cancel the Almodovar deposition for Friday and agree not to notice Delgado. Please let us know ASAP.

Thank you,

Heather

Heather Gregorio
Wang Hecker LLP
111 Broadway, Suite 1406
New York, New York 10006

Tel:  212.620.2608
Fax: 212.620.2610
hgregorio@wanghecker.com

---

**From:** Heather Gregorio <hgregorio@wanghecker.com>
**Sent:** Tuesday, April 21, 2026 7:56 AM
**To:** Kroll, Rachel (USANYS) <Rachel.Kroll@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Harold Solis <harold.solis@maketheroadny.org>; Alice Reiter <areiter@wanghecker.com>
**Subject:** Re: Barco Mercado v Noem, 25-cv-6568

Hi Rachel and Jeff,

Have you determined your witness list for trial yet? We are considering cancelling Judith Almodovar's deposition, but would only be able to do that if you can tell us with certainty that she will not be a witness at trial. Similarly, if you are planning to use Joanna Delgado as a witness, we likely will need to notice her deposition for the week of 4/27.

Thanks,

Heather