UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, on

His Own Behalf and on Behalf of

Others Similarly Situated,

      Plaintiff,

  v.                Case No.

KRISTI NOEM, Secretary of the    25 Civ. 6568

U.S. Department of Homeland      (SDNY)(LAK)

Security, in Her Official

Capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, in His

Official Capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, in His Official

Capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

Page 2

Customs Enforcement, in His

Official Capacity,

          Defendants.

_____

                    DEPOSITION OF

                    NANCY ZANELLO

DATE:          Friday, April 17, 2026

TIME:          10:04 a.m.

LOCATION:      Remote Proceeding

               500 12th Street Southwest, Suite 5600

               Washington, DC 20024

REPORTED BY:   Peter Altier

JOB NO.:       8012039

Page 17

N. ZANELLO

A    Immigration Customs Enforcement.

Q    What is your current role and title there?

A    I'm a detention and deportation officer.

Q    And where are you based now?

A    In DC at headquarters.

Q    How long have you been in that role?

A    Since November 2nd of 2025.

Q    And what's the nature of your current role?

A    It's essentially a desk officer, like, a program manager for two of the Southwest offices.

Q    Which offices?

A    El Paso and Phoenix.

Q    Okay.  And prior to that you were stationed at 26 Federal Plaza in New York; is that right?

A    I was at Varick Street -- 201 Varick.  But I would go back and forth between 26 and Varick.

Q    Okay.  So there was a period of

Page 18

N. ZANELLO

time where you were stationed at both Varick Street and 26th Federal Plaza?

A    Correct.  Correct.

Q    What was that period of time?

A    The -- after I got back home -- July, like, the first week of July to -- until I left in October,

Q    July 2025?

A    Correct.

Q    Okay.  And do you know when in October?

A    My last official day on the books was Halloween -- October 31, 2025.

Q    And what was your role during that time?

A    I was Assistant Field Office Director.

Q    Okay.  And is there an acronym that you used for that?

A    AFOD, A-F-O-D.

Q    And just to be clear for the record, you were working for Immigrations and Custom Enforcement -- or Customs Enforcement or ICE at the time; correct?