UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, On

His Own Behalf and On Behalf of

Others Similarly Situated,

      Plaintiff,

  v.                     Case No.

KRISTI NOEM, Secretary of the     25 Civ. 6568

U.S. Department of Homeland

Security, In Her Official

Capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, In His

Official Capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, In His Official

Capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

Page 2

Customs Enforcement, In His

Official Capacity,

          Defendants.

_____

              DEPOSITION OF WILLIAM JOYCE

DATE:          Tuesday, February 3, 2026

TIME:          10:25 a.m.

LOCATION:      Daniel Patrick Moynihan United States

               Courthouse

               500 Pearl Street

               New York, NY 10007

REPORTED BY:   Arkady Sandoval

JOB NO.:       7862727


PAGES 29-39 ARE CONFIDENTIAL

Page 22

W. JOYCE

detained docket.

Q    Who runs the tenth floor processing?

A    Currently?

Q    Yes.

A    As -- as the AFOD, that would be Merlin Marcellin.

Q    How long has he held that role?

A    Since August or September.

Q    And who runs -- I'm sorry.  What was the second category you mentioned? Transportation and removal operations?

A    Yes.

Q    Who --

A    Carla Calidonio.

Q    Okay.  And what are your responsibilities though as a deputy field office director?

A    To oversee the assistant field office directors and make sure that they're doing what they're supposed to be doing.

Q    Okay.  What does that entail?

A    Speaking with, talking to,