UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, on

his own and on behalf of others

similarly situated,

      Plaintiff,

  v.                 Case No.

KRISTI NOEM, Secretary of the    25 Civ. 6568

U.S. Department of Homeland

Security, in her official

capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, in his

official capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, in his official

capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

Page 245

Customs Enforcement, in his

official capacity,

          Defendants.

_____

          DEPOSITION OF WILLIAM JOYCE

                 VOLUME II

DATE:          Wednesday, April 22, 2026

TIME:          10:52 a.m.

LOCATION:      U.S. Department of Justice,

               United States Attorney's Office

               86 Chambers Street, 3rd Floor

               New York, NY 10007

REPORTED BY:   Patricia Peticolas

JOB NO.:       8012045

W. JOYCE

Q    How would it be determined, if you know, how much to order of food and clothes and water and blankets?

A    Well, like I said, they -- we've had them for a long time; right?  They're employees.  They've been around for a while.  They have a rough idea what our burn rate is and they're proactive and will -- they know what the delivery time is going to be.  So hopefully they stay on top of it.

But if we start running low, getting nervous about it, there's no reason why Merlin, who's the current acting AFOD, can't reach out to Kevin and say:  "Kevin, hey man, we're we're running short on blankets.  When's is the next order coming in?  Or is it already in and on five?  Like, let me know."

Q    Okay.  Prior to this case being filed, were there policies or procedures regarding medical care of the people being detained on the 10th floor?

A    So we've always had IHSC, the