Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――

SERGIO ALBERTO BARCO MERCADO, on

his own behalf and on behalf of

others similarly situated,

          Plaintiff,

     v.                              Case No.

KRISTI NOEM, Secretary of the U.S.      25 Civ. 6568

Department of Homeland Security,

in her official capacity; DEPARTMENT

OF HOMELAND SECURITY; TODD LYONS,

Acting Director, Immigration and

Customs Enforcement, in his official

capacity; IMMIGRATION AND CUSTOMS

ENFORCEMENT; MARCOS CHARLES, Acting

Executive Associate Director,

Immigration and Customs Enforcement,

Enforcement and Removal Operations,

in his official capacity; and LADEON

FRANCIS, Acting Field Office Director

of New York, Immigration and Customs

Enforcement, in his official capacity,

          Defendants.

―――――――――――――――――――――

Page 2

DEPOSITION OF LIGE HAMPTON

DATE:              Monday, April 13, 2026

TIME:              10:02 a.m.

LOCATION:          Wang Hecker LLP Offices

                   111 Broadway, Suite 1406

                   New York, NY 10006

REPORTED BY:   Arkady Sandoval

JOB NO.:       8011993


PAGES 274-275 ARE CONFIDENTIAL

Page 69

L. HAMPTON

did not from me.  They were told not to go into the holding cell.

BY MS. GREGORIO:

Q    Who would've provided those instructions?

MR. OESTERICHER:  Objection.

You can answer.

THE WITNESS:  To not go into the holding cells?

BY MS. GREGORIO:

Q    Instructions about where they could be at any given time.

A    They have leadership also, and I believe that those particular instructions on whether they and how they operate may come from them.  But I don't -- at no time did we tell them that they couldn't go into a hold cell.

Q    And I realize you said that Nancy Zanello was your supervisor, I believe you said from June 2025 until she left in November '24.  Who was your supervisor after Ms. Zanello?

A    Merlin Marcellin in an acting

L. HAMPTON

capacity.

Q    And what were the dates that Mr. Marcellin was your supervisor?

A    November -- approximately November of 2025 to current.

Q    Okay.  Just a couple more questions, and then we can take a break.

Was there a process for -- well, withdrawn.  Did contractors ever not do what they were supposed to do?

MR. OESTERICHER:  Objection.

THE WITNESS:  Not that I'm aware of.

BY MS. GREGORIO:

Q    Okay.  Do you know if there was a process for reporting or addressing any issues with contractors?

A    Yes.

Q    What was that process prior to this case being filed?

A    We would report it to their program manager or their supervisor, their immediate supervisors.

Q    But do you recall any situation where that occurred, where you reported