UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;<br><br>Defendants. | Case No. 25 Civ. 6568 (LAK)<br><br>**PLAINTIFFS' AMENDED INITIAL DISCLOSURES** |

Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class (together, "Plaintiffs"), by and through their attorneys, Wang Hecker LLP, American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, hereby provides the following Amended Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs' review of the materials in this case is ongoing, and these disclosures reflect the information that is reasonably available as of this date. Plaintiffs reserve the right to supplement these disclosures through the course of the litigation, consistent with their obligations under the Federal Rules.

Subject to the foregoing, Plaintiffs provide the following information:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiffs may use to support their claims or defenses, unless solely for impeachment:**

1

In addition to Plaintiff Barco Mercado, Defendants, and anyone listed on Defendants' disclosures, Plaintiffs have identified the following individuals who are likely to have discoverable information:

(1)    Mei Zhou

Ms. Zhou is an attorney at J & T, A Law Corporation, who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Federal Plaza in Manhattan ("26 Fed").  Ms. Zhou's office number is (626) 869-9259, and her office address is 9550 Flair Drive, Suite 309, El Monte, CA 91731.

(2)    Amy Leipziger

Ms. Leipziger is an attorney at the Free to Be Youth Project at the Urban Justice Center, who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Ms. Leipziger's office number is (877) 716-1446, and her office address is 40 Rector Street, 9th Floor, New York, NY 10006.

(3)    Sarah Borsody

Ms. Borsody is an attorney at The Legal Aid Society who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Ms. Borsody's office number is (212) 577-3300, and her office address is 199 Water Street, New York, NY 10038.

(4)    Melissa Lim Chua

Ms. Chua is an attorney at New York Legal Assistance Group Inc. ("NYLAG") who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Chua's office number is (212) 613-5000, and her office address is 100 Pearl Street, 19th Floor, New York, NY 10004.

(5)    Dominique Davila

Ms. Davila is an attorney at NYLAG who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Davila's office number is (212) 613-5000, and her office address is 100 Pearl Street, 19th Floor, New York, NY 10004.

(6)    David Jimenez

Mr. Jimenez is an attorney at The Bronx Defenders who provided a declaration in support of

2

Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Mr. Jimenez's office number is (718) 838-7878, and his office address is 360 E. 161st Street, Bronx, NY 10451.

(7)    Lauren Kostes

Ms. Kostes is an attorney at NYLAG who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Kostes' office number is (212) 613-5000, and her office address is 100 Pearl Street, 19th Floor, New York, NY 10004.

(8)    Karla Ostolaza

Ms. Ostolaza is an attorney at The Bronx Defenders who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Ostolaza's office number is (718) 838-7878, and her office address is 360 E. 161st Street, Bronx, NY 10451.

(9)    Rebecca Press

Ms. Press is an attorney at CoCounsel NYC Incorporated, who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Ms. Press' office number is (212) 946-3767, and her office address is 224 W. 35th Street, Suite 500 #269, New York, NY 10001.

(10)    Lauren Reiff

Ms. Reiff is an attorney at NYLAG who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Ms. Reiff's office number is (212) 613-5000, and her office address is 100 Pearl Street, 19th Floor, New York, NY 10004.

(11)    Leah Hutton Wissow

Ms. Wissow is an attorney at NYLAG who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Wissow's office number is (212) 613-5000, and her office address is 100 Pearl Street, 19th Floor, New York, NY 10004.

(12)    Andres Santamaria Cortes

Mr. Santamaria is an attorney at Make the Road New York who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Mr. Santamaria's office number is (718) 418-7690, and his office address is 301 Grove Street, Brooklyn, NY 11237.

(13)    Noam Biale

Mr. Biale is an attorney at Sher Tremonte LLP who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning attorney access at the Metropolitan Detention Center.  Mr. Biale's office number is (212) 202-2600, and his office address is 90 Broad Street, 23rd Floor, New York, NY 10004.

(14)    Sergio De La Pava

Mr. De La Pava is an attorney at New York County Defender Services Inc. who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning attorney access at Rikers Island.  Mr. De La Pava's office number is (212) 803-5100, and his office address is 100 William Street, 20th Floor, New York, NY 10038.

(15)    Nathan Yaffe

Mr. Yaffe is an attorney at the Law Office of Matthew Bray who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions.  He has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Mr. Yaffe's office number is (646) 253-0580, and his office address is 119 W. 23rd Street, Suite 900, New York, NY 10011.

