# WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NY 10006

**HEATHER GREGORIO**
212.620.2608 TEL
212.620.2609 FAX

HGREGORIO@WANGHECKER.COM

May 27, 2026

***By ECF***

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> *Re:*  Trial Materials Filed on ECF
> *Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

    This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the provisionally certified class in the above-entitled action.  Pursuant to Your Honor's grant of Plaintiffs' request during today's proceeding, Plaintiffs hereby enclose the following materials to be filed on the public docket with all personal identifying information redacted:

- Plaintiffs' Bench Trial Memo dated May 20, 2026

- Plaintiffs' in-court presentation and exhibits referenced therein.

    We remain available should the Court have any questions.

                    Respectfully submitted,

                    Heather Gregorio

Encls.

cc:    Jeffrey Oestericher and Rachel Kroll, Counsel for Defendants