# Barco Mercado v. Mullin

Plaintiffs' Opening Statement

PX301



Cell 1

P000632



Cell 3

P000344



Cell 2

P000389



Cell 4

P000516



PX303



Maximum Number of Detainees Held at Once per Day

**Hold Room 1 (820.78 sq. ft.)**
With 52 people
(out of 116 people total)

All Lying Down



PX303, Exhibit 1

## Hold Room 1 (820.78 sq. ft.)
With 48 people
(out of 107 people total)

All Lying Down



**Hold Room 1 (820.78 sq. ft.)**
With 87 people
(out of 193 people total)

Lying Down/Sitting



PX303, Exhibit 1

**Hold Room 1 (820.78 sq. ft.)**
With 79 people
(out of 175 people total)

Lying Down/Sitting





Cell 1      P000632

Cell 2      P000389





Cell 3      P000344

Cell 4      P000516

Counts of People by Duration of Detention Stint

May 29, 2025 to Aug 12, 2025

| Hours in Detention | Count of People | Percent of People |
|---|---|---|
| 168 or more hours | 83 | 2.53% |
| 144 or more hours | 157 | 4.79% |
| 120 or more hours | 282 | 8.61% |
| 96 or more hours | 465 | 14.20% |
| 72 or more hours | 828 | 25.28% |
| 48 or more hours | 1,401 | 42.78% |
| 24 or more hours | 2,123 | 64.82% |
| 12 or more hours | 2,695 | 82.29% |
| Less than 12 hours | 580 | 17.71% |

PX303



Q    So were you concerned about the safety of the staff?

A    The safety of everyone there, yeah.

PX322, Deposition of Lige Hampton at 117:19-22

**To:**       Garcha, Jatinder S█████████████████████

**Cc:**       Morales, Alberto█████████████████████

**From:**     Calidonio, Carla

**Sent:**     Sat 6/14/2025 4:08:14 PM

**Subject:**  Paragon

**Received:**            Sat 6/14/2025 4:08:16 PM

Jay ,

This is insane …

Paragon is saying they only have one team today ( ice air )  and one team tomorrow ( ice air ) .

After that we have no transport at all .

We desperately need to get some detainees out of 26 fed and no transport.

Something has to get done .   We've had multiple issues with paragon.  Is anything being done at all ?

PX96

Q    Did they appear overcrowded to you when you were on the floor?

A    Yeah, I mean, not -- not quite as crowded as a subway car, but certainly more people than -- than we would prefer to have in there.

PX326, Deposition of William Joyce at 363:20-25

**From:** Almodovar, Judith <█████████████████████████>
**Sent:** Thursday, July 31, 2025 5:45 PM
**To:** Joyce, William P <█████████████████████████>
**Subject:** FW: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2
**Importance:** High

Bill,

Please see below concerns.

I would ask that an evaluation be made of the volunteers that put in for consecutive days and that their assignments be more evenly distributed and spread out amongst the other volunteers in order that the daily work of the unit they are coming from does not suffer.

Similar situations are happening with Officers from other units as well.

There are officers going to qualify or participating in enforcement actions after working these long hours creating an unsafe environment.

PX75



Q   And it was overcrowded; correct?

A   Yes.

PX327, Deposition of Robert Mitchell at 143:2-3

Q   Did you, personally, at any time have concerns about the number of people being held on that floor?

A   Concerns? I just knew it was -- it was crowded and it was too many -- it was a lot of people there.

PX323, Deposition of Mitchell Hutson at 102:14-19

**Received:**          Fri 7/11/2025 6:17:00 PM

Good afternoon,

Not saying you all didn't ask. This week has been one gross contagion after another, it's mostly new staff or non-ERO that just don't know to ask. We've had multiple hospital sits for cardiac and seizures.

The attorney Luke, his direct number is at the bottom of the string, if he decides to call him.

Thank you,

Nancy Zanello
Assistant Field Office Director
Detained Docket & Jail Liaison Unit
Juvenile Unit
New York Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: ███████████ | Desk: ██████████

PX62

**Hold Room 1 (820.78 sq. ft.)**
With 87 people
(out of 193 people total)

Lying Down/Sitting



PX303, Exhibit 1



**BJ**

**Bill >**

We have one going to the hospital. "Seizure". Ems are here.

Up with Lad and the FBI

Fri, Jul 11 at 10:22 AM

The we cannot VD the israeli kid. His passport expired.

