

P000344



P000389



P000516



P000632



P001314



P001319



P001320



P001321



P001322



P001324



P001326



P001328



P001331



P001332



P001333



P001334



P001337



P001338



P001342



P001344



P001351



P001357



P001360



P001374



P001377