**DECLARATION OF CAROLINE ASNES**

I, Caroline Asnes, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.      I am over 18 years of age. I am a paralegal at Wang Hecker LLP, who are counsel for the Plaintiffs in this case.

2.      I make this declaration based on my own personal knowledge and at trial, I can and will reaffirm that the declaration is true and correct.

3.      I used Microsoft Excel ("Excel") to analyze the data contained in Exhibit PX85, which is the spreadsheet produced by Defendants in this case bearing Bates Number ICE – 0023114 (the "Spreadsheet") in order to present that voluminous data in a more concise and accessible manner.

4.      The Spreadsheet has the headings "ERO LESA Statistical Tracking Unit," and "Barco Mercado v. Noem; Expedited Discovery Request: ICE Detentions with NYC Hold Room Detentions since 1/1/2025."

5.      The Spreadsheet has 10,213 rows and 20 columns of data. The first six rows contain headings. Each of the subsequent 10,207 rows lists a person who was detained at the hold rooms at 26 Federal Plaza ("26 Fed") between January 1, 2025 and March 9, 2026.

6.      Among other things, the spreadsheet indicates a notation with: the date and time the person was booked in at 26 Fed (Column B, "Book In Date Time"); the date and time the person was booked out (Column C, "Book Out Date Time"); and the number of days (including fractions of days) the person was detained at 26 Fed (Column D, "Duration of Confinement (Days)"), along with the person's full name and other information. For purposes of this analysis,

EXHIBIT

tabbies®

PX303

1

I assumed that a person's detention at 26 Fed begins as these notations indicate when they are "booked in", and ends as these notations indicate when they are "booked out".

**Number of Detainees in 26 Fed Each Day**

7.    First, I calculated a measure of the crowding at 26 Fed for each day between January 1, 2025 and March 1, 2026 (the time period included in the Spreadsheet). Specifically, I calculated the maximum number of individuals who were detained at 26 Fed on each day during the time period included in the spreadsheet. For each day, this calculation identifies the population at 26 Fed at the most crowded time that day.

8.    To calculate this, I created a list of all bookings into 26 Fed and all bookings out of 26 Fed in chronological order. I accomplished this by creating a column "Book In/Out Date/Time" that included both Book In Date Time and Book Out Date Time. For each person detained in 26 Fed listed on the spreadsheet, their Book In Date Time appears in one row in that column and their Book Out Date Time appears in another row. I sorted that column by date/time so that book ins/outs were organized chronologically.

9.    Next, I created a column "Population Change" to reflect the impact on the population of the facility of each book in and book out. For each book in (which increases the population by one person), this column reads "1" to reflect that each book in adds one person to the population count. For each book out (which decreases the population by one person), this column reads "-1" to reflect that each book out subtracts one person from the population count. Because I had already sorted this table into chronological order, this column contains a running list of all changes to the population at 26 Fed in the order in which they occurred.

10.    To accomplish this, I created another column "Entry/Exit Label" to label book ins as "Entry" and book outs as "Exit."

11.    I then used the Excel IF formula to populate the "Population Change" column with "1" and "-1" values where Entry rows became 1 and Exit rows became -1. Specifically, I used the formula:

=IF([book in/out cell]="Entry",1,IF([book in/out cell]="Exit",-1,""))

In plain language, that formula means, if labeled "Entry," insert 1, and if labeled "Exit," insert -1.

12.    Next, I used the "Population Change" column, which showed each change to the population at 26 Fed in chronological order, to calculate the total population at the facility at a particular time. I created a column "Total Population" that added all entries and exits that had come before it, in order to show the number of individuals detained at 26 Fed at a particular point in time. I used the formula:

=SUM($C$2:C[row number])

where Column C is the Population Change column. The following example shows how this functions – the column on the left shows the change in number of detained individuals and the column on the right shows the new total number of detained individuals. In this example, each time a person enters the facility (represented by a "1" in the "Population Change" column), the total population increases by 1; each time a person exits the facility (represented by a "-1" in the "Population Change" column), the total population decreases by 1:

| Population Change | Total Population |
| --- | --- |
| 1 | 1 |
| 1 | 2 |
| -1 | 1 |
| 1 | 2 |
| -1 | 1 |

3

13. As demonstrated in that example, the Total Population column keeps a running tally of the number of detainees at 26 Fed each time a detainee entered or exited custody.

