Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

——————————————————————————

SERGIO ALBERTO BARCO MERCADO, on

his own behalf and on behalf of

others similarly situated,

          Plaintiff,

     v.                          Case No.

KRISTI NOEM, Secretary of the U.S.    25 Civ. 6568

Department of Homeland Security,

in her official capacity; DEPARTMENT

OF HOMELAND SECURITY; TODD LYONS,

Acting Director, Immigration and

Customs Enforcement, in his official

capacity; IMMIGRATION AND CUSTOMS

ENFORCEMENT; MARCOS CHARLES, Acting

Executive Associate Director,

Immigration and Customs Enforcement,

Enforcement and Removal Operations,

in his official capacity; and LADEON

FRANCIS, Acting Field Office Director

of New York, Immigration and Customs

Enforcement, in his official capacity,

          Defendants.

——————————————————————————

**EXHIBIT**

tabbies

PX322

DEPOSITION OF LIGE HAMPTON

DATE:              Monday, April 13, 2026

TIME:              10:02 a.m.

LOCATION:          Wang Hecker LLP Offices

                   111 Broadway, Suite 1406

                   New York, NY 10006

REPORTED BY:   Arkady Sandoval

JOB NO.:       8011993

PAGES 274-275 ARE CONFIDENTIAL

Page 116

L. HAMPTON

A    During the course of my time there, and I -- I believe the reason that I was brought there was to kind of organize things and make it better.  So to try to do that, I would reach out to people that I feel that could assist in anything that we were trying to do to get everything organized and run smoothly.

Q    What is your understanding of what needed to be made better?

A    Document management accountability, creating a file cabinet for A files, T files, creating a -- we use a Rails Code that is specific to that area, that these files can then be found and documented in that specific area. Property and money and organizing that accountability and -- and structure.  That was the beginning part of it.

Q    Was there ever a time that you were concerned about the number of people being held in the hold rooms?

A    Yes.

Q    When was that, approximately?

Page 117

L. HAMPTON

A    The entire time I was there at -- approximately, like, when I -- soon as I got there, July of 2025 to September of 2025.

Q    And why were you concerned?

A    Just the amount of people to prevent anything from possibly happening.

Q    What types of things were you concerned would happen?

A    Oh, the most extreme thing I could think of, you know, it being a hundred-plus people, I don't think we matched those numbers.  We didn't have a hundred officers.  At any time we could be overrun and held, you know, or something -- something like that, something bad.

Q    So were you concerned about the safety of the staff?

A    The safety of everyone there, yeah.

Q    Were you concerned about the safety of the individuals being detained?

A    Yes.

L. HAMPTON

Q    Did you discuss with anyone concerns about unsafe conditions?

A    Yes.

Q    Do you remember who you'd had those discussions with?

A    No, I don't.  Multiple people, I guess.

Q    People in which roles would you have --

A    Upper supervision, I'm sure Nancy Zanello and support staff, just trying to get everything that we needed to better the situation.

Q    Did you discuss ways to address issues of overcrowding with anyone?

A    Yes, I'm sure I have.

Q    Do you remember what was discussed as possible ways to address overcrowding?

A    Oh, wait, like with who or --

Q    With anyone.

A    With anyone?

Q    Mm-hmm.

A    Anywhere -- anywhere from

L. HAMPTON

looking for or -- or looking for detention or beds outside of it.  I would speak to TRO about possible areas that they could place people or -- or even suggestion, I know, maybe pause arrests for a significant amount of time or a period.

Q    Do you remember who made that suggestion?

A    To do what?

Q    To pause arrests for a period of time.

A    I know I probably made that suggestion then.  No one suggested to me.

Q    Okay.  Why did you make that suggestion?

A    Just to let -- you know, to kind of stop the number of people coming in so we can kind of get the number of people going out, you know, kind of give us some way of catching up or decreasing the numbers that we have detained.

Q    Prior to the Court's orders in this case, were there any steps taken or changes made that reduced the number of