**To:**    Garcha, Jatinder S [████████████████]
**Cc:**    Morales, Alberto [████████████████]
**From:**  Calidonio, Carla
**Sent:**  Sat 6/14/2025 4:08:14 PM
**Subject:**  Paragon
**Received:**       Sat 6/14/2025 4:08:16 PM

Jay,

This is insane ...
Paragon is saying they only have one team today ( ice air ) and one team tomorrow ( ice air ) .

After that we have no transport at all .

We desperately need to get some detainees out of 26 fed and no transport.

Something has to get done . We've had multiple issues with paragon. Is anything being done at all ?


**Carla Calidonio**
**Assistant Field Office Director**
**Transportation and Removal Operations, Enforcement and Removal Operations**
**New York City Field Office, U.S Immigration and Customs Enforcement**
Desk: [████████]   Cell: [████████]

**EXHIBIT**
PX 96

ICE - 0018913