Page 244

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, on

his own and on behalf of others

similarly situated,

      Plaintiff,

  v.                Case No.

KRISTI NOEM, Secretary of the     25 Civ. 6568

U.S. Department of Homeland

Security, in her official

capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, in his

official capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, in his official

capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

EXHIBIT

PX326

Page 245

Customs Enforcement, in his

official capacity,

          Defendants.

_____

          DEPOSITION OF WILLIAM JOYCE

                VOLUME II

DATE:          Wednesday, April 22, 2026

TIME:          10:52 a.m.

LOCATION:      U.S. Department of Justice,

               United States Attorney's Office

               86 Chambers Street, 3rd Floor

               New York, NY 10007

REPORTED BY:   Patricia Peticolas

JOB NO.:       8012045

Page 363

W. JOYCE

BY MS. GREGORIO:

Q    Did you ever communicate to anyone else that you thought the hold rooms were more crowded than you would've liked?

A    Certainly to Judy when she was acting, to Lad when he was acting.  You know, I communicate with my bosses; right?  Sometimes they will ask what the count is and I will tell them what it was.  And if it was high like it was in -- in July, you know, it's kind of up there.

But usually that would be with -- but we have a plane coming in tomorrow at seven o'clock in the morning, so they're not going to be here all that long.  But still more than we would prefer.

Q    Did they appear overcrowded to you when you were on the floor?

A    Yeah, I mean, not -- not quite as crowded as a subway car, but certainly more people than -- than we would prefer to have in there.