**To:** Almodovar, Judith[█████████████████]
**Cc:** Delgado, Joanna[███████████████████]; Francis, Ladeon E[█████████████████]
**From:** [███████████████████████████████] JOYCE, WILL
**Sent:** Fri 8/1/2025 1:15:50 PM
**Subject:** RE: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2
**Received:**    Fri 8/1/2025 1:30:00 PM
Hospital run
Medical emergency

Thanks Judy,

Trust me, I share your concerns.  And this is why, as a Field Office, we need to figure out appropriate staffing levels for the work that we are doing, and has been thrust upon us by Headquarters and happenstance, not the way that things had been, or that we would prefer.

I'm not saying that any one unit is more important than another, but, I am saying if there are going to be failures in a programmatic area due to a lack of staffing, we need to look at the consequences of that failure, and prioritize where the greatest harm will be, upon failure – and ensure that is not where the failure occurs.

There were two separate emergency rooms runs overnight last night into the morning, one at 23:18, [█████████] [██████████████████████████████], A# [█████████] and then one this morning at 04:23, [█████████████] [ ██].

Yesterday's ICE Air cancellation due to a timed our crew (no fault of New York's), meant the return of 28 detainees that we had full faith and confidence would depart – and that today's ICE Air movement will be bigger and more taxing in terms of manpower while being down 4 officers / contractors for the hospital details.

Bill

**From:** Almodovar, Judith[█████████████████████]
**Sent:** Thursday, July 31, 2025 5:45 PM
**To:** Joyce, William P [████████████████████]
**Subject:** FW: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2
**Importance:** High

Bill,

Please see below concerns.

I would ask that an evaluation be made of the volunteers that put in for consecutive days and that their assignments be more evenly distributed and spread out amongst the other volunteers in order that the daily work of the unit they are coming from does not suffer.

Similar situations are happening with Officers from other units as well.

There are officers going to qualify or participating in enforcement actions after working these long hours creating an unsafe environment.

Thank you for your consideration.

Respectfully,

ICE - 0017997



EXHIBIT
PX75

**Judith C. Almodovar**
*Deputy Field Office Director*
**New York City Field Office**
**Enforcement Removal Operations**
**U.S. Immigration and Customs Enforcement**
26 Federal Plaza-9th Floor, New York, NY 10278
**Cell:**

This communication is UNCLASSIFIED//FOROFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release underthe Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** Aguilera, Irving <
**Sent:** Thursday, July 31, 2025 9:23 AM
**To:** Almodovar, Judith <
**Subject:** FW: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2

Judy,

As per our conversation, TRO is approving all overtime requests submitted by the officers, which is understandable based on their needs. However, this approach is not aiding us in maintaining adequate manpower coverage to ensure a fully staffed duty roster. Additionally, as mentioned previously, the officers are not assisting with ACRIMe tasks while stationed in processing, despite these tasks being relatively straightforward and their performance in the unit not being up to standards (see email attached).

I have also denied requests for shift changes due to concerns of not having enough staff for our daily operations (we are down to a skeleton crew at this point) and I also have concerns about officers being on duty for over 16 hours on consecutive days, which compromises their readiness and productivity (they are visibly tired on their day shifts in CAP). Furthermore, we have available overtime opportunities in the CAP that could support our staffing needs and provide officers with the chance to earn premium pay.

Irving,

*Irving Aguilera Jr.*
(A)Assistant Field Office Director
Criminal Apprehension Program
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
New York City Field Office
Cell:

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** Aguilera, Irving <
**Sent:** Saturday, July 26, 2025 11:16 AM
**To:** Williams, Naeem T <
**Cc:** CAPVRKSUP <

Confidential - Subject to Protective Order

**Subject:** FW: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2

SDDO Williams,

Please consider all factors before approving overtime for DO Moran and DO Brooks based on the performance, the unit's needs, and the availability of overtime within the unit due to our current manpower shortage.

Also, there is nothing preventing the deportation officers to work ACRIMe during their overnight, if that is something that could mitigate the fact of our manpower shortage to grant the overtime with another unit.

The change of shift in my end is denied.

Thanks,

*Irving Aguilera Jr.*
(A)Assistant Field Office Director
Criminal Apprehension Program
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
New York City Field Office
Cell: ████████████

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Moran, Elliot J <████████████████████>
**Sent:** Saturday, July 26, 2025 10:59 AM
**To:** Taskings, FNY <██████████████>
**Cc:** Zanello, Nancy <████████████████; Calidonio, Carla <████████████████; Aguilera, Irving <██████████████; Williams, Naeem T <████████████████; Marcellin, Merlin <██████████████
**Subject:** RE: Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2

Good morning all,

I volunteer to work the assignment listed above on the following days:

- **Midnight to Eight (0000-0800) Monday, July 28, 2025;**

- **Midnight to Eight (0000-0800) Wednesday, July 30, 2025;**

- **Midnight to Eight (0000-0800) Friday, August 01, 2025 (Requested Shift Change)**

**Thank you for your time and attention. Enjoy the rest of your weekends.**

Respectfully,

Elliot J. Moran
Deportation Officer

New York Field Office
Criminal Apprehension Program
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
(Cell) ████████████

***LAW ENFORCEMENT SENSITIVE*** WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 USC 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive but Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

---

**From:** Taskings, FNY <████████████████████████>
**Date:** Saturday, Jul 26, 2025 at 9:58 AM
**To:** #ICE-ERONYFO <████████████████████>
**Cc:** Calidonio, Carla <████████████████████>, Zanello, Nancy <████████████████████>, Marcellin, Merlin <████████████████>
**Subject:** Law Enforcement Officer Volunteers Sought for Overnight staffing at 26 Federal Plaza week of 7/27- 8/2

### *The following message is being sent on behalf of Bill Joyce, Deputy Field Office Director, Field Office New York City:*

Thank you to all those Officers who have volunteered thus far in support of the mission. Your commitment is truly appreciated.

Field Office New York City is once again seeking Deportation Officer volunteers to assist with overnight coverage at the 26 Federal Plaza, 10th Floor processing area in Manhattan.

All volunteers will be assigned to an 8-hour tour of duty.

The current available shift assignments are as follows:

- **Midnight to Eight (0000-0800) Sunday, July 27, 2025;**
- **Midnight to Eight (0000-0800) Monday, July 28, 2025;**
- **Midnight to Eight (0000-0800) Tuesday, July 29, 2025;**
- **Midnight to Eight (0000-0800) Wednesday, July 30, 2025;**
- **Midnight to Eight (0000-0800) Thursday, July 31, 2025;**
- **Midnight to Eight (0000-0800) Friday, August 01, 2025;**
- **Midnight to Eight (0000-0800) Saturday, August 02, 2025.**

**(As this detail is being assigned in advance of the administrative workweek, any selected Law Enforcement Officer volunteer(s) will be compensated with '45 Act overtime)**

**\*\*\*Shift change requests for any of the above shifts that fall on your regular scheduled workday must be approved by your AFOD.\*\*\***

If you would like to volunteer for any of these shifts, please send an email **as soon as possible** to the FNY Taskings mailbox (████████████████████ and cc: AFODs Calidonio , Zanello and SDDO Marcellin listing the dates of availability.

Confidential - Subject to Protective Order

**Deportation Officer volunteers must also copy their SDDO and AFOD when responding.

 Please be advised that if there is a lack of sufficient volunteers for this detail, officers may be mandated based on reverse seniority to ensure coverage for the overnight shift.