Confidential - Subject to Protective Order



EXHIBIT

PX 93