UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, on

his own Behalf and on Behalf of

Others Similarly Situated,

          Plaintiff,

     v.                          Case No.

KRISTI NOEM, Secretary of the    25Civ.6568(SDNY)

U.S. Department of Homeland       (LAK)

Security, in her Official

Capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, in his

Official Capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, in his Official

Capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

**EXHIBIT**

PX327

Page 2

Customs Enforcement, in his

Official Capacity,

          Defendants.

_____

             DEPOSITION OF ROBERT MITCHELL

DATE:          Monday, April 20, 2026

TIME:          10:07 a.m.

LOCATION:      Wang Hecker, LLP

               111 Broadway, Suite 1406

               New York, NY 10006

REPORTED BY:   Amelia Felbinger

JOB NO.:       8012006

Page 143

R. MITCHELL

Q    And it was overcrowded; correct?

A    Yes.

Q    Okay.  To the point that you had concerns sometimes about the safety of the detainees; correct?

MR. OESTERICHER:  Objection.

A    The -- the safety?  Just the uncomfortability.  I don't want to say "safety."

Q    Okay.  Did you ever -- other than what you've already testified to, did you ever communicate to anyone else that you felt it was too crowded in the hold rooms on the tenth floor?

A    Well, we spoke among ourselves. Like, you know, it's a lot of -- it's a lot of detainees here.

Q    Okay.

A    And, you know -- and you know, our supervisor knew that, and they was, you know, trying to get them to, you know, transfer them out.  But yes, it was -- you know, we spoke among ourselves.  Yes.

Q    And other than speaking to