UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SERGIO ALBERTO BARCO MERCADO, on

his own Behalf and on Behalf of

Others Similarly Situated,

      Plaintiff,

   v.                 Case No.

KRISTI NOEM, Secretary of the    25Civ.6568(SDNY

U.S. Department of Homeland      (LAK)

Security, in her Official

Capacity; DEPARTMENT OF HOMELAND

SECURITY; TODD LYONS, Acting

Director, Immigration and

Customs Enforcement, in his

Official Capacity; IMMIGRATION

AND CUSTOMS ENFORCEMENT; MARCOS

CHARLES, Acting Executive

Associate Director, Immigration

and Customs Enforcement,

Enforcement and Removal

Operations, in his Official

Capacity; and LADEON FRANCIS,

Acting Field Office Director of

New York, Immigration and

**EXHIBIT**

tabbies®

PX323

Customs Enforcement, in his

Official Capacity,

    Defendants.

_____

       DEPOSITION OF MITCHELL HUDSON

DATE:              Monday, April 20, 2026

TIME:              2:03 p.m.

LOCATION:          Wang Hecker, LLP

               111 Broadway, Suite 1406

               New York, NY 10006

REPORTED BY:   Amelia Felbinger

JOB NO.:       8012006

Page 102

M. HUDSON

to anyone that you felt the hold rooms were too crowded?

A    No.

Q    Did anyone say that to you?

A    No.

Q    Other than the detainees; right?

A    Detainees, yes.

Q    Was there ever a time in July or early August 2025 where you heard somebody say, "We can't accept any more people. We're at capacity"?

A    No.

Q    Did you, personally, at any time have concerns about the number of people being held on that floor?

A    Concerns?  I just knew it was -- it was crowded and it was too many -- it was a lot of people there.

Q    Did you have any concerns yourself about, for instance, for your own safety at any time?

A    For my safety?  No.

Q    Okay.  How about the safety of the detainees?

Page 127

Mercado, Barco v. Noem, Et Al.

Mitchell  Hudson (#8012006)

E R R A T A   S H E E T

PAGE _2_ LINE _5_ CHANGE __Hutson__

_____

REASON _My last name is Hutson not "Hudson"_

PAGE _26_ LINE _19_ CHANGE _Transfrisker_

_____

REASON _Instrament is a Transfrisker not transistor_

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____    _____

Mitchell  Hudson                          Date