**To:** Flanagan, Bryan[███████████████████]; Rey, Katherine D[████████]
**From:** Zanello, Nancy
**Sent:** Fri 7/11/2025 6:18:02 PM
**Subject:** RE: [███████████████] arrested today, high risk of heart attack
**Received:** Fri 7/11/2025 6:17:00 PM

Good afternoon,

Not saying you all didn't ask. This week has been one gross contagion after another, it's mostly new staff or non-ERO that just don't know to ask. We've had multiple hospital sits for cardiac and seizures.

The attorney Luke, his direct number is at the bottom of the string, if he decides to call him.

Thank you,

**Nancy Zanello**
**Assistant Field Office Director**
**Detained Docket & Jail Liaison Unit**
**Juvenile Unit**
**New York Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Cell:** [████████] | **Desk:** [██████]

---

**From:** Flanagan, Bryan <[███████████████]>
**Sent:** Friday, July 11, 2025 1:10 PM
**To:** Zanello, Nancy <[███████████████]>; Rey, Katherine D <[███████████████]>
**Cc:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** RE: [███████████████], arrested today, high risk of heart attack

Nancy,

He is still being processed as we speak and those questions have been asked, we haven't even sent the bedspace request yet.

Bryan

**Bryan Flanagan**
**Assistant Field Office Director**
**New York Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk:** [████████]  **Cell:** [████████]

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Zanello, Nancy <[███████████████]>
**Sent:** Friday, July 11, 2025 1:05 PM
**To:** Rey, Katherine D <[███████████████]>
**Cc:** Flanagan, Bryan <[███████████████]>; New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** FW: [███████████████] arrested today, high risk of heart attack

EXHIBIT
PX62
tabbies

Good afternoon

Recently arrested by CIP. I spoke to the attorney.

Ask med questions first thing please. We have had multiple hospital stays this week because no one is asking a simple do you have a medical condition we should know about.

Thank you,

**Nancy Zanello**
**Assistant Field Office Director**
**Detained Docket & Jail Liaison Unit**
**Juvenile Unit**
**New York Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Cell: ███████ | Desk: ██████

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Date:** Friday, Jul 11, 2025 at 12:50 PM
**To:** Zanello, Nancy <███████████>, Hampton, Lige A <███████████>, Mercado, Nelson <███████████>, Marcellin, Merlin <███████████>
**Cc:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Fw: ████████████ arrested today, high risk of heart attack

Good afternoon all-

Just wanted to give you the heads up at the request of SDDO Pujol, attorney claims his client is at high risk of heart attack, alien is not showing in custody yet, so I have not requested a G-28 yet, I advised the attorney to continue to monitor the detainee locator.

Thank you

New York Outreach
Leslie

**From:** Pujol, Joseph T <███████████>
**Sent:** Friday, July 11, 2025 12:48 PM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>; Dawson, Khristopher <███████████>
**Subject:** RE: ████████████, arrested today, high risk of heart attack

He would be in NYCHOLD if he is arrested today so please forward to them 3. Thanks!

Thank you.
Respectfully,

**Joseph T. Pujol**
Supervisory Detention and Deportation Officer
Detained Case Management Unit
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk ██████    Cell ██████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Friday, July 11, 2025 12:44 PM
**To:** Pujol, Joseph T <█████████████████>; Dawson, Khristopher <█████████████████████████>
**Cc:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Fw: ██████████████████████ arrested today, high risk of heart attack

Good afternoon,

Just giving you a heads up.  Subject was arrested today but he's not showing in EARM as of yet.

Thank you

New York Outreach

---

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Friday, July 11, 2025 12:41 PM
**To:** Luke Millar <████████████████>
**Subject:** Re: ████████████████████, arrested today, high risk of heart attack

Good afternoon,

We have no record of having this person in custody.  Please utilize the online detainee locator and reach out to the relevant field office once a detention location is displayed.

www.ice.gov


Thank you

New York Outreach

---

**From:** Luke Millar <████████████████████>
**Sent:** Friday, July 11, 2025 12:30 PM
**To:** New York.Outreach <newyork.outreach@ice.dhs.gov>
**Subject:** ████████████████████ arrested today, high risk of heart attack

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,

I represent Mr. ████████████ and just received a call from his daughter, relaying that he is being detained by ICE at Nassau County, as of this morning. He has a host of very serious medical issues and there is good reason for concern about a heart attack occurring while in custody. The officials at Nassau County indicated that they didn't have him in their system yet and could provide no information. Can you please confirm his custody and alert the facility of medical concerns.

Confidential - Subject to Protective Order

Luke Millar
NYIFUP Staff Attorney
The Legal Aid Society

ICE - 0016775