**6:45**   .ill 5G

**BJ**

**Bill** ›

We have one going to the hospital. "Seizure". Ems are here.

Up with Lad and the FBI

Fri, Jul 11 at 10:22 AM

The we cannot VD the israeli kid. His passport expired.

Congressman's office seems to think El Al will allow the faithful to travel on expired. If not, we'll work on getting TD



EXHIBIT

PX114

Oh. Hmm..we can't call the israeli guy that came can we?

And we have a guy with monkeypox. 🤦. Whoever arrested can babysit.

+ iMessage

You joining? Or catch you up?

ICE - 0029823

6:47                                          .ıll 5G 🔋



**Cardiac lady?**

**We don't have her meds it's becoming an issue.**

Have IHSC pressure their Pharmacy at ELZ to get her the meds (in writing).

Failing that, she needs to be brought to the hospital.

It takes quite a while to get these things approved. Todd's responsible for 58k detainees, amongst other things.

Sat, Jul 12 at 12:01 PM

Are you free to chat / have people around you?

**I just finished the count.**



+    iMessage                        🎤

Announcement OPEN NOW:

ICE - 0029824