Confidential - Subject to Protective Order

**3:25**





**Nancy** ›

Sun, Jul 13 at 2:00 PM

Do we have anyone at Detained/ Juvy on duty that can take this guy to the hospital? Or personnel from CAP or FugOps?

Who's arrest?

I asked Aguilera

Fug Ops arrest from 7/10.

This guy just passed out FPS Mega center contacted to send EMS

Oh jeez. What's wrong with him?

Not breathing

I have 3 in.

Trouble breathing. Needs oxygen

Charles and Mascia both have commitments after work and are about to leave.

  iMessage



ICE - 0029829



EXHIBIT
PX115

Confidential - Subject to Protective Order

**3:26**

Trouble breathing. Need



rles and Mascia...ave
commitments after...nd are
about to leave.

**Nancy ›**

EMS is taking him. DO Kenny from TRO is going with. I just need one guy to link up with him at NY Presbyterian.... CAP?

On phone with Irving.

Is Merlin or Nelson coming in for you?

Nelson is off, Merlin had drill this week

Oh jeezus.

So no swings sup

Merlin may come in. He's on his way back from Jersey

Oh ok

These fug ops specials need to end. We pre screen once they come in. Any problems kick em out.

When would Irving have someone ready for relief? And

 iMessage ?

NY Presbyterian

ICE - 0029830

Oh ok

**3:26**

se fug ops speci ed to
We pre screen ey
come in. Any proble k em
out.

**NZ**

**Nancy ›**

When would Irving have someone ready for relief? And who?

NY Presbyterian

At 3

Is that the Yemeni dude?

What's the A#?

👍

This was the hospital run request from earlier. The Yemeni guy was never booked in, left with arresting officers for a fit.

Sun, Jul 13 at 4:24 PM

So the Yemeni guy is coming back here and he's been found NOT fit for confinement. Bill knows, do we still need S1 approval to release? Crazy



+    iMessage



3:27

Sun, Jul 13 at 4:24 PM

**NZ**

**Nancy ›**

So the Yemeni guy is coming back ~~and he's been~~ for NOT confinement. Bill knows ~~we~~ still need S1 appoi~~ntment~~ ease? Crazy



"Due to his complex medical needs including need for abdominal surgery ASAP and need for CPAP machine at night (or risk of sudden death due to apnea/ not breathing), Mr. ███ ████ is NOT fit for confinement."

A Taskings blast needs to go out to remind our officers of their prosecutorial abilities in the field while encountering patient zero for arrest.



He's pushing it to HQ

ICE - 0029832

**3:28**

**NZ**

**Nancy** ›

It's with the FOD for release. He's pushing it to Hq

Should we just get one for dialysis man too? Or wait for Hammonds

They're working on both. And yes. Decision comes from EAD or higher.

How's the write up from Hammonds? And meal recommendations?

We got nothing from her for recommendations

How are you?

**1 Reply**

I'll email.

How are you?

If not for the CI arrests and Fug Ops, this would've been a pretty

iMessage

**3:31**

< s waiting for a r e.



**Nancy** >

Everything good?

Tue, Jul 15 at 3:40 PM

Can we get the med transfer forms for the 9 going to Boston? Carla needs them

I gave those to Kareem hours ago.

When did you give it to him. They missed the run because medical took so long.

medical was dragging ass. (1:39pm) given to Kareem

Edited

Ok. They'll go to Boston tomorrow

Yes early morning

Tomorrow / today :

58 males 11 females = 69 ice air
11 to Moshannon today
9 to Boston tomorrow

Ice air is tomorrow.

+    iMessage

ICE - 0029834

Confidential - Subject to Protective Order

**3:32**

58 males 11 females = 69 ice air
Moshannon tod
Boston tomorr



Ice air is tomorro  **Nancy** ›



Wed, Jul 16 at 6:59 AM

Good morning, I submitted sick leave today. 1 hour @ 1400

Ok. On my way in

Once Ihsc is in please have them test Covid man

Covid man is 🌫️

Oh nice

Wed, Jul 16 at 10:13 AM

Can you send the nurse out.

One dude on floor rolling around having a fit. Anxiety or something

Thu, Jul 17 at 11:31 AM

So one of these just came in. For now I'll have him on the bench but he can't go with the males and can't go with the females.

iMessage

ICE - 0029835