**To:** Hampton, Lige A█████████████████████
**Cc:** Marcellin, Merlln█████████████████████
**From:** Calidonio, Carla
**Sent:** Fri 8/8/2025 2:48:48 AM
**Subject:** RE: Current Bedspace Needed for Lows and Highs
**Received:** Fri 8/8/2025 2:48:52 AM

100 agree . That's why I throw the hot potato.

**Carla Calidonio**
Assistant Field Office Director
Transportation and Removal Operations, Enforcement and Removal Operations
New York City Field Office, U.S Immigration and Customs Enforcement
Desk: ███████████  Cell: ███████████

---

**From:** Hampton, Lige A █████████████████████
**Date:** Thursday, Aug 07, 2025 at 9:45 PM
**To:** Calidonio, Carla ████████████████
**Cc:** Marcellin, Merlin ████████████████
**Subject:** RE: Current Bedspace Needed for Lows and Highs

Temporarily suspending court operations until Tuesday would be a suggestion. Unpopular but practical. Just throwing it out there in the universe. Lol
Hopefully we don't wait until something negative happens.

**L A Hampton**

**Supervisory Detention and Deportation Officer**
**New York City Field Office, Manhattan Duty Station**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
26 Federal Plaza, 10th floor
New York, NY 10278
Sent with BlackBerry Work
(www.blackberry.com)

> EXHIBIT
> PX 7

---

**From:** Calidonio, Carla ████████████████████
**Date:** Thursday, Aug 07, 2025 at 9:39 PM
**To:** Vuckovic, Nenad ████████
**Cc:** Chae, Kevin ████████████, Uddin, Abdul A ███████████████, Hampton, Lige A ████████████████, Marcellin, Merlin ████████████, Green, Carol K ████ Joyce, William P ██████████████████
**Subject:** RE: Current Bedspace Needed for Lows and Highs

Thank you sir .

**Carla Calidonio**
Assistant Field Office Director
Transportation and Removal Operations, Enforcement and Removal Operations
New York City Field Office, U.S Immigration and Customs Enforcement
Desk: ███████████  Cell: ███████████

---

**From:** Vuckovic, Nenad ████████ █████████████

ICE - 0013827

Confidential - Subject to Protective Order

**Date:** Thursday, Aug 07, 2025 at 9:36 PM
**To:** Calidonio, Carla ███████
**Cc:** Chae, Kevin <███████████████ >, Uddin, Abdul A <███████████ >, Hampton, Lige A <████████████ >, Marcellin, Merlin <███████ >, Green, Carol K <████████████ >, Joyce, William P <█████████████ >
**Subject:** RE: Current Bedspace Needed for Lows and Highs

Good evening, Carla,

I have elevated the (NYC Hold Room) status to the FOD for further guidance.

Thank you,

**Nenad Vuckovic**
**Acting Deputy Field Office Director**
**New York City Field Office, Newburgh Sub-Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk:** ████████  **Cell:** ████████
**15 Governor Drive**
**Newburgh, NY 12550**

████████████████████ **(HSDN)**



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication or any associated attachments should be furnished to the media, either in written or verbal form.

**From:** Calidonio, Carla <███████████████ >
**Sent:** Thursday, August 7, 2025 6:54 PM
**To:** Vuckovic, Nenad <████████████ >
**Cc:** Chae, Kevin <███████████ >; Uddin, Abdul A <████████████ >; Hampton, Lige A <████████████ >; Marcellin, Merlin <████████████ >; Green, Carol K <█████████ >; Joyce, William P <████████████ >
**Subject:** Current Bedspace Needed for Lows and Highs

Vuck,

We currently have 138 detainees in NYC Hold Room.
- 36 detainees have been approved for transfer via ICE AIR on Monday, 8/11, to Detroit. I've requested to have this movement pushed up and the request was declined by IAO. By Monday, some of these detainees will be in NYC hold for 7 days.
- We are tentatively approved for 8 high beds at Moshannon. They will be transferred tomorrow morning due to lack of transport.

- Additionally, we have an individual with mental issues and a transgender in NYC Hold. I'm anticipating a positive response from New Orleans and have taken the liberty to place them on ICE AIR as alternates. Their movement isn't guaranteed.


Both 216's do not reflect the exact numbers because some detainees have not been processed / booked in.
- We are requesting 104 low male beds from the DOCC, which is subject to change (increase).


The DOCC has communicated today that there is no bed space nationwide. Melissa Harper is aware of our situation and New York is on the top of their radar.
- They are hopeful that our bed space will get approved by Sunday.


New York City AOR is averaging 60 arrest a day. If this average is accurate that would leave close to 200 detainees in NYC hold throughout the weekend.

I've attempted to call Newark for assistance; however, they are also at a deficit and using their holding rooms.

I've posted the local population numbers below for MDC & OCJ as of this morning. We are sending 3 low males to MDC tomorrow. These number tend to fluctuate, and we always leave 2 beds or so for emergencies.

We sent 1 High & 2 lows to OCJ because these individuals were being problematic in NYC hold.

NCCC currently only has 4 available cells. Long island will utilize these beds if they make late arrest this evening.

| NYC DCMU Population – 380 | | | | |
|---|---|---|---|---|
| **MDC Brooklyn** | | | | |
| **Total** | **Males** | **107** | | |
| | Max Capacity | Occupied | Quar/Medical | Vacant |
| POD H-A (Low and Medium/Low) MALE | 114 | 107 | 0 | 7 |
| **Orange County Jail** | | | | |
| **Total** | **Males** | **163** | | |
| | Max Capacity | Occupied | Quar/Medical | Vacant |
| POD A-2 (Low and Medium/Low) MALE | 56 | 52 | 2 | 2 |
| POD A-1 (Medium/High and High) MALE | 56 | 48 | | |
| | | | 12 | 3 |
| POD A-3 (Medium/High and High) MALE | 56 | 49 | | |
| Medical (Special Needs Cases-NOT Quarantine) | | Males | | |
| | Low/Medium | 0 | | |

Please advise how you would like to proceed.

ICE - 0013829

Confidential - Subject to Protective Order

v/r,

CC
**Carla Calidonio**
Assistant Field Office Director
Transportation and Removal Operations,  Enforcement and Removal Operations
New York City Field Office, U.S Immigration and Customs Enforcement
Desk: ███████████ Cell: ███████████

ICE - 0013830