Continued from July 1st 2025 | In/out Total

| | | In/out | Total | |
|---|---|---|---|---|
| A | ████ | | | |
| A | ████ | | | 0530 |
| A | ████ | | | |
| A | ████ | | | |
| 1535 (+1) | MALE ARRIVED Escorted by ERO | +1 | 1418 | |
| A | ████ | | | |
| 1545 All detainees fed 44nd 4 of Meal | | | | |
| 1700 (+3) detainees arrived Escorted by Mora/Colbert | +3 | 151 | 0545 |
| A | ████ | | | 0550 |
| A | ████ | | | 0553 |
| A | ████ | | | |
| 2030 (+1) Detainee arrived Escorted by ERO | +1 | 152 | 0557 |
| A | ████ | | | |

Tuesday July 1 2025 2230X0630 Tour — 152
PRATT / ROMAN on Post 152 detainees —
Security Check of Area off o.k at this time

| 2320 | Barret / Alverez Billy / Alexander From Delany | +18 | 170 |
| 0000 | Barret / Sanders (5) From central Islip | +3 | 173 |
| 0515 | Armstrong / ICE ████ | -13 | 162 |

Below is list f[...]

Form I-216
ARTMENT OF HOMELAN[...]
ATION & CUSTOMS ENF[...]
(Rev.04/26/11)

C HOLD ROOM (IHSC)
RICK, NY, PROCESSIN[...]

Name of Person
LAST        F[...]

ompliance with all ICE Det[...]
Title: