**To:**  Francis, Ladeon E[ █████████████████████ ]; Almodovar, Judith[ ████████████ ]
**From:**  Joyce, William P
**Sent:**  Tue 6/31/2025 12:49:56 AM
**Subject:**  RE: NYC 6/29
**Received:**  Tue 6/31/2025 12:49:59 AM

Thank you sir.   Hopefully, it's sufficient.

Regards,
Bill

**William P. Joyce**
**Deputy Field Office Director**
**New York City Field Office, Manhattan Duty Station**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
~~(Office)~~ ████████ (Cell) ████████
26 Federal Plaza, 10th floor
New York, NY 10278

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Francis, Ladeon E < ███████████████████████ >
**Date:** Monday, Jun 30, 2025 at 7:19 PM
**To:** Joyce, William P < ████████████████████ >, Almodovar, Judith < ████████████████ >
**Subject:** FW: NYC 6/29

Response that was sent up

LaDeon Francis
*Interim Field Office Director*
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
New York City Field Office
Cell: ████████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Francis, Ladeon E < ███████████████████████ >
**Date:** Monday, Jun 30, 2025 at 5:30 PM
**To:** Giles, Thomas P < ████████████████████ >
**Subject:** NYC 6/29

Good afternoon –

Relative to your inquiry about the seemingly high number of T8 ICE officers on duty, vs. the number of arrests, as you know, the number of T8 on duty is consolidated between ERO and HSI, with HSI being having a significantly larger number of sworn employees.  We do not presume to respond for HSI, as we would not necessarily know what work they performed.  But that said, HSI reported 15 stand-alone teams of 3 to us, for a total of 45 Special Agents listed.  On June 29, we reported 72 (seventy two) 1801s on duty, and (3) three arrests.  Of those 3 arrests,

**EXHIBIT**
**PX84**

Confidential - Subject to Protective Order

███████ was arrested by ERO's Non-Detained Unit, ███████ was arrested by a ERO Fugitive Operations Unit from the Newburgh Sub-Office, and ██████ by an ERO Fugitive Operations Unit operating out of Nassau County.

A victim of our own success, ERO NYC arrests more EOIR court room cases than bedspace can be found for locally, nor processed efficiently and effectively, resulting in the main hold room / processing area at 26 Federal Plaza which was never designed for such an operation – leading to a predictable result – overcrowding. While we continue to work with DOCC and our close in proximity fellow offices to get bedspace, the reality is the numbers do not go out as fast as they are coming in.

The extent of the overcrowding this past weekend was so significant that a smaller "court holding" area at the Varick Street office had to be pressed into service to house female detainees overnight Friday into Sunday afternoon, until the air-conditioning failed, leading to the having to return the female detainees back to 26 Federal Plaza.   The average daily population of these two holding areas over the weekend were about 80 males and 33 females which required that what would have been arrest teams be diverted to perform guard, feeding, and transportation duties to and from Newark's Delaney Hall that it was not our intention to have them perform this past weekend.   As you are likely aware, the courtroom arrests are also the subject of constant litigation, requiring officers to prepare declarations for submissions to the District Court for Southern District of New York.

Also, as you know, the operating environs of New York City are not conductive to at-large operations, given the wallpapering of "Know your Rights" flyers by the usual suspects (the ALCU, the NYCLU, and NYFIUP, among others – to include the City of New York's Office of Immigrant Affairs instructing them that they do not have to open the door for us) makes "knock and talks" unsuccessful, and the outright and vociferous defense of those incarcerated in the City's Department of Correction or arrested by the NYPD by the City Counsel, renders the CAP program basically toothless in the City itself.   I am sure that you have seen the "mostly peaceful" mini-riots and protests that NYC enjoys often, and when we have not had our own, our SRT is pulled to assist Newark with theirs, and/or assist them with escapee recovery.  New means of social media tracking and lookouts for our officers and vehicles have become much more common to the extent where within minutes of surveillance, knocking, or a vehicle stop the information is posted and people are responding. As I mentioned to earlier, we also had an attempted drive by knifing of one of our teams out on the Island 20 minutes after a post this morning (see SEN number ████████████) in addition to having their own stalkers, while the situation is not as bad as LA… it's early in the summer yet.

Programmatically, here is the work that my officers I had by officers doing, or had to redirect them to do, as Sunday unfolded:

**Fugitive Operations, Manhattan:**
DAY TOUR: 6 teams planned for, however, scaled down to 3 operational teams resulting from SL/AL.
DAY TOUR: 21 LEOs
ERO-9 – 4- SDDOs / 5 DOs
DEA-5
FBI-5
HSI-2
NUMBER OF TARGETS: 7
0530hrs – 1000hrs - Day Tour Targeted 7 aliens
1000hrs – FugOps SDDOs made aware no coverage at VRK for female detail beyond 1200hrs and a request made to provide transportation support from 26 FED to Delaney Hall.
1030hrs – Suspended field ops - SDDOs split LEOs – Female detail @ VRK and transport detail @ 26.
1030hrs-1400hrs – Day tour @ VRK assisting with Female Security and transport to 26 Fed – Day tour @ 26 providing security and prepping for Delaney Hall Transfers

SWING TOUR: 13 LEOs
ERO- 2-DOs
CBP-3
DEA-1
FBI-5
HSI-2
1400hrs-1600hrs – Swing Shift split in two teams – one team providing Female Security and transport to 26 Fed / One team providing rotating transfers between 26 Fed, Delaney Hall and Varick to 26 Fed.

