DECLARATION OF CARLOS CHALCO CHANGO

I, Carlos Chalco Chango, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.  I make this declaration based on my personal knowledge, and at trial, I can and will reaffirm that the declaration is true and correct.

2.  I live in Ecuador. I lived in the United States from January 2023 until December 2025, when I left because I could not live with the fear and uncertainty that my detention and my treatment in custody had caused me. My son and I came to the U.S. together and we both returned to Ecuador in December.

3.  I am legally blind. I was registered with the New York State Commission for the Blind when I lived in New York. I used a cane to walk anyplace that I was not familiar with and I used assistive devices on my phone to read and to type. I also relied heavily on my son, with whom I came to the U.S. and with whom I lived, for day-to-day assistance.

4.  Before my son and I were detained, we lived together in Queens, New York. We applied for asylum and attended immigration court.

5.  On November 4, 2025, I was leaving for work when agents approached me on the sidewalk outside my home and detained me. I told them that I had an immigration court date, employment authorization and a social security card. I took my employment authorization and my identification saying I am blind out of my wallet but they would not look at them—they said it did not matter. When they detained me they took away my bag that had my cane and my headphones. They chained me at the waist and feet and put me into a car.

6.  The officers told me to call my son to tell him to come but I refused. Then my son called my cell phone, and an agent in the car with me answered the phone on speaker. My son said he had heard the police were looking for him. I told him I was detained but it was immigration. An officer listening on speaker phone said in Spanish "tell your son to come and turn himself in and we will let you go." My son heard that and said "papi I will come now so they release you." But when he came, they detained him too.

7.  I was taken in a vehicle to Manhattan where I was reunited with my son, who was also detained an hour or two after me. We were held together in a holding area in Manhattan and then taken by van to New Jersey on Tuesday evening. In New Jersey, my son got out and was processed but I was not processed in. After some time, my son and I and another person were all put back into the van and taken back to Manhattan to 26 Federal Plaza.

8.  I was at 26 Federal Plaza from Tuesday November 4 until Saturday November 8 when I was taken to Orange County Jail. My son was with me until Thursday or Friday, when he was taken back to Delaney, a detention center in New Jersey.

EXHIBIT

PX337

tabbies

9. While we were at 26 Federal Plaza, there were usually around 8 to 11 people in the room we were in. There was not much space to move around and I did not have my cane, so I spent most of my time seated or lying down. There was a lot of coming and going—many people would come for only a few hours. My son and I were there for the longest.

10. Neither my son nor I got any kind of paper telling us what our rights were, such as the right to request a private call or a change of clothes.

11. While I was at 26 Federal Plaza, we got at most one call a day. I was able to call my sister once a day for around 5 to 7 minutes. There was always a guard there when I did so. No one ever mentioned that legal calls were available or any possibility for private calls.

12. If I could ask for any changes at 26 Federal Plaza, I would want the opportunity to clean ourselves; more food; call access; and better treatment. Most of the guards there were very rude. I saw them threaten to withhold people's calls. I asked guard to speak with ICE, and he yelled at me and said no. We weren't allowed to knock on the window. Once my son did that to ask for a call, the guards told him to get back and to sit down.

13. We stayed in the same clothes we had on when we were detained throughout our time at 26 Federal Plaza—except that I had on a vest when I was stopped and that was taken away, so I was just in a shirt and pants. The guards never offered us clothes. I recall there was one person who spoke English well and he asked for clothes, but he was not given any.

14. We received a thin mattress and aluminum blanket to sleep on the floor. It was very cold. I tried to stay beneath the aluminum blanket whenever possible but even so my arms ached from the cold.

15. We were given toothbrush, toothpaste, and toilet paper but not soap. When people used the toilet, they had to wash with only water. At times we tried to use toothpaste to wash. We all wanted to wash ourselves but we weren't given anything to do it with and even if we had there was no place to do it and no privacy. Twice we were given small wet towels; they were cold and I did not smell any kind of soap on them.

16. We got the same food every day and the portion sizes were very small. We got a donut or roll in the morning, a frozen sandwich at midday, and then a bag of food with some crackers and chocolate at night. We were always hungry. I barely ate anything; I would give my portion to my son and tell him to eat it instead because I knew how hungry he was.

17. I have diabetes and high blood pressure and at the time I was in pain because I had broken a tooth. After I arrived at 26 Federal Plaza on Tuesday, I did not see a nurse until the next day. Before I was detained I had taken a daily pill for my diabetes, but the nurse only gave me Tylenol and said "this is all we have here." From what I recall, that was many people's experience. Whether it was for nerves, high blood pressure, pain, stress, diabetes—that was it. There was nothing else.

18. I did not get any real accommodation for my disability. A guard walked me back to the medical room for my examination. Apart from that, I relied entirely on my son and after that a detainee from Guatemala helped me. I could go to the bathroom on my own but for everything else I needed help because I did not have a cane. When the guards brought food in, someone would bring it to me.

19. The treatment we received was ugly. It was worse that disabled people were the same as everyone else. My vision has deteriorated over many years because of a medical condition that I have, but my left eye has deteriorated markedly since I was detained in November. It has to do with a lack of blood circulation and it scares me how fast it has happened. I feel on edge. I am still trying to see a specialist, but an opthalmologist here told me that I suffered a trauma in the United States and it is still affecting me and my vision.

20. It's traumatic to remember. I have tried to forget. At 26 Federal Plaza, we had no rights: no right to food, no right to calls, no right to cleanliness, not even a right to medicine. In that sense we had lost all our rights there. I think those rights are important so that people can be, if not calm, at least consciously aware of what is happening to them, and what has happened to them.

21. Being detained at the 26th Federal—that is what truly takes the greatest toll: the desperation, the trauma, not knowing if I would get out, or when. That is what leaves a lasting mark on your life; it is incredibly difficult for a person's mind to endure. It was such a terrible trauma that you just want to get past it.

DATED: May 10, 2026

Carlos Chalco Chango

**CERTIFICATE OF TRANSLATION**

I, Paige Austin, certify that I am fluent in both English and Spanish. On May 10, 2026, I prepared a Spanish translation of the foregoing statement and sent the Spanish-language translation to Mr. Carlos Chalco Yunga for his review prior to signing the foregoing statement in English. The Spanish-language translation of the foregoing document was accurate and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____

Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237