## DECLARATION OF OSCAR PASCUAL LOPEZ

I, Oscar Pascual Lopez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my personal knowledge, and at trial, I can and will reaffirm that the declaration is true and correct.

2. I live in Guatemala. I arrived here on March 2, 2026, when I was deported from the U.S. I had fled to the United States from Guatemala in December 2024. Since I was deported, I have been having a lot of problems here. I am scared for my safety and my life. I am trying to do my best to manage it but I don't know if I will be able to stay here long term.

3. I have no criminal history in any country.

4. In the U.S., I lived in Ossining, New York. On Sunday, August 3, I was at a small park in a residential area of Ossining when immigration officers appeared and began detaining people. Officers detained me and placed me into a car. They did not ask my name or any other questions; they just detained me. I was fingerprinted and held at an office, I believe in Newburgh, until about 5 p.m. and then I was taken to 26 Federal Plaza in Manhattan.

5. I was at 26 Federal Plaza from August 3 until August 11, 2025. The conditions at 26 Federal Plaza were very bad. It is something that is hard to imagine but I lived it.

6. The entire time I was there I could not bathe and I could not change clothes. I was in a very crowded room, which sometimes held more than 60 people. We were given a substance like shampoo to wash our hands but it was hard because with so many people, there were too many people to use the small sinks on top of the toilets.

7. The smell was very bad. Many people had not been able to bathe in 8 or 9 days. I saw people who speak English ask cleaning products, like disinfectant or a broom, but the guards would not give them to us. The cell was not cleaned consistently: I remember up to three days passing without it being cleaned, so it got dirty.

8. There were no beds. I slept on the floor with just an aluminum blanket. Some people would sleep in the toilet area because there was not enough space for everyone to lay down. At times it was very cold with the air conditioning.

9. We received food only twice a day and it was not good. It was not food that I was accustomed to; it was in bags that the guards would heat up. I saw some people around me begin to lose weight from the lack of decent food.

10. The entire time I was at 26 Federal Plaza, I was able to make only two calls. I called my family but could only speak for a few minutes each time. I think that a guard was listening both times and could hear everything. I felt very nervous to speak. I felt afraid for my family members and did not want them to get in trouble.

EXHIBIT

PX334

tabbies

11. During my time there, I never spoke to a lawyer. ICE did not tell me I could speak with a lawyer or how to do so. I did not know anything about my case or what would happen to me, so I would have liked to speak with a lawyer. But I did not have a phone number or any way to reach a lawyer.

12. Many of the people I spoke with at 26 Federal Plaza had agreed to be deported. One told me that he had been there too long and could not take it. It was a very difficult situation to be in.

13. I developed a fever while I was there and began to feel sick. But I did not get any medical help at 26 Federal Plaza and I saw many people around me in the same situation. I saw people who were sick—with a cold or the flu and with stomach pains from the food—and asked for help but did not get it. It was clear to me that it was not possible to get medical care. I also felt too nervous to knock on the window because it seemed to make the guards angry.

14. From what I saw, it seemed to me that overall the staff really did not attend to sick people or give them medicine. There were times nurses were not available at all. Even when there were nurses available, they could only provide basic medicines, but some people needed more specialized medicine.

15. The guards could punish us easily, so it made me very hesitant to make requests or say anything to them. I did not knock on the window but I saw others who became desperate do so. Once I saw through the windows that a man in the other large cell was hit and taken out of the cell by several guards—I thnk as many as five guards came one after the other. They all went after him. I think it may have been for something he said to a guard.

16. I felt scared. I was eager to move somewhere else. It was not until I was transferred that I was finally attended to, got medicine, and began to feel better.

17. The experience of being at 26 Federal Plaza was very traumatic. It affected me very negatively. I was extremely worried and fearful not knowing what would happen to me, and not being able to speak to an attorney who could have explained my situation and options made my fear worse.

18. At around noon on Monday August 11, I was loaded into a van along with most of the people on the 10th floor and driven to an airport in New Jersey. From there we were loaded onto a flight. I was with a group of people who got off at the first stop, which I believe was in Ohio, and from there we were transferred to the detention center in Michigan.

19. My experience at 26 Federal Plaza and in detention in the U.S. still affects me. I am scared in Guatemala but there comes a point when a person is desperate, you cannot be detained anymore.

DATED:  March 17, 2026

Oscar Pascual Lopez

**CERTIFICATE OF TRANSLATION**

I, Paige Austin, certify that I am fluent in both English and Spanish. On May 14, 2026, I prepared a Spanish translation of the foregoing statement and sent the Spanish-language translation to Mr. Oscar Pascual Lopez for his review prior to signing the foregoing statement in English. The Spanish-language translation of the foregoing document was accurate and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____

Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237