I, Nuvia Martinez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.  I make this declaration based on my personal knowledge, and at trial, I can and will reaffirm that the declaration is true and correct.

2.  I am a citizen of El Salvador. I arrived in the United States in or around July 2016. I used to reside in New York. Currently, I am detained by ICE at place called the Houston Contract Detention Facility in Texas. I have been detained here since around June 2025.

3.  I am really desperate to get out of detention. I suffer from frequent headaches and dizziness. I am not sure why I suffer from these things, but I was trying to see a neurologist before ICE detained me last June. I also suffer from type 2 diabetes. In addition to my own medical conditions, I have five small children that depend on me, three of whom are U.S. citizens. Unfortunately, some of my children have their own health complications. Two of them have autism and another has type 1 diabetes. I worry about all of them every day. I feel an immense sense of sadness whenever I think of them, and I agonize about the time I have lost with them due to my detention.

4.  The road that led me to this detention center has been painful. It began several years ago when my husband was killed in El Salvador, which forced me to leave my home country. Shortly after I arrived in the United States in July 2016, I retained a private attorney to help me apply for asylum. Unfortunately, that lawyer did not advise me properly about the asylum process, even though I paid him several thousands of dollars. Ultimately, an immigration judge denied my asylum application. Years later, I hired another to help me understand my options. Most recently, I had a pending motion to reopen my removal proceedings, which was filed within days of ICE detaining me last June.

5.  I recently learned that motion was denied on or around May 1, 2026, a day or so after I was disclosed as a witness in this case, which I understand is a class action lawsuit challenging ICE's detention practices at 26 Federal Plaza in New York City. I am worried about what that means for me.

6.  I have always tried to do what was required of me by the immigration authorities. For example, I was required to check in with ICE, and I always did my best to comply.

7.  But on June 11, 2025, ICE decided to abruptly detain me during a check-in at 26 Federal Plaza in New York City. I remember meeting with an ICE officer that day. I was particularly concerned about what might happen to me, so I brought a letter that documented my type 2 diabetes, which I showed to the officer. But that did not stop them from detaining me. I also explained that my children had medical conditions and needed me. That also did not stop them from detaining me. I was with my lawyer at the time, and I remember that at the point when they decided to arrest me, they instructed her to leave and then took me into their custody. I was so scared. They then took me to what I eventually learned was ICE's detention area on the 10th floor of 26 Federal Plaza. I was detained there from June 11, 2025 until about June 16, 2025.

EXHIBIT

PX333

8. The conditions at 26 Federal Plaza were dreadful. I saw that the holding cells were completely packed with detainees. There were four cells. I was placed in a relatively small cell with approximately 15 other women. The cell had one toilet for us all to share. There were no showers in any of the cells, including ours. I remember that some of the women had their menstrual periods but received no menstrual products, which left some of them with blood stains on their pants. It was humiliating. I did not receive a change of clothes during my time there. And throughout the several days that I was there, I had to sleep on the floor, which was very difficult, especially since the temperature in our cell was very cold. I also remember that the food was almost non-existent. I remember receiving a cookie and a water bottle per day. They also handed out what appeared to be some kind of bag that supposedly had food in it that could be warmed up, but I never took it because I could not really tell what was in it. As for my medical condition, I did not receive any care or medication for my diabetes. I was very worried. I also had no way of contacting my attorney at the time. I remember the guards would offer us approximately one short call per day—about three minutes—but we had to place the calls in an open area with guards right next to us, who would end our call around the three-minute mark. I usually tried calling my family, since I was worried about them. I eventually learned that one of children was hospitalized right after ICE detained me. That whole experience left me traumatized.

9. I was not the only one who lived through this ordeal. I remember that while I was in my cell, I could see into some of the other cells. And what I witnessed terrified me. I saw several male detainees crammed into the cells. I estimate that there were about 30 males in at least one of the cells, which did not look like they were supposed to hold that many people. Some of the men would take off their shirts and sometimes complain about the hot temperature in their cells, perhaps due to the number of individuals that were locked in those cells. It was very stressful to watch people suffer in those conditions.

10. On or around June 16, 2025, ICE transferred me to the Houston Contract Detention Facility, where I remain detained.

11. What I experienced at 26 Federal Plaza felt truly inhumane. It felt like no one on the 10th Floor cared about my wellbeing. I was just a body that they crammed into a room, almost as if it to be forgotten. I do not think anyone deserves to be treated that way. We are humans.

12. I also remain worried about my future. After nearly a year in detention, all I can do is pray that one day I can be with my children again. I hope to see them, to hold them, and to remind them of how much I love them.

Date executed: 5/14/2026

Nuvia Martinez

**CERTIFICATE OF TRANSLATION**

I, Juan Prieto, certify that I am fluent in both English and Spanish. On May 14, 2026, I personally spoke with Nuvia Martinez and read the foregoing declaration to her, translated into Spanish faithfully and accurately. Nuvia Martinez affirmed that she understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Juan Prieto
P.O. Box 8306
Houston, TX 77288
Tel. ████████████