**To:**      Diaz, Carlos[███████████████]
**Cc:**      Johnson, Kareem A[████████████████████]; Marcellin, Merlin[████████████████]; Pujol, Joseph
T[███████████████]; Zanello, Nancy[███████████████]
**From:**    Calidonio, Carla
**Sent:**    Wed 7/2/2025 4:21:10 PM
**Subject:** FW: request for release from custody/update for detention location - ████████████████████
**Received:**          Wed 7/2/2025 4:21:13 PM

Same with this ... copying instructions below.


Please assist the below subject with a phone call to his attorney.

Also add case comments to reflect what exactly happened.

And – reply back to this string with results.

Thanks in advance.

**Carla Calidonio**
**Assistant Field Office Director**
**Transportation and Removal Operations, Enforcement and Removal Operations**
**New York City Field Office, U.S Immigration and Customs Enforcement**
Desk: [███████] Cell: [████████]

---

**From:** Pujol, Joseph T <[████████████████]>
**Sent:** Wednesday, July 2, 2025 10:30 AM
**To:** troshift <[████████████████]>
**Cc:** Chae, Kevin <[████████████████]>; Johnson, Kareem A <[████████████████]>; Mercado, Nelson
<[████████████████]>; Calidonio, Carla <[████████████████]>
**Subject:** FW: request for release from custody/update for detention location - ████████████████

TRO please see attorneys info below and facilitate a legal call and document in EARM. Thanks

████████████

Thank you.

Respectfully,

**Joseph T. Pujol**
**Supervisory Detention and Deportation Officer**
**Detained Case Management Unit**
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk[███████] Cell [████████]

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to
be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO
information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior
approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written
or verbal form.



EXHIBIT

PX63

**From:** Michelle Doherty █████████████
**Sent:** Wednesday, July 2, 2025 8:59 AM
**To:** Pujol, Joseph T ███████████████
**Cc:** Ilana Herr ██████████; Katie O'Marra ██████████; Misael Cornelio ████████████████
**Subject:** RE: request for release from custody/update for detention location - █████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Morning SDDO Pujol, I write to you again because our client Mr. ██████████ was detained by DHS over a week ago and we have not been provided with any legal call. He still appears at 26 Fed on the locator.

Can you provide me with a legal call this afternoon or tomorrow? My cell is █████████████

Thank you.
-Michelle

**From:** Pujol, Joseph T ██████████████████
**Sent:** Monday, June 30, 2025 6:23 PM
**To:** Michelle Doherty ██████████████████
**Cc:** Ilana Herr ██████████; Katie O'Marra ████████████████
**Subject:** RE: request for release from custody/update for detention location - █████████████████

Good evening,

Your client is currently at 26 Federal Plaza in transit pending a transfer to a detention center for housing. Please continue to utilize the online detainee locator. Your clients case is pending a Motion to Reopen proceedings.

Thank you.

Respectfully,

**Joseph T. Pujol**
Supervisory Detention and Deportation Officer
Detained Case Management Unit
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk ████████████ Cell ████████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** Michelle Doherty ██████████████████
**Sent:** Monday, June 30, 2025 5:06 PM
**To:** Pujol, Joseph T ██████████████████
**Cc:** Ilana Herr ██████████ Katie O'Marra ████████████████
**Subject:** RE: request for release from custody/update for detention location - █████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi SDDO Pujol, I write to follow-up on the location of our client, ███████████████████████ who was detained by DHS last week (on 6/24). I tried to obtain a legal call with him while he was held at Nassau but the staff would not facilitate a phone or video call. I was told that the only option was an in-person visit. I was told Mr. █████████ was going to be moved the same day I contacted Nassau, which was on Thursday (6/26). We were told that Mr. █████████ was sent to 26 Fed and he was there over the weekend. As of this email, the locator still says to call the field office.

