**To:** Mercado, Nelson[ ██████████████████ ]; Green, Carol K[ ██████████████████ ]; Hampton, Lige A[ █████████ ]

**Cc:** Marcellin, Merlin[ ████████████████ ]; Zanello, Nancy[ ██████████████ ]; New York.Outreach[NewYork.Outreach@ice.dhs.gov]

**From:** New York.Outreach

**Sent:** Fri 8/1/2025 5:42:17 PM

**Subject:** Fw: ████████████

**Received:** Fri 8/1/2025 5:42:53 PM

████ G-28.pdf

Good afternoon,

Please see request below and respond to this attorney accordingly.

Thank you

New York Outreach

---

**From:** Edward McCarthy < ██████████████ >
**Sent:** Friday, August 1, 2025 12:33 PM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Re: ██████████████

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,
I was very disturbed today to learn that the information provided to me below was inaccurate, and that Mr. ████ is not "in transit" but is in fact still detained at 26 Federal Plaza. I hope that the information provided me was an error and not an attempt to deceive. I would like a phone call with Mr. ████ at the soonest possible opportunity. Please let me know when that will be.
Thank you,

**Edward McCarthy** (he/him)
Supervising Attorney, Immigration Practice
**Brooklyn Defender Services**
O: ( ████████ )

177 Livingston Street, 7th Floor | Brooklyn, NY 11201
bds.org | Twitter | Instagram | Facebook | LinkedIn

---

**From:** Edward McCarthy ████████████
**Sent:** Thursday, July 31, 2025 9:21 AM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Re: ████████████

Thanks so much for letting me know. Is it possible to share with me where he is heading?

**Edward McCarthy** (he/him)
Supervising Attorney, Immigration Practice
**Brooklyn Defender Services**
O: ( ████████ )

177 Livingston Street, 7th Floor | Brooklyn, NY 11201

EXHIBIT
PX66

Confidential - Subject to Protective Order

bds.org | Twitter | Instagram | Facebook | LinkedIn

---

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Thursday, July 31, 2025 7:10 AM
**To:** Edward McCarthy <⬛⬛⬛⬛⬛⬛>
**Subject:** RE: ⬛⬛⬛⬛⬛⬛

Greetings,

Your client is currently in transit to a detention housing facility. Please utilize the online detainee locator and reach out to the relevant field office once a detention location is displayed.

Thank you

New York Outreach

---

**From:** Edward McCarthy <⬛⬛⬛⬛⬛⬛>
**Sent:** Thursday, July 31, 2025 7:00 AM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Re: ⬛⬛⬛⬛⬛⬛

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,
I am the attorney for ⬛⬛⬛⬛⬛⬛ He was detained yesterday at 26 Federal Plaza, and I believe he is currently detained there. Can I please schedule a legal call with him? My phone number is ⬛⬛⬛⬛⬛ Thanks so much,
Ed

**Edward McCarthy** (he/him)
Supervising Attorney, Immigration Practice
**Brooklyn Defender Services**
O: ⬛⬛⬛⬛⬛

177 Livingston Street, 7th Floor | Brooklyn, NY 11201
bds.org | Twitter | Instagram | Facebook | LinkedIn

---

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Thursday, July 31, 2025 6:37 AM
**To:** Edward McCarthy <⬛⬛⬛⬛⬛⬛>
**Subject:** Re: ⬛⬛⬛⬛⬛⬛

Good morning,

The Alien # that you have provided in your email does not match any relevant records related to your client. Please check the number and resubmit your email.

Thank you

New York Outreach

---

**From:** Edward McCarthy <⬛⬛⬛⬛⬛⬛

ICE - 0015451

**Sent:** Wednesday, July 30, 2025 7:31 PM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** ██████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,
I am the attorney for █████████████████████ He was detained yesterday at 26 Federal Plaza, and I believe he is currently detained there. Can I please schedule a legal call with him? My phone number is ██████████ Thanks so much,
Ed

**Edward McCarthy** (he/him)

Supervising Attorney, Immigration Practice

**Brooklyn Defender Services**

O: ██████████████

177 Livingston Street, 7th Floor | Brooklyn, NY 11201

bds.org | Twitter | Instagram | Facebook | LinkedIn