**To:** New York.Outreach[NewYork.Outreach@ice.dhs.gov]; Dawson, Khristopher[ ███████████ ]
**From:** Pujol, Joseph T
**Sent:** Mon 6/16/2025 8:25:20 PM
**Subject:** RE: Detainee Locations - 72+ hours without location being shared
**Received:** Mon 6/16/2025 8:25:22 PM

They are both at 26 'in transit'

Thank you.
Respectfully,

**Joseph T. Pujol**
Acting Assistant Field Office Director
Detained Case Management Unit
Jail Liaison Unit – Orange County Jail
**New York City Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk ███████████ Cell ███████████

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Monday, June 16, 2025 2:20 PM
**To:** Pujol, Joseph T < ███████████ >; Dawson, Khristopher < ███████████ >
**Cc:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** Fw: Detainee Locations - 72+ hours without location being shared

Good afternoon,

Just checking with you both to see if we just continue to answer the same way even if it has been over 72 hours? Please advise.

Thank you,

New York

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Monday, June 16, 2025 2:14 PM
**To:** Evan Fagan < ███████████ >
**Subject:** Re: Detainee Locations - 72+ hours without location being shared

Greetings,

Your client remains in transit to their final detention housing. Please utilize the online detainee locator and reach out to the relevant field office once a detention location is displayed.

Thank you

EXHIBIT
PX167

ICE - 0020900

New York Outreach

---

**From:** Evan Fagan <▉▉▉▉▉▉▉>
**Sent:** Monday, June 16, 2025 2:05 PM
**To:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Subject:** RE: Detainee Locations - 72+ hours without location being shared

You don't often get email from ▉▉▉▉▉▉▉    Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good afternoon,

I have been checking that site since Wednesday and Thursday. Your Field Office says it should be available within 72 hours, however it has been well past 72 hours since they were arrested at Federal Plaza. How can your organization not know where these two people are? Please let me know, thank you.

**Evan Fagan** (he/him)

Administrative Assistant, Immigration Practice

Brooklyn Defender Services

177 Livingston St, 7th Floor

Brooklyn, NY 11201

M: ▉▉▉▉▉▉

**www.bds.org**



   

---

**From:** New York.Outreach <NewYork.Outreach@ice.dhs.gov>
**Sent:** Monday, June 16, 2025 2:03 PM
**To:** Evan Fagan ▉▉▉▉▉▉▉
**Subject:** Re: Detainee Locations - 72+ hours without location being shared

ICE - 0020901

Greetings,

If you are trying to locate an individual who is being held by ICE please utilize the Online Detainee Locator System (ODLS) at https://locator.ice.gov/. ==If you do not locate the individual, you must continue to go in periodically to follow up for any new updates.==

Regards,

U.S. Immigration and Customs Enforcement
ERO New York Field Office

---

**From:** Evan Fagan <███████████████>
**Sent:** Monday, June 16, 2025 1:57 PM
**To:** New York.Outreach <NewYork.Outreach@ICE.DHS.GOV>
**Subject:** Detainee Locations - 72+ hours without location being shared

You don't often get email from ███████████████ Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good afternoon,

I work with Brooklyn Defender Services NYIFUP team, and I received calls from family members of two current detainees looking for legal help, but also, *where they are located* so they can contact them.

Both detainees were arrested by ICE Officers leaving their court appearances at 26 Federal Plaza last week. I have tried calling the field office to find their locations, but your operators have told me they can't find any information on them and that they should have that information available 72 hours after detention. The ICE locator is just saying CALL FIELD OFFICE, which has led to no help at this point, claiming your internal system isn't updated anymore either. A colleague just called the DRIL line for assistance and they also couldn't find any information on them and gave her your email.

Below is their information:

████████████████████████ Dominican Republic (detained June 11)

████████████████████████ Mexico (detained June 12)

Please let me know how I can find their locations to share with their families. Thank you in advance.

Best,

**Evan Fagan** (he/him)

Administrative Assistant, Immigration Practice

Brooklyn Defender Services

177 Livingston St, 7th Floor

Brooklyn, NY 11201

M: ████████████

**www.bds.org**



