**DECLARATION OF ROBERTO DANIEL CHILAVERT OLMEDO**

I, Roberto Daniel Chilavert Olmedo, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I came to the United States from Paraguay in May 2023 because of the violence I experienced in my home country and my need for safety.

3. On July 10, 2025, I went to an immigration court hearing at 26 Federal Plaza in Manhattan. The immigration judge gave me another court date to continue with my case but then as I left, I was surrounded and detained by Immigration and Customs Enforcement ("ICE") officers in masks. There were about four or five of them.

4. From July 10 until July 16, 2025, I was held in a holding cell at 26 Federal Plaza.

5. The conditions at 26 Federal Plaza were awful. We were all kept in a very small room. The number of people in the room ranged from 45 to upwards of 65 people every day. The crowding made it uncomfortable and I could not sleep. I remember sleeping upright for three days because there was no room. There was no air conditioning and since there were so many people in the room, it was hot. The officers gave us aluminum blankets that we placed on the floor to sleep on. It felt so stuffy and it was hard to breathe.

6. I got a throat infection but I never saw a doctor or nurse. I did ask an officer for help but I was ignored and no one took any steps for me to speak to anyone. I remember someone fainted and the officers took them out of the room and placed them into a smaller room to give them space to breathe. That person never saw a doctor or a medic. Once he was "better" they brought him back into the big room. I felt so powerless and at the will of the officers. The lights were kept on at all times, including overnight, and I lost track of the days.

7. During my six days, I had four one- to three-minute calls with my sister. We had to form a line where an officer would give us a phone and stand next to us as we spoke. Sometimes depending on how long the line was, I was only able to speak with my sister at 1 a.m.. If she didn't answer before it went to voicemail, then I was not allowed to dial again.

8. We had no access to a shower at all—so for me it was for six days at 26 Federal Plaza and then longer when I was in transit. They gave us a damp towel to clean ourselves, but it did not help with the heatwave, and we were all sweating all the time. We didn't get toothbrushes or toothpaste, and I couldn't clean my teeth during the entire time I was there. We did not have much privacy in the bathroom. Someone hung up one of those aluminum blankets as a shield to add privacy. Sometimes people slept in there, but the

EXHIBIT

tabbies

PX335

floor was muddy because people tried to wash their feet in the toilet and left water splashed everywhere.

9. I was also hungry because we were not given adequate food. The food was mush and we only received it twice a day. It was beans, chicken, and chocolate—although I am not sure you could even call it chicken. It tasted so fake. We saw the officers put some sort of liquid in the food, microwave it and then hand it to us. It was like food for soldiers. We had to eat it or we starved. There were people there who were diabetic, and I felt bad for them because the food was very sweet and they could not eat most of the food because it was unhealthy and not a part of their diet.

10. I asked to speak with an attorney but was told that was not allowed until my hearing.

11. The whole time that I was at 26 Federal Plaza, I was never told that I had a right to speak to a lawyer, and as noted above I was once explicitly told that was not allowed. I believe it was an ICE officer who told me that an attorney could not do anything for me. I was also not told that I could use my one- or two-minute call to call a lawyer—from what I understood; I could only call family. I was not told that there was any way to request a confidential legal call, and I never saw any forms that could be used to do this. I never saw any indication that I could call legal non-profits or a legal referral line to try to find a lawyer. I grew exhausted and it felt hard to hold on to any hope that we would leave.

12. After six days, I was transferred to another detention facility in Texas. We were in transit for an entire day, and I remained handcuffed and chained at my feet the entire time. It was painful and my wrists became bruised. We were not given food or water the whole day. I felt that we were treated inhumanely. I was then moved to Joe Corley in Texas where I had access to legal and family calls. After my time in detention, I took an order of deportation and was removed to Paraguay on or around September 1, 2025.

13. My time at 26 Federal Plaza affected me negatively emotionally. It is very painful to think about my six days there and that more people are going to keep getting jailed there just for going to court. It felt awful. It is the first place ICE officers take you after being detained, and you have no idea why you're being punished in the first place. I was in Joe Corley Detention Center after that and 26 Federal Plaza was the worst. There was no location worse than 26 Federal Plaza.

14. When I arrived in Paraguay, I was not feeling well. I still did not feel like myself. The day after my arrival, I was treated at the hospital because I lost consciousness on the street and later at the doctor's office. I received physical and neural exams, but the doctors stated that there was nothing physically wrong with me. They said I needed to speak to a psychiatrist. I have intense anxiety and I have to take medication for it. I now have high blood pressure, which I did not have in the past.

15. Even though I am in Paraguay, I feel like my time at 26 Federal Plaza still haunts me. It is a nightmare and I cannot believe that human beings can be treated like that in a place like the United States.

Dated: May 17, 2026

_____
Roberto Daniel Chilavert Olmedo

**CERTIFICATE OF TRANSLATION**

I, Deisy Flores, certify that I am fluent in both English and Spanish. On May 16, 2026, I prepared a Spanish translation of the foregoing statement and gave the Spanish-language translation to Mr. Roberto Daniel Chilavert Olmedo for his review prior to signing the foregoing statement in English. The Spanish-language translation of the foregoing document was accurate and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Deisy Flores
Make the Road New York
104-19 Roosevelt Avenue
Corona, NY 11368

Tel: