**To:**       Joyce, William P[                                    ]
**Cc:**       VRKEROSUPERVISOR[VRKEROSUPERVISOR@ice.dhs.gov]
**Sent:**     Fri 1/9/2026 1:22:33 AM
**Subject:**  Afternoon count
**Received:**             Fri 1/9/2026 2:19:43 AM

Good Evening,

Our current population count in NYC Hold Room is 21 with the following breakdown:

Cell 1: 9 Males
Cell 2: 1 Male
Cell 3: 1 Female
Cell 4: 10 Males

Our current population count in 9th Floor processing room is 6, with the following breakdown:

Cell 1: 0
Cell 2: 3 Male
Cell 3: 3 Male
Cell 4: 0

Our current population count in VRK 11TH Floor processing room is 0, with the following breakdown:

Cell 1: 0
Cell 2: 0

No detainees on 5th floor
No detainees at NBG.
No detainees at CIP hold.

**Hospital: 1**
**Bellevue Hospital Center: 462 First Ave New York, NY 10016 Emergency room (Patient Room 17N37)**
[            ] Minor [            ] (male)

**TRO MOVEMENTS**
Continuous movement of lows pending approval to Delaney Hall & Elizabeth Detention.

**Under no circumstances do we exceed 22 bodies in the 26 Fed Hold Room in violation of the terms of the PI**

Respectfully,

**Ronald Romero**
Supervisory Detention and Deportation Officer
Transportation and Removal Operations Unit
New York City Field Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk:** [          ] **Cell:** [          ]

EXHIBIT
PX248

ICE - 0032612