**To:** Joyce, William P█████████████████████
**Cc:** VRKEROSUPERVISOR█████████████████████
**From:** Romero, Ronald I
**Sent:** Sat 1/24/2026 2:16:02 AM
**Subject:** Afternoon count
**Received:** Sat 1/24/2026 2:16:04 AM

Good Evening,

Our current population count in NYC Hold Room is 21 with the following breakdown:

Cell 1: 8 Males
Cell 2: 3 Females
Cell 3: 1 Female
Cell 4: 9 Males

2 detainees from CIP to 26 Federal Plaza after 12am

Our current population count in 9th Floor processing room is 3, with the following breakdown:

Cell 1: 0
Cell 2: 3
Cell 3: 0
Cell 4: 0

Our current population count in VRK 11TH Floor processing room is 0, with the following breakdown:

Cell 1: 0
Cell 2: 0

No detainees on 5th floor
No detainees at NBG.

**INTAKE MOVEMENTS**
Continuous movement of LOWs pending approval to Delaney Hall & Elizabeth Detention.
8 Male LOWs approved to DHDF and will depart at 10pm


**TRO MOVEMENTS**
Continuous movement of lows pending approval to Delaney Hall & Elizabeth Detention.

**Under no circumstances do we exceed 22 bodies in the 26 Fed Hold Room in violation of the terms of the PI**


Respectfully,

**Ronald Romero**
Supervisory Detention and Deportation Officer
Transportation and Removal Operations Unit
New York City Field Office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Desk: █████████ Cell: █████████

EXHIBIT
PX273