**To:** Zanello, Nancy[ ████████████████ ]; Almodovar, Judith[ ████████████████ ]; Chae, Kevin[ ███████████ ]
**Cc:** Morales, Alberto[ ████████████ ]; Perez, Kathy A[ ████████████ ]
**From:** Joyce, William P
**Sent:** Mon 8/18/2025 4:32:28 PM
**Subject:** RE: TRO - Compliance
**Received:** Mon 8/18/2025 4:33:03 PM
Kaplan TRO Compliance Order (2).pdf
Barco Mercado TRO.pdf

Good morning,

Newark has offered assistance.

Nancy / Kevin –

Of the 39 that we are (*or will be over when the 13 come*), can you ascertain how many can go to ELZ / Delany?

Kathy –

Thanks so much!   FYI, I have attached the current terms of the TRO.  As you can imagine, it's crippling.

Bill

**From:** Zanello, Nancy[ ████████████ ]
**Sent:** Monday, August 18, 2025 9:51 AM
**To:** Almodovar, Judith < ████████████ >
**Cc:** Joyce, William P[ ████████████ ]; Morales, Alberto < ████████████ >
**Subject:** TRO - Compliance
**Importance:** High

Good morning,

Just spoke to Xiao, the hold room needs to drop the population to 22. We are in violation of the TRO.

We are currently at 48 and have at least 13 more coming in. We also have court arrests occurring. Has HQ provided any guidance?


Thank you,

Nancy Zanello
**Assistant Field Office Director**
**Detained Docket & Jail Liaison Unit**
**Juvenile Unit**
**New York Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
Cell: ██████████ | Desk: ██████████



EXHIBIT

PX69