Confidential - Subject to Protective Order

**To:** Zanello, Nancy[█████████████████████████]; Almodovar, Judith[█████████████████████]; Chae, Kevin[███████]
**Cc:** Morales, Alberto[████████████████]; Perez, Kathy A[██████████████]
**From:** Joyce, William P
**Sent:** Mon 8/18/2025 4:32:28 PM
**Subject:** RE: TRO - Compliance
**Received:** Mon 8/18/2025 4:33:03 PM
Kaplan TRO Compliance Order (2).pdf
Barco Mercado TRO.pdf

Good morning,

Newark has offered assistance.

Nancy / Kevin –

| LEP |
| --- |

Kathy –

Thanks so much!  FYI, I have attached the current terms of the TRO.  As you can imagine, it's crippling.

Bill

**From:** Zanello, Nancy <[███████████████]>
**Sent:** Monday, August 18, 2025 9:51 AM
**To:** Almodovar, Judith <[█████████████]>
**Cc:** Joyce, William P <[███████████████]; Morales, Alberto <[██████████████]>
**Subject:** TRO - Compliance
**Importance:** High

Good morning,

| LEP |
| --- |

Thank you,

Nancy Zanello
Assistant Field Office Director
Detained Docket & Jail Liaison Unit
Juvenile Unit
New York Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: [█████████] | Desk: [█████████]

ICE- 0011635

EXHIBIT
Joyce 2