

2230 PRATT/ACEVEDO on post at this time —
0630 Hutson and S. Williams on post
Monday August 18 2025

0725 Detainees fed at this time —
0800 — 1 Male detainee to ICE AIR!

0805 Hygiene products given to detainees —
0835 +1 Male:
0905 +1 Male
0910 Pens being sanitized at this time —
0915 +1 Male with HSI:

0940 Sanitizing of pens completed —
1005 Detainees are using the phones to call Attorney/Family members.
1030 Area tour all Normal —
1100 +1 detainee from non detainee

1106 +1
1130 Area tour all ok —
1150 — 7 Detainees to Moshannon Escort Simmon, and Furgerson:

1200 Area tour all Normal
1230 +13

Escorted by Colbert and Mack —
1245 +4

1330 Lunch feeding completed All Detainee had meal + water
1340

---

Continued on 2230x0630 Tour 8/18/25

Cont Monday Aug 18, 2025
1400 Sanders/Jackson on post
+3 from MDC Pickens/Rokay
(1)
(2)
(3)                                                    +3  60
1430 (+1) from ICE at this time
(1)                                                    +1  61
1525 (-1) to OCJ by Roberts/Alverez                    -1  60
1730 (-11) detainee's to Delaney Hall, Roberts/Alverez  -11  49

| FROM: NYC HOLD ROOM (IHSC) | VIA (1) | TO: DELANEY HALL DETENTION FACILITY |
| Origin FO: VARICK, NY, PROCESSING CENTER | VIA (2) | Dest. FO: NEWARK, NJ |

| File No. | Name 2 Person LAST FIRST | DOB | Nationality | Status (1) | Sex | Criminal History | Gang Membership | Class Level | FN |
|---|---|---|---|---|---|---|---|---|---|
| | | | | BB | M | NC | | LO | |
| | | | | BB | M | NC | | LO | |
| | | | | BA | M | NC | | LO | |
| | | | | BB | M | Driving Under Influence Liquor | | LO | ML |
| | | | | 2A | M | NC | | LO | |
| | | | | 2A | M | NC | | LO | |
| | | | | BB | M | NC | | LO | |
| | | | | BC | M | NC | | LO | |
| | | | | BB | M | Hit and Run | | LO | |
| | | | | BB | M | NC | | LO | |

1800 -11 detainee's to Delaney Hall by ICE          -11  58

| FROM: NYC HOLD ROOM (IHSC) | VIA (1) | TO: DELANEY HALL DETENTION FACILITY | MODE: |
| Origin FO: VARICK, NY, PROCESSING CENT | VIA (2) | Dest. FO: NEWARK, NJ | Other: |

| File No. | Name of Person LAST FIRST | DOB | Nationality | Status (1) | Sex | Criminal History | Gang Membership | Class Level | File # | Subject ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BA | M | NC | | LO | | |
| | | | | BB | M | NC | | LO | |
| | | | | BC | M | Cocaine - Possession | | ML | |
| | | | | BB | M | NC | | LO | |
| | | | | BC | M | NC | | LO | |
| | | | | 8G | M | NC | | LO | |
| | | | | 2A | M | NC | | ML | |
| | | | | BB | M | NC | | LO | |
| | | | | BB | M | NC | | LO | |

+3 detainee's from Newburgh, by ICE.
(1)
(2)
(3)                                                    +3  42
1900 (+1) from Hospital, by Yulipov/Soto              +1  42

1930 (+10) detainee's to Delaney Hall, Vuicov/Soto

| File No. | LAST FIRST | DOB | Nationality | Status (1) | Sex | Criminal History | Gang Membership | Class Level | File # | Subject ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BB | M | NC | | LO | | 30MB2011 |
| | | | | BA | M | NC | | LO | | 30MB4300 |
| | | | | 11 | M | Larceny - From Building | | LO | | 30MB4343 |
| | | | | BA | M | NC | | LO | | 30MB4566 |
| | | | | BB | M | NC | | LO | | 30MB1585 |
| | | | | BB | M | NC | | LO | | 30MB6741 |
| | | | | BB | M | NC | | LO | | 30MB6058 |
| | | | | BG | M | NC | | LO | | 30MB6211 |
| | | | | BB | M | NC | | LO | | 30MB6918 |
| | | | | BB | M | Driving Under Influence Liquor | | LO | | 30MB2958 |

                                                       -10  32

Feeding in progress at this time —