

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ICE - B - 000118