UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al., <br><br> Defendants. | 25 Civ. 6568 (LAK) |

## MOTION FOR NON-PROVISIONAL CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that Plaintiff hereby moves this Court for an order certifying the following class pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure: "All immigration detainees who are detained and those who will be detained in the future by U.S. Immigration and Customs Enforcement ("ICE") at 26 Federal Plaza, New York NY ("26 Fed")." Plaintiff also requests that Plaintiff's counsel be appointed to represent the certified class pursuant to Rule 23(g).

In support of this motion for class certification, Plaintiff serves a Memorandum of Law in Support of the Motion for Class Certification (dated June 3, 2026) and the Witness Statement of Sergio Alberto Barco Mercado (dated May 15, 2026), filed concurrently, and incorporates the Declaration of Heather Gregorio (dated August 8, 2025), ECF No. 38, and the Declaration of Sergio Alberto Barco Mercado (dated August 8, 2025), ECF No. 12.

Dated: June 3, 2026


AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

*/s/ Carmen Iguina González*_____
Carmen Iguina González
915 15th Street, N.W.
Washington, DC 20005
202-548-6616
ciguinagonzalez@aclu.org


AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Kyle Virgien
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher
Robert Hodgson
Claire Molholm
Molly K. Biklen
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
cmolholm@nyclu.org
mbiklen@nyclu.org

WANG HECKER LLP
Heather Gregorio
Mariann Meier Wang
Alice Reiter
Daniel Mullkoff
Lily Sawyer Kaplan
111 Broadway, Suite 1406
New York, New York 10006
(212) 620-2600
hgregorio@wanghecker.com
mwang@wanghecker.com
areiter@wanghecker.com
dmullkoff@wanghecker.com
lsawyerkaplan@wanghecker.com

MAKE THE ROAD NEW YORK
Harold A. Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiff and the provisionally certified class*

2