UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>    Defendants. | 25 Civ. 6568 (LAK) |

## [PROPOSED] ORDER CERTIFYING PLAINTIFF'S CLASS

Upon consideration of Plaintiff's motion to certify a non-provisional plaintiff class herein, it appearing to the Court that all the requirements of Fed. R. Civ. P. 23 have been satisfied, it is hereby

ORDERED that the motion is granted. It is further

ORDERED that this case is certified as a class action on behalf of all immigration detainees who are detained and those who will be detained in the future by U.S. Immigration and Customs Enforcement at 26 Federal Plaza, New York NY. It is further

ORDERED that Sergio Barco Mercado is hereby appointed to be the named representative of the class. It is further

ORDERED that Plaintiff's counsel, from the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, Make the Road New York, and Wang Hecker LLP are hereby appointed as counsel for the Plaintiff Class.

IT IS SO ORDERED.

Dated: _____, 2026

       New York, New York

 

                                             _____

                                             Hon. Lewis A. Kaplan
                                             United States District Judge