

P000343



P000455



P000460



P000537



You may be eligible for **Voluntary Departure** or **Stipulated Removal.**

**Notice to Salvadoran Asylum-Seekers:** If you are a native or citizen of El Salvador seeking asylum, you are entitled to receive specific advisals that explain your rights before discussing the options with your deportation officer.

U.S. Immigration and Customs Enforcement

P000538



P000554



# Solicitar Volver a Casa

Pedir volver a casa ahora puede darle la oportunidad de entrar legalmente a los Estados Unidos en el futuro. Si usted solicita la salida voluntaria, también puede calificar para recibir un estipendio.

## QUIÉN ES ELEGIBLE:

- Extranjeros sin cargos por delitos graves o condenas
- Extranjeros que no han recibido una orden definitiva de deportación

## QUÉ RECIBIRÁ:

- $2.600 de estipendio Por cada miembro de la familia*
- Vuelo gratuito para usted y su familia

## CÓMO OPTAR POR SALIDA VOLUNTARIA:

Hable con un funcionario de ICE en su ubicación

- Utilice la hoja de trabajo personal-detenido
- Utilice tableta o visite un Kiosko

### Aviso a Solicitantes de asilo salvadoreños

Si usted es un nativo o ciudadano de El Salvador que busca asilo, tiene derecho a recibir orientación específica que explique sus derechos antes de discutir las opciones con un oficial de de...

P000555



P000559



P000560

## WHO IS ELIGIBLE:

- Aliens without felony charges or convictions
- Aliens who have not been issued a final order of removal



**Notice to Salvadoran Asylum Seekers**

If you are a native or citizen of El Salvador seeking asylum, you are entitled to receive specific guidance explaining your rights before discussing options with a deportation officer.

## WHAT YOU'LL RECEIVE:

- $2,600 stipend per family* member
- Free flight for you and your family

## HOW TO ELECT FOR VOLUNTARY DEPARTURE:

**Speak with an ICE officer at your location**

- Use a staff-detainee worksheet
- Use a tablet or kiosk

\* A family includes all qualified spouses and children.

The Department of Homeland Security is sponsoring this new Voluntary Departure package. Detainees can refer non-detained family members to the CBP Home app to begin their self departure process.

P000561



P001090



P001301



P001379



P001381



P001383



# Salida Voluntaria

## Solicitar Volver a Casa

Pedir volver a casa ahora puede darle la oportunidad de entrar legalmente a los Estados Unidos en el futuro. Si usted solicita la salida voluntaria, también puede calificar para recibir un estipendio.

### QUIÉN ES ELEGIBLE:

- Extranjeros sin cargos por delitos graves ocondenas
- Extranjeros que no han recibido una orden definitiva de deportación

### QUÉ RECIBIRÁ:

- $2.600 de estipendio Por cada miembro de la familia*
- Vuelo gratuito para usted y su familia

### CÓMO OPTAR POR SALIDA VOLUNTARIA:

Hable con un funcionario de ICE

P001385



P001479



## Self-Deport with CBP Home and Leave on Your Own Terms
# Claim a Free Flight and an Exit Bonus for EACH Member of Your Family

If you're in the U.S. without legal status, now is the time to leave. You may be eligible to leave the country voluntarily through the **CBP Home Mobile App** and receive:



- **Financial Assistance:** Receive an exit bonus **per person**, <u>in addition to</u> free flights for you and all your accompanying

P001480

**Financial Assistance:** Receive an exit bonus **per person**, <u>in addition to</u> free flights for you and all your accompanying family members.

**Control Over Your Departure:** Return home as a regular traveler on a commercial flight.

**Forgiveness of Fines for Failure to Depart:** Receive forgiveness of any civil immigration fines for failure to depart after a final order of removal or a voluntary departure order.

If you do not self-deport, ICE will continue to prioritize your removal. This can include prosecution, detention, fines, and removal.



