

**DOCKET**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

By Hand Delivery
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

RECEIVED
JUN 16 2026
JUDGE KAPLAN'S CHAMBERS

Re:   *Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants (the "Government") in the above-referenced matter. The Government writes respectfully and regrettably to correct and withdraw a mistaken statement of fact contained in the Supplemental Declaration of Nancy Zanello filed on August 18, 2025. *See* ECF No. 74.

The Supplemental Declaration states: "As of 11:59p.m. EDT August 15, 2025, there are currently 8 aliens in custody at the 26 Federal Plaza ERO Field Office." *Id.* ¶ 9. As pointed out by Plaintiffs' counsel at trial on May 27, 2026, this information conflicts with the records in this case. *See* Plaintiffs' Exhibit ("PX") 89 at ICE-B-000117-118.

At trial, Plaintiffs and the Government submitted into evidence logbooks containing contemporaneous handwritten records maintained by contractors employed by Paragon Professional Services LLC ("Paragon"), assigned to the 10th Floor Hold Rooms at 26 Federal Plaza. *See* Defendants' Exhibit ("DX") 83 (Declaration of Mitchell Hutson) ¶ 4. The logbook maintained by Paragon contractors contains a running count of the number of detainees held in the 10th Floor Hold Rooms. The pages for August 15, 2025 through August 18, 2025 are attached hereto, with redactions for personal identifying information. The unredacted logbook is available in PX89 and PX317.

According to the Paragon logs, at 11:59 PM on August 15, 2025, there were 22 detainees in the 10th Floor Hold Rooms. The Paragon logs show that the number of detainees fluctuated on August 15 and the following days. Specifically, the number of detainees held in the 10th Floor Hold Rooms on August 15, 2025 fluctuated from 0 to 24; the number of detainees on August 16, 2025 fluctuated from 22 to 36; the number of detainees on August 17, 2025 fluctuated from 25 to 46; and the number of detainees on August 18, 2025 fluctuated from 9 to 61. *See* PX89 at ICE-B-000117-121; PX317 at ICE-B-000699-705; DX86 (Declaration of Calliope Hartofilis).

We deeply regret this error and thank the Court for its consideration of this letter. The Government also respectfully requests that this letter be entered on the docket in this action.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/  *Jeffrey Oestericher*
JEFFREY OESTERICHER
RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695/2765
E-mail: jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (by email)

2

# EXHIBIT

| time | | | | |
|---|---|---|---|---|
| 0230 | +1 | ███████████ | +1 | 47 |
| 0910 | +1 | | +1 | 48 |
| 0920 | -12 | ███████████████████ | | |
| | | ████████████████████████ | -12 | 36 |
| 0930 | +1 Male | ████████████████ | +1 | 37 |
| 1020 | Sanitation of Pens in progress | | | |
| 1030 | +1 Male | ████████████ | +1 | |
| 1130 | Sanitation of all AREA completed × nothing unusual | — | | |
| 1300 | (-13) MALES to MDC — ████ | ████ | -13 | 25 |
| | ████████████████████████████████ | | | |
| 1245 | (+1) ██████████████ FROM | | | |
| | OCJ ██ | | +1 | |
| 1305 | (-2) █████████████ | | | |
| | TO MDC | -2 | 37 |
| 1330 | Feeding completed × nothing unusual at this time | | |
| 1430 | (+2) ████████████ ×ICE███× | | |
| | 046 - FLIGHT KICK BACK | +2 | 39 |
| 1430 | Phone call options × All afforded at this time — | | |
| | (-1) ████████ ×783 to OCJ-% ██████ | -1 | |
| | +9 MALES FROM MDC — | +9 | |
| 1630 | ███████████████████████████ | | |
| | ████████████████████████ | | |
| | (+2) ██████████████████████████████ FROM MDC | +2 | |

| time | | | |
|---|---|---|---|
| 1610 | AREA APPEARS SECURE × EVACUATION ALERT × notifications × | — | 39 |
| 1700 | awaiting evacuation instructions at this time | | |
| 1820 | (-1) detainee escorted by ICE | | |
| | (1) █████████████████████ | +1 | |
| 1845 | Evacuation (locate) now to EDC (-8) | | |
| | 1) lay ████████████ | -9 | 33 |
| | 2) out to Delany, escorted by Trio █████████ | -29 | 2 |
| | 3) to Varick, by ███████████████ | -2 | 0 |
| 1945 | Out of Building | | |

August 15 2025

| time | | | |
|---|---|---|---|
| 0800 | ███████████ returning from Vvk street with | | |
| | ██ Detainees on Post ██████ on post without asset ██ | | |
| 0800 | ████████████████████████ | +1 | 1 |
| | 1 | +1 | 2 |
| | 1 | +1 | 3 |
| | 1 | +1 | 4 |
| 0820 | Hsi escort ██████████ | + | 5 |
| 849 | +1 street arrest █████████ | + | 6 |
| 830 | feeding completed ████████ | | |
| | Area fom all Normal | | |
| 930 | +1 █████████████████ court arrest +1 | | 7 |
| 1100 | 8 detainees escorted from EDC with | | |
| | ████████████████████████████ | | |
| | ████████████████████████████ | +8 | 15 |
| 1130 | 06 Detainees escorted by | | |
| | from EDC | | |
| | ████████████████████████ | +6 | 21 |
| 1130 | Spoke to Supervisor Hampton to inform him | | |
| | that cell # has a occupancy of 16 he stated | | |
| | continue as usual sw | | |
| | Project Manager ██████ notified sw | | 21 |
| 1240 | Supervisor Hampton notified to order more | | |
| | Sandwiches for Detainees Total Count 21 | | |
| | We only have 13 sandwiches ████████ on Post | | |

Case 1:25-cv-06568-LAK   Document 176   Filed 06/16/26   Page 4 of 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ICE - B - 000117

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





Cont' August 18, 2025 Monday

2000 (+1) detainee from ERO

2030 Feeding completed at this time

2200 (-1) to NY Presbyterian Hospital

2230 MONDAY AUGUST 18 2025 ___ on post at this time

Security of prisa'd ___ at this time

0300

0800 FROM: ICE   TO: NORTH LAKE CORRECTIE
FROM: NYC HOLD ROOM (NSC)   VIA (1)   TO: NORTH LAKE CORRECTIE
Origin FO: VARICK, NY, PROCESSING CENT   VIA (2)   Dest. FO: DETROIT, MI

0800 ICE

0805 ICE

0810 +1 Male Hospital Run

0815 Detainees fed at this time

0830 Cells being sanitized at this time

0730 +1 Male w/th HSI

0745 +2 Males

Cont' August 19, 2025 Tuesday

0540 +1 Male ___ with P.O. In Pen 3
/ Not on count

0845 +1 Female

1015 +1 Male

1045 -1 Male ___ that was not on count

1200 +1 detainee escorted

/ Area tour all Normal

1300 +1 from Non detainee

1304 Detainees had Lunch / Water

1320 +4 Detainees escorted by

1327 +1 detainee escorted from non detainee

1327 +1 detainee escorted from non detainee

1450 (+1) DETAINEE ARRIVED Escorted by

1500 ___ ON Post

1520 ___ Post

1531 +1 DETAINEE ARRIVED Escorted by ERO Street escort

1535 +1 DETAINEE ARRIVED Escorted by ERO Street escort

1535 -1 Detainee arrived Escorted by ERO Street escort

153 ___ ON Post

1615 -3 DETAINEES Departed Escorted by

1640 +13 DETAINEES ARRIVED Escorted by

ICE - B - 000121