UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

SERGIO ALBERTO BARCO MERCADO, etc.,

                                    Plaintiff,

                    -against-

MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security, in his official
capacity, et al.,

                                    Defendants.
-------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-26

25-cv-6568 (LAK)

## ORDER ADOPTING PROPOSED JOINT PRETRIAL ORDER, DENYING MOTIONS *IN LIMINE*, AND ADDRESSING OTHER MISCELLANEOUS MATTERS

LEWIS A. KAPLAN, *District Judge.*

Having presided over a bench trial in this action and received into the record the parties' evidence, including their witness declarations, it is hereby

ORDERED, as follows:

1.      The parties' proposed joint pretrial order (Dkt 159) is adopted save for defendants' objections to two of plaintiff's witnesses (*id.* at 3 nn.3, 9), plaintiff's objection to one of defendants' witnesses (*id.* at 4 n.10), plaintiff's requests to have certain witnesses testify by remote virtual means (*id.* at 3 nn.4-8), and defendants' request to have a witness testify by remote virtual means (*id.* at 5 n.11).

2.      Defendants shall docket a revised exhibit list reflecting numerical labels for their witness declarations.

3.      Plaintiff's motion *in limine* (Dkt 161) and defendants' so-styled cross-motion *in limine* (Dkt 163 at 9-10) and renewed motion *in limine* (Dkt 164) are denied.  The Clerk is directed to terminate Dkt 161.

4.      The Clerk is directed to terminate Dkts 132 and 134.

        SO ORDERED.

Dated:        June 23, 2026

                                    Lewis A. Kaplan
                                    United States District Judge