| Exhibit | Begin Bates | End Bates | Description | Objection |
|---------|-------------|-----------|-------------|-----------|
| DX1 | P000068, P000104 | P000106 | National Detention Standards - Hold Rooms in Detention Facilities | |
| DX2 | N/A | N/A | Performance Based National Detention Standards - Hold Rooms in Detention Facilities | |
| DX3 | ICE-0012320 | ICE-0012324 | ICE Directive 11087.2 - Operation of ERO Holding Facilities | |
| DX4 | ICE-0011432 | ICE-0011433 | Nationwide Hold Room Waiver Dated June 24, 2025 | |
| DX5 | ICE-0025100 | ICE-0025100 | Intake Deportation Officer Post Orders | |
| DX6A | ICE-0014129 | ICE-0014133 | Paragon Draft Post Orders | |
| DX6B | ICE-0010980 | ICE-0010985 | Paragon Draft Post Orders | |
| DX7 | ICE-0018186 | ICE-0018187 | Email correspondence dated July, 16 2025 from William Joyce to an ICE listserv regarding 10th floor hold room procedures | |
| DX8 | ICE-0013828 | ICE-0013830 | Email correspondence dated August 7, 2025 between Carla Calidonio, Kevin Chae, Abdul Uddin, Lige Hampton, Merlin Marcellin, Carol Green, and William Joyce, regarding bedspace requests | |
| DX9 | ICE-0013177 | ICE-0013177 | Email correspondence dated August 25, 2025 from William Joyce to an ICE listserv regarding the Barco Mercado TRO | |
| DX10 | ICE-0011417 | ICE-0011420 | Email correspondence dated October 12, 2025 from Lige Hampton to Mikel Watkins, Keton Mei, John Carbone, Travis Charles, Jim Loyaga, Christopher Chaiuzzi, Merlin Marcellin, Carol Green, Nelson Mercado, and Korrey Bailey, regarding the Barco Mercado PI, and forwarding correspondence dated September 8, 2025 regarding the Barco Mercado TRO | |

1

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---|---|---|---|---|
| DX11 | ICE-0011423 | ICE-0011426 | Email correspondence dated October 14, 2025 from Lige Hampton to Windollyn Patino, Merlin Marcellin, and Carol Green, regarding the Barco Mercado PI, and forwarding correspondence dated September 8, 2025 regarding the Barco Mercado TRO | |
| DX12A | ICE-0026838 | ICE-0026838 | Original Notice of Rights Form (English) | |
| DX12B | ICE-0026837 | ICE-0026837 | Original Notice of Rights Form (Spanish) | |
| DX13A | P000336 | P000336 | Photo of Posted Updated Notice of Rights | |
| DX13B | ICE-B-001332 | ICE - B - 001332 | Updated Notice of Rights Form (English) | |
| DX13C | ICE-B-001333 | ICE - B - 001333 | Updated Notice of Rights Form (Spanish) | |
| DX14 | ICE-0023290 | ICE-0023290 | Email correspondence dated December 31, 2025 from Nelson Mercado to Merlin Marcellin, Lige Hampton, Carol Green, Ronald Romero, and William Joyce regarding the population of the 10th floor hold room and the 9th floor. | |
| DX15 | ICE-0027499 | ICE-0027499 | Email correspondence dated January 6, 2026 from Merlin Marcellin to Carol Green, Abdul Uddin, Kareem Johnson, Lige Hampton, Ronald Romero, Carla Calidonio, and William Joyce regarding the population of the 10th floor hold room and the 9th floor. | |
| DX16 | ICE-0032912 | ICE-0032913 | Email correspondence dated April 23, 2026 from William Joyce to ICE listserv regarding compliance with the Barco Mercado PI. | |
| DX17 | P000322 | P000334 | Photos outside of cell | |
| DX18 | P000343 | P000354 | Photos of cell | |
| DX19 | P000361 | P000368 | Photos of cell | |
| DX20 | P000389 | P000404 | Photos of cell | |
| DX21 | P000435 | P000437 | Photos outside cells | |
| DX22 | P000459 | P000519 | Photos of cell | |
| DX23 | P000570 | P000637 | Photos of cell | |

