

**DOCKET**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

 

By Hand Delivery
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

June 22, 2026

Re:    *Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants (the "Government") in the above-referenced matter. The Government writes respectfully to alert the Court to evidence in the trial record regarding a factual assertion made in Plaintiff's Reply in Support Plaintiff's Motion for Non-Provisional Class Certification (ECF No. 175). In his Reply, Plaintiff asserted that that "Defendants' data show[ed] people being held, including for several days, on the fifth and ninth floors." *Id.* at 4 n.2. However, as discussed below, the information in the record does not support Plaintiff's assertion.

The trial testimony and designated deposition designations established that individuals may be temporarily detained on the fifth or ninth floor, but detained single adults were moved to the tenth floor if detained for a longer period. *See* PX325 (Deposition of DFOD Joyce), at 32:19-33:8; PX322 (Deposition of SDDO Hampton), at 100:20-109:20; DX77 (Declaration of DFOD Joyce) ¶¶ 58–60; DX79 (Declaration of SDDO Hampton) ¶¶ 43–45.

Plaintiff refers to "Defendant's data" contained in PX338, which shows individuals who were "booked in" to 26 Federal Plaza with a manual data field specifying the ninth or the fifth floor. ECF No. 175, at 4 n.2. At trial, Plaintiff and the Government submitted into evidence logbooks containing contemporaneous handwritten records maintained by contractors employed by Paragon Professional Services LLC ("Paragon"), assigned to the 10th Floor Hold Rooms at 26 Federal Plaza. *See* Defendants' Exhibit ("DX") 83 (Declaration of Mitchell Hutson) ¶ 4.

The Paragon logs rebut Plaintiff's assertion that those individuals "booked in" to other floors of 26 Federal Plaza remained on the initial floor for the duration of their detention at 26 Federal Plaza. Rather, in line with the trial declarations and depositions, single adults detained at 26 Federal Plaza were transferred to the Tenth Floor Hold Rooms. Attached hereto are excerpts of the Paragon logs which highlight entries for individuals who appear to have been detained for lengthy periods on the fifth and ninth floors according to the electronic data but the Paragon logs indicate were in fact moved to the Tenth Floor Hold Rooms.

The Government respectfully requests that, to the extent that this letter were to be deemed in the nature of a sur-reply, the Court accept the letter to permit this clarification. The Government

further respectfully requests that this letter be entered on the docket in this action. Finally, pursuant to the Protective Order, ECF No. 124, the Government respectfully requests that the attachments to this letter be filed under seal to protect the detainees' personal identifying information, including their names, dates of birth, and A-Numbers which appear throughout the attachments.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Rachel Kroll*
       RACHEL KROLL
       JEFFREY OESTERICHER
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone: (212) 637-2695/2765
       E-mail: jeffrey.oestericher@usdoj.gov

2