UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-26

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director, Immigration and Customs Enforcement, in his official capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, in his official capacity; LADEON FRANCIS, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity;

Defendants.

Case No. 25 Civ. 6568

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiffs respectfully request that Lily Sawyer-Kaplan be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Wang Hecker LLP. Ms. Sawyer-Kaplan's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wang Hecker LLP, American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York will continue to represent Plaintiffs in this matter, including attorneys Mariann Wang, Alice Reiter, Daniel Mullkoff, and Heather Gregorio.

Granted

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**

9/8/26

Dated: New York, New York
September 4, 2026

By: /s/ Lily Sawyer-Kaplan
Lily Sawyer-Kaplan