Case 1:25-cv-06568-LAK Document 188 Filed 09/30/26 Page 1 of 1

**WANG HECKER LLP**

111 BROADWAY, SUITE 1406
NEW YORK, NY 10006

**HEATHER GREGORIO**
212.620.2608 TEL
212.620.2610 FAX

HGREGORIO@WANGHECKER.COM

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-26

September 30, 2026

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
9/30/26

*By ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* Consent Motion for Fees Briefing Schedule
*Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the certified class ("Plaintiffs") in the above-entitled action.

We write with Defendants' consent to request a briefing schedule for Plaintiffs' motion for attorneys' fees and costs. Plaintiffs intend to submit a fee application pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and (b) ("EAJA"). As previewed in our June 17, 2026 letter (ECF No. 177, n.7), we believe Plaintiffs have a basis for seeking fees pursuant to Section 2412(b), separate and apart from Plaintiffs' eligibility under Section 2412(d). *See Kerin v. U.S. Postal Serv.*, 218 F.3d 185, 190 (2d Cir. 2000); *Sierra Club v. U.S. Army Corp. of Engineers*, 776 F.2d 383, 391-92 (2d Cir. 1975); *Brown v. Sullivan*, 724 F. Supp. 76, 79-80 (W.D.N.Y. 1989). Our understanding is that the deadline to file a fee application pursuant to EAJA is 30 days from a final, non-appealable judgment, which in this case would be December 23, 2026 if Defendants do not appeal, or 30 days from a final judgment if they do. Due to conflicting authority regarding whether fees sought pursuant to Section 2412(b) adhere to the same deadline or alternatively to the 14-day deadline in Federal Rule of Civil Procedure 54(d), we write respectfully to request the Court's permission to submit our entire fees application, including the portion pursuant to Section 2412(b), by 30 days from the final, non-appealable judgment. Such briefing would of course include our arguments for the Section 2412(b) enhancement, as well as a detailed accounting of our incurred fees and costs. Defendants have informed us that they consent to this schedule, and the parties jointly request that any opposition be filed 21 days after the motion for fees, and any reply be filed 7 days thereafter.

Respectfully submitted,

Heather Gregorio

cc: All Counsel, by ECF