WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NY 10006

HEATHER GREGORIO
212.620.2608 TEL
212.620.2610 FAX

HGREGORIO@WANGHECKER.COM

October 1, 2026

***By ECF***

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* Joint Proposed Notice of Rights
*Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK) (KHP)

Your Honor:

This firm, along with the American Civil Liberties Union Foundation, New York Civil Liberties Union Foundation, and Make the Road New York, represents Plaintiff Sergio Alberto Barco Mercado and the certified class ("Plaintiffs") in the above-entitled action.

In accordance with the Court's September 24 Order, ECF No. 187, attached is a jointly proposed Notice of Rights that is consistent with the terms of the Permanent Injunction, along with its Spanish translation. This proposed Notice is submitted on behalf of all Parties.

Respectfully submitted,

Heather Gregorio

cc: All Counsel, by ECF

Encl.

English text

**NOTICE OF RIGHTS REGARDING CONDITIONS AND ATTORNEY ACCESS AT 26 FEDERAL PLAZA**

**BARCO MERCADO V. MULLIN ET AL.,**
**Case No. 25 Civ. 6568 (LAK)**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**TO**: All individuals who are or will be held by ICE at 26 Federal Plaza ("26 Fed") in Manhattan.

**You have rights while being held here, as detailed below, including the right to call an attorney in a private setting, and to receive medical attention and necessities. A Court Order mandates that you will not be retaliated against for exercising these rights.**

On September 24, 2026, Judge Lewis Kaplan of the United States District Court for the Southern District of New York issued a Permanent Injunction in this class action lawsuit requiring the U.S. Department of Homeland Security (DHS), including Immigration and Customs Enforcement (ICE), to provide certain necessities and attorney access at 26 Fed (described below).

**Summary of Your Rights and ICE's Obligations Under the Permanent Injunction**:

1. **ICE must ensure the following conditions are maintained at 26 Fed:**
   a. The largest Hold Room on the 10th floor of 26 Fed may only hold eleven (11) people, the next largest Hold Room may only hold nine (9) people, and the two smallest Hold Rooms may only hold one (1) person each. The Hold Room on the 9th floor that does not have a toilet may only hold two (2) people, and the people held in that room must have prompt access to a toilet when requested. The other three Hold Rooms on the 9th floor may only hold one (1) person each.
   b. Anyone detained in any other space in 26 Fed must be provided with at least fifty square feet of space, exclusive of floor area within eight feet from a toilet.

English text

c. You have the right to be provided with a clean bedding mat, blanket, and pillow for sleeping if you are held overnight.
d. The Hold Rooms must be cleaned thoroughly at least three times each day.
e. The Hold Rooms must be kept at a temperature between 68 and 74 degrees Fahrenheit.
f. The lights must be dimmed in the Hold Rooms between the hours of 9 p.m. and 7 a.m.
g. The Hold Rooms must have soap, paper towels, toilet paper, toothbrushes, toothpaste, and feminine hygiene products. If such supplies are not available, you have the right to request and receive the requested supplies without charge.
h. You have the right to request and receive clean clothing items and a private area to change.
i. You have the right to request and receive an additional blanket.
j. You have the right to receive three meals per day that meet the U.S. recommended dietary allowances (according to dietary and/or religious restrictions), with one bottled water per meal, approximately six hours apart.
k. You have the right to request and receive one additional meal per day.
l. You have the right to request and receive additional bottled water.
m. You have the right to services of a licensed medical professional, at least one of whom must be on site at all times.
n. You have the right to receive a basic medical screening by a licensed medical professional before being placed in a Hold Room. Such screening must identify any serious medical conditions, disabilities, communicable diseases, and medically necessary specific diets, and must ensure that you have continued access to previously prescribed medication.
o. You have the right to retain personal, prescribed inhaled medication that was in your possession at the time of arrest, that family members or attorney(s) bring for you to 26 Fed, or that ICE medical personnel prescribe for you.
p. You have the right to have prompt access to other required prescribed medication from ICE medical personnel.
q. You have the right to be given this Notice of Rights in English and Spanish when you arrive at the Hold Rooms. If you are not proficient in English or Spanish, ICE must provide you access to an interpreter to translate this Notice of Rights into your native language.

