UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLLIN, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | No. 25 Civ. 6568 (LAK) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the declaration of Merlin Marcellin, dated October 22, 2026, and the exhibit attached thereto; the declaration of Declaration of Mia Jacobs, dated October 21, 2026; and the declaration of Declaration of John Melecio, dated October 20, 2026; Defendants, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move to alter to amend the permanent injunction pursuant to Federal Rule of Civil Procedure 59(e) or, in the alternative, for a new trial pursuant to Federal Rule of Civil Procedure 59(a)(2).

Dated: October 22, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Rachel Kroll*
JEFFREY OESTERICHER
RACHEL KROLL
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2695/2765
E-mail: jeffrey.oestericher@usdoj.gov
rachel.kroll@usdoj.gov