UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his or her official capacity, et al.,

Defendants.

25 Civ. 6568 (LAK)

**DECLARATION OF JOHN MELECIO**

I, John Melecio, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am employed as Field Office Manager for the U.S. General Services Administration ("GSA"). In my current position as Field Office Manager, I am responsible for the day-to-day operation of 26 Federal Plaza in New York, New York.

2. It is my understanding that the Court issued a permanent injunction on September 24, 2026, that was later amended on October 2, 2026. I signed a declaration on October 20, 2026, that was filed with the Court regarding the overhead lights in the holding cells on the 9th and 10th floors of 26 Federal Plaza. I understand that the Court issued an order on October 27, 2026, requesting a declaration "explaining in detail why dimmers cannot be installed" in the holding cells. I make this declaration based on my personal knowledge and review of GSA records.

3. As I stated in my previous declaration, U.S. Immigration and Customs Enforcement ("ICE") requested that GSA install light dimmers in the eight cells on the 9th and 10th floors of 26 Federal Plaza. To date, GSA has not been able to install dimmers due to difficulty accessing the wiring in the ceiling of the cells because the 9th and 10th floors have a specialized ceiling structure designed to prevent escape. GSA cannot determine whether it is feasible to install light dimmers until the ceilings are disassembled.

4. As of the date of this declaration, GSA has not identified a local contractor who is able to disassemble the ceilings. To identify a competent contractor, GSA will need to issue a solicitation package, which would require ICE to allocate funds for the solicitation. The solicitation package has not been issued because it is pending allocation of funds.

5. Based on my experience, this project, if possible, will likely take six to eight months to complete because of the complexity of the specialized ceiling structure, but could take longer, including up to a year. Even if this project were fast-tracked, it would likely take at least three months to identify a contractor that can disassemble the ceilings, and then it would take additional time to evaluate the wiring, procure the appropriate materials, and install dimmers.

6. Once the ceilings are disassembled, GSA will have to evaluate the wiring to determine if the ceilings will need to be rewired to install a dimmer pack. Because the ceilings are not disassembled, I cannot provide any additional information to the Court at this time about whether dimmers can or cannot be installed. While I anticipate that GSA may be able to complete this project, doing so likely would require a significant investment of time and resources, with an estimated completion timeframe of at least six months. A more precise timeline can be established once funding is secured to formally engage contractors through the solicitation process.

Dated: New York, New York
November 9, 2026

JOHN MELECIO