**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 10, 2026

By Hand Delivery
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re: *Barco Mercado v. Mullin et al.*, 25 Civ. 6568 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants in the above-referenced matter. On October 22, 2026, Defendants submitted their motion to alter or amend the judgment or, alternatively, for a new trial under Federal Rule of Civil Procedure 59(e) and 59(a)(2). Defendants requested to seal portions of their memorandum of law and declarations which referenced the physical design of the Hold Rooms in 26 Federal Plaza, on the basis of the law enforcement privilege. Defendants filed redacted documents at docket numbers 193, 194, and 196, and unredacted documents under seal at docket numbers 198, 199, and 200.

On October 27, 2026, the Court granted Defendants' motion for a 30-day period and ordered Defendants to "file an affidavit or declaration of a competent person with proposed knowledge explaining . . . what would be secretive about disclosure." ECF No. 201. Defendants hereby respectfully withdraw their assertion of privilege and have contemporaneously filed the unredacted versions of docket numbers 193, 194, and 196 on the public docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Rachel Kroll*
RACHEL KROLL
JEFFREY OESTERICHER
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695/2765
E-mail: jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (by e-mail)