UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his or her official capacity, et al.,

Defendants.

25 Civ. 6568 (LAK)

**DECLARATION OF MERLIN MARCELLIN**

I, Merlin Marcellin, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am an acting Assistant Field Office Director ("AFOD") employed by the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I am assigned to 26 Federal Plaza, on the 10th Floor.

2. The Court issued a permanent injunction on September 24, 2026, that was later amended on October 2, 2026. On the evening of September 24, 2026, ICE ceased operations in the 26 Federal Plaza 10th Floor Hold Rooms and 9th Floor Hold Rooms because it was not feasible for ICE to comply with certain requirements of the permanent injunction. In preparation for this declaration, I have reviewed the permanent injunction filed at Docket Number 191.

*Holding Cell vs. Hold Room*

3. The permanent injunction defines "Hold Room" to include any space that a detainee is not free to leave. This definition includes processing areas. In processing, ICE officers sit with

individuals at desks and enter information into ICE's computer system. Processing occurs on the 10th, 9th, and 5th Floors at 26 Federal Plaza. Some individuals who are processed are free to leave during processing and some individuals are not free to leave. Processing involves, among other things, gathering biographical information and immigration history, updating the information obtained on the agency's database, obtaining biometrics, providing various notices and forms, providing access to a private room designated for a confidential legal call. All of these things happen in processing for individuals who are free to leave as well as those who are not free to leave. This process typically takes between one and four hours. A photograph of the processing area on the 10th floor is below.



4. Holding cells are enclosed secure areas where detainees are placed to await their transfers. There are four holding cells in the 10th Floor Hold Rooms and four holding cells in the 9th Floor Hold Rooms. Some detainees are released after processing and are not placed into a holding cell after they are processed.

5. Paragraph 1(a)-(f) of the permanent injunction sets forth requirements regarding capacity limits, availability of bedding and hygiene materials, lighting, and cleaning that are not suitable to areas of 26 Federal Plaza that are not holding cells, such as the processing area on the 10th floor. It would not make sense to provide strict capacity limits, bedding, or dim the lights

overnight for this mixed-use space. ICE operations would be disrupted if the lights in the processing area were dimmed overnight, if the processing area was thoroughly cleaned three times a day, and if detainees were provided with bedding while they sat in the processing area.

6. Paragraph 4 of the permanent injunction is similarly overbroad if applied to all detainees who are not free to leave, such as those detainees who are solely processed on the 10th floor, rather than to just those detainees who are placed into a holding cell or detainees who spend more than just a brief period of time in the 10th Floor Hold Room pending transfer to a detention facility.

*Hold Room Limitations*

7. Paragraph 1(b) of the permanent injunction, for the first time, requires that ICE provide detainees with a pillow. Pillows are a security risk, as they may be used by detainees to harm themselves or other detainees. ICE does not believe it is prudent to provide pillows to detainees in holding cells.

8. Paragraph 1(d) of the permanent injunction requires that the lights be dimmed between the hours of 9:00 p.m. and 7:00 a.m. The lights in the 10th Floor Hold Rooms and 9th Floor Hold Rooms do not currently have a dimmer. ICE has ordered bulbs that are 32 watts, with a color code of 3000K, a lower color code than the current bulbs, which I understand means that they will emit a softer light. The bulbs which emit a softer light are ready to be immediately installed. ICE has been in contact with the GSA regarding this requirement in the permanent injunction. It is my understanding that the ceilings in the holding cells are "cell ceilings" which means that they are designed in alignment with security protocols. It is not possible to evaluate the feasibility of installing a dimmer until the ceiling has been opened. Generally, a holding cell does not have dimmed lighting as Officers must be able to see inside the cell at all times in order

to prevent fights, escapes, or medical issues. According to ICE Directive 11087.2, Operations of ERO Holding Facilities (Jan. 31, 2024), ERO Officers are required to "monitor detainees for any apparent indications of a mental or physical health condition or signs of hostility, self-harm, or harm to others that may require closer supervision or emergency medical care." A darkened room hampers ICE's ability to monitor detainees and increases risk to an individual detainee's safety.

*Legal Calls*

9. Paragraph 2 of the permanent injunction requires that ICE facilitate calls between detainees and attorneys regardless of whether the attorney has filed a Form G-28. In general, given the short time that detainees are in the 10th Floor holding cells, ICE does not permit incoming calls from members of the public to detainees. An exception to that rule is for detainees' legal representatives who wish to speak with their clients. In order to verify that a person calling is an attorney, ICE requires the submission of a Form G-28. The Form G-28 contains the basic contact information of the attorney and the client. The Form G-28 can be electronically filed (e-filed) on the ICE website or emailed to NYCIntakeInquiries@ice.dhs.gov. While a Form G-28 is typically signed by both the attorney and the client, when a client is in detention and cannot sign the form, ICE will accept the form without the client signature.

10. Paragraph 9 of the permanent injunction sets out a procedure for unanswered phone calls to be answered by a call center or for individuals to leave a voicemail. ICE has set up a procedure for all calls to be forwarded to a call center and for staff in the 10th Floor Hold Rooms to receive an email message with the contact information for the caller. Because the call center answers all calls that are not answered by an individual in the 10th Floor Hold Rooms, there is no voicemail available, as required by the permanent injunction.

Dated: New York, New York
October 22, 2026

MERLIN MARCELLIN