UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO ALBERTO BARCO MERCADO, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his or her official capacity, et al.,

Defendants.

25 Civ. 6568 (LAK)

**DECLARATION OF JOHN MELECIO**

I, John Melecio, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am employed as Field Office Manager for the U.S. General Services Administration ("GSA"). My work address is 26 Federal Plaza, New York, NY 10278. I have held this position for approximately two years. Prior to becoming Field Office Manager, I was a GSA Construction Control Representative Supervisor for five years. Prior to that, I was a GSA Senior Property Manager for two years, and a Building Manager for three years.

2. In my current position as Field Office Manager, I am responsible for the day-to-day operation of 26 Federal Plaza.

3. It is my understanding that the Court issued a permanent injunction on September 24, 2026, that was later amended on October 2, 2026. In preparation for this declaration, I have reviewed the permanent injunction filed at Docket Number 191. I make this declaration based on my personal knowledge and review of GSA records.

4. 26 Federal Plaza (also known as the Jacob K. Javits Federal Building) is a federal office building with an atrium lobby and 41 floors of standard office space with little to no common areas beyond the elevator lobbies.

5. Under 40 U.S.C. § 582(a), GSA is responsible for the maintenance and operation of federal office buildings such as 26 Federal Plaza.

6. The U.S. Department of Homeland Security ("DHS") is an occupant agency located on the 3rd to 14th floors of 26 Federal Plaza. The 9th floor and 10th floor have a number of rooms and mixed-use areas, and each floor has four cells that I understand can be used to temporarily hold detainees.

7. The 9th and 10th floors, including the eight cells, are outfitted with fluorescent lights with 32-watt bulbs with a 3500K color code.

8. In connection with the above-captioned litigation, U.S. Immigration and Customs Enforcement ("ICE") requested that GSA install light dimmers in the eight cells on the 9th and 10th floors. To date, GSA has not been able to install dimmers due to difficulty accessing the wiring in the ceiling of the cells.

9. As part of ICE's security requirements, the 9th and 10th floors have a specialized ceiling structure designed to prevent escape ("Tamper Proof Security Ceilings").

10. In order to do work on the ceilings, a vendor is needed who specializes in Tamper Proof Security Ceilings and has the required tools to disassemble a secure ceiling. Because Tamper Proof Security Ceilings are not common, not all maintenance companies are trained or equipped to do this type of work.

11. GSA is currently attempting to locate a vendor with the specific knowledge and tools required to disassemble the ceilings on the 9th and 10th floors without causing damage.

12. GSA cannot determine whether it can install light dimmers until the ceilings are disassembled.

13. GSA is able to provide ICE with 32-watt light bulbs with a 3000K color code, which is a softer color than the color code (3500K) of the current bulbs on the 9th and 10th floor. These light bulbs can be installed without disassembling the ceilings.

Dated: New York, New York
October 20, 2026

JOHN MELECIO