(16)    Matthew Bray

Matthew Bray is an attorney at the Law Office of Matthew Bray who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions.  He has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Mr. Bray's office number is (646) 253-0580, and his office address is 119 W. 23rd Street, Suite 900, New York, NY 10011.

(17)    Diana Yanguas Rosen

Diana Yanguas Rosen is an attorney at The Legal Aid Society who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.  Ms. Rosen's office number is (332) 205-2292, and her office address is 49 Thomas Street, 5th Floor, New York, NY 10013-3821.

4

(18)    Deisy Flores

Deisy Flores is an attorney at Make the Road New York who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Flores's office number is (718) 565-8500, and her office address is 104-19 Roosevelt Avenue, Corona, NY 11368.

(19)    Zoey Jones

Zoey Jones is an attorney at Brooklyn Defender Services who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions.  She has discoverable information concerning, *inter alia*, the lack of attorney access at 26 Fed.  Ms. Jones's office number is (718) 254-0700, and her office address is 177 Livingston Street, 7th Floor, Brooklyn, NY 11201.

(20)    Caroline Asnes

Caroline Asnes is a paralegal at Wang Hecker LLP, counsel for Plaintiffs. She has discoverable information concerning the methodology of data analysis that may be presented at trial.

The following detained or formerly detained individuals have provided sworn fact declarations in this case or otherwise have discoverable information that Plaintiffs may use to support their claims or defenses.  Many of the following individuals are in Defendants' custody and are frequently being moved by Defendants, so their locations are in flux.  These individuals can be contacted through counsel to the extent we are able to contact them, and many of these individuals may also have separate immigration counsel:

(21)    Geovani Maradiaga Ochoa

Mr. Maradiaga is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(22)    Ibrahima Barry

Mr. Barry is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(23)    Adelfo Eliseo Bautista Sanchez

Mr. Bautista is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He

5

has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(24)    Joselyn Chipantiza Sisalema

Ms. Chipantiza is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(25)    Dulys Argueta Garcia

Mr. Argueta is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(26)    Marlon Garcia Morales

Mr. Garcia is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(27)    Carlos Lopez Benitez

Mr. Lopez Benitez is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(28)    Manuel Lucero Lojano

Mr. Lucero is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(29)    Roberto Daniel Chilavert Olmedo

Mr. Chilavert is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction.  He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of

confinement at 26 Fed.

(30)    Oscar Pascual Lopez

Mr. Pascual is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(31)    Daniel Quevedo

Mr. Quevedo is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(32)    Hugo Sanchez Trillos

Mr. Sanchez is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(33)    Carlos Chalco Chango

Mr. Chalco is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(34)    Jose Javier Cuy Cumes

Mr. Cuy is an individual who was detained at 26 Fed and who provided a declaration in support of Plaintiffs' Motion for Contempt and Sanctions. He has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

(35)    Nuvia Martinez Ventura

Ms. Martinez is an individual who was detained at 26 Fed. She has discoverable information concerning, *inter alia*, the lack of attorney access and conditions of confinement at 26 Fed.

**(B) A copy of – or a description by category and location – of all documents, electronically stored information, and tangible things that Plaintiffs have in their possession, custody, or control and that Plaintiffs may use to support their claims, unless solely for impeachment:**

Plaintiffs have documents in their possession, custody, or control that they may use to support their claims, including fact declarations from witnesses, most of which have already been filed on the docket, and the documents they have produced to Defendants in discovery.  Plaintiffs' search for responsive documents remains ongoing, and they reserve the right to supplement this response.

**(C) A computation of any category of damages claimed by Plaintiffs, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

While Plaintiffs have suffered serious damages, including physical pain and suffering as well as financial, psychological, and emotional harm, this case does not seek compensatory damages.  Plaintiffs seek only declaratory and injunctive relief, costs, and attorneys' fees.

**(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment:**

Plaintiffs have no disclosures regarding insurance.

DATED:   New York, New York
         April 30, 2026

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Carmen Iguina González
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
ciguinagonzalez@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien

425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP

Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*

TO:  By Email and Mail

Jeffrey Oestericher
Rachel Kroll
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2695/2663
Jeffrey.oestericher@usdoj.gov
Rachel.kroll@usdoj.gov

9