Congressman's office seems to think El Al will allow the faithful to travel on expired. If not, we'll work on getting TD

**EXHIBIT**

PX114

Oh. Hmm..we can't call the israeli guy that came can we?



And we have a guy with monkeypox. 🙇. Whoever arrested can babysit.

 iMessage

You joining? Or catch you up?

**BJ**

Fri, Ju **Bill >** 39 PM

The emergency one today

Cardiac lady?

We don't have her meds it's becoming an issue.

Have IHSC pressure their Pharmacy at ELZ to get her the meds (in writing).

Failing that, she needs to be brought to the hospital.

ICE - 0029823

This guy just passed out FPS Mega center contacted to send EMS

Oh jeez. What's wrong with him?

Not breathing

I have 3 in.

Trouble breathing. Needs oxygen

Charles and Mascia both have commitments after work and are about to leave.

 iMessage

taking him. DO Kenny

need one guy to link up with him

ICE - 0029829


EXHIBIT
PX115

Once Ihsc is in please have them test Covid man

Covid man is 🤷

Oh nice

Wed, Jul 16 at 10:13 AM

Can you send the nurse out.

One dude on floor rolling around having a fit. Anxiety or something

Thu, Jul 17 at 11:31 AM

So one of these just came in. For [illegible] can't go with the males and can't go with the females.

＋    iMessage    🎤

ICE - 0029835

PX115

We currently have 138 detainees in NYC Hold Room.
- 36 detainees have been approved for transfer via ICE AIR on Monday, 8/11, to Detroit. I've requested to have this movement pushed up and the request was declined by IAO. By Monday, some of these detainees will be in NYC hold for 7 days.
- We are tentatively approved for 8 high beds at Moshannon. They will be transferred tomorrow morning due to lack of transport.

The DOCC has communicated today that there is no bed space nationwide. Melissa Harper is aware of our situation and New York is on the top of their radar.
- They are hopeful that our bed space will get approved by Sunday.

New York City AOR is averaging 60 arrest a day. If this average is accurate that would leave close to 200 detainees in NYC hold throughout the weekend.

I've attempted to call Newark for assistance; however, they are also at a deficit and using their holding rooms.

PX7

**From:** Hampton, Lige A <████████████████████>
**Date:** Thursday, Aug 07, 2025 at 9:45 PM
**To:** Calidonio, Carla <████████████████>
**Cc:** Marcellin, Merlin <████████████████>
**Subject:** RE: Current Bedspace Needed for Lows and Highs

Temporarily suspending court operations until Tuesday would be a suggestion. Unpopular but practical. Just throwing it out there in the universe. Lol
Hopefully we don't wait until something negative happens.

**L A Hampton**

**Supervisory Detention and Deportation Officer**
**New York City Field Office, Manhattan Duty Station**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
26 Federal Plaza, 10th floor
New York, NY 10278
Sent with BlackBerry Work
(www.blackberry.com)





PX303



PX315, ICE-B-000775

A victim of our own success, ERO NYC arrests more EOIR court room cases than bedspace can be found for locally, nor processed efficiently and effectively, resulting in the main hold room / processing area at 26 Federal Plaza which was never designed for such an operation – leading to a predictable result – overcrowding. While we continue to work with DOCC and our close in proximity fellow offices to get bedspace, the reality is the numbers do not go out as fast as they are coming in.

LaDeon Francis, June 30, 2025, PX84

"I was extremely worried and fearful not knowing what would happen to me, and not being able to speak to an attorney who could have explained my situation and options made my fear worse."

-Oscar Pascual Lopez, PX334

"I was just a body that they crammed into a room, almost as if [] to be forgotten."

-Nuvia Ventura Martinez, PX333

"I had nightmares about the lights being kept on for hours. I had never been treated that way, which was worse than an animal. I was in constant fear that I would disappear and no one would know where I was."

-Daniel Quevedo, PX331

"I feel like my time at 26 Federal Plaza still haunts me. It is a nightmare and I cannot believe that human beings can be treated like that in a place like the United States."

-Roberto Chilavert Olmedo, PX335

Confidential - Subject to Protective Order

To:      Zanello, Nancy[          ] Almodovar, Judith[          ] Chae,
Kevin[          ]
Cc:      Morales, Alberto[          ] Perez, Kathy A[          ]
From:    Joyce, William P
Sent:    Mon 8/18/2025 4:32:28 PM
Subject: RE: TRO - Compliance
Received: Mon 8/18/2025 4:33:03 PM
Kaplan TRO Compliance Order (2).pdf
Barco Mercado TRO.pdf

Good morning,

Newark has offered assistance.