14. Next, I made a column "Extracted Dates" to include the date on which someone was booked in or out. I was able to extract the date from the Date/Time information in the spreadsheet produced in this case by using the Excel INT function. The INT function rounds a number down to the nearest integer.[1] Dates and times are stored together in Excel as a combined number, with the date represented by the part before the decimal point and the time represented by the part after the decimal point. The INT function rounds away the time portion of the number, leaving behind only the date portion. Using the INT function thus allowed me to extract the date in question from each Date/Time entry. For example, book ins at 7:00, 10:00, and 13:00 on 1/2/25 all get simplified to 1/2/25.

15. I then created a new chart to summarize my results. This new chart included a column "Date" with one row for each date included in the data set, from January 1, 2025 to March 9, 2026.

16. Finally, I created a column "Max Per Day" to calculate the maximum number of individuals detained at 26 Federal Plaza at one time on each day. I used the Excel MAXIFS function, which returns the maximum value among a set of cells that meet certain criteria.[2] The MAXIFS function requires the user to indicate the range (column) of cells in which the maximum will be found, the set of cells that evaluates whether the range cells meet the criteria to

---

[1] *See* https://support.microsoft.com/en-us/office/int-function-a6c4af9e-356d-4369-ab6a-cb1fd9d343ef
[2] *See* https://support.microsoft.com/en-gb/office/maxifs-function-dfd611e6-da2c-488a-919b-9b6376b28883

be considered as the maximum, and the criteria itself. Here, I used this function to find the maximum total population on any given day. The formula I used was:

$$=MAXIFS(D:D, E:E, F[specific date])$$

where Column D is Total Population, Column E is Extracted Dates, and each cell in Column F is an individual date to which we are assigning a maximum. For a given date, the function returns the maximum value from the Total Population column that matches that date—in other words, it returns the population from the most crowded time on a given day.

17.    Using that data, I created the following chart, which shows the maximum number of detainees held at 26 Fed on each day during the time period. The bars in red indicate days on which more than 22 people were simultaneously held at 26 Fed, and the orange horizontal line marks 22 detainees on the y-axis:



5

18.    I then created a summary of this data by month. I first created a "Month" column listing each month from January '25 to March '26. Next, I created a column "Average Maximum Population" for each month. To populate this column, I used the AVERAGE function and manually selected the range of dates for each month. For example, to find the average maximum daily population in May 2025, I used the formula:

=AVERAGE(G122:G152)

where Column G is Max Per Day, G122 is the maximum on 5/1/25 and G152 is the maximum on 5/31/25.

19.    I then did the same for each of three time periods: from January 1, 2025 to May 28, 2025; from May 29, 2025 to August 12, 2025; and from August 13, 2025 to March 9, 2026. For example, to find the average maximum daily population from 1/1/25 through 5/28/25, I used the formula:

=AVERAGE(G2:G149)

where Column G is Max Per Day, G2 is the maximum on 1/1/25, and G149 is the maximum on 5/28/25.

20.    I then did the same for each week between May 29, 2025 and August 12, 2025. For example, to find the average maximum daily population from 6/22/25 through 6/28/25, I used the formula:

=AVERAGE(G174:G180)

where Column G is Max Per Day, G174 is the maximum on 6/22/25, and G180 is the maximum on 6/28/25.

21.    The following table shows the average maximum daily population of 26 Fed for each month covered by the data:

| Average Maximum Daily Population of NYC Hold Room by Month | |
| --- | --- |
| Month | Average Maximum Population per Day |
| January '25 | 5.8 |
| February '25 | 11.8 |
| March '25 | 13.3 |
| April '25 | 15.1 |
| May '25 | 15.2 |
| June '25 | 109.9 |
| July '25 | 126.8 |
| August '25 | 67.1 |
| September '25 | 20.3 |
| October '25 | 23.7 |
| November '25 | 27.9 |
| December '25 | 29.0 |
| January '26 | 21.5 |
| February '26 | 15.4 |
| March '26 | 15.0 |