1600hrs-1800hrs – One swing shift team continued to provide security and transportation of last group of females from VRK to 26 /Second swing team continued to provide transportation from 26 Fed to Delaney Hall.
1800hrs-2200hrs – Swings provided security @ 26 Fed and worked up cases for 06/30.

## Fugitive Operations and CAP, Newburgh:

Day tour 6am – 2pm
ERO- 4-DOs
DEA-1
FBI-3
HSI-4
Targeted:
A███████ – Arrested; A████████ – address cleared; A████████ – address cleared .  2 ERO Transported the arrested to 26 Federal Plaza, the remaining 2 ERO performed CAP work, post arrest, investigating 28 cases in ACRIMe, finding one Interpol Red Notice case.


Swing shift 1400-2200
ERO- 2-DOs
FBI-3
HSI-2
Targeted:██████  ████████ addresses cleared.
FOT Swing shift also case refinement / prep for targeting on the following: A████████, A████████, A███████
██, A████████, A████████, A████████, A████████, A████████, A████████

## Fugitive Operations and CAP, Long Island:

Long Island had 4 DOs leading 3 arrest teams day tour:
(1 ERO, 2 HSI, 1DEA)
(1 ERO, 1 HSI, 1 CBP, 1 ATF)
(2 ERO 2 HSI 2 CBP).
Targeted:
A████████ - Address cleared
A████████ – address cleared
A████████ – address cleared
A████████ – address cleared
A████████ – address cleared
A████████ – address cleared
A████████ – Surveillance conducted which led to alien's arrest on 06/30/2025
A████████ – address cleared
A████████ – address cleared


Swing shift
I team
1 ERO on prescheduled sick leave. 1 ER0 on approved A/L, 1 ERO called out sick.
3 Remaining officers pulled from the field prior to knocking at 2pm to pull aliens out of the Nassau County Jail and transport them to 26 Federal Plaza.



## Detained, Varick Street

Day tour 6am – 2pm
ERO – 9:  1 – AFOD, 2 – SDDOs, and 6-DOs
-          18 individuals served the VD motions.
-          99 cases vetted for VD

Mids – moved to midnight-0800 – for females being diverted to 201 Varick for housing
ERO- 1-DO (female) – overnight processing guard duty coverage


## CAP Manhattan at Varick

Morning and evening shift:
ERO-2 Deportation officers assisting Transportation and Removal operations with the movement of 32 detainees.
ERO-2 Deportation officers assisting Transportation and Removal operations with the movement of 8 to Nassau County Jail.
ERO-2 Deportation officers assisting Transportation and Removal operations with temporary housing on the 11th floor.
ERO-1 SDDO- 4 DO-vetted 52 ACRIMe hits and lodged 20 detainers.

## Special Projects/Training Unit:
The Special Projects and Training Units had 1-SDDO and 5-DOs on duty on Sunday, June 29th
2 DOs were working ICE Air (Baltimore) due to lack of ERO staff and contractor staff.
1-SDDO and 3-DOs worked to process aliens arrested from the day before as well as officer presence in the processing area as there were a multitude of detainees in the 26 Processing cells awaiting detention placement. Officers had to cover the overnight shift to watch detainees at 26 Federal Plaza and 201 Varick Street (female detainees) through the weekend due to waiting for bedspace and cancelled ICE Air flights.

## TRO:
The Transportation and Removal Operations Unit had 1-AFOD, 2-SDDO, 4-Deportation Officers and 6-BP Processing Coordinators on duty at 26 Federal Plaza and 5-Deportation officers on duty at the JFK Hub. The TRO-Processing officers worked 2 ICE Air flights (one out of Baltimore and one out of Trenton). The JFK Hub officers worked on removals out of JFK and conducted Background Criminal Record (BCR) checks. Midnight shift at 26 Fed to watch detainees and prep for am ICE AIR

## NonDetained:
7am-3pm.
NDCM had 5 DOs present along with AFOD.  The G56 weekend call in initiative began and officers reported directly to triage, processing approximately 50 subjects in triage and arresting 1.
1 female DO to Varick St to assist with female subjects in that location.
 another officer upstairs to assist with processing and detainees.

Finally to mention ERO NYC is still at a current deficit of about 70 Deportation Officers.


Thanks


LaDeon Francis
*Interim Field Office Director*
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
New York City Field Office
Cell: █████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.