It's been nearly a week, and we still have not been informed of why DHS has detained Mr. ████████ or where he is going to be detained. We have not been provided a legal call with Mr. █████████ either. Could you please provide an update?
-Michelle

---

**From:** Pujol, Joseph T ███████████████████████
**Sent:** Wednesday, June 25, 2025 6:25 PM
**To:** Michelle Doherty ███████████████████; NYCEROAttorneyInquiries, <NYCEROAttorneyInquiries@ice.dhs.gov>; Dawson, Khristopher ███████████████████████████
**Cc:** Ilana Herr ██████████████; Katie O'Marra ███████████████████
**Subject:** RE: request for release from custody/update for detention location - ████████████████████

https://www.nassaucountyny.gov/DocumentCenter/View/36232/Nassau-County-Sheriffs-Department-ATTORNEY-VISITATION?bidld=

Thank you.

Respectfully,

**Joseph T. Pujol**
Supervisory Detention and Deportation Officer
Detained Case Management Unit
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk ███████████ Cell ███████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Michelle Doherty ███████████████████
**Sent:** Wednesday, June 25, 2025 6:19 PM
**To:** Pujol, Joseph T ███████████████████; NYCEROAttorneyInquiries, <NYCEROAttorneyInquiries@ice.dhs.gov>; Dawson, Khristopher ███████████████████
**Cc:** Ilana Herr ██████████████; Katie O'Marra ███████████████████
**Subject:** RE: request for release from custody/update for detention location - ████████████████████

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi SDDO Pujol, thank you for responding to my call and explaining that our client Mr. ██████████ is being held in Nassau County. Can you please put me in touch with your contact at Nassau so I can schedule a legal call? Thank you in advance.
Michelle

**Michelle Lee Doherty** (she/her)

Supervising Attorney, New York Immigrant Family Unity Project (NYIFUP)
Brooklyn Defender Services

M: ▓▓▓▓▓▓▓
F: ▓▓▓▓▓▓▓
**www.bds.org**





   

---

**From:** Pujol, Joseph T ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, June 25, 2025 11:31 AM
**To:** Michelle Doherty ▓▓▓▓▓▓▓▓; NYCEROAttorneyInquiries, <NYCEROAttorneyInquiries@ice.dhs.gov>; Dawson, Khristopher ▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Ilana Herr ▓▓▓▓▓▓; Katie O'Marra ▓▓▓▓▓▓▓▓
**Subject:** RE: request for release from custody/update for detention location - ▓▓▓▓▓▓▓▓▓▓

Good afternoon,

Your client remains in transit. Please reach out to the field office indicated on the online detainee locator once he arrives to his final housing location.

Thank you.

Respectfully,

**Joseph T. Pujol**
Supervisory Detention and Deportation Officer
Detained Case Management Unit
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk ▓▓▓▓▓▓   Cell ▓▓▓▓▓▓▓

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Michelle Doherty ▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, June 24, 2025 1:55 PM
**To:** NYCEROAttorneyInquiries, <nyceroattorneyinquiries@ice.dhs.gov>; Pujol, Joseph T ▓▓▓▓▓▓▓▓▓▓
Dawson, Khristopher ▓▓▓▓▓▓▓▓▓▓
**Cc:** Ilana Herr ▓▓▓▓▓▓; Katie O'Marra ▓▓▓▓▓▓▓▓
**Subject:** request for release from custody/update for detention location - ▓▓▓▓▓▓▓▓▓

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear AAFOD Pujol and SDDO Dawson,

Confidential - Subject to Protective Order

My office represents ██████████████████████████ who was detained by ICE this morning. The detainee locator does not show where he is being held.

We ask that you immediately release Mr. ████████ as his removal proceedings are administratively closed at 26 Federal Plaza and he has an approved I-130 petition, filed by his U.S. citizen daughter. There is no reason for him to be detained while his proceedings are ongoing.

If Mr. ████████ s not going to be released, we would like to know where he is going to be detained and would ask that he be placed locally, specifically in Orange County Jail, since his family, community, and attorneys are here.

Please notify us where you have transferred our client, Mr. ████████ without delay. Thank you.

-Michelle

**Michelle Lee Doherty** (she/her)
Supervising Attorney, New York Immigrant Family Unity Project (NYIFUP)
Brooklyn Defender Services

M: ████████
F: ████████
**www.bds.org**

**Brooklyn ⒝ Defenders**