Home

Getting You Home Quickl

Continue

CBP

P001482



P001487

# Solicitar Volver a Casa

Pedir volver a casa ahora puede darle la oportunidad de entrar legalmente a los Estados Unidos en el futuro. Si usted solicita la salida voluntaria, también puede calificar para recibir un estipendio.

## QUIÉN ES ELEGIBLE:

- Extranjeros sin cargos por delitos graves ocondenas
- Extranjeros que no han recibido una orden definitiva de deportación



**Aviso a Solicitantes de asilo salvadoreños**

Si usted es un nativo o ciudadano de El Salvador que busca asilo, tiene derecho a recibir orientación específica que explique sus derechos antes de discutir las opciones con un oficial de deportación.

## QUÉ RECIBIRÁ:

- $2.600 de estipendio Por cada miembro de la familia*
- Vuelo gratuito para usted y su familia

## CÓMO OPTAR POR SALIDA VOLUNTARIA:

**Hable con un funcionario de ICE en su ubicación**

- Utilice la hoja de trabajo personal-detenido
- Utilice tableta o visite un Kiosko

* Una familia incluye a todos los conyuges e hijos cualificados.

El Departamento de Seguridad Nacional patrocina este nuevo paquete de Salida Voluntaria. Los detenidos pueden remitir a los familiares no detenidos a la aplicacion CBP Home para iniciar su proceso de salida voluntaria.

P001488



P001489

## Self-Deport with CBP Home and Leave on Your Own Terms

## Claim a Free Flight and an Exit Bonus for EACH Member of Your Family

If you're in the U.S. without legal status, now is the time to leave. You may be eligible to leave the country voluntarily through the **CBP Home Mobile App** and receive:



- **Financial Assistance:** Receive an exit bonus **per person**, in addition to free flights for you and all your accompanying family members.

- **Control Over Your Departure:** Return home as a regular traveler on a commercial flight.

- **Forgiveness of Fines for Failure to Depart:** Receive forgiveness of any civil fines for failure to depart

P001491

...u're in the U.S. without legal status, now is the time to leave. You may be eligible to leave the country voluntarily through the **CBP Home Mobile App** and receive:



- **Financial Assistance:** Receive an exit bonus **per person**, <u>in addition to</u> free flights for you and all your accompanying family members.

- **Control Over Your Departure:** Return home as a regular traveler on a commercial flight.

- **Forgiveness of Fines for Failure to Depart:** Receive forgiveness of any civil immigration fines for failure to depart after a final order of removal or a voluntary departure order.

If you do not self-deport, ICE will continue to prioritize your removal. This can include prosecution, detention, fines, and removal.

...t dhs.gov/cbphome for more information

P001492



P001493



# Requesting to Return Home

Asking to return home now may give you the opportunity to enter the United States lawfully in the future. If you request voluntary departure, you may also qualify to receive a stipend.

**WHO IS ELIGIBLE:**

Aliens without felony charges or convictions

Aliens who have not been issued a final order of removal

**WHAT YOU'LL RECEIVE:**

- $2,600 stipend per family* member
- Free flight for you and your family

**HOW TO ELECT FOR VOLUNTARY DEPARTURE:**

**Speak with an ICE officer at your location**

- Use a staff-detainee worksheet
- Use a tablet or kiosk

**Notice to Salvadoran Asylum Seekers**

If you are a native or citizen of El Salvador seeking asylum, you are entitled to receive specific guidance explaining your rights before discussing options with a deportation officer.

*...mily includes all qualified spouses and children.

...partment of Homeland Security is sponsoring this new Voluntary Departure package. ...ees can refer non-detained family members to the CBP Home app to begin their self departure process.

Solicita

Pedir volver a los Estados también pued

**QUIÉN ES ELEGIBLE:**

- Extranjeros sir por delitos gra ocondenas
- Extranjeros que recibido una or definitiva de de

**Aviso a S salvadore**

Si usted es El Salvador q recibir orienta derechos ante un oficial de d

* Una familia incluye a tod

P001494



P001495



P001511