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---|---|---|---|---|
| DX24 | P000681 | P000687 | Photos of processing area | |
| DX25 | ICE-0018706 | ICE-0018707 | Email correspondence dated July 30, 2025 from Jatinder Garcha to Amanda Stought, Judith Almodovar, and John Guerra regarding sack meals for the 10th floor hold rooms. | |
| DX26 | ICE-0016763 | ICE-0016764 | Email correspondence dated July 14, 2025 from Nancy Zanello to William Joyce and Carla Calidonio regarding meal timing. | |
| DX27 | P001212 | P001222 | Photos of heater meals | |
| DX28 | N/A | N/A | Heater Meal | |
| DX29 | P001184 | P001184 | Photo of water bottles | |
| DX30 | ICE-0011405 | ICE-0011407 | Email correspondence dated August 25, 2025 from Nancy Zanello to Kevin Hegarty, Cynthia Morant, and Andrea Cooper regarding mat cleaning. | |
| DX31 | ICE-0010773 | ICE-0010775 | Email correspondence dated August 18, 2025 from Judith Almodovar to Andrea Cooper, William Joyce, and Nancy Zanello regarding bedding mats and finger toothbrushes. | |
| DX32 | ICE-0017413 | ICE-0017413 | Email correspondence dated July 5, 2025 from Carla Calidonio to Kiana Badillo, Merlin Marcellin, Kareem Johnson, Kevin Chae, and John Guerra regarding body wipes. | |
| DX33 | ECFNo.123-1 | ECF No. 123-1 | Exhibits to Declaration of William Joyce dated December 9, 2025 | |
| DX34 | P000407 | P000414 | Photos of mats, cleaning supplies, and feminine hygiene products | |
| DX35 | P000931 | P000997 | Photos of supplies including shoes, blankets, food, feminine hygiene products, hand sanitizer, disinfectant spray, Purell, etc. | |
| DX36 | P001172 | P001175 | Photos of clothing | |
| DX37 | P001223 | P001225 | Photos of mylar blankets | |
| DX38 | P001272 | P001281 | Photos of cleaning supplies | |
| DX39 | ICE-0000196 | ICE-0000196 | Email correspondence dated November 20, 2025 between an attorney and the NYCIntakeInquiries inbox regarding scheduling a legal call. | |

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---|---|---|---|---|
| DX40 | ICE-0000213 | ICE-0000213 | Email correspondence dated December 11, 2025 between an attorney and the NYCIntakeInquiries inbox regarding scheduling a legal call. | |
| DX41 | ICE-0011466 | ICE-0011466 | Email correspondence dated December 16, 2025 between an attorney and the NYCIntakeInquiries inbox regarding scheduling a legal call. | |
| DX42 | ICE-0011467 | ICE-0011468 | Email correspondence dated December 16, 2025 between an attorney and the NYCIntakeInquiries inbox regarding scheduling a legal call. | |
| DX43 | ICE-0011860 | ICE-0011861 | Email correspondence dated September 8, 2025 between the NYCEROAttorneyInquiries inbox and Lige Hampton, Carol Green, Nancy Zanello, and Merlin Marcellin regarding scheduling a legal call. | |
| DX44A | ICE-0027514 | ICE-0027515 | Email correspondence dated March 10, 2026 between Ramond Burried, William Joyce, Kenneth Genalo, Merlin Marcellin, Stephen Antkowiak, Gregory Hutton, Celia Wen, Monica Burke, Paul Kandal, and Sandra Garcia regarding NYC Hold Room notification procedures for Calls Tab that reach the call center. | |
| DX44B | ICE-0027517 | ICE-0027517 | Attachment to DX44 - sample NYC Hold Room email notification. | |
| DX44C | ICE-0027518 | ICE-0027518 | Attachment to DX44 -  NYC attorney access workflow. | |
| DX45 | P001053 | P001053 | Photos of phones in processing area | |
| DX46 | P001058 | P001058 | Photo of phone on SDDO desk | |
| DX47 | P001189 | P001199 | Photos of attorney call room | |
| DX48 | P000644 | P000649 | Photos of contractor's desk with two phones | |

4

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---|---|---|---|---|
| DX49 | ICE-0027316 | ICE-0027319 | Email correspondence dated January 21, 2026 between William Joyce, Josean Alverez, and Kathleen Sweeney regarding IHSC presence in the Hold Rooms. | |
| DX50 | ICE-0009872 | ICE-0009872 | IHSC Timesheet for August 25, 2025 - September 20, 2025 | |
| DX51 | ICE-0009871 | ICE-0009871 | IHSC Timesheet for September 21, 2025 - October 18, 2025 | |
| DX52 | ICE-0009866 | ICE-0009866 | IHSC Timesheet for October 19, 2025 - November 15, 2025 | |
| DX53 | ICE-0009867 | ICE-0009867 | IHSC Timesheet for November 16, 2025 - December 13, 2025 | |
| DX54 | ICE-0009868 | ICE-0009868 | IHSC Timesheet for December 14, 2025 - January 10, 2026 | |
| DX55 | P000702 | P000732 | Photos of IHSC room | |
| DX56 | P000768 | P000783 | Photos of IHSC room | |
| DX57 | P000784 | P000928 | Photos of IHSC medication and supplies | |
| DX58 | ICE-0019132 | ICE-0019153 | Email correspondence dated August 11, 2025 from Judith Almodovar to Xiao Chen and Nancy Zanello regarding the 9th floor sally port area being non-operational. | |
| DX59A | ICE-0025482 | ICE-0025482 | Email correspondence dated February 13, 2026 from Judith Almodovar to Kenneth Genalo regarding 9th floor measurements. | |
| DX59B | ICE-0025485 | ICE-0025485 | Attachment to DX59 - 9th floor measurements. | |
| DX60 | P001310 | P001361 | Photos of 9th floor hold rooms | |
| DX61 | P001405 | P001446 | Photos of 5th floor family processing room | |
| DX62 | ICE-A-0000127 | ICE-A-0000173 | Fedcap Sign in Sheet dated October and November 2025 | |
| DX63 | ICE-A-0000174 | ICE-A-0000220 | Fedcap Sign in Sheet dated November and December 2025 | |
| DX64 | ICE-B-001131 | ICE-B-001268 | Paragon Log dated September 2025 to January 2026 | |
| DX65 | ICE-B-001269 | ICE-B-001331 | Paragon Log dated January 2026 to April 2026 | |