2. **ICE must provide for confidential legal calls at 26 Fed**:
a. You have the right to engage and consult with an attorney or attorneys by telephone.
b. ICE must provide you the ability to make confidential, unmonitored, unrecorded, and free calls to counsel or prospective counsel, without any time limits and with the means allowing for connection to outside interpretation services during the call. These calls shall take place in a private room that is not subject to auditory monitoring.
c. ICE must give you the opportunity to make a legal phone call within one (1) hour of arriving at the Hold Rooms.

English text

d. You have the right to schedule additional confidential legal calls with counsel within four (4) hours of a request made by either you or your attorney (regardless of whether the attorney has filed a Form G-28) between 9 a.m. and 5 p.m. and by 11 a.m. the next day for a request made after those hours.

e. ICE must post a list of pro bono legal service providers next to the phones in the Hold Rooms and hand you the list with this Notice of Rights when you arrive at the Hold Rooms.

3. **ICE must allow attorneys to schedule legal calls with individuals detained at 26 Fed**: Attorneys (regardless of whether they have filed a Form G-28) have the right to schedule confidential legal calls with you within four (4) hours of a request between 9 a.m. and 5 p.m., and by 11 a.m. the next day for a request made after those hours, and you must be informed of such scheduled calls and be provided with the means necessary to participate in the call as scheduled in a confidential, unmonitored, and unrecorded manner, without time limits.

4. <u>**ICE may not retaliate against anyone for reporting or complaining about any violations of the Permanent Injunction or any conditions of confinement or attorney access issues at 26 Fed.**</u>

* * *

**To report a violation of any of these requirements to class counsel, please call:**

**(718) 475-7832**

This number is only for reporting violations of the above requirements. If no one answers, please leave a voicemail with your name, A number (if you know it), and a summary of the information you would like to report. Please do not call this number to request legal representation for individual cases.

Signed: ___________________________ ___________________

Name Date

Spanish / Español

**AVISO DE DERECHOS RESPECTO A LAS CONDICIONES Y EL ACCESO A ABOGADOS EN 26 FEDERAL PLAZA**

**BARCO MERCADO V. MULLIN ET AL.,**
**Caso No. 25 Civ. 6568 (LAK)**
**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO SUR DE NUEVA YORK**

**PARA**: Todas las personas que están o serán detenidas por el Servicio de Inmigración y Control de Aduanas (ICE, Immigration and Customs Enforcement) en 26 Federal Plaza ("26 Fed") en Manhattan.

**Usted tiene derechos mientras se encuentra en detención aquí, como se detalla a continuación, incluido el derecho a llamar a un abogado en un entorno privado, y a recibir atención médica y artículos de primera necesidad. Una orden judicial dispone que no se tomarán represalias en su contra por ejercer estos derechos.**

El 24 de septiembre de 2026, el Juez Lewis Kaplan del Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York emitió una medida cautelar permanente en esta demanda colectiva que exige al Departamento de Seguridad Nacional (DHS, Department of Homeland Security) de EE. UU., incluido el Servicio de Inmigración y Control de Aduanas (ICE), proporcionar ciertos artículos de primera necesidad y acceso a abogados en 26 Fed (se describen a continuación).

**Resumen de sus derechos y de las obligaciones del ICE conforme a la medida cautelar permanente:**

1. **ICE debe garantizar que se mantengan las siguientes condiciones en 26 Fed:**
   a. La sala de detención más grande del piso 10.° de 26 Fed solo puede albergar a once (11) personas; la sala de detención que le sigue en tamaño solo puede albergar a nueve (9) personas; y las dos salas de detención más pequeñas solo pueden albergar a una (1) persona cada una. La sala de detención del piso 9.° que no tiene baño solo puede albergar a dos (2) personas, y las personas detenidas en esa sala deben tener acceso rápido a un baño cuando lo soliciten. Las otras tres salas de detención del piso

9.° solo pueden albergar a una (1) persona cada una.