Nancy / Kevin –

Of the 39 that we are (*or will be over when the 13 come*), can you ascertain how many can go to ELZ / Delany?

Kathy –

Thanks so much!  FYI, I have attached the current terms of the TRO.  As you can imagine, it's crippling.

Bill

From: Zanello, Nancy <[          ]
Sent: Monday, August 18, 2025 9:51 AM
To: Almodovar, Judith <[          ]
Cc: Joyce, William P <[          ]>; Morales, Alberto <[          ]
Subject: TRO - Compliance
Importance: High

Good morning,

Just spoke to Xiao, the hold room needs to drop the population to 22. We are in violation of the TRO.

We are currently at 48 and have at least 13 more coming in. We also have court arrests occurring. Has HQ provided any guidance?

Thank you,

Nancy Zanello
Assistant Field Office Director
Detained Docket & Jail Liaison Unit
Juvenile Unit
New York Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell:[          ] | Desk:[          ]

EXHIBIT
PX69

ICE - 0011635

Confidential - Subject to Protective Order

To:      Zanello, Nancy[          ]; Almodovar, Judith[          ]; Chae,
Kevin[          ]
Cc:      Morales, Alberto[          ]; Perez, Kathy A[          ]
From:    Joyce, William P
Sent:    Mon 8/18/2025 4:32:28 PM
Subject: RE: TRO - Compliance
Received: Mon 8/18/2025 4:33:03 PM
Kaplan TRO Compliance Order (2).pdf
Barco Mercado TRO.pdf

Good morning,

Newark has offered assistance.

Nancy / Kevin –

LEP

Kathy –

Thanks so much!  FYI, I have attached the current terms of the TRO.  As you can imagine, it's crippling.

Bill

From: Zanello, Nancy <[          ]
Sent: Monday, August 18, 2025 9:51 AM
To: Almodovar, Judith <[          ]
Cc: Joyce, William P <[          ]>; Morales, Alberto <[          ]
Subject: TRO - Compliance
Importance: High

Good morning,

LEP

Thank you,

Nancy Zanello
Assistant Field Office Director
Detained Docket & Jail Liaison Unit
Juvenile Unit
New York Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell:[          ] | Desk:[          ]

ICE - 0011635

PX127

EXHIBIT
Joyce 2



9.     When providing at least fifty square feet of floor area to each alien in custody

(exclusive of floor area within eight feet from any toilet), the following maximum number of aliens

can be held: Room #1 (820.78 sq. ft.) – eleven aliens; Room #2 (173.87 sq. ft.) – one alien; Room

#3 (173.04 sq. ft.) – one alien; and Room #4 (655.12 sq. ft.) – nine aliens. As of 11:59p.m. EDT

August 15, 2025, there are currently 8 aliens in custody at the 26 Federal Plaza ERO Field Office.

PX78

Dated: August 18, 2025

NANCY ZANELLO
Digitally signed by NANCY ZANELLO
Date: 2025.08.18 16:06:53 -04'00'

NANCY ZANELLO
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

PX89, ICE-B-000120

Republicans are firing warning shots at Gov. Kathy Hochul and other Democratic state lawmakers: If you pass new laws to protect immigrants across New York, there will be consequences.

Tom Homan, an upstate New York native who serves as President Donald Trump's border czar, said he would respond to any new law by sending more U.S. Immigration and Customs Enforcement agents to the Empire State.

"We're going to flood the zone. You're going to see more ICE agents than you've ever seen before," Homan said Tuesday at a border security conference in Phoenix, seen in a video posted to social media by a Newsmax reporter and widely cited in media reports Tuesday. "So congratulations, because when we send these teams out there, we'll find a bad guy. Most times we do. And when we find a bad guy, he's with others, others who may not be a priority target, but they're in the country illegally."

Jimmy Vielkind, *Trump Immigration Czar Pledges Punishment if NY Lawmakers Limit Cooperation with ICE*, Gothamist (May 5, 2026), *available at* https://gothamist.com/news/trump-immigration-czar-pledges-punishment-if-ny-lawmakers-limit-cooperation-with-ice.

# Ninth Floor Cell Photos



P001319



P001320



P001321



P001322

PX301

# Additional Ninth Floor Cell Photos



P001324



P001326



P001331



P001328

PX301

# Additional Ninth Floor Cell Photos




P001332

P001333



PX301

P001334



PX89, ICE-B-118