22.    The following table shows the average maximum daily population of 26 Fed for each of three time periods:

| Average Maximum Daily Population of NYC Hold Room by Time Period | |
| --- | --- |
| Time Period | Average Maximum Daily Population |
| January 1 to May 28, 2025 | 11.5 |
| May 29 to August 12, 2025 | 115.9 |
| August 13, 2025 to March 9, 2026 | 23.7 |

23.     The following table shows the average maximum daily population of 26 Fed for each week during the time period from May 25, 2025 to August 16, 2025:

| Average Maximum Daily Population of NYC Hold Room by Week | |
| --- | --- |
| Week | Average Maximum Daily Population |
| May 25 to May 31, 2025 | 33.4 |
| Jun 01 to Jun 07, 2025 | 126.4 |
| Jun 08 to Jun 14, 2025 | 105.3 |
| Jun 15 to Jun 21, 2025 | 88.9 |
| Jun 22 to Jun 28, 2025 | 115.6 |
| Jun 29 to Jul 05, 2025 | 152.6 |
| Jul 06 to Jul 12, 2025 | 121.3 |
| Jul 13 to Jul 19, 2025 | 136.3 |
| Jul 20 to Jul 26, 2025 | 97.0 |
| Jul 27 to Aug 02, 2025 | 129.9 |
| Aug 03 to Aug 09, 2025 | 128.1 |
| Aug 10 to Aug 16, 2025 | 56.3 |

24.     Next, I created a chart showing the amount of days during each relevant time period when the maximum daily population exceeded 22 people. I created a column "Count of Days." To populate this column, I used the COUNTIF formula, which counts the number of times a given condition is met. Here, for the condition, I used whether the maximum daily population exceeded 22, meaning that this formula returned a total count of days when the maximum population exceeded 22 in a time period. As I did before, I manually selected the rows within each relevant time frame. For example, to find these numbers for the period from 5/29/25 to 8/12/25, I used the formula:

=COUNTIF(G150:G225,">22")

where Column G is Max Per Day, G150 is the maximum on 5/29/25, and G225 is the maximum on 8/12/25.

25.    After doing these calculations for the entire time period, the time period from January 1, 2025 to May 28, 2025, the time period from May 29, 2025 to August 12, 2025, and the time period from August 13, 2025 to March 9, 2026, I calculated the resulting percentages by dividing each number by the total number of days within the period. For example, for the period from 5/29/25 to 8/12/25, there was one day where the population stayed at or below 22 people, and 75 days where it exceeded that number. I thus divided 75 by 76 (and converted the resulting decimals into percentages) to find that the maximum population exceeded 22 people on 98.7% of days during that time period.

26.    The following table shows the percentage of days during each of three time periods (from January 1, 2025 to May 28, 2025; from May 29, 2025 to August 12, 2025; and from August 13, 2025 to March 9, 2026) the maximum population exceeded 22 people:

Days by Whether Maximum Population Exceeded 22 People

| Time Period | Did Population Exceed 22 This Day? | Count of Days | Percent of Days |
| --- | --- | --- | --- |
| Jan 1 to May 28, 2025 | Population over 22 | 16 | 10.8% |
| May 29 to Aug 12, 2025 | Population over 22 | 75 | 98.7% |
| Aug 13, 2025 to Mar 9, 2026 | Population over 22 | 102 | 48.8% |

9

**Duration of Detention**

27.     Next, I calculated the average duration of detention, in hours, for people who were booked in at 26 Fed during different parts of the time period.

28.     To calculate the average duration of detention for people who were booked in at 26 Fed on a specific date, I extracted the Book In Date Time and Duration of Confinement (Days) columns from the Spreadsheet produced by Defendants. As explained above, I used the INT function to isolate the basic date of each row's entry time. *See supra* ¶ 14. I then created a column (Date), with one cell for each date from 1/1/25 to 3/9/26. I then used the AVERAGEIF function to find the average length of stay for each starting date. The function asks for the range of cells that evaluates whether a cell will be averaged, the criteria that defines which cells will be averaged, and the range of actual cells that will be averaged.[3] I therefore defined the evaluating range as Column D, Extracted Dates; the evaluating criteria as the cell containing a given date (Column E, Date); and the actual range as the durations of confinement (Column C, Duration of Confinement (Days)). Specifically, I used the formula:

=AVERAGEIF(D$2:D$1048576, E[date of interest], C$2:C$1048576)

where Column D is Extracted Dates, Column E is Date, and Column C is Duration of Confinement (Days).