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---|---|---|---|---|
| DX66 | ICE-0011822 | ICE-0011823 | Email correspondence dated September 21, 2025 from Andrea Hall to Nancy Zanello, Carol Green, Lige Hampton, Merlin Marcellin, Nelson Mercado, and William Joyce regarding electronic spreadsheets. | |
| DX67A | ICE-A-0000227 | ICE-A-0000227 | September Electronic Log - Calls Tab | |
| DX67B | ICE-A-0000227 | ICE-A-0000227 | September Electronic Log - Medical Tab | |
| DX67C | ICE-A-0000227 | ICE-A-0000227 | September Electronic Log - Meals Tab | |
| DX67D | ICE-A-0000227 | ICE-A-0000227 | September Electronic Log - Extras Tab | |
| DX68A | ICE-A-0000229 | ICE-A-0000229 | October Electronic Log - Calls Tab | |
| DX68B | ICE-A-0000229 | ICE-A-0000229 | October Electronic Log - Medical Tab | |
| DX68C | ICE-A-0000229 | ICE-A-0000229 | October Electronic Log - Meals Tab | |
| DX68D | ICE-A-0000229 | ICE-A-0000229 | October Electronic Log - Extras Tab | |
| DX69A | ICE-A-0000233 | ICE-A-0000233 | November Electronic Log - Calls Tab | |
| DX69B | ICE-A-0000233 | ICE-A-0000233 | November Electronic Log - Medical Tab | |
| DX69C | ICE-A-0000233 | ICE-A-0000233 | November Electronic Log - Meals Tab | |
| DX69D | ICE-A-0000233 | ICE-A-0000233 | November Electronic Log - Extras Tab | |
| DX70A | ICE-A-0000236 | ICE-A-0000236 | December Electronic Log - Calls Tab | |
| DX70B | ICE-A-0000236 | ICE-A-0000236 | December Electronic Log - Medical Tab | |
| DX70C | ICE-A-0000236 | ICE-A-0000236 | December Electronic Log - Meals Tab | |
| DX70D | ICE-A-0000236 | ICE-A-0000236 | December Electronic Log - Extras Tab | |
| DX71 | ICE-B-001334 | ICE-B-001336 | Rescanned Paragon log excerpts from June 1, 2025 | |
| DX72 | ICE-B-001337 | ICE-B-001339 | Rescanned Paragon log excerpts from November 15-16, 2025 | |
| DX73 | ICE-B-001102 | ICE-B-001104 | Barco Mercado Form I-213 Dated August 8, 2025 | |

| Exhibit | Begin Bates | End Bates | Description | Objection |
|---------|-------------|-----------|-------------|-----------|
| DX74 | ICE-B-001129 | ICE-B-001133 | Barco Mercado IHSC Records Dated August 9, 2025 | |
| DX75 | ICE-0032917 | ICE-0032934 | Chalco-Chango IHSC Records Dated November 7, 2025 | |
| DX76 | N/A | N/A | Additional Alberto Morales Deposition Designation | |
| DX77 | N/A | N/A | Declaration of William Joyce | |
| DX78 | N/A | N/A | Declaration of Merlin Marcellin | |
| DX79 | N/A | N/A | Declaration of Lige Hampton | |
| DX80 | N/A | N/A | Declaration of Nancy Zanello | |
| DX81 | N/A | N/A | Declaration of Robert Mitchell | |
| DX82 | N/A | N/A | Declaration of Alberto Morales | |
| DX83 | N/A | N/A | Declaration of Mitchell Hutson | |
| DX84 | N/A | N/A | Declaration of Carla Calidonio | |
| DX85 | N/A | N/A | Declaration of Mia Jacobs | |
| DX86 | N/A | N/A | Declaration of Calliope Hartofilis | |
| DX87 | N/A | N/A | Stipulation Regarding Asnes Declaration | |
| DX88 | N/A | N/A | Stipulation Regarding Hartofilis Declaration | |