b. A cualquier persona detenida en cualquier otro espacio de 26 Fed, se le deben proporcionar al menos cincuenta pies cuadrados de espacio, excluida el área del piso a menos de ocho pies de un inodoro.
c. Usted tiene derecho a recibir una colchoneta, una manta y una almohada limpias para dormir si se le detiene durante la noche.
d. Las salas de detención deben limpiarse a fondo al menos tres veces al día.
e. Las salas de detención deben mantenerse a una temperatura de entre 68 y 74 grados Fahrenheit.
f. Las luces deben atenuarse en las salas de detención entre las 9 p.m. y las 7 a.m.
g. Las salas de detención deben contar con jabón, toallas de papel, papel higiénico, cepillos de dientes, pasta dental y productos de higiene femenina. Si dichos suministros no están disponibles, usted tiene derecho a pedir y recibir los suministros solicitados sin cargo alguno.
h. Tiene derecho a solicitar y recibir prendas de vestir limpias y un área privada para cambiarse.
i. Tiene derecho a solicitar y recibir una manta adicional.
j. Tiene derecho a recibir tres comidas al día que cumplan con las cantidades diarias recomendadas en EE. UU. (de acuerdo con restricciones dietarías o religiosas), con una botella de agua por comida, con aproximadamente seis horas de diferencia entre ellas.
k. Tiene derecho a solicitar y recibir una comida adicional al día.
l. Tiene derecho a solicitar y recibir agua embotellada adicional.
m. Tiene derecho a los servicios de un profesional médico con licencia; debe haber al menos uno presente en el lugar en todo momento.
n. Tiene derecho a recibir una evaluación médica básica por parte de un profesional médico con licencia antes de que se le detenga a una sala de detención. Dicha evaluación debe identificar cualquier afección médica grave, discapacidad, enfermedad transmisible y dietas específicas médicamente necesarias, así como garantizar que tenga acceso continuo a la medicación previamente recetada.
o. Tiene derecho a conservar la medicación personal para inhalar recetada que tenía en su posesión al momento del arresto, que familiares o abogados le lleven a 26 Fed, o que el personal médico del ICE le recete.
p. Tiene derecho a disponer de acceso rápido a otros medicamentos recetados necesarios por parte del personal médico del ICE.
q. Tiene derecho a que se le entregue este Aviso de Derechos en inglés y español cuando llegue a las salas de detención. Si no domina el inglés o el español, ICE debe proporcionarle acceso a un intérprete para traducir este Aviso de Derechos a su idioma nativo.

2. **ICE debe proporcionar llamadas legales confidenciales en 26 Fed**:
   a. Usted tiene derecho a comunicarse y consultar con un abogado o abogados por teléfono.

b. ICE debe brindarle la posibilidad de realizar llamadas confidenciales, no monitoreadas, no grabadas y gratuitas a un abogado o abogado potencial, sin límites de tiempo y con los medios que permitan la conexión a servicios de interpretación externos durante la llamada. Estas llamadas deberán realizarse en una sala privada que no esté sujeta a monitoreo auditivo.
c. ICE debe darle la oportunidad de realizar una llamada legal dentro de la primera (1) hora de su llegada a las salas de detención.
d. Usted tiene derecho a programar llamadas legales confidenciales adicionales con un abogado dentro de las cuatro (4) horas siguientes a una solicitud hecha por usted o por su abogado (sin importar si el abogado ha presentado un Formulario G-28) entre las 9 a.m. y las 5 p.m., y antes de las 11 a.m. del día siguiente si la solicitud se hace después de ese horario.
e. ICE debe colocar una lista de proveedores de servicios legales gratuitos junto a los teléfonos en las salas de detención y entregarle dicha lista junto con este Aviso de Derechos cuando llegue a las salas de detención.

3. **ICE debe permitir que los abogados programen llamadas legales con las personas detenidas en 26 Fed**:

   Los abogados (sin importar si han presentado un Formulario G-28) tienen derecho a programar llamadas legales confidenciales con usted dentro de las cuatro (4) horas siguientes a una solicitud hecha entre las 9 a.m. y las 5 p.m., y antes de las 11 a.m. del día siguiente si la solicitud se hace después de ese horario; dichas llamadas programadas se le deben informar a usted y también se le deben proporcionar los medios necesarios para participar en la llamada según lo programado, de manera confidencial, no monitoreada y no grabada, sin límites de tiempo.

4. **ICE no puede tomar represalias contra nadie por denunciar o presentar quejas sobre violaciones a la medida cautelar permanente o sobre cualquier condición de detención o problema de acceso a un abogado en 26 Fed.**

* * *

**Para denunciar una violación de cualquiera de estos requisitos al abogado de la acción colectiva, llame al:**

**(718) 475-7832**

Este número es únicamente para denunciar violaciones de los requisitos mencionados anteriormente. Si nadie contesta, deje un mensaje de voz con su nombre, el número A (si lo sabe) y un resumen de la información que desea denunciar. No llame a este número para solicitar representación legal en casos individuales.

Firmado: __________________________ __________________
Nombre Fecha