29.     Because the duration of confinement is indicated in days, I then created a column to multiply each result by 24 to show the average number of hours of detention per day. This column is called Average Hour.

---

[3] *See* https://support.microsoft.com/en-us/office/averageif-function-faec8e2e-0dec-4308-af69-f5576d8ac642

10

30.     I then used the COUNTIFS functions to determine how many individuals were detained for various amounts of time during the relevant time periods. I wanted to calculate the amount of people detained for fewer than 12, 12 or more, 24 or more, 48 or more, 72 or more, 96 or more, 120 or more, 144 or more, and 168 or more hours. I wanted to find these quantities for three distinct time periods: January 1, 2025 to May 28, 2025, May 29, 2025 to August 12, 2025, and August 13, 2025 to March 9, 2026. Because the data in the Spreadsheet was presented in terms of days, rather than hours, I represented 12 hours as .5 days, 24 hours as 1 day, etc.

31.     For the specific date ranges, I used the COUNTIFS function to include only those individuals whose detention began between two specific dates. For example, I used the formula:

=COUNTIFS(D$2:D$1048576,">=1/1/25",D$2:D$1048576,"<5/29/25",C$2 :C$1048576,">=1")

where Column D is Extracted Dates, Column C is Duration of Confinement (Days), in order to determine the number of individuals whose detention at 26 Fed began between 1/1/25 and 5/28/25 who were detained for more than 24 hours.

32.     After finding the totals for all relevant time periods and durations of confinement, I used simple division to find the percent of people detained for each duration. I divided the amount of people found with the COUNTIFS function above by the total amount of people booked in during the relevant time periods. I found the total amount by adding all individuals detained for under 12 hours to all those detained for 12 hours or more in each time range. I converted the results into percentages.

33.     I note that four rows of the Spreadsheet (Rows 3751, 7414, 8360, and 10212) do not contain book out date times, possibly because those individuals were still detained at 26 Fed as of March 9, 2026. As a result, I omitted those rows from this analysis of the durations of

11

detention. I also note that, where the same person was detained at 26 Fed more than once, those stints are separated in this analysis – in other words, this analysis only includes how long an individual was detained at 26 Fed in one stint without interruption, and it does not count cumulative total time spent at 26 Fed for people who spent multiple stints there.

34.    The following table shows the duration of detention for detainees at 26 Fed for the time period from January 1, 2025 to May 28, 2025:

| Counts of People by Duration of Detention Stint Jan 1, 2025 to May 28, 2025 | | |
| --- | --- | --- |
| Hours in Detention | Count of People | Percent of People |
| 168 or more hours | 1 | 0.05% |
| 144 or more hours | 1 | 0.05% |
| 120 or more hours | 1 | 0.05% |
| 96 or more hours | 1 | 0.05% |
| 72 or more hours | 4 | 0.19% |
| 48 or more hours | 4 | 0.19% |
| 24 or more hours | 16 | 0.78% |
| 12 or more hours | 187 | 9.08% |
| Less than 12 hours | 1,872 | 90.92% |

35.    The following table shows the duration of detention for detainees at 26 Fed for the time period from May 29, 2025 to August 12, 2025:

| Counts of People by Duration of Detention Stint May 29, 2025 to Aug 12, 2025 | | |
| --- | --- | --- |
| Hours in Detention | Count of People | Percent of People |
| 168 or more hours | 83 | 2.53% |
| 144 or more hours | 157 | 4.79% |
| 120 or more hours | 282 | 8.61% |
| 96 or more hours | 465 | 14.20% |
| 72 or more hours | 828 | 25.28% |
| 48 or more hours | 1,401 | 42.78% |
| 24 or more hours | 2,123 | 64.82% |
| 12 or more hours | 2,695 | 82.29% |
| Less than 12 hours | 580 | 17.71% |

36.     The following table shows the duration of detention for detainees at 26 Fed for the time period from August 13, 2025 to March 9, 2026:

| Counts of People by Duration of Detention Stint Aug 13, 2025 to Mar 9, 2026 | | |
| --- | --- | --- |
| Hours in Detention | Count of People | Percent of People |
| 168 or more hours | 13 | 0.27% |
| 144 or more hours | 23 | 0.47% |
| 120 or more hours | 45 | 0.92% |
| 96 or more hours | 67 | 1.38% |
| 72 or more hours | 116 | 2.38% |
| 48 or more hours | 289 | 5.94% |
| 24 or more hours | 875 | 17.97% |
| 12 or more hours | 1,899 | 39.00% |
| Less than 12 hours | 2,970 | 61.00% |

37.     I created the following chart using that data, which shows the average duration of confinement for detainees booked in on each day of the time period. The dotted orange line indicates August 12, 2025, the day that the Temporary Restraining Order was issued in this case.



**<u>Illustrative Aids of Hold Room Populations</u>**

38.     Finally, I created illustrative aids to show what each of the four hold rooms on the 10th Floor of 26 Fed would look like with specific numbers of detainees inside.

39.     To do so, I used the floor plans and square footage of the four hold rooms contained in PX163 at page 10 – a document originally produced to us by Defendants and Bates stamped ICE - 19395 – and used Microsoft PowerPoint to create rectangles and circles showing each detainee in proportion to the area of each hold room. In proportion to the dimensions of the hold rooms, the rectangles indicating people lying down are 68.9 inches in height by 16 inches in

15

width (representing the average height and shoulder width of an adult man), and the circles indicating people sitting down are 16 inches in diameter (representing the average shoulder width). These sizes are based on Centers for Disease Control data on the average body measurements of adult men in the United States.[4]

40.     I created illustrative aids for two population sizes: (1) 193 detainees, which was the maximum population at the highest point in time on the Spreadsheet, on July 3, 2025; and (2) 116 detainees, which is the average maximum daily population for the period of time from May 29, 2025 through August 12, 2025. For each of those population sizes, I created two illustrative aids for each of the four hold rooms: one showing as many detained people as possible lying down and the remainder seated, and another showing all detainees seated.

41.     Those illustrative aids are attached as Exhibit 1 to this declaration.

42.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2026
New York, New York

*Caroline Asnes*

Caroline Asnes

---

[4] *See* https://www.cdc.gov/nchs/fastats/body-measurements.htm (average height is 68.9 inches); https://www.cdc.gov/nchs/data/series/sr_11/sr11_249.pdf at 65 (average shoulder width (biacromial breadth) is approximately 41 centimeters (approximately 16 inches)).

# EXHIBIT 1

**Hold Room 1 (820.78 sq. ft.)**
With 87 people
(out of 193 people total)

Lying Down/Sitting



**Hold Room 1 (820.78 sq. ft.)**
With 87 people
(out of 193 people total)

All Sitting



**Hold Room 2 (173.87 sq. ft.)**
With 19 people
(out of 193 people total)

Lying Down/Sitting



**Hold Room 2 (173.87 sq. ft.)**
With 19 people
(out of 193 people total)

All Sitting



**Hold Room 3 (173.04 sq. ft.)**
With 18 people
(out of 193 people total)

Lying Down/Sitting



**Hold Room 3 (173.04 sq. ft.)**
With 18 people
(out of 193 people total)

All Sitting



**Hold Room 4 (655.12 sq. ft.)**
With 69 people
(out of 193 people total)

Lying Down/Sitting



**Hold Room 4 (655.12 sq. ft.)**
With 69 people
(out of 193 people total)

All Sitting



**Hold Room 1 (820.78 sq. ft.)**
With 52 people
(out of 116 people total)

All Lying Down



**Hold Room 1 (820.78 sq. ft.)**
With 52 people
(out of 116 people total)

All Sitting



**Hold Room 2 (173.87 sq. ft.)**
With 11 people
(out of 116 people total)

All Lying Down



**Hold Room 2 (173.87 sq. ft.)**
With 11 people
(out of 116 people total)

All Sitting



**Hold Room 3 (173.04 sq. ft.)**
With 11 people
(out of 116 people total)

All Lying Down



**Hold Room 3 (173.04 sq. ft.)**
With 11 people
(out of 116 people total)

All Sitting



**Hold Room 4 (655.12 sq. ft.)**
With 42 people
(out of 116 people total)

All Lying Down



**Hold Room 4 (655.12 sq. ft.)**
With 42 people
(out of 116 people total)

All Sitting

